UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT)<br>:<br>: |
| vs. | :<br>: |
| SEA RAY BOATS, INC. | : OCTOBER 20, 2003 |

### AFFIDAVIT OF MAXWELL BRANSON

I, Maxwell Branson, Esq., hereby depose and state as follows:

1. I am over eighteen years of age and understand the obligations of an oath.

2. I am an attorney at Day, Berry & Howard, LLP. I represent Sea Ray Boats, Inc., in the above-titled action. I make this affidavit based on my own personal knowledge.

3. On October 16, 2003, I faxed the attached letter to Attorney John Senning, who represents the Plaintiffs Peter D. Mains and Lori M. Mains, regarding Plaintiffs' failure to comply with Magistrate Judge Martinez's order dated September 23, 2003. In the letter, I requested that Plaintiffs' expert reports be provided by the close of business on October 17, 2003.

6. As of this date, I have received no response or explanation from Attorney Senning for the Plaintiffs' failure to provide these reports.

7. Attorney Senning's office has provided reports by Thomas Wicander and Bruce Pfund. As set forth in Sea Ray's motion, however, these reports still fail to comply with Rule 26.

8. I have made a good faith effort to resolve by agreement the issues raised by this motion without intervention by the Court, and have been unable to reach such an agreement.

_____
Maxwell Branson

_____
Notary Public
My Commission Expires: 6/30/08

Sworn to and subscribed before me
this 20th day of October, 2003.

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

**Maxwell Branson**
Direct Dial: (860) 275-0135
E-mail: mbranson@dbh.com

October 16, 2003

**VIA FACSIMILE**

John L. Senning, Esq.
Senning & Rieder
16 Saybrook Road
Essex, CT 06426

   Re: Mains v. Sea Ray Boats, Inc.

Dear John:

  This morning we received Tom Wicander's report dated October 7, 2003. This report still fails to comply with Rule 26(a)(2)(B), because it does not list the qualifications of the witness, the compensation he is to be paid for his services, and a listing of the other cases in which he has testified as an expert in the preceding four years, among other things. We still have not received reports from the other retained experts you have disclosed on behalf of your clients (Thomas Greaves, Anthony Knowles, Bruce Pfund, and David Pascoe).

  As you know, Magistrate Judge Martinez's order dated September 23, 2003 required Plaintiffs to produce complete expert reports for these witnesses by October 3, 2003. The new scheduling order requires these reports to be produced by October 15, 2003. Both of these dates have now passed, and your expert reports are long overdue (they were originally required by July 15, 2003). Please provide them to us by the close of business on October 17, 2003, so that we can schedule these experts' depositions and move forward with this case. If we do not receive the reports, we will have no choice but to file another motion with the Court.

  Thank you in advance for your attention to this important matter.

                Very truly yours,

                Maxwell Branson

MB/deg
cc: W. Allen McDonald, Esq.
   Daniel FitzMaurice, Esq.