UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
PETER D. MAINS and             :
LORI M. MAINS,                 :
                               :
         Plaintiffs,           :
v.                             :   Civ No. 3:01CV02402(AWT)
                               :
SEA RAY BOATS, INC.,           :
                               :
         Defendant.            :
-------------------------------x
```

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

_____   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____   A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__   A ruling on the following motion, which is currently pending:(orefm.)
- Doc.# <u>31</u> <u>Motion for Order Pursuant to Rule 37</u>

_____   A settlement conference (orefmisc./cnf)

_____   A conference to discuss the following: (orefmisc./cnf)
_____

_____   Other: (orefmisc./misc)_____

SO ORDERED this 23rd day of October 2003, at Hartford, Connecticut.

                                   _____
                                   Alvin W. Thompson
                                   United States District Judge