*DENIED as moot in light of the parties' representations that the issues contained herein have been resolved. SO ORDERED. Donna F. Martinez, U.S.M.J. 11/6/03*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER D. MAINS and : CASE NO. 301 CV 2402 (AWT)
LORI M. MAINS

vs.

SEA RAY BOATS, INC. : OCTOBER 20, 2003

## MOTION FOR ORDER PURSUANT TO RULE 37

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendant Sea Ray Boats, Inc. ("Sea Ray") hereby moves for an order refusing to allow Plaintiffs Peter D. Mains and Lori M. Mains to introduce expert testimony from Thomas Greaves, Anthony Knowles, Thomas Wycander, Bruce Pfund, and David Pascoe unless, within (10) ten days of the Court's order, Plaintiffs produce complete reports by each of these retained expert witnesses. These reports must comply with Rule 26, which requires (among other things) that each retained expert set forth his qualifications, the compensation to be paid for his services, and a listing of other cases in which he has testified as an expert within the previous four years. See Fed. R. Civ. P. 26(a)(2)(B).

The requested order is just because Plaintiffs have already failed to comply with Magistrate Judge Martinez's order, dated September 23, 2003, granting Sea Ray's motion to compel and

**TELEPHONIC CONFERENCE IS REQUESTED**