FILED

2004 JAN 13 P 2: 08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and | : | CASE NO. 301 CV 2402 (AWT) |
| LORI M. MAINS | : | |
| | : | |
| Plaintiffs, | : | |
| vs. | : | |
| | : | |
| SEA RAY BOATS, INC. | : | |
| | : | |
| Defendants. | : | DECEMBER 17, 2003 |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The Plaintiffs Peter D. Mains and Lori M. Mains and the Defendant Sea Ray Division of Brunswick Corporation ("Sea Ray") hereby move to modify the Scheduling Order to provide additional time to complete various aspects of the discovery process. The Plaintiffs' expert which were disclosed have yet to be deposed due to difficulty in coordinating the schedules of the Plaintiff's experts and the schedules of the parties respective counsel:

1. Plaintiffs' experts to be deposed by March 31, 2004;

2. Defendant to disclose expert witnesses by April 15, 2003;

3. Defendant's experts to be deposed and all discovery to be concluded by May 30, 2004;

4. Dispositive motions, if any, to be filed by June 30, 2004;

5. Joint trial memorandum to be filed on July 30, 2004, or within 30 days of a ruling on any dispositive motion;

**ORAL ARGUMENT IS NOT REQUESTED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT) |
| Plaintiffs,<br>vs. | : |
| SEA RAY BOATS, INC. | : |
| Defendants. | : DECEMBER 17, 2003 |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The Plaintiffs Peter D. Mains and Lori M. Mains and the Defendant Sea Ray Division of Brunswick Corporation ("Sea Ray") hereby move to modify the Scheduling Order to provide additional time to complete various aspects of the discovery process. The Plaintiffs' expert which were disclosed have yet to be deposed due to difficulty in coordinating the schedules of the Plaintiff's experts and the schedules of the parties respective counsel:

1. Plaintiffs' experts to be deposed by March 31, 2004;

2. Defendant to disclose expert witnesses by April 15, 2003;

3. Defendant's experts to be deposed and all discovery to be concluded by May 30, 2004;

4. Dispositive motions, if any, to be filed by June 30, 2004;

5. Joint trial memorandum to be filed on July 30, 2004, or within 30 days of a ruling on any dispositive motion;

**ORAL ARGUMENT IS NOT REQUESTED**

6.    Case to be trial ready by August 15, 2004.

The Parties submit that good cause exists to provide additional time to complete the discovery process due to the scheduling difficulties of numerous individuals. The parties and their respective counsel are committed to making all reasonable efforts to comply with the proposed modification if granted by this Court.

For these reasons, the parties respectfully request that the scheduling order be modified as set forth above.

THE DEFENDANT, SEA RAY DIVISION OF
BRUNSWICK CORPORATION

By: _____
Maxwell Branson, Esq. (ct#20925)
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499
(860) 275-0100
Its Attorney

THE PLAINTIFFS
PETER D. MAINS and LORI M. MAINS

By: _____
John L. Senning, Esq. (ct#05807)
Senning & Rieder
16 Saybrook Road,
Essex, CT 06426
(860) 767-2618
Their Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that, on this date, a copy of the foregoing was mailed by first class mail, postage prepaid, to:

John L. Senning, Esq.
Senning & Rieder
16 Saybrook Road
Essex, CT  06426


Edward T. Lynch, Jr., Esq.
Eisenberg, Anderson, Michalik & Lynch, LLP
136 West Main St.
PO Box 2950
New Britain, CT  06050-2950

1/9/04

_____
Maxwell Branson