01/20/03 mtn mod

GRANTED. The deadline for discovery will be May 30, 2004. The deadline for dispositive motions will be June 30, 2004. No further extensions will be granted. It is so ordered.

Alvin W. Thompson  Hartford, CT  1/14/2004

FILED
2004 JAN 13 P 2: 08
U.S. DISTRICT COURT
HARTFORD, CT

FILED
2004 JAN 16 A 11: 12
U.S. DISTRICT COURT
HARTFORD, CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT) |
| Plaintiffs, | : |
| vs. | : |
| SEA RAY BOATS, INC. | : |
| Defendants. | : DECEMBER 17, 2003 |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The Plaintiffs Peter D. Mains and Lori M. Mains and the Defendant Sea Ray Division of Brunswick Corporation ("Sea Ray") hereby move to modify the Scheduling Order to provide additional time to complete various aspects of the discovery process. The Plaintiffs' expert which were disclosed have yet to be deposed due to difficulty in coordinating the schedules of the Plaintiff's experts and the schedules of the parties respective counsel:

1.   Plaintiffs' experts to be deposed by March 31, 2004;

2.   Defendant to disclose expert witnesses by April 15, 2003;

3.   Defendant's experts to be deposed and all discovery to be concluded by May 30, 2004;

    Dispositive motions, if any, to be filed by June 30, 2004;

    Joint trial memorandum to be filed on July 30, 2004, or within 30 days of a ruling on any dispositive motion;

**ORAL ARGUMENT IS NOT REQUESTED**