FILED

2004 JAN 20 P 1: 32

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*********************************************

| | | |
|---|---|---|
| **PETER D. MAINS** and | * | No. 3:01 CV 2402 (AWT) |
| **LORI M. MAINS** | * | |
| Plaintiffs | * | |
| V. | * | |
| | * | |
| **SEA RAY BOATS, INC.** | * | |
| Defendant | * | JANUARY 16, 2004 |

*********************************************

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 7(e), the undersigned attorney, Edward T. Lynch, Jr. (ct#00047) of the law firm of Eisenberg, Anderson, Michalik & Lynch, LLP, moves the Court for leave to withdraw his appearance on behalf of the Plaintiffs, Peter and Lori Mains, and in support of this motion states:

1. The Plaintiffs originally retained Attorney John L. Senning of the firm Senning & Rieder, in Essex, Connecticut, for representation in the above-captioned matter.

2. At all times relevant, Attorney Senning has been, and continues to act as, lead counsel for the Plaintiffs in this matter.

3. Edward T. Lynch, Jr. filed an appearance on or about March 19, 2001 for the limited purpose of assisting Attorney Senning with the objection and supporting memorandum to the Defendant's, Sea Ray Boats, Inc., Motion to Dismiss Counts I, II and IV of their Complaint, which the Court denied on September 25, 2002.

4. Since the denial of Defendant's Motion to Dismiss, Attorney Lynch has not been involved in litigating this matter.

5. Attorney Senning continues to act as counsel on behalf of the Plaintiffs, Lori and Peter Mains.

6. Withdrawal of Attorney Lynch will not impede the progress of this action in any manner.

**WHEREFORE,** the undersigned respectfully requests that the Court grant this Motion to Withdraw from representation of the Plaintiffs Lori and Peter Mains.

By: _____
Edward T. Lynch, Jr.
Fed. Bar ct#00047
Eisenberg, Anderson, Michalik & Lynch, LLP
136 West Main Street
PO Box 2950
New Britain, CT 06050-2950
Tel: (860) 229-4855

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP • ATTORNEYS AT LAW
136 WEST MAIN STREET • POST OFFICE BOX 2950 • NEW BRITAIN, CT 06050-2950 • (860) 229-4855 • (860) 225-8403 • JURIS NO. 37765
FAX: (860) 223-4026

## CERTIFICATION

A copy of the following has been mailed, postage prepaid on this 16th day of January, 2004 to the following counsel of record:

Maxwell Branson, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100

John L. Senning, Esq.
Senning & Rieder
18 Saybrook Road
Essex, CT 06426
(860) 767-2618

And by certified mail, return receipt requested to the Plaintiffs:

Peter & Lori Mains
5 Old Town Road
Avon, CT 06001

_____
Edward T. Lynch, Jr.

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP • ATTORNEYS AT LAW
136 WEST MAIN STREET • POST OFFICE BOX 2950 • NEW BRITAIN, CT 06050-2950 • (860) 229-4855 • (860) 225-8403 • JURIS NO. 37765
FAX: (860) 223-4026