FILED

2004 JAN 20 P 1: 32

UNITED STATES DISTRICT COURT DISTRICT COURT
DISTRICT OF CONNECTICUT HARTFORD, CT.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| PETER D. MAINS and | \* | No. 3:01 CV 2402 (AWT) |
| LORI M. MAINS | \* |  |
| Plaintiffs | \* |  |
| V. | \* |  |
|  | \* |  |
| SEA RAY BOATS, INC. | \* |  |
| Defendant | \* | JANUARY 16, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local Rule 7(e), the undersigned attorney, Edward T. Lynch, Jr.

(ct#00047) of the law firm of Eisenberg, Anderson, Michalik & Lynch, LLP, moves the Court

for leave to withdraw his appearance on behalf of the Plaintiffs, Peter and Lori Mains, and in

support of this motion states:

1.      The Plaintiffs originally retained Attorney John L. Senning of the firm Senning

& Rieder, in Essex, Connecticut, for representation in the above-captioned matter.

2.      At all times relevant, Attorney Senning has been, and continues to act as, lead

counsel for the Plaintiffs in this matter.

3.      Edward T. Lynch, Jr. filed an appearance on or about March 19, 2001 for the

limited purpose of assisting Attorney Senning with the objection and supporting

memorandum to the Defendant's, Sea Ray Boats, Inc., Motion to Dismiss Counts I, II and IV

of their Complaint, which the Court denied on September 25, 2002.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.

Hartford, CT    1/29/04

EISENBERG, ANDERSON, MICHALIK & LYNCH LLP  •  ATTORNEYS AT LAW
136 WEST MAIN STREET   •   POST OFFICE BOX 2950   •   NEW BRITAIN, CT 06050-2950   •   (860) 229-4855   •   (860) 225-8403   •   JURIS NO. 37765
FAX: (860) 223-4026