HO

FILED

2004 MAR 17 P 12:09

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT)<br>:<br>: |
| Plaintiffs,<br>vs. | :<br>:<br>: |
| SEA RAY BOATS, INC. | :<br>: |
| Defendants. | : |

**STIPULATION REGARDING CONFIDENTIALITY**

It is hereby stipulated that:

1. Defendant Sea Ray Division of Brunswick Corporation ("Sea Ray") will designate certain information and/or material, which will be produced in response to Plaintiffs Peter D. Mains and Lori M. Mains's discovery requests, which Sea Ray deems confidential, as "Confidential" by written notice identifying the confidential document, or other information, or by affixing to the first page of such material a legend, such as "Confidential," "Confidential Document," "Confidential Material," or words of similar import.

2. Documents so marked or identified and all information derived therefrom ("Confidential Material") shall be treated in accordance with the terms of this Stipulation. "Confidential Material" shall be interpreted to include any and all copies, excerpts, summaries, or other renderings of material or information designated as "Confidential."

FILED 2004 MAR 27 P 4:09 U.S. DISTRICT COURT

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT     3/22/04