UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CIVIL ACTION NO.: |
| | : | |
| Plaintiff, | : | 3:01CV2402(AWT) |
| | : | |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC., | : | |
| | : | |
| Defendant. | : | MAY 24, 2004 |

## NOTICE OF APPEARANCE

To: U.S. District Court
450 Main Street
Hartford, CT  06103

Please enter the appearance of the undersigned, **DEBORAH S. RUSSO**, as attorney for the Defendant, **Sea-Ray Division of Brunswick Corporation** (improperly designated in the Complaint as "Sea-Ray Boats, Inc.") ("Sea Ray"), in the above-captioned action.

DEFENDANT, SEA RAY BOATS, INC.

By: _____
Deborah S. Russo (ct18818)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, Connecticut 06103-3499
Tel.: (860) 275-0100
Fax: (860) 275-0343
E-mail:  dsrusso@dbh.com

-2-

## **CERTIFICATION**

     THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

John L. Senning, Esq.
Senning & Rieder
16 Saybrook Road
Essex, CT  06426

                                              Deborah S. Russo