UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 23  A 10: 48
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CIVIL ACTION NO.: |
| Plaintiff, | : | 3:01CV2402(AWT) |
| v. | : | |
| SEA RAY BOATS, INC., | : | |
| Defendant. | : | JUNE 22, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw the appearance of Maxwell Branson in the above-captioned matter on behalf of the defendant. Other counsel has entered an appearance for this defendant.

DEFENDANT, SEA RAY BOATS, INC.

By: _____
Maxwell Branson (ct20925)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, Connecticut 06103-3499
Tel.: (860) 275-0100
Fax: (860) 275-0343
E-mail: mbranson@dbh.com

## **CERTIFICATION**

THIS IS TO CERTIFY that on this date, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

John L. Senning, Esq.
Senning & Rieder
16 Saybrook Road
Essex, CT  06426

*[signature]*
Maxwell Branson