UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and LORI M. MAINS | : CIVIL ACTION NO.: |
| Plaintiff, | : 3:01CV2402(AWT) |
| v. | : |
| SEA RAY BOATS, INC., | : |
| Defendant. | : JUNE 22, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw the appearance of Maxwell Branson in the above-captioned matter on behalf of the defendant. Other counsel has entered an appearance for this defendant.

DEFENDANT, SEA RAY BOATS, INC.

By: _____
Maxwell Branson (ct20925)
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, Connecticut 06103-3499
Tel.: (860) 275-0100
Fax: (860) 275-0343
E-mail: mbranson@dbh.com

**GRANTED.** It is so ordered.

_____
Alvin W. Thompson, U.S.D.J
Hartford CT    6/26/04