UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and LORI M. MAINS | : CIVIL ACTION NO. 3:01cv2402(AWT) |
| Plaintiff, | : |
| v. | : |
| SEA RAY BOATS, INC., | : |
| Defendant. | : FEBRUARY 6, 2006 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney for the Defendant in the above-titled action.

_____
Daniel J. Foster (ct24975)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
djfoster@dbh.com (e-mail)

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

John L. Senning
Senning & Rieder
16 Saybrook Road
Essex, CT 06426

_____
Daniel J. Foster