UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CIVIL ACTION NO. |
| | : | |
| Plaintiffs, | : | 3:01CV2402(AWT) |
| VS. | : | |
| | : | |
| SEA RAY BOATS, INC., | : | |
| | : | |
| Defendant. | : | FEBRUARY 23, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw the appearance of **DEBORAH S. RUSSO** in the above-captioned matter on behalf of the defendant. Other counsel from Day, Berry & Howard have entered an appearance for this defendant.

DEFENDANT, SEA RAY BOATS, INC.

By_____
Deborah S. Russo (ct 18818)
*dsrusso@dbh.com*
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)

## CERTIFICATION

THIS IS TO CERTIFY that on this 23 day of February, 2006, a copy of the foregoing was mailed first class, postage prepaid, to all counsel and pro se parties of record, as follows:

John L. Senning, Inc.
Senning & Rieder
16 Saybrook Road
Essex, CT  06426

_____
Deborah S. Russo