FILED

2006 MAR 20 P 3:58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and <br> LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT) |
| Plaintiffs, | : |
| vs. | : |
| SEA RAY BOATS, INC. | : |
| Defendant. | : MARCH 20, 2006 |

### MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM

The Plaintiffs, Peter D. Mains and Lori M. Mains, in the above captioned matter, by their attorney John L. Senning, Esq. hereby respectfully moves for an extension of time in which to file a Joint Trial Memorandum in this case. The Court has recently ordered that a Joint Trial Memorandum be filed by April 3, 2006. The Plaintiff's counsel was out of the country on other business matters until March 12, 2006. The Plaintiffs have contemporaneously herewith filed a Motion for Referral to Magistrate Judge for the scheduling of a formal Settlement Conference. It is represented that good cause exists in support of this motion in that no prior settlement conferences before a Magistrate Judge or Para-judicial Officer have been previously held in this matter and it is believed that a formal settlement conference before a Magistrate Judge may be helpful in narrowing the matters at issue and or presenting a first substantive or meaningful opportunity for settlement negotiations. Accordingly, it is requested that the date for filing of the Joint Trial Memorandum be extended to a date 30 days following the conclusion of the

Settlement Conference before a Magistrate Judge in order to allow time for the parties to explore settlement following same.

This is the first motion for an extension of time filed in this matter. The substance of this motion has been discussed with Defendant's counsel who advised that the Defendant takes no position with respect to same.

**THE PLAINTIFFS**
**PETER D. MAINS and**
**LORI M. MAINS**

By: _____
John L. Senning, Esquire of
The Essex Law Group
Fed Bar # ct05807
18 Saybrook Road,
Essex, CT 06426
(860) 767-2618

## CERTIFICATION

THIS IS TO CERTIFY that, on this date, a copy of the foregoing was mailed by first class mail, postage prepaid, to:

Daniel J. Foster, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Dated: March 20, 2006

_____
John L. Senning