UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CIVIL ACTION NO. 3:01cv2402(AWT) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC., | : | |
| | : | |
| Defendant. | : | MARCH 20, 2006 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney for the Defendant in the above-titled action.

_____
James H. Rotondo (ct05173)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
jhrotondo@dbh.com

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

John L. Senning
Senning & Rieder
16 Saybrook Road
Essex, CT  06426

_____
James H. Rotondo