**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
PETER D. MAINS and            :
LORI M. MAINS,                :
                              :
     Plaintiffs,              :
                              :
v.                            :    Civil No. 3:01CV02402(AWT)
                              :
SEA RAY BOATS, INC.,          :
                              :
     Defendant.               :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

　　This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_\_\_\_ A ruling on the following motion(s), which is/are currently pending:_____ (orefm.)

　X　 A settlement conference (orefmisc./cnf)

\_\_\_\_\_ Other:_____ (orefmisc./misc)

　　It is so ordered.

　　Dated this 21st day of March, 2006, at Hartford, Connecticut.

　　　　　　　　　　　　　　　　　　/s/Alvin W. Thompson

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Alvin W. Thompson
　　　　　　　　　　　　　　　　　　United States District Judge