FILED

2006 MAR 20 P 3:58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT) |
| Plaintiffs, | : |
| vs. | : |
| SEA RAY BOATS, INC. | : |
| Defendant. | : MARCH 20, 2006 |

### MOTION FOR REFERRAL TO MAGISTRATE JUDGE AND FOR SETTLEMENT CONFERENCE

The Plaintiffs, Peter D. Mains and Lori M. Mains in the above captioned matter, by their attorney John L. Senning, Esq., hereby respectfully moves that this matter be referred to a Magistrate Judge for the conducting of a Settlement Conference between the parties. This is the first motion for a settlement conference and no prior settlement conferences have been held in this matter before a Para-judicial Officer of Magistrate Judge. The substance of this motion has been discussed with counsel for the Defendant who has advised that the Defendant has no objection to this motion.

As no substantive settlement discussions or negotiations have been able to be pursued to date, the opportunity for a formal Settlement Conference may be of significance in the possible resolution of this case prior to further proceedings.

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 3/21/06