UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT)<br>:<br>: |
| Plaintiffs, | : |
| vs. | :<br>: |
| SEA RAY BOATS, INC. | :<br>: |
| Defendant. | : JUNE 2, 2006 |

**MOTION FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM**

The Plaintiffs, Peter D. Mains and Lori M. Mains, in the above captioned matter, by their attorney John L. Senning, Esq. hereby respectfully move for an extension of time in which to file a Joint Trial Memorandum in this case. The Court has previously ordered that a Joint Trial Memorandum be filed by June 5, 2006 which was a date set 30 days after a Settlement Conference scheduled to be held before Magistrate Judge Martinez. An extended Settlement Conference was held on May 6, 2006 and some progress was made toward the possible resolution of this matter. Magistrate Judge Martinez has now scheduled a further Settlement Conference for July 14, 2006. It is represented that good cause exists in support of this motion for a further extension of time in which to file a Joint Trial Memorandum in that it is believed that such further Settlement Conference will be helpful in narrowing the matters at issue and or presenting further substantive or meaningful opportunity for settlement negotiations. In addition, the Plaintiffs will contemporaneously herewith be serving the Defendant with a Motion to Compel and for Sanctions with respect to the Defendant's failure and/or intentional omission

to provide full, accurate and complete responses to certain Interrogatories and Requests for Production. Without the Defendant's compliance with the obligation to provide full, accurate and complete responses to certain Interrogatories and Requests for production at the time of initial response and without the Defendant's compliance with the continuing obligation to supplement its initial responses as additional information and documents came to its knowledge, possession and control, the Plaintiffs have been effectively denied the opportunity to fully and fairly pursue their claims and otherwise adequately prepare their case for trial. An extension of time for the filing of the Joint Trial Memorandum as requested herewith will hopefully allow adequate time in which to resolve the discovery issues which have only recently arisen as a result of knowledge coming to the attention of the Plaintiffs and their counsel. Accordingly, it is requested that the date for filing of the Joint Trial Memorandum be extended to a date 45 days following the conclusion of the Settlement Conference before Magistrate Judge Martinez on July 14, 2006 in order to allow time for the parties to explore settlement following same and to resolve discovery issues which have just recently developed in this case.

    Alternatively, in the event this court is unwilling to grant an extension of time for the time period as requested above, it is requested that the time for filing the Joint Trial Memorandum be extended for 20 days from June 5, 2006 in order to allow the Plaintiffs and their counsel additional time to fully prepare and complete same for filing. Plaintiffs and Plaintiffs' counsel have been devoting efforts toward settlement of this matter and discovery compliance issues the past month and Plaintiffs' counsel's available time has been substantially limited due to unanticipated medical issues during that period.

This is the second motion for an extension of time filed in this matter. The substance of this motion has been transmitted to Defendant's counsel who has advised that they objected to the request for an extension of time until 45 days after the July 14, 2006 settlement conference. No response has yet been received to the request for the alternate 20 day extension.

THE PLAINTIFFS
PETER D. MAINS and
LORI M. MAINS

By: _____
John L. Senning, Esquire of
The Essex Law Group
Fed Bar # ct05807
18 Saybrook Road,
Essex, CT 06426
(860) 767-2618

## CERTIFICATION

THIS IS TO CERTIFY that, on this date, a copy of the foregoing was emailed and mailed by first class mail, postage prepaid, to:

James H. Rotondo, Esq.
Daniel J. Foster, Esq.
Day, Berry & Howard LLP
City Place I
Hartford, Connecticut 06103-3499

Dated: June 2, 2006

_____
John L. Senning