UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : | CASE NO. 301 CV 2402 (AWT) |
| Plaintiffs, | : | |
| v. | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | JUNE 2, 2006 |

**AFFIDAVIT OF DANIEL J. FOSTER IN SUPPORT OF DEFENDANT'S
OBJECTION TO PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME
TO FILE JOINT TRIAL MEMORANDUM**

I, Daniel J. Foster, being first duly sworn, depose and say that:

1. I am over eighteen years of age and understand and believe in the obligations of an oath.

2. I am an attorney with Day, Berry & Howard LLP, which represents the Defendant in this action.

3. I make this affidavit based on my own personal knowledge.

4. On numerous occasions, counsel for the Plaintiffs has asserted, to me or in my presence, that Sea Ray had failed to comply with discovery requests served by the Plaintiffs in this matter.

5. Counsel for the Plaintiffs made this assertion to me in an e-mail that he sent to me on April 21, 2006.

6. In response to that assertion, Sea Ray has consistently and repeatedly denied that it has failed to comply with any discovery requests served by the Plaintiffs in this matter.

_____
Daniel J. Foster

Subscribed and sworn to before me this 2nd day of June, 2006.

_____
Notary Public
My Commission Expires: 6/30/08