UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT)<br>:<br>: |
| vs. | :<br>: |
| SEA RAY BOATS, INC. | : APRIL 20, 2003 |

## SUPPLEMENTAL RESPONSE TO INTERROGATORIES

Pursuant to the parties' Stipulation Regarding Confidentiality, Defendant Sea Ray Boats, Inc. ("Sea Ray") hereby submits the attached confidential documents in response to Plaintiffs' Interrogatories No. 6-11. These confidential documents are to be treated as "Confidential Material" in accordance with the terms of the Stipulation Regarding Confidentiality.

DEFENDANT SEA RAY BOATS, INC.

By: _____
Maxwell Branson, Esq. (ct 20925)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
Phone: (860) 275-0100
Fax: (860) 275-0343

## CERTIFICATION

THIS IS TO CERTIFY that, on this date, a copy of the foregoing was mailed by first class mail, postage prepaid, to:

John L. Senning, Esq.
Senning & Rieder
16 Saybrook Rd.
Essex, CT 06426

Maxwell Branson

SCHEDULE A

REDACTED