# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PETER D. MAINS and** | : | **CASE NO.  301 CV 2402 (AWT)** |
| **LORI M. MAINS** | : | |
| | : | |
| **Plaintiffs,** | : | |
| **vs.** | : | |
| | : | |
| **SEA RAY BOATS, INC.** | : | |
| | : | |
| **Defendant.** | : | **AUGUST 1, 2006** |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The Plaintiffs, Peter D. Mains and Lori M. Mains, in the above captioned

action, by their attorney John L. Senning, pursuant to Local Rule 5 (d) of this

Court, move this Court for leave to file a document under seal.  The document in

question sought to be filed under seal pursuant to a Stipulation Regarding

Confidentiality entered into between the parties by their respective counsel is

Schedule A to Exhibit C of the Plaintiffs' Motion for Order Compelling Disclosure

or Discovery which Motion is being filed contemporaneously herewith.  As part of

such filing Schedule A to Exhibit C is being filed electronically in redacted form

with a separate hard disc copy of said Schedule being fileD with the Clerk of this

Court.  The Plaintiffs, without prejudice, and the Defendant in this action consider

the material in Schedule A to constitute "Confidential Material" as that term is

defined in the Stipulation Regarding Confidentiality.  The Stipulation Regarding

Confidentiality, by its express terms, permitted, <u>inter alia,</u> disclosure of

"Confidential Material" to the Court (paragraph 3e).  However, paragraph 9 of

same provided that "no Confidential Material shall be filed in the public record of

this action."  That paragraph further provided:

"The parties explicitly agree that it is necessary to file Confidential Material under

seal to preserve the right of [the Defendant] to maintain confidentiality of its

proprietary information and that this right overrides the public's interest in viewing

such materials".

Plaintiffs' counsel has discussed the substance of this Motion with Counsel

for the Defendant who supports this Motion as being in furtherance of the

Stipulation Regarding Confidentiality and the purpose of maintaining the

confidentiality of the Defendant's proprietary information.

Plaintiffs submit that filing of the document under seal for the exclusive review and consideration of the material contained therein by the Court is necessary for the Court's full review and consideration of the Plaintiffs' Motion for Order Compelling Disclosure or Discovery.

WHEREFORE, it is respectfully moved that this Court grant the Plaintiffs' Motion for leave to file document under seal and that Schedule A to Exhibit C of the Plaintiffs' Motion for Order Compelling Disclosure or Discovery be allowed to be filed under seal pursuant to Local Rule 5 (d).

**THE PLAINTIFFS**
**PETER D. MAINS and**
**LORI M. MAINS**


/s/ John L. Senning
ct05807
The Essex Law Group
18 Saybrook Road,
Essex, CT  06426
Phone:  (860) 767-2618
Fax:  (860)767-2740
Email:  jlssealaw@aol.com
Their Attorney