# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT)<br>:<br>: |
| Plaintiffs, | : |
| vs. | :<br>: |
| SEA RAY BOATS, INC. | :<br>: |
| Defendant. | : AUGUST 1, 2006 |

### AFFIDAVIT OF JOHN L. SENNING IN SUPPORT OF
### MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

STATE OF CONNECTICUT    )
                        ) Essex
COUNTY OF MIDDLESEX     )

I, John L. Senning, being duly sworn do depose and say:

1. I am an attorney at law and understand the obligation of an oath.

2. I am the attorney for the Plaintiffs, Peter D. Mains and Lori M. Mains, in the above captioned action and as such am familiar with the facts and issues pertaining to same.

3. The document sought to be filed under seal is Schedule A to Exhibit C of the Plaintiffs' Motion for Order Compelling Disclosure or Discovery.

4. Schedule A to Exhibit C is a list of customers whom the Defendant disclosed as being a full and complete list of customers whose Sea Ray boats of similar model and/or

engine/exhaust system installation to that of the Plaintiffs suffered or experienced problems relating to water ingestion and/or resonance reversion.

5. In connection with the Courts consideration of the Plaintiffs Motion for Order Compelling Disclosure or Discovery it is necessary for the Court to be able to review the list of customers disclosed by the Defendant and represented as then as being fully complete and accurate against the names of other Sea Ray boat owners of boats of similar engine/engine exhaust system design who experienced the same or similar problems as the Plaintiffs but who were not disclosed by the Defendant.

6. The Plaintiffs have not disputed that the list of customers as set forth in Schedule A to Exhibit C constitutes "Confidential Material" as that term is defined in the Stipulation Regarding Confidentiality executed by and between the parties a copy of which is attached as Exhibit B to the Motion for Leave to File Documents Under Seal.

7. The Plaintiffs and the Defendant both contend that this Court's granting of said Motion would be in keeping and furtherance of the parties' obligations under the terms of the Stipulation Regarding Confidentiality and expectations regarding the protection of proprietary confidential information.

*[signature]*
John L. Senning

Subscribed and sworn to before me
This 1st day of August, 2006

*[signature]*
Janet J. Klinck
Notary Public
My Commission Expires: 12/31/06