UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT)<br>:<br>: |
| Plaintiffs,<br>v.<br>SEA RAY BOATS, INC. | :<br>:<br>:<br>:<br>:<br>: |
| Defendant. | : AUGUST 2, 2006 |

## AFFIDAVIT OF REBECCA BENTLEY

I, Rebecca Bentley, being first duly sworn, depose and say that:

1. I am over eighteen years of age and understand and believe in the obligations of an oath.

2. I make this affidavit based on my own personal knowledge, and my familiarity with business records of Brunswick Boat Group.

3. I am a Paralegal employed by Brunswick Boat Group, Inc. ("BBG"). The defendant in this action, Sea Ray, is a division of BBG.

4. I have reviewed Schedule A to Exhibit C to the Motion to Compel filed by the Plaintiffs in this action on June 30, 2006 ("Schedule A"). Schedule A is a list of consumers who have made certain types of complaints to Sea Ray concerning certain specified models of Sea Ray boats.

5. Schedule A also constitutes a list of consumers who have purchased Sea Ray boats of particular models.

6. Sea Ray treats information pertaining to consumers who have purchased its products, and especially lists of such consumers, as confidential.

7. Schedule A was generated from a computerized database known as the Customer Relationship Management System, which is a database of complaints made by individual consumers who have purchased Sea Ray boats ("CRMS").

-1-

8. Access to the CRMS database is limited to Sea Ray and BBG staff. Employees of BBG's other divisions, including other divisions that manufacture boats or boat components, are not permitted to access CRMS for Sea Ray.

9. Individuals who have access to CRMS are required to maintain the confidentiality of the information contained in CRMS..

10. Many individuals who have purchased Sea Ray boats subsequently purchase other Sea Ray boats. Often, those consumers wish to "upgrade" to a boat that is larger, has more features, or is otherwise considered more desirable.

11. Maintaining the confidentiality of lists of consumers who have purchased Sea Ray boats, such as Schedule A, affords Sea Ray an actual or potential economic advantage over other boat manufacturers that may wish to target consumers who are known to have purchased boats having particular dimensions or characteristics, and who may therefore be interested in buying other boats in the future. In addition, publicizing such a list of consumers who have made complaints regarding Sea Ray boats could afford Sea Ray's competitors the ability to target individuals known or assumed to be unhappy with their current Sea Ray boat before Sea Ray has full opportunity to resolve the customer's concerns.

_____
Rebecca Bentley

Subscribed and sworn to before me this 2nd day of August, 2006.

_____
Karen M. Vineyard
Notary Public
My Commission Expires: 4/6/08



-2-