**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **PETER D. MAINS and** | : | **CASE NO.  301 CV 2402 (AWT)** |
| **LORI M. MAINS** | : | |
| | : | |
| **Plaintiffs,** | : | |
| **vs.** | : | |
| | : | |
| **SEA RAY BOATS, INC.** | : | |
| | : | |
| **Defendant.** | : | **AUGUST 14, 2006** |

**MOTION FOR CONTINUANCE OF STATUS CONFERENCE AND FOR EXTENSION OF TIME TO FILE JOINT TRIAL MEMORANDUM**

The Plaintiffs, Peter D. Mains and Lori M. Mains, in the above captioned matter, by their Attorney John L. Senning, hereby move that the Status Conference schedule by the Court to be held before Magistrate Judge Martinez on August 22, 2006 and the date ordered for the filing of a Joint Trial Memorandum on September 8, 2006 be respectively continued to dates certain as set forth below.

It is respectfully represented that good cause exists in support of this motion in that this Court previously allowed the Plaintiffs until June 30, 2006 to file a Motion to Compel.  The Plaintiffs electronically filed a Motion for Order Compelling Production and Discovery on June 30, 2006. However,  since an exhibit to said Motion contained "Confidential Material" which the parties had stipulated, inter alia, would not be filed in the public record of this action, the Motion and Exhibits were placed under seal, sua sponte, by the Court until the Court prescribed a procedure for the electronic filing of documents under seal pursuant to the new electronic filing

system.  The Court, per Judge Thompson on July 24, 2006, indicated in a telephonic conference

with counsel for the Plaintiffs and the Defendant the prescribed procedure the Court had

determined to be followed by way of a Motion for Leave to File Document Under Seal and the

contemporaneous electronic filing of the Motion with the Exhibit document sought to be filed

under seal in redacted form accompanied by a hard disc copy of same in unredacted form to be

filed with the Clerk manually.  Accordingly, the Plaintiffs filed a Motion for Leave to File

Document Under Seal together with the Motion to Compel following the Court's prescribed

procedure on August 3, 2006.  The Court, per Thompson J., granted the Motion for Leave to File

Document under Seal on August 11, 2006 and set August 31, 2006 the Defendant's response

date.

Since the date of the previous Status Conference in this matter on May 6, 2006, the

parties have continued a certain dialogue regarding the possible settlement of this matter and the

Plaintiffs have submitted a further settlement offer which was substantially less than the amount

of their previous demand.  The Defendant did not accept that offer and has not made a counter

offer.

On the basis of the forgoing, it is submitted that until such time as the Court acts on the

Plaintiffs' Motion to Compel and it is determined whether the Defendant will be ordered to

provide complete responses to previous discovery requests and whether the Plaintiffs will be

permitted to pursue limited further discovery with respect to same, any Settlement Conference at

this time is extremely unlikely to be productive to any extent.

Similarly, an extension of time in which to file the Joint Trial Memorandum will serve to allow time in which to resolve discovery issues which have only recently arisen as a result of knowledge coming to the attention of the Plaintiffs and their counsel through collateral sources. Such additional time may also allow additional time for the parties to narrow the matters at issue in this matter and reduce the time and resources otherwise to be required of this Court.

WHEREFORE the Plaintiffs respectfully move that this Court continue the Settlement Conference to a date of the Court's convenience at least sixty (60) days after the date of the Court's ruling on the Motion to Compel and to extend the filing date for the Joint Trial Memorandum until thirty (30) days thereafter. In the event the Court denies the Plaintiffs' Motion to Compel, the Plaintiffs respectfully move that this Court continue the Settlement Conference to a date of the Court's convenience at least thirty (30) days after the date of the Court's ruling and extend the filing date for the Joint Trial Memorandum until twenty (20) days thereafter.

This is the first motion for a continuance of a Settlement Conference Date and the third request for an extension of time regarding the Joint Trial Memorandum filed in this matter. A copy of this Motion in draft has been transmitted to Defendant's counsel who have not yet advised as to their position with respect to same.

**THE PLAINTIFFS**
**PETER D. MAINS and**
**LORI M. MAINS**


/s/ John L. Senning

ct05807
The Essex Law Group
18 Saybrook Road,
Essex, CT  06426
Phone:  (860) 767-2618
Fax:  (860)767-2740
Email:  jlssealaw@aol.com
Their Attorney