# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CIVIL NO. 3:01cv2402 (AWT) |
| Plaintiffs, | : | |
| v. | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | JULY 26, 2006 |

## AFFIDAVIT OF MAXWELL BRANSON

I, Maxwell Branson, having duly been sworn, do hereby depose and state that:

1. I am over 18 years of age and make this affidavit based on personal knowledge.

2. I am a member of the bar of the State of Connecticut and the District Court for the District of Connecticut, and practiced law at Day, Berry & Howard from September 1999 until June 2004. During that time I represented Sea Ray in connection with the above matter.

3. I had a number of discussions and communications with counsel for plaintiffs, John Senning, about the scheduling of the inspection of the Mains' boat by Sea Ray's expert. There were a number of delays in arranging the inspection, including the presence of shrink wrap, Mr. Mains' interest in being present during the inspection and the need to complete the depositions of plaintiffs' disclosed experts before the inspection by Sea Ray's expert.

4. I did not make any representations to Mr. Senning with respect to Sea Ray's response to interrogatory 12 to the effect that there were no other lawsuits against Sea Ray with respect to any other model Sea Ray boats relating to problems involving hull laminate, hull core moisture, engine exhaust resonance, engine external moisture ingestion, engine internal water ingestion, engine hydro locking, engine manifold moisture/condensation, engine manifold

41709054.1

problems resulting from ingestion and hull and/or deck structures. I understood that Sea Ray's response to interrogatory 12 related to the model boat at issue, a Sea Ray 330 DA.

*Maxwell Branson*

Subscribed and sworn to before me this 28th day of July, 2006.

*Susan O. Bisaillon*
Notary Public/~~Commissioner of the Superior Court~~
My Commission Expires: 2/28/10

State of Connecticut
County of Hartford

-2-

41709054.1