Project: Mains v Sea Ray  File #: 35957-04
Plate page: 1



Plate 1. Starboard side view of vessel. Inspected at Pilots Point Marine, Westbrook, CT. on July 14, 2004. Mr. Mains removed the boat's cover and he is wiping down the deck.



Plate 2. Port side view of the vessel.

Davis Consulting Group                                                                 1-800-223-8816

Project: Mains v Sea Ray    File #: 35957-04
Plate page:2



Plate 3. Stern view of the vessel: "Main Squeeze III".



Plate 4. Hull number: SERT3801C898, USCG Doc # 1067637, the vessel is a 1998 Sea Ray Sundancer 330.

Davis Consulting Group                                    1-800-223-8816

Project: Mains v Sea Ray  File #: 35957-04
Plate page: 3



Plate 5. Color differential between the white arch and gelcoat.



Plate 6. Opposed hullside, similar color differential on arch to deck gelcoat.

Davis Consulting Group                                            1-800-223-8816

Project: Mains v Sea Ray	File #: 35957-04
Plate page:4



Plate 7. Vent Cowl on the port hullside with a similar color differential.



Plate 8. Engine room vent trim piece with similar color differential.

Davis Consulting Group	1-800-223-8816

Project:  Mains v Sea Ray          File #: 35957-04
Plate page:5



Plate 9. Starboard side vent piece with similar color differential.



Plate 10. Starboard transom ring with a 10" damage area in the deck mold above the rub rail.

Davis Consulting Group                                         1-800-223-8816

Project:  Mains v Sea Ray        File #: 35957-04
Plate page:6





Plate 11. The reverse side of the starboard lift ring with compression damage evident in the backing plate at the top bolt of the ring.



Plate 12. Moisture meter readings on the swim platform show moist along the tape line. There is a support frame in way of this line.

Davis Consulting Group                                            1-800-223-8816

Project: Mains v Sea Ray  File #: 35957-04
Plate page: 7



Plate 13. Moist reading along this tape line is just outside of the support.



Plate 14. Hull damage noted on the inboard starboard chine forward. With successive damage along a line of the inboard and outboard chines.

Davis Consulting Group                                              1-800-223-8816

Project: Mains v Sea Ray  File #: 35957-04
Plate page:8



Plate 15. Closer view of the damage in plate 14, impact related.



Plate 16. Macro photo of the damage area with damage through the gelcoat and into the first layer of laminate. Bottom paint (dark color) indicates to be two coatings.

Davis Consulting Group                                                    1-800-223-8816