Project: Mains v Sea Ray           File #: 35957-04
Plate page:9



Plate 17. Macro photo of the damage area. Note the indication of two coatings of bottom paint.



Plate 18. Mid ships starboard damage area at the inboard and outboard chines.

Davis Consulting Group                                          1-800-223-8816

Project: Mains v Sea Ray  File #: 35957-04
Plate page:10





Plate 19. Outboard chine midships with scrape mark along the edge of the chine.



Plate 20. Inboard chine midships with repair evident.

Davis Consulting Group                                            1-800-223-8816

Project:  Mains v Sea Ray        File #: 35957-04
Plate page:11





Plate 21. From the areas of damage in plates 19-20 toward the stern.



Plate 22. Exhaust cowl with water abrasion (vertical shinny area) above the bullet.

Davis Consulting Group                                                    1-800-223-8816

Project: Mains v Sea Ray    File #: 35957-04
Plate page: 12





Plate 23. Impact damage to the outboard side of the exhaust cowl base.



Plate 24. Green patina at the trim tab planes and hull, sample secured.

Davis Consulting Group                                                                          1-800-223-8816

Project: Mains v Sea Ray    File #: 35957-04
Plate page:13



Plate 25. Sample of bottom paint coatings secured.



Plate 26. GRP 33 moisture meter reading "dry" in way of the starboard windshield wiper.

Project: Mains v Sea Ray  File #: 35957-04
Plate page:14



Plate 27. Moisture meter reading "dry" adjacent to a caulked drill hole near the starboard windshield wiper.



Plate 28. Port windshield wiper area reading "moist/wet" marked out with tape.

Davis Consulting Group                                                                                          1-800-223-8816