Project: Mains v Sea Ray  File #: 35957-04
Plate page: 15





Plate 29. Deck perspective of "moist/wet" area near the port windshield wiper.



Plate 30. From the same area, mid fore deck, view of "moist/wet" area at the forepeak of the deck.

Davis Consulting Group                                        1-800-223-8816

Project: Mains v Sea Ray         File #: 35957-04
Plate page: 16



Plate 31. Areas reading "moist/wet" are marked with tape.



Plate 32. Area adjacent to the bow cleat reading "moist".

Davis Consulting Group                                        1-800-223-8816

Project: Mains v Sea Ray          File #: 35957-04
Plate page: 17


Plate 33. Part broken off the anchor windlass base, possibly the 'brake'.


Plate 34. View of the deck of the vessel with the two "moist/wet" areas marked with tape.

Davis Consulting Group                                    1-800-223-8816

Project: Mains v Sea Ray  File #: 35957-04
Plate page: 18



Plate 35. Cockpit view toward helm and companionway.



Plate 36. Helm station

Davis Consulting Group  1-800-223-8816

Project: Mains v Sea Ray
File #: 35957-04
Plate page: 19



Plate 37. Starboard engine hour meter reading is 184.2.



Plate 38. Port engine hour meter reading is 178.3.

Davis Consulting Group                                        1-800-223-8816

Project: Mains v Sea Ray  File #: 35957-04
Plate page:20





Plate 39. Deck under the helm seat.



Plate 40. Deck between the helm and passenger seating.

Davis Consulting Group                                          1-800-223-8816