Project: Mains v Sea Ray   File #: 35957-04
Plate page:21



Plate 41. Cabin view toward the aft as found with cushions removed.



Plate 42. Cabin overhead aft.

Davis Consulting Group                                           1-800-223-8816

Project: Mains v Sea Ray  File #: 35957-04
Plate page:22



Plate 43. Cabin overhead forward.



Plate 44. Microwave space with unit found removed

Davis Consulting Group  1-800-223-8816

Project: Mains v Sea Ray  
Plate page:23  
File #: 35957-04



Plate 45. Cabin floor at refrigerator.



Plate 46. Cabin bilge space.

Davis Consulting Group                                         1-800-223-8816

Project: Mains v Sea Ray
File #: 35957-04
Plate page:24



Plate 47. Linear crack in the gelcoat aft of the show sump in the cabin bilge.



Plate 48. Transverse crack in the gelcoat forward of the shower sump.

Davis Consulting Group                                              1-800-223-8816

Project: Mains v Sea Ray   File #: 35957-04
Plate page: 25



Plate 49. Crack in gelcoat running adjacent to the inboard stringer.



Plate 50. View into forward berth, cushions found removed.

Davis Consulting Group                                     1-800-223-8816

Project: Mains v Sea Ray  File #: 35957-04
Plate page:26



Plate 51. Forward storage space.



Plate 52. Mid forward storage space.

Davis Consulting Group  1-800-223-8816