Project: Mains v Sea Ray          File #: 35957-04
Plate page:27



Plate 53. Engine room center bilge space in way of the depth finder transducer.



Plate 54. Paint loss at the loose hose securement, poor paint covering at the transducer cutaway.

Davis Consulting Group                              1-800-223-8816

Project:  Mains v Sea Ray          File #: 35957-04
Plate page:28



Plate 55. Brush strokes adjacent to the bilge pump float switch.



Plate 56. Engine room as found. Engines and exhaust systems disassembled.

Project: Mains v Sea Ray          File #: 35957-04
Plate page:29



Plate 57. Port engine disassembled, cylinder wall scoring, oil on pistons post disassembly.



Plate 58. Port engine cylinder wall scoring and rust.

Project: Mains v Sea Ray          File #: 35957-04
Plate page:30



Plate 59. Port engine exhaust manifold, inspected at the Mains residence, with rust and scale; the exhaust passages are void of oil residue.



Plate 60. Port engine exhaust manifold with rust and scale, the exhaust passages are void of oil residue.

Project:  Mains v Sea Ray          File #: 35957-04
Plate page:31



Plate 61. Starboard engine as found in the vessel.



Plate 62. Starboard engine cylinder wall scoring and rust.

Project:  Mains v Sea Ray            File #: 35957-04
Plate page:32



Plate 63. Starboard cylinder wall scoring and water mark where piston rings rested on cylinder wall.



Plate 64. Starboard engine exhaust manifold, inspected at the Mains residence, with rust and scale; exhaust passages are void of oil residue.

Project: Mains v Sea Ray          File #: 35957-04
Plate page:33



Plate 65. Starboard exhaust manifold with rust and scale; exhaust passages void of oil residue.



Plate 66. Starboard cylinder head with exhaust port rusted and void of oil residue.

Davis Consulting Group                          1-800-223-8816

Project:  Mains v Sea Ray    File #: 35957-04
Plate page:34



Plate 67. Exhaust manifold blue drain plug at base of water hose elbow.