# EXHIBIT B



Offices throughout North America, check our website for up to date location listings

**Marine Surveyors, Engineers, Consultants**
**1989 University Lane, Suite I, Lisle Illinois 60532**
**630-852-7944   800-223-8816   voice   630-852-7128    800-852-7128 Fax**
**info@daviscoltd.com  email                 http://www.daviscoltd.com  website**

*(5/06)*

### GREGORY T. DAVIS

Greg Davis is an internationally recognized expert in marine forensics and marine survey.  President and founder of Davis and Company, the nation's leading marine survey engineering firm, Mr. Davis has been a professional marine surveyor and investigator for 30 years.

A Fellow of the American College of Forensic Examiners, Mr. Davis is also a certified Fire and Explosion Investigator by the National Association of Fire Investigators, and a certified marine surveyor by the National Association of Marine Surveyors, Inc and is the Chair of the NAMS Yachts and Small Craft Technical Committee.

He is a member of the Society of Naval Architects and Marine Engineers (SNAME), serving on their O-45 Fire Protection and Safety Panel, the American Boat and Yacht Council (ABYC), serving on their Board of Directors, the National Fire Protection Association (NFPA), permanent member of the "NFPA 303 Marinas and Boatyards" fire safety standard committee, the International Association of Arson Investigators (IAAI), and other professional organizations.

Mr. Davis has authored numerous articles on marine surveying that have been published in leading trade journals.  He speaks frequently at boating and marine industry conferences, and has been profiled in *Who's Who in Science and Engineering*, *Who's Who in America*, and *Who's Who in the Midwest*.

As a member of the Davis Consulting Group, Mr. Davis puts his technical expertise to work for a wide variety of clients, from insurance companies and banks to marine manufacturers and law firms.  He is regularly called upon to provide expert testimony at legal proceedings.

## Professional Certifications and Affiliations

### The American Board of Forensic Examiners

Board Certified Forensic Examiner, October 1994
Fellow, American College of Forensic Examiners
Listed in the National Registry of Forensic Examiners
Specialty: Marine Accident Reconstruction, Marine Fire Cause and Origin

### The American Boat and Yacht Council

Board of Directors, 1999-2005
ABYC Standards Accreditation (expires 2/20/2007)

### The American Institute of Marine Underwriters-Midwest region

### The American Society for Non-Destructive Testing

### The Boat US Speakers Bureau

### The Composites Fabricators Association

### The International Association of Arson Investigators

### The National Association of Fire Investigators

Certified Fire and Explosion Investigator, August 1993 (#4152-738)

### The International Association of Marine Investigators

### The National Association of Marine Surveyors

Certified Marine Surveyor, September 1978  (#113-264)
Chair, Yachts and Small Craft Technical Committee
Co-Chair, 41st Annual meeting committee, 2003

### The Society of Naval Architects and Marine Engineers (SNAME)

Technical panel member, O-45: Life Safety and Fire Protection

### The Technical Information Exchange for Marine Professionals

### The National Fire Protection Association

Permanent Member, NFPA 303: Marinas and Boatyards
Guest (industry Rep)-Marine Chapter, NFPA 921: Fire and Explosion Guide

### The National Marine Manufacturers Association

Member, Boating Industry Risk Management Council

## EDUCATION

*Professional Course Work and Seminars:*

"London Surveying Conference", April 11-12, 2005, International Institute of Marine Surveying; Institute of Marine Engineering and Science Technology; National Association of Marine Surveyors, joint conference, London, England.

"National Seminar on Fire Analysis Litigation", August 14-15, 2003. National Association of Fire Investigators, Inc.

"ABYC Standards Accreditation," February 18-20, 2002.  American Boat and Yacht Council, Inc.

Advanced Arson Seminar, " Reading the Fingerprint of Fire ," MABAS Division 10 and Illinois Chapter, International Association of Arson Investigators.  March 20-22, 1995.

Accidents: From the Scene to the Trial , Sponsored by the American Boat and Yacht Council, October 31-November 1, 1994.

