# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : | CASE NO. 301 CV 2402 (AWT) |
| Plaintiffs,<br>v. | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | AUGUST 28, 2006 |

### AFFIDAVIT OF REBECCA BENTLEY

I, Rebecca Bentley, being first duly sworn, depose and say that:

1. I am over eighteen years of age and understand and believe in the obligations of an oath.

2. I make this affidavit based on my own personal knowledge, and my familiarity with business records of Brunswick Boat Group.

3. I am a Paralegal employed by Brunswick Boat Group, Inc. ("BBG").

4. The defendant in this action, Sea Ray, is a division of BBG. BBG is a corporate entity owned by Brunswick Corporation.

5. The Mercury Marine Group ("Mercury Marine") is a separate entity also owned by Brunswick Corp. Mercury Marine is not owned, operated, or controlled by Sea Ray or BBG.

6. The boat that is the subject of this action is a model 330 DA boat of a variety manufactured between approximately 1995 and 2000 (the "pertinent model").

7. The case known as *Palmetto Group of Florida, Inc. v. Sea Ray Boats, Inc.*, concerned a model 460DA boat. This model is sixteen feet longer than the pertinent model and was made at a different plant.

8. The case known as *Debis Financial Services v. Brunswick Corp.* concerned a model 370 DA boat.

9. Sea Ray maintains thousands of paper files pertaining to consumer complaints.

10. Most of those files are in warehouses in several locations in Tennessee and Florida.

11. Those files are organized by the consumer's last name, not by the type of complaint that the consumer has made.

12. There is no efficient way in which those files can be searched to identify consumers who have made particular kinds of complaints regarding particular models of boats.

_____
Rebecca Bentley

Subscribed and sworn to before me this ___ day of August, 2006.

_____
Notary Public
My Commission Expires: 4/6/08

[Notary seal: KAREN M. VINEYARD, NOTARY PUBLIC AT LARGE, KNOX COUNTY, TENN.]