ANSI/ISO/ASQ Q9001-2000

# AMERICAN NATIONAL STANDARD

*Quality management systems—*
*Requirements*

AMERICAN SOCIETY FOR QUALITY
P.O. BOX 3005
MILWAUKEE, WISCONSIN 53201-3005

ANSI/ISO/ASQ Q9001-2000

# AMERICAN NATIONAL STANDARD

## Quality management systems— Requirements

Fundamentals and vocabulary

Approved as an American National Standard by:
American Society for Quality

An American National Standard Approved on
December 13, 2000

*American National Standards:* An American National Standard implies a consensus of those substantially concerned with its scope and provisions. An American National Standard is intended as a guide to aid the manufacturer, the consumer, and the general public. The existence of an American National Standard does not in any respect preclude anyone, whether he or she has approved the standard or not, from manufacturing, purchasing, or using products, processes, or procedures not conforming to the standard. American National Standards are subject to periodic review and users are cautioned to obtain the latest edition.

*Caution Notice:* This American National Standard may be revised or withdrawn at any time. The procedures of the American National Standards Institute require that action be taken to reaffirm, revise, or withdraw this standard no later than five years from the date of publication. Purchasers of American National Standards may receive current information on all standards by calling or writing the American National Standards Institute.

**Additional resources on the ANSI/ISO/ASQ Q9000-2000 Standards available from ASQ Quality Press:**

*ISO 9001:2000 Explained*, Second Edition
Charles A. Cianfrani, Joseph J. Tsiakals, and John E. (Jack) West

*The ISO Lesson Guide 2000: Pocket Guide to Q9001:2000*, Second Edition
Dennis Arter and J. P. Russell

*ISO 9001:2000 – An Audio Workshop and Master Slide Presentation*
John E. (Jack) West and Charles A. Cianfrani

*ISO 9001:2000 Quick Reference*
Jeanne Ketola and Kathy Roberts

*ISO 9000 at the Front Line*
William A. Levinson

*After the Quality Audit: Closing the Loop on the Audit Process*, Second Edition
J. P. Russell and Terry Regel

*Internal Quality Auditing*
Denis Pronovost

Quality Press has created an ISO 9000:2000 Resource Materials Web page. This convenient online resource contains links to all the books, journals, standards, and courses that are available through ASQ (as well as general information and FAQs) on this important revision to the standards. You can visit this page from our Online Bookstore at http://qualitypress.asq.org .

To request a complimentary catalog of ASQ Quality Press publications, call 800-248-1946, or visit our Online Bookstore at http://qualitypress.asq.org .

©2001 by ASQ

*Copyright Protection Notice for the ANSI//ISO/ASQ Q9000-2000 Standard.*
This standard is subject to copyright claims of ISO, ANSI, and ASQ. Not for resale. No part of this publication may be reproduced in any form, including an electronic retrieval system, without the prior written permission of ASQ. All requests pertaining to the ANSI/ISO/ASQ Q9000-2000 Standard should be submitted to ASQ.

*Note:* As used in this document, the term "International Standard" refers to the American National Standard adoption of this and other International Standards. ASQ will consider requests for change and information on the submittal of such requests regarding this Standard. All requests should be in writing to the attention of the Standards administrator at the address below.

*ASQ Mission:* The American Society for Quality advances individual and organizational performance excellence worldwide by providing opportunities for learning, quality improvement, and knowledge exchange.

Published by:



American Society for Quality

Quality Press
P.O. Box 3005
Milwaukee, Wisconsin 53201-3005
800-248-1946
Fax: 414-272-1734
www.asq.org
http://qualitypress.asq.org
http://standardsgroup.asq.org

ANSI/ISO/ASQ Q9001-2000

**Contents** | **Page**

1 Scope ............................................. 1
1.1 General ......................................... 1
1.2 Application ..................................... 1
2 Normative reference ............................. 1
3 Terms and definitions ........................... 2
4 Quality management system ....................... 2
4.1 General requirements ........................... 2
4.2 Documentation requirements ..................... 3
5 Management responsibility ....................... 4
5.1 Management commitment .......................... 4
5.2 Customer focus ................................. 4
5.3 Quality policy ................................. 5
5.4 Planning ....................................... 5
5.5 Responsibility, authority and communication .... 5
5.6 Management review .............................. 6
6 Resource management ............................. 7
6.1 Provision of resources ......................... 7
6.2 Human resources ................................ 7
6.3 Infrastructure ................................. 7
6.4 Work environment ............................... 7
7 Product realization ............................. 8
7.1 Planning of product realization ................ 8
7.2 Customer-related processes ..................... 8
7.3 Design and development ......................... 9
7.4 Purchasing ..................................... 11
7.5 Production and service provision ............... 12
7.6 Control of monitoring and measuring devices .... 13
8 Measurement, analysis and improvement .......... 14
8.1 General ........................................ 14
8.2 Monitoring and measurement ..................... 14
8.3 Control of nonconforming product ............... 16
8.4 Analysis of data ............................... 16
8.5 Improvement .................................... 17

