# INDUSTRY AWARDS

For over 45 years, Sea Ray has used forward thinking to design some of the best built, most technologically advanced boats in the industry, which has resulted in our highest accolades ever...t Power and Associates Award for Express Cruisers four times in a row*, and the NMMA Award for F satisfaction in sport boats.



### J. D. POWER AND ASSOCIATES

Sea Ray's commitment to precision, innovation and craftsmanship is reflected in every boat we buil our customers agree as proven by the prestigious J. D. Power and Associates Highest Customer Satisfaction Award received by Sea Ray three years in a row. Customers expect the excellence tha ingrained in a Sea Ray. From spacious cockpits that flow into thoughtfully designed cabins to the hi quality design, details and materials, our boats continue to set higher standards.

### ISO 9002 QUALITY ASSURANCE CERTIFICATION

Sea Ray was the first pleasure boat manufacturer to be certified for meeting the high standards of I 9002 Quality Assurance and has maintained that distinction for over eight years. Every Sea Ray manufacturing facility has received this distinctive award celebrating Sea Ray's dedication to produ superior boats.

### FIVE STAR DIAMOND AWARD



BOATS (17' - 29')
CRUISERS (24' - 34')
YACHTS (36' - 48')
TS (50' and up)
RS CLUB
N YOUR NEXT SEA RAY
CE
AND REVIEWS
T SEA RAY

zip/postal code 

JT SEA RAY
TACT SEA RAY
JT SEA RAY
STRY AWARDS
S / PRESS RELEASES
HIVED NEWS
ORY
ION
ATIONS
PLIERS
JRN TO HOME PAGE

Founded in 1959, Sea Ray was one of the first boat builders to use fiberglass and other high-tech composite materials in the construction of pleasure boats. The company's continuing innovations in unique styling, performance, interior design, technical systems, and many other areas, plus many revolutionary breakthroughs in technology and quality manufacturing processes, have placed Sea Ray at the top world's pleasure boat builders for over a quarter of a century.

In 1986, Sea Ray became part of the Brunswick Corporation. Sea Ray, together with the other divis makes Brunswick the world's largest producer of marine engines and boats. At twice the size of the largest marine company, Brunswick's strength and expertise gives Sea Ray the resources to emplo industry's best people and allow them to fund the ideas, innovations and investments required to be industry leader.

Sea Ray's range of products was augmented even further in 1995 with Ray Industries' acquisition o subsidiary, Baja, the world's largest manufacturer of performance boats.

Sea Ray's employees at its eight manufacturing facilities, as well as employees at Baja, are commi ensuring that Sea Ray customers are ultimately and totally satisfied. This commitment is not merely ideal, but a corporate policy. As a result, Sea Ray's customer satisfaction ratings are among the hig the world, and the resale value of Sea Ray boats is unsurpassed.

Sea Ray's focus on quality is evidenced by a complete line of boats that not only meet but also exc standards set by the United States Coast Guard, the National Marine Manufacturers Association, th American Boat and Yacht Council and the International Organization of Standards (ISO). Sea Ray, is the first pleasure boat manufacturer to be certified for meeting the high ISO 9002 standards.

Quality. At Sea Ray, it's not just exacting attention to details. Or careful desire to use only the best suppliers, materials and components. Or employing the highest caliber people in the industry. Or fo decades of being committed to be the very best in the boating industry. It is, for everyone in the Se family, a way of life.

About Sea Ray   Contact A Dealer   Request Brochure   Privacy Policy   Terms of Use   Sitemap   In

Copyright © 2006 Sea Ray. All Rights