UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CASE NO.  3:01cv2402 (AWT) |
| Plaintiffs, | : | |
| v. | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | NOVEMBER 17, 2006 |

**COMPLIANCE WITH COURT ORDER**

In accordance with the Court's Order of November 3, 2006, granting in part and denying in part Plaintiffs' Motion to Compel, Defendant, Sea Ray Division of Brunswick Corporation (improperly designated in the Complaint as "Sea-Ray Boats, Inc.") ("Sea Ray"), respectfully submits herewith Affidavits of Patrick Smith and Rebecca Bentley.

In its Order of November 3, 2006, the Court directed Sea Ray to "set forth under oath a description of its consumer complaints record keeping including specifically any record keeping requirements resulting from/ attendant to its certification by ASQ."  Order, November 13, 2006, at 5.  The Affidavit of Patrick Smith attached hereto as Exhibit 1 provides a description of Sea Ray's records keeping practices with respect to consumer complaints.  See Ex. 1 ¶¶ 4-16.  The Affidavit of Rebecca Bentley attached hereto as Exhibit 2 establishes that Sea Ray is not in fact a member of ASQ.  See Ex. 2 ¶¶ 6-7.  Mr. Smith, who is employed by Sea Ray as a Customer Service Manager, also states under oath that he is unaware of Sea Ray's alleged membership in ASQ and that Sea Ray has no consumer complaint records keeping requirement resulting from or attendant to any alleged relationship between Sea Ray and ASQ.  See id. ¶¶ 4, 17-19.

Respectfully submitted,

DEFENDANT, SEA RAY BOATS, INC.

By    /s/ Daniel J. Foster
     James H. Rotondo (ct05173)
     jhrotondo@dbh.com
     Daniel J. Foster (ct24975)
     djfoster@dbh.com
     Day, Berry & Howard LLP
     CityPlace I
     Hartford, CT 06103-3499
     (860) 275-0100
     (860) 275-0343 fax

## **CERTIFICATION**

    I hereby certify that on this date a copy of foregoing **Compliance with Court Order** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                        /s/ Daniel J. Foster
                      Daniel J. Foster (ct24975)

-2-