UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : | CASE NO. 301 CV 2402 (AWT) |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC. | : | |
| | : | |
| Defendant. | : | NOVEMBER 16, 2006 |

## AFFIDAVIT OF REBECCA BENTLEY

I, Rebecca Bentley, being first duly sworn, depose and say that:

1. I am over eighteen years of age and understand and believe in the obligations of an oath.

2. I make this affidavit based on my own personal knowledge, and based on my investigation as set forth below.

3. I am a Paralegal employed by Brunswick Corporation in the Brunswick Boat Group Division. ("BBG"). The defendant in this action, Sea Ray, is a division of Brunswick Corporation as part of the Brunswick Boat Group division.

4. I had never heard of the American Society for Quality ("ASQ") until the plaintiffs in this case alleged that Sea Ray was a member of ASQ in their motion to compel.

5. After learning of this claim, I spoke with several Sea Ray employees, including the Director of Dealer and Customer Services and the Customer Service Manager, to ask if any of those individuals were familiar with ASQ. Each individual to whom I spoke advised me that he or she had never heard of ASQ.

6. On November 15, 2006, I called ASQ's Customer Care Center by telephone at 1-800-248-1946 to determine whether ASQ had any information to suggest that Sea Ray is a member of

ASQ. The ASQ employee with whom I spoke stated that none of Sea Ray's Tennessee or Florida locations are members of ASQ.

7. In addition to my telephone inquiry, I sent an e-mail to Molly Kern, a Customer Care Representative for ASQ, at the e-mail address "MKern@asq.org." In response to that e-mail, I received an e-mail from Ms. Kern. The e-mail address from which the e-mail was sent is "'ASQ Customer Care' cs@asq.org." In that e-mail, Ms. Kern confirms that Sea Ray is not a member of ASQ. A true and accurate copy of that e-mail is attached hereto as Exhibit A.

_____
Rebecca Bentley

Subscribed and sworn to before me this 16th day of November, 2006.

_____
Notary Public
My Commission Expires: 4/6/08

[Notary Seal: KAREN M. VINEYARD, NOTARY PUBLIC AT LARGE, KNOX]

# EXHIBIT A

"Printed by Rebecca Bentley"



**"ASQ Customer Care"** <cs@asq.org>
11/15/2006 05:37 PM

To <Rebecca.Bentley@brunswickboatgroup.com>
cc
bcc
Subject RE: ASQ membership requirements

History: ⇨ This message has been forwarded.

Hello,
    Thank you for contacting ASQ in regards to membership. I checked our record to see is Sea Ray Boat is a member of ASQ and it is not a member. There is not membership record for this business. Thank you again for writing ASQ and if you have any other questions please let us know.

Best regards,
Molly Kern
ASQ Customer Care Rep.
600 N. Plankinton Ave.
Milwaukee, WI 53203
800-248-1946 (Ext 7537)
mkern@asq.org

Make Good Great™

ASQ welcomes you to visit our website for more information on our products and services at www.asq.org.

**From:** Rebecca.Bentley@brunswickboatgroup.com [mailto:Rebecca.Bentley@brunswickboatgroup.com]
**Sent:** Wednesday, November 15, 2006 3:39 PM
**To:** Kern, Molly
**Subject:** Fw: ASQ membership requirements


Ms. Kearn ;

Can you tell me If Sea Ray Boat sis a member of ASQ. I checked with Sea Ray and they are really not sure


Rebecca Bentley, CLA
Certified Paralegal to W. Allen McDonald
Brunswick Boat Group Legal Department
800 S. Gay Street, Suite 1700
Knoxville, TN 37929
Phone 865-582-2313    Fax 865-582-2301

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS CONFIDENTIAL INFORMATION FOR THE USE OF THE INTENDED RECIPIENT, AND MAY BE SUBJECT TO THE ATTORNEY/CLIENT PRIVILEGE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS E-MAIL MESSAGE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AT (865) 582-2200 AND DELETE THE ORIGINAL MESSAGE.

"Printed by Rebecca Bentley"

Please be advised that the Brunswick Ethics Policy prohibits employees from receiving inappropriate material that may be considered obscene, pornographic or defamatory through the company email system. Please do not forward any such material to my email or by other means to any company address. Thank you for your cooperation in this matter.

----- Forwarded by Rebecca Bentley/BG/BBGHQ/BBG on 11/15/2006 04:37 PM -----

"Foster, Daniel J." <dfoster@dbh.com>

11/15/2006 04:35 PM

To <Rebecca.Bentley@brunswickboatgroup.com>
cc
Subject FW: ASQ membership requirements

-----Original Message-----
**From:** Kern, Molly [mailto:MKern@asq.org]
**Sent:** Thursday, August 03, 2006 12:35 PM
**To:** Foster, Daniel J.
**Subject:** RE: ASQ membership requirements

Hello Mr. Foster,
    ASQ does not impose any requirements other than yearly membership dues. We do not require our members to meet any particular standards for maintaining records of consumer complaints received by those members.

Best regards,
Molly Kern
ASQ Customer Care Rep.
600 N. Plankinton Ave.
Milwaukee, WI 53203
800-248-1946 (Ext 7537)
mkern@asq.org

Make Good Great™

ASQ welcomes you to visit our website for more information on our products and services at www.asq.org.

**From:** Foster, Daniel J. [mailto:dfoster@dbh.com]
**Sent:** Thursday, August 03, 2006 10:07 AM
**To:** Kern, Molly
**Subject:** ASQ membership requirements

Ms. Kern,

Please confirm that, as we discussed, the American Society for Quality ("ASQ") does not impose any requirements on members other than that pay dues to ASQ. Specifically, please confirm that ASQ does not require that its members meet any particular standards for maintaining records of consumer complaints received by those members.

Thank you for your assistance in this matter.

Very truly yours,

Daniel J. Foster, Esq.
Day, Berry & Howard LLP
CityPlace I | Hartford, CT 06103 | *t* 860.275.0232 | *f* 860.275.0343
dfoster@dbh.com    www.dbh.com

**********************************
This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message. Thank you.