UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and LORI M. MAINS | : CASE NO. 3:01cv2402 (AWT) |
| Plaintiffs, | : |
| v. | : |
| SEA RAY BOATS, INC. | : |
| Defendant. | : JANUARY 17, 2007 |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS**

Pursuant to Rule 26(c)(1), Defendant, Sea Ray Division of Brunswick Corporation (improperly designated in the Complaint as "Sea-Ray Boats, Inc.") ("Sea Ray"), respectfully requests that this Court enter an order that certain discovery sent by Plaintiffs' counsel by e-mail on January 3, 2007, not be allowed because: (1) these discovery requests are largely duplicative of Interrogatories served upon Sea Ray on December 23, 2002, and therefore constitute an improper attempt to circumvent the Court's denial of their Motion to Compel a further response to those prior Interrogatories; (2) the discovery far exceeds the narrow scope permitted by the Court's November 3, 2006 order; (3) the Plaintiffs have submitted more interrogatories than allowed by Fed. R. Civ. P. 33 (a); (4) all of the discovery requests at issue are untimely, and (5) these discovery requests were not properly served in that they were provided by e-mail only, and without certification of service under Local Rule 5 (b). [1] As set forth in the Affidavit of James H. Rotondo, Sea Ray has attempted to resolve this dispute without court intervention.

---

[1] Each of the Plaintiffs' Interrogatories and Requests for Production would be subject to various objections, including, but not limited to, the fact that they are unduly broad, unreasonably burdensome, and not reasonably calculated to lead to the discovery of admissible information. Sea Ray reserves its right to interpose specific objections to each of the Plaintiffs' individual discovery requests.

**ORAL ARGUMENT IS REQUESTED**

Sea Ray also requests that it be awarded its costs in preparing and filing this Motion and the accompanying Affidavit and Memorandum of Law.

>DEFENDANT, SEA RAY BOATS, INC.
>
>By    /s/ Daniel J. Foster
>James H. Rotondo (ct05173)
>jhrotondo@daypitney.com
>Daniel J. Foster (ct24975)
>djfoster@daypitney.com
>Day Pitney LLP
>CityPlace I
>Hartford, CT 06103-3499
>(860) 275-0100
>(860) 275-0343 fax

## **CERTIFICATION**

I hereby certify that on this date a copy of foregoing **Defendant's Motion for Protective Order** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

>   /s/ Daniel J. Foster
>Daniel J. Foster (ct24975)