UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT)<br>:<br>: |
| Plaintiffs, | : |
| vs. | :<br>: |
| SEA RAY BOATS, INC. | :<br>: |
| Defendant. | : JANUARY 24, 2007 |

## MOTION FOR ENLARGMENT OF TIME TO FILE TRIAL MEMORANDUM

The Plaintiffs, Peter D. Mains and Lori M. Mains, in the above captioned matter, by their Attorney John L. Senning, Esq. hereby move this Honorable Court for an enlargement of time in which to file the Joint Trial Memorandum from January 29, 2007 until March 29, 2007. The Plaintiffs submit that good cause is shown for the requested enlargement of time in that Plaintiffs' counsel has experienced medical problems since January 3, 2007 which have significantly restricted and impeded his ability to prepare the Plaintiffs' portion of the Joint Trial Memorandum as appears in the Affidavit of John L. Senning attached hereto and made a part hereof.

The basis of this Motion is that this Court issued a Trial Memorandum Order on the afternoon of December 22, 2006 just prior to the Christmas holiday. Plaintiffs counsel's office closed at 12:00 noon on December 22, 2006 for the Christmas/New Year holiday and did not reopen until December 28, 2006 closing again on December 29, 2006 until January 2, 2007.

On January 3, 2007 while returning from business travel Plaintiffs counsel experienced a neurological episode resulting in periodic extensive numbness of the left side of his body, blurred vision and reduced functional capacity which increased in the ensueing days. As a result of this neurological episode Plaintiff's counsel has been on a substantially reduced work schedule since January 4, 2006 and has been undergoing various medical treatment and examinations including MRI's and CAT scans to determine the cause and extent of what has been diagnosed to date as a neurological stroke. The Plaintiffs counsel is a sole practitioner with one full time and one part time paralegal/legal assistant. The full time paralegal assigned to this case and directly familiar with same since its inception terminated her employment on January 3, 2007 and efforts have been ongoing to find a suitable replacement with litigation background experience. In the interim a temporary legal assistant has been engaged but has no familiarity or background with this case.

With the reduced work capability presently being experienced by Plaintiffs counsel, and some uncertainty as to when full capacity may be able to be resumed, it is respectfully requested that this Court grant an enlargement of the time in which to prepare and file the Trial Memorandum. The request for an enlargement until March 29, 2007 is based upon the extensive amount of materials and potential exhibits which remain to be reviewed as part of the preparation of the Trial Memorandum and the reduced time and capability of Plaintiffs counsel to attend to same until his present medical condition improves and/or additional staffing can be engaged to assist in the process until that condition abates and improves.

The requested enlargement period also takes into consideration other discovery and pending motions in this case as well as in other cases pending before this Court in which Plaintiffs counsel is also involved as well as separate legal matters and arbitration proceedings scheduled between this date and March 29, 2007.

The Defendant's legal counsel has been contacted to determine the Defendants position with respect to this motion and has advised that the Defendant does not object to the Motion for Extension of Time to Submit the Trial Memorandum under the circumstances but does object to any attempt by the Plaintiffs to use that additional time to conduct the discovery that is the subject of the Defendants Motion for Protective Order.

This is the first request for an enlargement of time with respect to the time set forth in the Courts Trial Memorandum Order dated December, 2006.

For reasons set forth above and for good cause shown it is respectfully moved that this Court grant this Motion for an Enlargement of Time until March 29, 2007.

> THE PLAINTIFFS
> PETER D. MAINS and
> LORI M. MAINS
>
> s/ John L. Senning
> John L. Senning
> ct05807
> The Essex Law Group
> 18 Saybrook Road,
> Essex, CT  06426
> Phone:  (860) 767-2618
> Fax:  (860)767-2740
> Email:  jlssealaw@aol.com
> Their Attorney