| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO.: 301 CV 2402 (AWT) |
| Plaintiff, | : **AFFIDAVIT IN SUPPORT OF<br>PLAINTIFF MOTION FOR** |
| v. | : **ENLARGEMENT OF TIME TO FILE<br>TRIAL MEMORANDUM** |
| SEA RAY BOATS, INC. | : |
| Defendant. | JANUARY 24, 2007 |

STATE OF CONNECTICUT)
                                  .ss:   ESSEX
COUNTY OF MIDDLESEX )

      **I, JOHN L. SENNING,** being duly sworn, do depose and say:

      1.     I am an Attorney at Law and the attorney for the Plaintiffs in this action.

      2.     My office received the Trial Memorandum Order entered by this Honorable Court on December 22, 2006 upon the reopening of the office on December 28, 2006 following the Christmas holiday closure which ordered the Joint Filing of a Joint Trial Memorandum in this case by January 29, 2007.

      3.     On January 3, 2007 while in the course of returning from business travel I experienced a neurological episode which resulted in increasing numbness of the left side of my body, periodic blurred vision and other symptoms.

      4.     Following my return to my home I attempted to reach my regular physician who was away on vacation.

5.I was able to confer with alternate physician but not able to receive authorization for extensive medical testing until the symptoms continued to persist.

6.Since January 3, 2007 I have experienced continued numbness of my left side of my body, periodic blurring of vision, reduced word formation patterns and hand writing difficulties.

7.During that period I have only been able to work on a substantially reduced basis and therefore unable to devote the significant amount of time required to prepare the Plaintiffs' portions of the Joint Trial Memorandum required to be filed in this case as well as other matters.

8.On January 3, 2007 the full time paralegal who had been assigned to this case and who was the only other staff member familiar with it terminated her employment. I have been attempting to employ a litigation paralegal to assume responsibility for this file but have yet to be able to do so.

9.I am currently scheduled for further testing, MRI's and CAT scans to better determine the nature and extent of the neurological problems and develop a therapeutic protocol once those aspects are determined.

10.I expect to have a better evaluation at the completion of such testing this week or next, but until such time it is uncertain as to the extent of the problem and as to when full functions will be restored.

11.The request for an enlargement of time until March 29, 2007 is based upon the best estimate of how much time will be able to be devoted to this matter during that time period and the ability to assign a dedicated litigation paralegal and/or obtain the assistance of additional

legal counsel this matter in order to provide the necessary attention to complete the Trial Memorandum and otherwise advance this matter.

    12.    Assuming that such assistance is obtainable in the near future and/or there is some improvement in my condition, it is anticipated that the enlargement of time requested hereby will be sufficient to enable the completion of the Plaintiffs portion of this Trial Memorandum in order to join same with the Defendants for a timely filing within that period. The requested enlargement period also takes into consideration other discovery and pending motions in the case as well as in other cases pending before this Court in which Plaintiffs counsel is also involved as well as separate legal matters and arbitration proceedings scheduled between this date and March 29, 2007.

Signed and dated at Essex, Connecticut the 24th day at January, 2007.

                                        /s/ John L. Senning
                                        John L. Senning

Sworn to before me this

24th day of January, 2007

S/ Susan N. Sinnott
Susan N. Sinnott
Notary Public
My Commission Expires: 06/30/2010