## CERTIFICATION

      I hereby certify that on this date a copy of the foregoing Motion for Enlargement of Time and Affidavit in Support thereof was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

January 24, 2007

                                                    /s/ John L. Senning
                                                John L. Senning (ct05807)