# THE ESSEX LAW GROUP, LLC

| | | |
|---|---|---|
| John L. Senning*, P.C.<br>----------<br>*ALSO ADMITTED IN<br>NEW YORK AND MAINE<br><br>WUD TELEX: 99225<br>ANSWER: AQUABAR<br>CABLE: SEA LAW | 16 Saybrook Road<br>Essex, Connecticut 06426<br>(860) 767-2618<br>Fax: (860) 767-2740<br>E-Mail: jlssealaw@aol.com | AFILIATED OFFICES:<br>NEWBRITAIN, CT<br>NEW YORK, NY<br>LONDON, UK<br>TORTOLA, BVI<br>GIBRALTAR, C.I.<br>NICE, FRANCE |

February 7, 2007

James H. Rotondo, Esq.
Daniel J. Foster, Esq.
Day Pitney, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103-3499

RE: **Mains v. Sea Ray Boats Inc.**
Case No. 301CV2402 (AWT)

Gentlemen:

Please be advised that with respect to the Plaintiffs' Second Set of Interrogatories dated January 3, 2007, Interrogatories numbered 3, 4, 6, 7, 9, 11, 13, 15, 16, 17, 18, 20 22, 24, 27, 29, 37 & 41 have been and shall be considered withdrawn, nunc pro tunc, in order to comply with the prescriptive limits on the number of interrogatories to be served pursuant to Fed. R. Civ, P 33 (a).

Very truly yours,

John L. Senning

JLS/sns

EXHIBIT A