**CERTIFICATION**

      I hereby certify that on this date a copy of the foregoing Memorandum of Law in Opposition to Defendant's Motion for Protective Order and Sanctions and Affidavit in Support thereof was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

February 7, 2007

                                                                      /s/ John L. Senning
                                                                John L. Senning (ct05807)