UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT)<br>:<br>: |
| Plaintiffs, | :<br>: |
| vs. | :<br>: |
| SEA RAY BOATS, INC. | :<br>: |
| Defendant. | : MARCH 29, 2007 |

## MOTION FOR ENLARGMENT OF TIME TO FILE TRIAL MEMORANDUM

The Plaintiffs, Peter D. Mains and Lori M. Mains, in the above captioned matter, by their Attorney John L. Senning, Esq. hereby move this Honorable Court for an enlargement of time in which to file the Joint Trial Memorandum to April 30, 2007. This Court previously ordered the Joint Trial Memorandum to be filed on January 29, 2007. On January 27, 2007 the Plaintiffs, by their counsel, filed a Motion for Enlargement of Time to file the Trial Memorandum until March 29, 2007. The Court apparently has not acted on that motion. The Plaintiffs submit that good cause is shown for the requested further enlargement of time in that Plaintiffs' counsel has continued to experience medical problems since January 27, 2007 which have significantly restricted and impeded his ability to prepare the Plaintiffs' portion of the Joint Trial Memorandum as appears in the Affidavit of John L. Senning attached hereto and made a part hereof.

The basis of this Motion for further enlargement of time is that Plaintiffs' counsel experienced a neurological episode on January 3, 2007 which resulted in periodic extensive numbness of the left side of his body, blurred vision, severe headaches and extremely reduced attention and functional capacity. At the time of making the prior Motion for Enlargement of Time on January 27, 2007, it was not anticipated that the Plaintiffs' counsel's condition would continue for the extended period that it has. Since that time, Plaintiffs' counsel has been placed on a substantially reduced work schedule and has continued to undergo medical treatment and examinations including further MRI's and neurological testing in order to determine the cause and treatment regimen to alleviate the continuing condition.

During the period since January 27, 2007 Plaintiffs' counsel has continued efforts to replace his paralegal staff and to engage additional counsel to assist in the management of his litigation case load. On or about March 6, 2007 this Court scheduled the trial of another matter now pending before this Court, <u>Teal Yacht Services v. S/V ALETHIA</u>, Case No. 3:99 CV 220 AWT, to commence on April 4, 2007 through April 11, 2007. The scheduling of that case for trial required Plaintiffs' counsel to divert attention from this case to that matter in order to prepare for trial on the short notice given. On March 27, 2007 the Court ordered that that case be continued to a date to be scheduled in late May or June, 2007; however, the Pre-Trial scheduled for that matter will proceed as scheduled on April 2, 2007.

The request for enlargement of time in this case is based upon the remaining amount of materials and potential exhibits which have yet to be fully reviewed in the process of preparing

the Plaintiffs' portion of the Joint Trial Memorandum and the continued reduced time and work capability of Plaintiffs' counsel as the present medical condition generally improves or becomes otherwise stabilized.

The requested enlargement of time is not intended to be used to conduct discovery by the Plaintiffs that is the subject of the Defendants pending Motion for Protective Order and is not intended to delay or otherwise impede the advancement of this action. This is the second request for an enlargement of time with respect to the time prescribed by the Court for the filing of the Joint Trial Memorandum.

The Defendant's counsel has been contacted to determine the Defendant's position with respect to this Motion, but has not yet responded to indicate its position.

For reasons set forth above and for good cause shown it is respectfully moved that this Court grant this Motion for Enlargement of Time until April 30, 2007.

**THE PLAINTIFFS
PETER D. MAINS and
LORI M. MAINS**

s/ John L. Senning
John L. Senning
ct05807
The Essex Law Group
18 Saybrook Road,
Essex, CT  06426
Phone: (860) 767-2618
Fax: (860)767-2740
Email: jlssealaw@aol.com
Their Attorney