Advanced Arson Investigation Course , Sponsored by MABAS division 10 and Illinois Chapter, International Association of Arson Investigators, 1994.

Determining the Cause and Origin of Fires and Explosions Training Seminar, Sponsored by: National Fire Protection Association, and National Association of Fire Investigators, 1993.

Advanced Fire Investigation Seminar, Sponsored by MABAS division 10 and Illinois chapter, International Association of Arson Investigators, 1992.

Atlantic Marine Surveyors-Blistering and Laminate Failures in Fiberglass Boat Hulls, 1988.

American Boat and Yacht Council-DC Electrical Systems in Boats, 1990.

Corrosion Seminar, The Nickel Institute, 1989.

*Undergraduate Degree Held:*

BA, College of Santa Fe, Santa Fe, New Mexico, 1973.

## SPEAKING HISTORY

Mr. Davis is a frequent speaker at conferences and symposia sponsored by NAMS and other marine organizations. The symposia generally pertain to matters related to the practice of marine survey, and are approved by NAMS for CEU's. Mr. Davis has spoken on the following topics:

*The Condition and Value Survey,* National City Bank Recreation Finance Service Company Symposia, Chicago, IL, July 19, 2005

*Boat Owner Losses* PLRB (Property Loss Research Bureau) Claims Conference and Insurance Services Expo 2005, San Antonio, TX, April 19-20, 2005.

*Marine Surveyors- Investigators or Not,* International Association of Arson Investigators, 55th Annual Meeting & Conference, St. Louis, Missouri, April 20, 2004

*Boa Owner Losses,* Property Loss Research Bureau 2004 Claims conference & Insurance Expo, Chicago, Illinois, March 14-16, 2003.

*Origin and Cause- Appraisals on Boat Losses,* Speaker at the National Association of Subrogation Professionals annual conference, Reno, Nevada, November 4, 2003

*Non-Destructive Evaluation (NDE) for Surveyors,* panelist at IBEX (International Boat Builder Exposition and Conference) 2003, Miami Beach, Florida, October 29, 2003.

*Dispute Resolution,* panelist at IBEX (International Boat Builder Exposition and Conference) 2003, Miami Beach, Florida, October 27, 2003

*Evidence collection- Spoliation and other issues- How does ASTM deal with this experts quagmire?* NAMS 41 Annual National Marine Conference East, Chicago, Illinois, April 14, 2003.

*Boat Owner Losses.* Property Loss Research Bureau 2003 Claims conference & Insurance Expo, Orlando, Florida, April 1, 2003.

*Boat Fire Investigation,* Wisconsin Arson Claims Council, Greenfield, Wisconsin, May 15, 2002.

*The Electricity Challenged Boatyard,* International Boatbuilders Exhibition and Conference (IBEX), Ft. Lauderdale, Florida, February 6, 2002.

*Marine Accident Investigation*, Instructor, The American Boat and Yacht Council, Inc., Accident Investigation Seminar: Ft. Lauderdale, Florida, April 16-17, 1998; Long Beach, California, October 22-23, 1998; Annapolis, Maryland, March 1-2, 1999; Chicago, Illinois, October 25-26, 1999; Seattle, Washington December 4-5, 2000.

*Establishing a good working relationship with a marine surveyor*, The American Boat Builders and Repairers Association, Providence, Rhode Island, September 16-17, 1998.

*Plastic Bag Overheat Syndrome*, Marine Applications of Composite Materials 7th International Conference, Melbourne, Florida, March 17-19, 1998.

*Outdrive Failure Diagnosis*, and *FRP Repair Estimating*, The Society of Accredited Marine Surveyors 4th Annual Pacific Region Conference, Vancouver, British Columbia, Canada, April 26-29, 1997.

*The Internet as an advertising and business communication tool*, The National Association of Marine Surveyors 35th Annual Conference, New Orleans, Louisiana, March 20-22, 1997.