**Annexes**
A Correspondence between
   ISO 9001:2000 and ISO 14001:1996 ............... 19
B Correspondence between
   ISO 9001:2000 and ISO 9001:1994 ................ 27

Bibliography ....................................... 37

This page intentionally left blank.

This page intentionally left blank.

---

ANSI/ISO/ASQ Q9001-2000

## Foreword

ISO (the International Organization for Standardization) is a worldwide federation of national standards bodies (ISO member bodies). The work of preparing International Standards is normally carried out through ISO technical committees. Each member body interested in a subject for which a technical committee has been established has the right to be represented on that committee. International organizations, governmental and non-governmental, in liaison with ISO, also take part in the work. ISO collaborates closely with the International Electrotechnical Commission (IEC) on all matters of electrotechnical standardization.

International Standards are drafted in accordance with the rules given in the ISO/IEC Directives, Part 3.

Draft International Standards adopted by the technical committees are circulated to the member bodies for voting. Publication as an International Standard requires approval by at least 75% of the member bodies casting a vote.

Attention is drawn to the possibility that some of the elements of this International Standard may be the subject of patent rights. ISO shall not be held responsible for identifying any or all such patent rights.

International Standard ISO 9001 was prepared by Technical Committee ISO/TC 176, *Quality management and quality assurance*, Subcommittee SC 2, *Quality systems*.

This third edition of ISO 9001 cancels and replaces the second edition (ISO 9001:1994) together with ISO 9002:1994 and ISO 9003:1994. It constitutes a technical revision of these documents. Those organizations which have used ISO 9002:1994 and ISO 9003:1994 in the past may use this International Standard by excluding certain requirements in accordance with 1.2.

The title of ISO 9001 has been revised in this edition and no longer includes the term "Quality assurance". This reflects the fact that the quality management system requirements specified in this edition of ISO 9001, in addition to quality assurance of product, also aim to enhance customer satisfaction.

Annexes A and B of this International Standard are for information only.

vii

ANSI/ISO/A

## Introduction

### 0.1  General

The adoption of a quality management system should be a strategic decision of an organization. The design and implementation of an organization's quality management system is influenced by varying needs, particular objectives, the products provided, the processes employed and the size and structure of the organization. It is not the intent of this International Standard to imply uniformity in the structure of quality management systems or uniformity of documentation.

The quality management system requirements specified in this International Standard are complementary to requirements for products. Information marked "NOTE" is for guidance in understanding or clarifying the associated requirement.

This International Standard can be used by internal and external parties, including certification bodies, to assess the organization's ability to meet customer, regulatory and the organization's own requirements.

The quality management principles stated in ISO 9000 and ISO 9004 have been taken into consideration during the development of this International Standard.

### 0.2  Process approach

This International Standard promotes the adoption of a process approach when developing, implementing and improving the effectiveness of a quality management system, to enhance customer satisfaction by meeting customer requirements.

For an organization to function effectively, it has to identify and manage numerous linked activities. An activity using resources, and managed in order to enable the transformation of inputs into outputs, can be considered as a process. Often the output from one process directly forms the input to the next.

The application of a system of processes within an organization, together with the identification and interactions of these processes, and their management, can be referred to as the "process approach".

An advantage of the process approach is the ongoing control that it provides over the linkage between the individual processes within the system of processes, as well as over their combination and interaction.

When used within a quality management system, such an approach emphasizes the importance of

a)   understanding and meeting requirements,

ix

This page intentionally left blank.

ANSI/ISO/ASQ Q9001-2000

b) the need to consider processes in terms of added value,

c) obtaining results of process performance and effectiveness, and

d) continual improvement of processes based on objective measurement.