*Marine Accident Reconstruction*, The International Association of Marine Investigators, Annual training seminar, St. Louis, Missouri, March 3-5, 1997

*Risk Exposures of a Marine Surveyor and How to Insure Against Them*, The National Association of Marine Surveyors 34th Annual Conference, Houston, Texas, April 19, 1996.

*Marine Fire Cause and Origin Investigation*, Tech Cor (the educational division of Allstate Insurance Co., Special Investigations Unit) advanced training class, Wheeling, Illinois, April 15, 1996.  Returning lecturer since 1989.

*In-Service Failures from the Marine Surveyor's Point of View*, Marine Applications of Composites Materials  6th International Conference, Cocoa Beach, Florida, March 19, 1996.

*Marine Surveying*, United States Power Squadron, Mid Illini Squadron, Bloomington, Illinois, January 17, 1996.

*Advanced Boating Course*, State Farm Insurance Illinois Office, Bloomington, Illinois, course agenda and presentation responsibilities, Essex Inn, Chicago, Illinois, January 16, 1996.

*Lenders and Marine Surveys: Assessing Your Collateral*, panelist representing NAMS, National Marine Bankers Association, 1994 members conference, October 6, 1994, Chicago, Illinois.

*Boat Damage, is it Preventable?*, USPS District 20 Annual Meeting, 'N' club, Deerfield, Illinois, March 20, 1994

*Marine Survey, Safety First*, USPS Chicago Squadron, Wilmette Harbor, Evanston, Illinois, March 9, 1994.

*Boat Damage, is it Preventable?*, MORF, Burnham Harbor, Chicago, Illinois, February 5, 1994.

*Boat Fires, Accidental and Arson*, Multiple Automatic Box Alarm System (MABAS), Division 10, Advanced Fire Investigation Seminar (Sanctioned by the Illinois chapter of the International Association of Arson Investigators), Darien, Illinois, November 4-6, 1992.

*Investigating Marine Claims*, Rural Insurance Company, Annual Claims Seminar, Fon du Lac, Wisconsin, June 26, 1992.

*In-Service Failures, from the Marine Surveyor's Point of View*, The Fourth International Marine Applications of Composite Materials Conference, Florida Institute of Technology, Melbourne, Florida, March 24-26, 1992.

*Interpreting Marine Surveys - Who, What, When, Where, Why and How*, American Marine Underwriting Managers, Conference on Marine Underwriting, Milwaukee, Wisconsin, February 3, 1992.

*Small Boats and Their Power Systems, An Overview*, Milwaukee Insurance Company, Milwaukee, Wisconsin, September 17, 1991.

*The Small Craft Condition and Value Survey* , Small Craft Underwriting Seminar, Kemper Insurance Company, Miami, Florida, February 14-15, 1990.

*Marine Surveying, What is it About?*, The United States Power Squadron, District 20 annual conference, Schaumburg, Illinois, January 1990.

*Coal-Ocean/Inland Waterways Transit Problems*, The Chicago Ocean Marine Underwriters Association, Chicago, Illinois, April 29, 1982.

*A Look into the Handling of Inland Transportation Claims*, Western Loss Association, Chicago, Illinois, March 18, 1982.

Basic Considerations in the Adjustment of Damage Losses on Fiberglass Reinforced Plastic Boats, State Farm Insurance Companies, Adjusters Seminar, Chicago, Illinois, June 1, 1978.


## PUBLICATION HISTORY

Mr. Davis has authored articles for the following technical journals:

*Proceedings*: 4th International Marine Applications of Composite Materials Conference

*NAMS NEWS*

*Technical Information Exchange for Marine Professionals*

*Composites Fabrication*, Composites Fabrication Association Magazine

*Proceedings*: 6th International Marine Applications of Composites Materials Conference

*Proceedings*: 7th International Marine Application of Composite Materials Conference

*ABYC NEWS*

*The Business of Pleasure Boats*, National Marine Bankers Association newsletter

*Investigator*, International Association of Special Investigation Units (IASIU) Michigan Chapter magazine, Vol. 4 Issue 2 May 2004.