The model of a process-based quality management system shown in Figure 1 illustrates the process linkages presented in clauses 4 to 8. This illustration shows that customers play a significant role in defining requirements as inputs. Monitoring of customer satisfaction requires the evaluation of information relating to customer perception as to whether the organization has met the customer requirements. The model shown in Figure 1 covers all the requirements of this International Standard, but does not show processes at a detailed level.

NOTE: In addition, the methodology known as "Plan-Do-Check-Act" (PDCA) can be applied to all processes. PDCA can be briefly described as follows.

Plan:     establish the objectives and processes necessary to deliver results in accordance with customer requirements and the organization's policies.

Do:     implement the processes.

Check:    monitor and measure processes and product against policies, objectives and requirements for the product and report the results.

Act:     take actions to continually improve process performance.

### 0.3 Relationship with ISO 9004

The present editions of ISO 9001 and ISO 9004 have been developed as a consistent pair of quality management system standards which have been designed to complement each other, but can also be used independently. Although the two International Standards have different scopes, they have similar structures in order to assist their application as a consistent pair.

ISO 9001 specifies requirements for a quality management system that can be used for internal application by organizations, or for certification, or for contractual purposes. It focuses on the effectiveness of the quality management system in meeting customer requirements.

ISO 9004 gives guidance on a wider range of objectives of a quality management system than does ISO 9001, particularly for the continual improvement of an organization's overall performance and efficiency, as well as its effectiveness. ISO 9004 is recommended as a guide for organizations whose top management

x



ANSI/ISO/ASQ Q9

Continual improve the quality managem

Management responsibilit

Resource management

Product realization

Customers

Requirements

Input

Key

Value-adding activities

Information flow

xi

Figure 1 — Model of a process-based quality r

ANSI/ISO/ASQ Q9001-2000

wishes to move beyond the requirements of ISO 9001 in pursuit of continual improvement of performance. However, it is not intended for certification or for contractual purposes.

**0.4 Compatibility with other management systems**

This International Standard has been aligned with ISO 14001:1996 in order to enhance the compatibility of the two standards for the benefit of the user community.

This International Standard does not include requirements specific to other management systems, such as those particular to environmental management, occupational health and safety management, financial management or risk management. However, this International Standard enables an organization to align or integrate its own quality management system with related management system requirements. It is possible for an organization to adapt its existing management system(s) in order to establish a quality management system that complies with the requirements of this International Standard.

xiii





001-2000

ANSI/ISO/ASQ Q9001-2000

## Quality management systems — Requirements

### 1  Scope

#### 1.1  General

This International Standard specifies requirements for a quality management system where an organization

a)  needs to demonstrate its ability to consistently provide product that meets customer and applicable regulatory requirements, and

b)  aims to enhance customer satisfaction through the effective application of the system, including processes for continual improvement of the system and the assurance of conformity to customer and applicable regulatory requirements.

NOTE  In this International Standard, the term "product" applies only to the product intended for, or required by, a customer.

#### 1.2  Application

All requirements of this International Standard are generic and are intended to be applicable to all organizations, regardless of type, size and product provided.

Where any requirement(s) of this International Standard cannot be applied due to the nature of an organization and its product, this can be considered for exclusion.

Where exclusions are made, claims of conformity to this International Standard are not acceptable unless these exclusions are limited to requirements within clause 7, and such exclusions do not affect the organization's ability, or responsibility, to provide product that meets customer and applicable regulatory requirements.

### 2  Normative reference

The following normative document contains provisions which, through reference in this text, constitute provisions of this International Standard. For dated references, subsequent amendments to, or revisions of, any of these publications do not apply. However, parties to agreements based on this International Standard are encouraged to investigate the possibility of applying the most recent edition of the normative document indicated below. For undated references, the latest edition of the normative document referred to applies. Members of ISO and IEC maintain registers of currently valid International Standards.

ISO 9000:2000, *Quality management systems — Fundamentals and vocabulary.*



ANSI/ISO/ASQ Q9001-2000

## 3 Terms and definitions

For the purposes of this International Standard, the terms and definitions given in ISO 9000 apply.

The following terms, used in this edition of ISO 9001 to describe the supply chain, have been changed to reflect the vocabulary currently used:

**supplier → organization → customer**

The term "organization" replaces the term "supplier" used in ISO 9001:1994, and refers to the unit to which this International Standard applies. Also, the term "supplier" now replaces the term "subcontractor".

Throughout the text of this International Standard, wherever the term "product" occurs, it can also mean "service".