## AWARDS AND RECOGNITION

*Who's Who in America*, Marquis Publications.

*Who's Who in Science and Engineering*, Marquis Publications.

Certificate of Appreciation, Speaker, National Association of Marine Surveyors, Inc., 1997.

Award, Speaker, International Association of Marine Investigators, 1997.

Certificate of Appreciation, United States Power Squadron, Mid Illini Squadron, Bloomington, Illinois, Certificate of Appreciation, Service, 1996.

*Who's Who in the World*, Marquis Publications.

*Men of Achievement*, 16th ed., International Biographical Centre, Cambridge, England, 1995.

*Who's Who in the Midwest*, Marquis Publications.

Certificate of Appreciation, Service, Tech Cor, Allstate Insurance Co. National Training Center, 1992.

Certificate of Appreciation, Service, National Association of Marine Surveyors, Inc., 1991.

Certificate of Appreciation, Service, United States Power Squadron, Calumet Squadron, Calumet, Illinois, 1990.

## PUBLIC/PRIVATE SECTOR  COMMITTEE SERVICE

Chair, Yachts and Small Craft Technical Committee, The National Association of Marine Surveyors, Inc., Chesapeake, Virginia, 2000-present.

Chair, Communication Committee, The National Association of Marine Surveyors, Inc., Chesapeake, Virginia, 2002.

Board of Directors, The American Boat and Yacht Council, Edgewater, Maryland. 1998-2005.

Technical panel member, O-45 Life Safety and Fire Prevention, The Society of Naval Architects and Marine Engineers, 1977-present.

Permanent panel member, NFPA 303 - Marinas and Boatyards, The National Fire Protection Association.

Guest, NFPA 921- Fire and Explosion Investigation Guide, At the request of ABYC and NMMA participated as the industry representative to the committee panel charged with authoring the Marine Chapter of the guide.

Special panel member, Yacht Survey Report Standards Committee, The Society of Accredited Marine Surveyors, 1997.

Member, Boating Industry Risk Management Council, National Marine Manufacturers Association, 1997-present.

Chairman, Insurance Committee, National Association of Marine Surveyors, Inc., 1982-1995.

Member, UL Marine ad hoc Committee on Marine Fuel Hose (at the request of UL Marine), 1986.

Expert Testimony case list

2006

Miller Yacht Sales, Inc. v. Steven Smith, Mariner Yacht Sales, et al, US District Court, District of New Jersey, 03CV1514(AET), expert for the defendant, pending

Sarraf v. Utley & Arrida, Peoria County 04L248, Illinois and Gerges v. Utley & Arrida, Peoria County, 04L272 Illinois. Expert for the defendant, Pending

2005

Babb, et al v Thompson, Circuit Court of the 6th Judicial District, DeWitt County. Illinois, No. 05-L-16. Expert for the Defendant, settled without testimony

~~AK El Oso, LLC and AK Santamaria Enterprises, LLC v Yanmar Marine USA Coporation and Yanmar America Corporation f/k/a Yanmar Diesel America~~ Corp., (class action) Expert for the Plaintiff, pending

2004

Mains v Sea Ray Boats, Inc., US District Court, District of Connecticut, Civil Action 3:01CV2402, Hartford, Connecticut. Expert for the defendant, pending

2003

William T Sloan v Regal Beloit Corp, et al, State of South Carolina, County of Charleston, Case No. 03-CP-10-4062, Expert for the defendant, settled without testimony.

2003

Bailey v Skipperliner Industries, Inc. et al., US District Court for Northern Indiana, South Bend Division, Cause No: 3:01-CV-0361CAN, South Bend, IN. Expert for the defendant, Trial.