## 4 Quality management system

### 4.1 General requirements

The organization shall establish, document, implement and maintain a quality management system and continually improve its effectiveness in accordance with the requirements of this International Standard.

The organization shall

a) identify the processes needed for the quality management system and their application throughout the organization (see 1.2),

b) determine the sequence and interaction of these processes,

c) determine criteria and methods needed to ensure that both the operation and control of these processes are effective,

d) ensure the availability of resources and information necessary to support the operation and monitoring of these processes,

e) monitor, measure and analyse these processes, and

f) implement actions necessary to achieve planned results and continual improvement of these processes.

These processes shall be managed by the organization in accordance with the requirements of this International Standard.

Where an organization chooses to outsource any process that affects product conformity with requirements, the organization shall ensure control over such processes. Control of such outsourced processes shall be identified within the quality management system.

NOTE  Processes needed for the quality management system referred to above should include processes for management activities, provision of resources, product realization and measurement.

2

---

ANSI/ISO/ASQ Q9001-2000

### 4.2 Documentation requirements

#### 4.2.1 General

The quality management system documentation shall include

a) documented statements of a quality policy and quality objectives,

b) a quality manual,

c) documented procedures required by this International Standard,

d) documents needed by the organization to ensure the effective planning, operation and control of its processes, and

e) records required by this International Standard (see 4.2.4).

NOTE 1  Where the term "documented procedure" appears within this International Standard, this means that the procedure is established, documented, implemented and maintained.

NOTE 2  The extent of the quality management system documentation can differ from one organization to another due to

a) the size of organization and type of activities,

b) the complexity of processes and their interactions, and

c) the competence of personnel.

NOTE 3  The documentation can be in any form or type of medium.

#### 4.2.2 Quality manual

The organization shall establish and maintain a quality manual that includes

a) the scope of the quality management system, including details of and justification for any exclusions (see 1.2),

b) the documented procedures established for the quality management system, or reference to them, and

c) a description of the interaction between the processes of the quality management system.

#### 4.2.3 Control of documents

Documents required by the quality management system shall be controlled. Records are a special type of document and shall be controlled according to the requirements given in 4.2.4.

3

ANSI/ISO/ASQ Q9001-2000

A documented procedure shall be established to define the controls needed

a) to approve documents for adequacy prior to issue,

b) to review and update as necessary and re-approve documents,

c) to ensure that changes and the current revision status of documents are identified,

d) to ensure that relevant versions of applicable doc-uments are available at points of use,

e) to ensure that documents remain legible and readily identifiable,

f) to ensure that documents of external origin are identified and their distribution controlled, and

g) to prevent the unintended use of obsolete docu-ments, and to apply suitable identification to them if they are retained for any purpose.

### 4.2.4 Control of records

Records shall be established and maintained to pro-vide evidence of conformity to requirements and of the effective operation of the quality management system. Records shall remain legible, readily identifiable and retrievable. A documented procedure shall be estab-lished to define the controls needed for the identifica-tion, storage, protection, retrieval, retention time and disposition of records.

## 5 Management responsibility

### 5.1 Management commitment

Top management shall provide evidence of its commit-ment to the development and implementation of the quality management system and continually improving its effectiveness by

a) communicating to the organization the impor-tance of meeting customer as well as statutory and regulatory requirements,

b) establishing the quality policy,

c) ensuring that quality objectives are established,

d) conducting management reviews, and

e) ensuring the availability of resources.

### 5.2 Customer focus

Top management shall ensure that customer require-ments are determined and are met with the aim of ... customer satisfaction (see 7.2.1 and 8.2.1)

---

ANSI/ISO/ASQ (

### 5.3 Quality policy

Top management shall ensure that the quality policy

a) is appropriate to the purpose of the organization,

b) includes a commitment to comply with require-ments and continually improve the effectiveness of the quality management system,

c) provides a framework for establishing and review-ing quality objectives,

d) is communicated and understood within the organization, and

e) is reviewed for continuing suitability.

### 5.4 Planning

#### 5.4.1 Quality objectives

Top management shall ensure that quality objectives, including those needed to meet requirements for prod-uct [see 7.1 a)], are established at relevant functions and levels within the organization. The quality objec-tives shall be measurable and consistent with the qual-ity policy.

#### 5.4.2 Quality management system planning

Top management shall ensure that

a) the planning of the quality management system is carried out in order to meet the requirements given in 4.1, as well as the quality objectives, and

b) the integrity of the quality management system is maintained when changes to the quality management system are planned and implemented.