2002

McClean v. American Marine Holdings, d/b/a Donzi Marine, et al, US District Court, Eastern District of Michigan, Southern Division, Case No. 01-72091. Expert for the Plaintiff, no testimony given

2000

Anderson v. Koehler Corp., Circuit Court of the City of St. Louis, Missouri, Case No. 022-06904; Harris v. Silverton Marine, et al, Case No. 992-07639.  Expert for Defendant, no testimony given

1999

Dulak v. State Farm Ins. Co., State of Michigan, Menominee County, Our file 19204-99.  Expert witness for the defendant.  Trial.

1998

Allen v. Great American Ins. Co., US District Court.  Eastern Northern Division of Missouri, Case no. 97CV02460JCH, Our file 18135-98, Expert witness for the plaintiff.  Deposition.

*1996*

John D. Lipps v. Cruisers, Inc., & Sailing Inc., State of Ohio, Franklin County, 10th Appellate District, Our file 11409-96.  Expert witness for the plaintiff.  Deposition and Trial.

State of Ohio v. Charles Kaine, Court of Common Pleas, Cuyahoga County, Cleveland, Ohio, case number 325705, Our file 9322-94.  Expert witness for the plaintiff.  Trial.

Popplewell v. ACBL, et al, State of Illinois, County of Grundy, 13th Judicial Circuit Court, 93 L 62.  Our file 11018-95.  Expert witness for the defense. Declaratory judgement for the defense, no testimony given.

Bastanfar v. Pierce, State of Michigan, Circuit Court for the County of
Oakland, 95-509128-NO, Our file 11575-96. Expert witness for the defense.
Settled just prior to deposition.

Barbara Diane Guy, administrator of the estate of Michelle Gumulauski,
Deceased v. Chicago Yacht Club, Chicago Park District, City of Chicago,
James E. Qualizza and Premier Electric Corp; Circuit Court of Cook
County, Illinois, 92L010211, Our file 7434-93. Expert witness for the
plaintiff. Deposition.

1995

Westman et al v. Zurek et al, State of Illinois, County of Lake, Circuit
Court of the 19th District, 93 L 1022, Our file 7847-93. Expert witness for
the defendant Zurek. Deposition.

Janke v. Country Mutual Insurance Co., State of Illinois, County of La
Salle, 94 SC 2075, Our file 9240-00, Expert witness for the defense. Trial.

Richardson v. Allstate Insurance Co., State of Illinois, County of Cook, 94
L 010772, Our file 7067-93. Expert witness for the defense. Deposition.

Shapiro v. Murray Chris Craft; US District Court, Middle District of
Florida, Tampa Division, 91-1599-Civ-T-10C. Our file 2833-88. Expert
witness for the plaintiff. Deposition.

1994

Erich Boehm v. Hannah Marine Corporation; U S District Court, Northern
District of Indiana, Hammond Division, 293-CV-212-RL, Our file 8723-94.
Rebuttal expert witness, June 1, 1994, for the plaintiff.

1993

Farmington Meat Co. v. Olney Refrigerated Transportation Inc.,
Arbitration Forums, Great Lakes Field Office, Deerfield, IL, Signatories:
Atlantic Mutual Insurance Co., and Kemper Insurance Co., Hearing
Testimony March 9, 1993. Expert witness for the plaintiff.

Roy Huckaby v. Sea Ray Boats, et al, State of Illinois, County of DuPage,
90L2274, Deposition April 13, 1993; October 1994 settled just prior to trial
testimony. Expert witness for the plaintiff.

Clarendon National Insurance Company v. Reynolds Transfer and
Storage, State of Wisconsin, Dane County Circuit Court, 91-CV-1186.
Deposition April 27, 1993. Expert witness for the plaintiff.

Susan Alexander & James Roof v. Edward Dominiak, State of Ohio,
Mahoning County, 93 CV 2302. May 1995 settled prior to trial. Our file
7788-01, Expert witness for the defense.

1990

Chris Venstra v. St. Paul Fire and Marine Insurance Company, State of Michigan, Ottawa County. Trial testimony September 6, 1990. Expert witness for the defendant.

1989

Donald G. Strozewski v. Tower Insurance Company and William O. Colby, State of Wisconsin, Wood County, 88-CV-852. Trial testimony, expert witness for the defendant.