### 5.5 Responsibility, authority and communication

#### 5.5.1 Responsibility and authority

Top management shall ensure that responsibilities and authorities are defined and communicated within the organization.

#### 5.5.2 Management representative

Top management shall appoint a member of manage-ment who, irrespective of other responsibilities, shall have responsibility and authority that includes

a) ensuring that processes needed for the quality management system are established, implemented and maintained,

b) reporting to top management on the performance of the quality management system and any need for improvement, and

c) ensuring the promotion of awareness of customer requirements throughout the organization.

5

ANSI/ISO/ASQ Q9001-2000

NOTE The responsibility of a management representative can include liaison with external parties on matters relating to the quality management system.

**5.5.3  Internal communication**

Top management shall ensure that appropriate communication processes are established within the organization and that communication takes place regarding the effectiveness of the quality management system.

**5.6  Management review**

**5.6.1  General**

Top management shall review the organization's quality management system, at planned intervals, to ensure its continuing suitability, adequacy and effectiveness. This review shall include assessing opportunities for improvement and the need for changes to the quality management system, including the quality policy and quality objectives.

Records from management reviews shall be maintained (see 4.2.4).

**5.6.2  Review input**

The input to management review shall include information on

a)  results of audits,

b)  customer feedback,

c)  process performance and product conformity,

d)  status of preventive and corrective actions,

e)  follow-up actions from previous management reviews,

f)  changes that could affect the quality management system, and

g)  recommendations for improvement.

**5.6.3  Review output**

The output from the management review shall include any decisions and actions related to

a)  improvement of the effectiveness of the quality management system and its processes,

b)  improvement of product related to customer requirements, and

c)  resource needs.

ANSI/ISO/ASQ Q9001-2000

**6  Resource management**

**6.1  Provision of resources**

The organization shall determine and provide the resources needed

a)  to implement and maintain the quality management system and continually improve its effectiveness, and

b)  to enhance customer satisfaction by meeting customer requirements.

**6.2  Human resources**

**6.2.1  General**

Personnel performing work affecting product quality shall be competent on the basis of appropriate education, training, skills and experience.

**6.2.2  Competence, awareness and training**

The organization shall

a)  determine the necessary competence for personnel performing work affecting product quality,

b)  provide training or take other actions to satisfy these needs,

c)  evaluate the effectiveness of the actions taken,

d)  ensure that its personnel are aware of the relevance and importance of their activities and how they contribute to the achievement of the quality objectives, and

e)  maintain appropriate records of education, training, skills and experience (see 4.2.4).

**6.3  Infrastructure**

The organization shall determine, provide and maintain the infrastructure needed to achieve conformity to product requirements. Infrastructure includes, as applicable

a)  buildings, workspace and associated utilities,

b)  process equipment (both hardware and software), and

c)  supporting services (such as transport or communication).

**6.4  Work environment**

The organization shall determine and manage the work environment needed to achieve conformity to product requirements.

ANSI/ISO/ASQ Q9001-2000

# 7 Product realization

## 7.1 Planning of product realization

The organization shall plan and develop the processes needed for product realization. Planning of product realization shall be consistent with the requirements of the other processes of the quality management system (see 4.1).

In planning product realization, the organization shall determine the following, as appropriate:

a) quality objectives and requirements for the product;

b) the need to establish processes, documents, and provide resources specific to the product;

c) required verification, validation, monitoring, inspection and test activities specific to the product and the criteria for product acceptance;

d) records needed to provide evidence that the realization processes and resulting product meet requirements (see 4.2.4).

The output of this planning shall be in a form suitable for the organization's method of operations.

NOTE 1 A document specifying the processes of the quality management system (including the product realization processes) and the resources to be applied to a specific product, project or contract, can be referred to as a quality plan.

NOTE 2 The organization may also apply the requirements given in 7.3 to the development of product realization processes.

## 7.2 Customer-related processes

### 7.2.1 Determination of requirements related to the product

The organization shall determine

a) requirements specified by the customer, including the requirements for delivery and post-delivery activities,

b) requirements not stated by the customer but necessary for specified or intended use, where known,

c) statutory and regulatory requirements related to the product, and

d) any additional requirements determined by the organization.