1980

Daliege v. Tichacek and Land Lake Marine, State of Illinois, Cook County Circuit Court, 79M5-10567. Expert witness for the plaintiff. Deposition.

# EXHIBIT C



**a division of Davis and Company, Ltd.**

## MARINE TECHNICAL AND ENGINEERING SERVICES

630-852-7944   630-852-7128 Fax        Website: www.daviscoltd.com
1989 University Ave., Suite I, Lisle, Illinois 60532 USA and Ft. Lauderdale, FL.
800-223-8816   800-852-7128 Fax        Email: dcg@daviscoltd.com

Friday, July 07, 2006

Day, Berry & Howard, LLP
City Place I
Hartford, CT 06103
Attn: Dan Foster

                                Re: Mains v Sea Ray
                                Case: 301CV2402 (AWT)
                                Project #: 35957-04

Dear Mr. Foster:

Per your request:

Our professional fee structure is as follows:

| | |
|---|---|
| Registered Professional Engineer | $200.00 |
| Naval Architect / Marine Engineer | $180.00 |
| Senior Technical Consultant | $125.00 |
| Certified Fire Investigator | $125.00 |
| Marine Surveyor | $100.00 |
| Technical Consultant | $ 85.00 |
| Research Assistant | $ 65.00 |

We completed this project using two staff members, myself a certified marine surveyor and Jerome Starczowski, marine surveyor and ABYC gasoline engines certified technician. Our billing rate for this project is $100.00/ hour, plus expenses.

We have issued two invoices on this project to date:

    One for $7090.46 dated July 19, 2004
    One for $1952.80 dated October 18, 2004

7/12/2006                                                             Page 2 of 2
Project 35957

These invoices are paid. We have a small amount of time accumulated on this project
since the October 18, 2004 invoice that is unbilled. This will be billed when the project is
concluded.



Sincerely,
Davis Consulting Group

Gregory T. Davis, NAMS-CMS
President



**DAVIS&company** LIMITED®
Est. 1977
"One Source, One Solution"

Offices servicing North America - Visit our Website for an up-to-date locations listing: www.daviscoltd.com

1989 University Lane, Suite I, P.O. Box 359, Lisle, IL  60532-0359
630-852-7944          630-852-7128 FAX

## INVOICE

DBH001

Deborah Russo

Day, Berry, & Howard
City Place I
Hartford, CT  06103

**REF #:** **35957**    2004    1

**INVOICE DATE:**

7/19/2004

Davis & Company office:

(860) 275-0477          FAX   (860) 275-0343          **DCG**

(860) 275-0100                                         **DAVIS**

| | |
|---|---|
| INSURED NAME: | **Mains v.  Sea Ray** |
| CLAIM #: | **301 CV 2402 (AWT)** |
| POLICY #: | N/A |
| DATE OF LOSS: | |
| TYPE OF LOSS: | CONSULTING |

| | | | |
|---|---|---|---|
| PROF FEES | 6,190.00 | INSURANCE | 23.95 |
| MILEAGE | 57.20 | SUPPLIES | 0.00 |
| TOLLS | 1.00 | TRAVEL | 413.40 |
| PHONE | 12.00 | LODGING | 153.36 |
| PHOTO | 0.00 | MEALS | 31.00 |
| HANDLING | 136.55 | MISC | 72.00 |

**TOTAL INVOICE AMOUNT**       **7,090.46**       US $

# Thank You

## FEDERAL TAX ID # 36-3054285 (Corp.)

**MAKE ALL PAYMENTS PAYABLE TO:**
**DAVIS & COMPANY, LTD.**
**P.O. BOX 359 - Lisle, IL  60532-0359**

# DAVIS & company LIMITED
Est. 1977

*"One Source, One Solution"*

Offices servicing North America
Visit our Website:
www.daviscoltd.com
for an up to date geographic
locations listing