### 7.2.2 Review of requirements related to the product

The organization shall review the requirements related to the product. This review shall be conducted prior to the organization's commitment to supply a product to

ANSI/ISO/ASQ Q9001-2000

the customer (e.g. submission of tenders, acceptance of contracts or orders, acceptance of changes to contracts or orders) and shall ensure that

a) product requirements are defined,

b) contract or order requirements differing from those previously expressed are resolved, and

c) the organization has the ability to meet the defined requirements.

Records of the results of the review and actions arising from the review shall be maintained (see 4.2.4).

Where the customer provides no documented statement of requirement, the customer requirements shall be confirmed by the organization before acceptance.

Where product requirements are changed, the organization shall ensure that relevant documents are amended and that relevant personnel are made aware of the changed requirements.

NOTE In some situations, such as internet sales, a formal review is impractical for each order. Instead the review can cover relevant product information such as catalogues or advertising material.

### 7.2.3 Customer communication

The organization shall determine and implement effective arrangements for communicating with customers in relation to

a) product information,

b) enquiries, contracts or order handling, including amendments, and

c) customer feedback, including customer complaints.

## 7.3 Design and development

### 7.3.1 Design and development planning

The organization shall plan and control the design and development of product.

During the design and development planning, the organization shall determine

a) the design and development stages,

b) the review, verification and validation that are appropriate to each design and development stage, and

c) the responsibilities and authorities for design and development.

The organization shall manage the interfaces between different groups involved in design and development to ensure effective communication and clear assignment of responsibility.

ANSI/ISO/ASQ Q9001-2000

Planning output shall be updated, as appropriate, as the design and development progresses.

**7.3.2  Design and development inputs**

Inputs relating to product requirements shall be determined and records maintained (see 4.2.4). These inputs shall include

a)  functional and performance requirements,

b)  applicable statutory and regulatory requirements,

c)  where applicable, information derived from previous similar designs, and

d)  other requirements essential for design and development.

These inputs shall be reviewed for adequacy. Requirements shall be complete, unambiguous and not in conflict with each other.

**7.3.3  Design and development outputs**

The outputs of design and development shall be provided in a form that enables verification against the design and development input and shall be approved prior to release.

Design and development outputs shall

a)  meet the input requirements for design and development,

b)  provide appropriate information for purchasing, production and for service provision,

c)  contain or reference product acceptance criteria, and

d)  specify the characteristics of the product that are essential for its safe and proper use.

**7.3.4  Design and development review**

At suitable stages, systematic reviews of design and development shall be performed in accordance with planned arrangements (see 7.3.1)

a)  to evaluate the ability of the results of design and development to meet requirements, and

b)  to identify any problems and propose necessary actions.

Participants in such reviews shall include representatives of functions concerned with the design and development stage(s) being reviewed. Records of the results of the reviews and any necessary actions shall be maintained (see 4.2.4).

ANSI/ISO/ASQ Q9001-2000

**7.3.5  Design and development verification**

Verification shall be performed in accordance with planned arrangements (see 7.3.1) to ensure that the design and development outputs have met the design and development input requirements. Records of the results of the verification and any necessary actions shall be maintained (see 4.2.4).

**7.3.6  Design and development validation**

Design and development validation shall be performed in accordance with planned arrangements (see 7.3.1) to ensure that the resulting product is capable of meeting the requirements for the specified application or intended use, where known. Wherever practicable, validation shall be completed prior to the delivery or implementation of the product. Records of the results of validation and any necessary actions shall be maintained (see 4.2.4).

**7.3.7  Control of design and development changes**

Design and development changes shall be identified and records maintained. The changes shall be reviewed, verified and validated, as appropriate, and approved before implementation. The review of design and development changes shall include evaluation of the effect of the changes on constituent parts and product already delivered.

Records of the results of the review of changes and any necessary actions shall be maintained (see 4.2.4).

**7.4  Purchasing**

**7.4.1  Purchasing process**

The organization shall ensure that purchased product conforms to specified purchase requirements. The type and extent of control applied to the supplier and the purchased product shall be dependent upon the effect of the purchased product on subsequent product realization or the final product.

The organization shall evaluate and select suppliers based on their ability to supply product in accordance with the organization's requirements. Criteria for selection, evaluation and re-evaluation shall be established. Records of the results of evaluations and any necessary actions arising from the evaluation shall be maintained (see 4.2.4).

**7.4.2  Purchasing information**

Purchasing information shall describe the product to be purchased, including where appropriate

a)  requirements for approval of product, procedures, processes and equipment,

11

ANSI/ISO/ASQ Q9001-2000

b) requirements for qualification of personnel, and

c) quality management system requirements.