## MARINE SURVEYORS, ENGINEERS, CONSULTANTS
1989 University Lane, Suite I, P.O. Box 359, Lisle, IL 60532-0359
630-852-7944                    630-852-7128 FAX

# INVOICE

### MAKE ALL PAYMENTS PAYABLE TO DAVIS & COMPANY, LTD. AT:

#### P.O. BOX 359 - Lisle, IL 60532

DBH001
Deborah Russo
Day, Berry, & Howard
City Place I
Hartford, CT  06103

**REF #: 35957**   2004   2

**INVOICE DATE:**  10/18/04

(860) 275-0477      FAX   (860) 275-0343
(860) 275-0100

Davis & Company office:
**DCG**
**DAVIS**

| | | |
|---|---|---|
| INSURED NAME: | **Mains v. Sea Ray** | |
| CLAIM #: | **301 CV 2402 (AWT)** | |
| POLICY #: | N/A | |
| DATE OF LOSS: | | |
| TYPE OF LOSS: | CONSULTING | |

*INTERIM BILL
7/19/04 - 10/15/04*

| | | | | |
|---|---|---|---|---|
| PROF FEES | 1,600.00 | INSURANCE | 0.00 |
| MILEAGE | 0.00 | SUPPLIES | 0.00 |
| TOLLS | 0.00 | TRAVEL | 0.00 |
| PHONE | 6.00 | LODGING | 0.00 |
| PHOTO | 268.00 | MEALS | 0.00 |
| HANDLING | 58.80 | MISC | 20.00 |

### TOTAL INVOICE AMOUNT   1,952.80      US $

**FEDERAL TAX ID # 36-3054285**          # Thank You

# EXHIBIT D

# Day, Berry & Howard LLP

COUNSELLORS AT LAW

James H. Rotondo
Direct Dial: (860) 275-0197
E-mail: jhrotondo@dbh.com

July 5, 2006

**VIA E-MAIL AND REGULAR MAIL**

John L. Senning, Esq.
The Essex Law Group
16 Saybrook Road
Essex, CT 06426

Re:     Mains v. Sea Ray Boats, Inc.

Dear Attorney Senning:

In Plaintiffs' Motion to Compel dated June 30, 2006, you state that "[t]he Plaintiffs and/or their counsel recently came to be aware of the existence of law suits in the states of Ohio, California, Georgia and Florida which involved or pertained to certain subject matter topics or categories listed in Interrogatory 12." (Pls.' Mot. to Compel at 4.)  Although you assert that these suits support Plaintiffs' Motion to Compel, you have failed to identify these law suits, either in the Motion or in the accompanying Memorandum of Law.

Accordingly, I ask that you please identify in writing the law suits referred to in Plaintiffs' Motion to Compel no later than Wednesday, July 12, 2006.

Very truly yours,

James H. Rotondo

cc:     Daniel J. Foster (via e-mail)

# EXHIBIT E

**Shaw, Kathleen M.**

| | |
|---|---|
| **From:** | JLSSEALAW@aol.com |
| **Sent:** | Thursday, July 20, 2006 3:21 PM |
| **To:** | Rotondo, James H. |
| **Subject:** | Mains vs. Sea Ray |

I have unexpectedly been away from the office on other matters much of this week and due to computer problems we have been unable to access certain information regarding various marine cases. We have been able to locate the names of the Florida and California cases which, respectively, are: The Palmetto Group of Florida, Inc. v. Sea Ray Boats, Inc. (hull/core delamination) (Florida Federal Court) and Debis Financial Services v. Brunswick Corp., Sea Ray Boats et al (water ingestion) California State Court. We are continuing to look for information on the Ohio State Court water ingestion case and are not sure that we ever had the name of the Georgia case, but we will look for both or recontact the source of the original information and advise you accordingly. I will be in the office for part of the day (mid day) tomorrow and will telephone you then.