The organization shall ensure the adequacy of specified purchase requirements prior to their communication to the supplier.

### 7.4.3 Verification of purchased product

The organization shall establish and implement the inspection or other activities necessary for ensuring that purchased product meets specified purchase requirements.

Where the organization or its customer intends to perform verification at the supplier's premises, the organization shall state the intended verification arrangements and method of product release in the purchasing information.

### 7.5 Production and service provision

### 7.5.1 Control of production and service provision

The organization shall plan and carry out production and service provision under controlled conditions. Controlled conditions shall include, as applicable

a) the availability of information that describes the characteristics of the product,

b) the availability of work instructions, as necessary,

c) the use of suitable equipment,

d) the availability and use of monitoring and measuring devices,

e) the implementation of monitoring and measurement, and

f) the implementation of release, delivery and post-delivery activities.

### 7.5.2 Validation of processes for production and service provision

The organization shall validate any processes for production and service provision where the resulting output cannot be verified by subsequent monitoring or measurement. This includes any processes where deficiencies become apparent only after the product is in use or the service has been delivered.

Validation shall demonstrate the ability of these processes to achieve planned results.

The organization shall establish arrangements for

ANSI/ISO/ASQ Q9001-2000

a) defined criteria for review and approval of the processes,

b) approval of equipment and qualification of personnel,

c) use of specific methods and procedures,

d) requirements for records (see 4.2.4), and

e) revalidation.

### 7.5.3 Identification and traceability

Where appropriate, the organization shall identify the product by suitable means throughout product realization.

The organization shall identify the product status with respect to monitoring and measurement requirements.

Where traceability is a requirement, the organization shall control and record the unique identification of the product (see 4.2.4).

NOTE In some industry sectors, configuration management is a means by which identification and traceability are maintained.

### 7.5.4 Customer property

The organization shall exercise care with customer property while it is under the organization's control or being used by the organization. The organization shall identify, verify, protect and safeguard customer property provided for use or incorporation into the product. If any customer property is lost, damaged or otherwise found to be unsuitable for use, this shall be reported to the customer and records maintained (see 4.2.4).

NOTE Customer property can include intellectual property.

### 7.5.5 Preservation of product

The organization shall preserve the conformity of product during internal processing and delivery to the intended destination. This preservation shall include identification, handling, packaging, storage and protection. Preservation shall also apply to the constituent parts of a product.

### 7.6 Control of monitoring and measuring devices

The organization shall determine the monitoring and measurement to be undertaken and the monitoring and measuring devices needed to provide evidence of conformity of product to determined requirements (see 7.2.1).

The organization shall establish processes to ensure that monitoring and measurement can be carried out

ANSI/ISO/ASQ Q9001-2000

and are carried out in a manner that is consistent with the monitoring and measurement requirements.

Where necessary to ensure valid results, measuring equipment shall

a) be calibrated or verified at specified intervals, or prior to use, against measurement standards traceable to international or national measurement standards; where no such standards exist, the basis used for calibration or verification shall be recorded;

b) be adjusted or re-adjusted as necessary;

c) be identified to enable the calibration status to be determined;

d) be safeguarded from adjustments that would invalidate the measurement result;

e) be protected from damage and deterioration during handling, maintenance and storage.

In addition, the organization shall assess and record the validity of the previous measuring results when the equipment is found not to conform to requirements. The organization shall take appropriate action on the equipment and any product affected. Records of the results of calibration and verification shall be maintained (see 4.2.4).

When used in the monitoring and measurement of specified requirements, the ability of computer software to satisfy the intended application shall be confirmed. This shall be undertaken prior to initial use and reconfirmed as necessary.

NOTE  See ISO 10012-1 and ISO 10012-2 for guidance.

8  Measurement, analysis and improvement

8.1  General

The organization shall plan and implement the monitoring, measurement, analysis and improvement processes needed

a) to demonstrate conformity of the product,

b) to ensure conformity of the quality management system, and

c) to continually improve the effectiveness of the quality management system.

This shall include determination of applicable methods, including statistical techniques, and the extent of their use.

8.2  Monitoring and measurement

8.2.1  Customer satisfaction

As one of the measurements of the performance of the quality management system, the organization shall

14

---

ANSI/ISO/ASQ Q9001-2000

monitor information relating to customer perception as to whether the organization has met customer requirements. The methods for obtaining and using this information shall be determined.