John L. Senning, Esq.
The Essex Law Group
16 Saybrook Road
Essex, CT  06426
860-767-2618
860-767-2740

# EXHIBIT F

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER D. MAINS and LORI M. MAINS     :     CASE NO.  3:01cv2402 (AWT)

                                       :

v.                                       :

                                       :

SEA RAY BOATS, INC.              :      AUGUST 23, 2006

### THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORIES

       Defendant hereby submits the following supplemental response to Plaintiffs'

Interrogatories:

       12.      To the extent not already identified above, identify all consumer complaints, law

suits or arbitration proceedings made, asserted or brought against the Defendant since 1996 with

respect to any of the following topics pertaining to Sea Ray boats:

       (a)      hull laminate problems;

       (b)      hull core moisture saturation problems;

       (c)      engine exhaust resonance problems;

       (d)      engine exhaust system problems other than exhaust resonance;

       (e)      engine internal moisture ingestion problems other than manifold problems;

       (f)      engine internal water ingestion problems;

       (g)      engine hydro locking problems;

       (h)      engine manifold moisture / condensation problems;

       (i)      engine manifold problems resulting from water ingestion; and

       (j)      hull and/or deck structural problems.

### OBJECTION
### AND ANSWER:

            Sea Ray objects to this interrogatory insofar as it requests information pertaining
to all models of Sea Ray boats.  This request calls for information that is
irrelevant, immaterial, and not reasonably calculated to lead to the discovery of
admissible evidence.  There are no additional consumer complaints other than
those to be identified upon execution of a suitable protective order.  There have
been no such law suits or arbitration proceedings brought against Sea Ray.

**SUPPLEMENTAL RESPONSE:**

Sea Ray supplements its previous response as follows:  Subject to its objections, and without waiver thereof, Sea Ray identifies the following law suits.  Sea Ray states that the following law suits constitute all law suits of which Sea Ray is aware that concern Sea Ray boats of models 310DA, 330DA, 340DA, 330EC, 340AJ, and 370EC, and that concern claims relating to alleged exhaust resonance, engine water ingestion, or hull core moisture problems.

| PLAINTIFF | MODEL | FILED | ALLEGATIONS | VENUE | PLAINTIFF'S COUNSEL |
|-----------|-------|-------|-------------|-------|---------------------|
| Debis Financial | 1998  370 DA #SERF6267G798 | Feb-05 | Water ingestion | Superior Court of the State Of Calif. For Orange County, Case No. 03CC14361 | Richard Gilbert |
| William Jakeman | 2001  340DA #SERT7306001 | Nov-03 | Water Ingestion | Court of Common Pleas for Hamilton County, Ohio Case No. A0308674 | Ronald Burdge |
| Marilyn Exum | 1999 310DA #SERT5026A999 | Dec-03 | Water ingestion | U.S. District Court, Middle District of Fla., Case No. V8:03-CV-2545-T-27MSS | Donald P. DeCort |
| Sandra Hutchinson dba Noreast Erectors | 2000 340 DA #SERT5721F900 | Feb-04 | Moisture in and around starboard stringer | U.S. District Court, Eastern District of Michigan, Southern Division Case No. 04-72814 | Davis Hess |

DEFENDANT SEA RAY BOATS, INC.

By

James H. Rotondo (ct05173)
jhrotondo@dbh.com
Daniel J. Foster (ct24975)
djfoster@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 fax

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this date via first-class mail, postage prepaid, to:

John L. Senning, Esq.
Senning & Rieder
16 Saybrook Road
Essex, CT  06426

Daniel J. Foster

-3-

## VRIFICATION

I, Allen McDonald, Assistant General Counsel for the Defendant, Sea Ray Division of Brunswick Corporation, hereby declare under oath that I have reviewed the foregoing answers to interrogatories, which have been prepared with the assistance and advice of counsel, and the assistance of employees and representatives of Sea Ray, and that, to the best of my knowledge, information, and belief, and subject to inadvertent or undiscovered errors, said answers are true and accurate.

_____
Allen McDonald

Subscribed and sworn to before me this 22nd day of August, 2006.

_____
Notary Public
My commission expires: September 3, 2008

-4-