8.2.2  Internal audit

The organization shall conduct internal audits at planned intervals to determine whether the quality management system

a) conforms to the planned arrangements (see 7.1), to the requirements of this International Standard and to the quality management system requirements established by the organization, and

b) is effectively implemented and maintained.

An audit programme shall be planned, taking into consideration the status and importance of the processes and areas to be audited, as well as the results of previous audits. The audit criteria, scope, frequency and methods shall be defined. Selection of auditors and conduct of audits shall ensure objectivity and impartiality of the audit process. Auditors shall not audit their own work.

The responsibilities and requirements for planning and conducting audits, and for reporting results and maintaining records (see 4.2.4) shall be defined in a documented procedure.

The management responsible for the area being audited shall ensure that actions are taken without undue delay to eliminate detected nonconformities and their causes. Follow-up activities shall include the verification of the actions taken and the reporting of verification results (see 8.5.2).

NOTE  See ISO 10011-1, ISO 10011-2 and ISO 10011-3 for guidance.

8.2.3  Monitoring and measurement of processes

The organization shall apply suitable methods for monitoring and, where applicable, measurement of the quality management system processes. These methods shall demonstrate the ability of the processes to achieve planned results. When planned results are not achieved, correction and corrective action shall be taken, as appropriate, to ensure conformity of the product.

8.2.4  Monitoring and measurement of product

The organization shall monitor and measure the characteristics of the product to verify that product requirements have been met. This shall be carried out at appropriate stages of the product realization process in accordance with the planned arrangements (see 7.1).

15

ANSI/ISO/ASQ Q9001-2000

Evidence of conformity with the acceptance criteria shall be maintained. Records shall indicate the person(s) authorizing release of product (see 4.2.4).

Product release and service delivery shall not proceed until the planned arrangements (see 7.1) have been satisfactorily completed, unless otherwise approved by a relevant authority and, where applicable, by the customer.

## 8.3 Control of nonconforming product

The organization shall ensure that product which does not conform to product requirements is identified and controlled to prevent its unintended use or delivery. The controls and related responsibilities and authorities for dealing with nonconforming product shall be defined in a documented procedure.

The organization shall deal with nonconforming product by one or more of the following ways:

a) by taking action to eliminate the detected nonconformity;

b) by authorizing its use, release or acceptance under concession by a relevant authority and, where applicable, by the customer;

c) by taking action to preclude its original intended use or application.

Records of the nature of nonconformities and any subsequent actions taken, including concessions obtained, shall be maintained (see 4.2.4).

When nonconforming product is corrected it shall be subject to re-verification to demonstrate conformity to the requirements.

When nonconforming product is detected after delivery or use has started, the organization shall take action appropriate to the effects, or potential effects, of the nonconformity.

## 8.4 Analysis of data

The organization shall determine, collect and analyse appropriate data to demonstrate the suitability and effectiveness of the quality management system and to evaluate where continual improvement of the effectiveness of the quality management system can be made. This shall include data generated as a result of monitoring and measurement and from other relevant sources.

The analysis of data shall provide information relating to

a) customer satisfaction (see 8.2.1),

b) conformity to product requirements (see 7.2.1),

16

ANSI/ISO/ASQ Q9001-2000

c) characteristics and trends of processes and products including opportunities for preventive action, and

d) suppliers.

## 8.5 Improvement

### 8.5.1 Continual improvement

The organization shall continually improve the effectiveness of the quality management system through the use of the quality policy, quality objectives, audit results, analysis of data, corrective and preventive actions and management review.

### 8.5.2 Corrective action

The organization shall take action to eliminate the cause of nonconformities in order to prevent recurrence. Corrective actions shall be appropriate to the effects of the nonconformities encountered.

A documented procedure shall be established to define requirements for

a) reviewing nonconformities (including customer complaints),

b) determining the causes of nonconformities,

c) evaluating the need for action to ensure that nonconformities do not recur,

d) determining and implementing action needed,

e) records of the results of action taken (see 4.2.4), and

f) reviewing corrective action taken.

### 8.5.3 Preventive action

The organization shall determine action to eliminate the causes of potential nonconformities in order to prevent their occurrence. Preventive actions shall be appropriate to the effects of the potential problems.

A documented procedure shall be established to define requirements for

a) determining potential nonconformities and their causes,

b) evaluating the need for action to prevent occurrence of nonconformities,

c) determining and implementing action needed,

d) records of results of action taken (see 4.2.4), and

e) reviewing preventive action taken.

17