| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO.: 301 CV 2402 (AWT) |
| Plaintiff, | : **AFFIDAVIT IN SUPPORT OF**<br>**PLAINTIFFS' MOTION FOR** |
| v. | : **ENLARGEMENT OF TIME TO FILE**<br>**JOINT TRIAL MEMORANDUM** |
| SEA RAY BOATS, INC. | : |
| Defendant. | : MARCH 29, 2007 |

STATE OF CONNECTICUT)
                           .ss:    ESSEX
COUNTY OF MIDDLESEX )

    **I, JOHN L. SENNING,** being duly sworn, do depose and say:

1.     I am an Attorney at Law and the attorney for the Plaintiffs in this action.

2.     I make this Affadavit in support of the Plaintiffs' Motion for Enlargement of Time to file the Joint Trial Memorandum in this action.

3.     On January 3, 2007 while in the course of returning from business travel I experienced a neurological episode which resulted in extensive numbness of the left side of my body, periodic blurred vision and other symptoms, including severe headaches.

4.     Since January 3, 2007 I have only been able to work on a substantially reduced basis as I have continued to experience neurological symptoms despite further medical treatments, examinations and testing.

5. I am currently scheduled for further MRI's, medical examinations and neurological testing in an effort to determine the exact nature and cause of the neurological problems.

6. My condition has recently improved to some extent, however, certain troubling symptoms persist, which continue to restrict the duration of my work ability.

7. Efforts have been made to find additional support staff to assist with the handling of litigation matters and other counsel have now been engaged to assist in at least one of the other litigation matters pending before this Court in order to allow more time to be devoted to this matter.

8. Due to the unexpected prolongation of these medical issues and the Court's scheduling of the trial of another pending case on extremely short notice, to begin next week, I was unable to devote the attention to this matter as had been anticipated and intended at the time a prior motion for enlargement of time until March 29, 2007 was requested.

9. This Court has now continued the Trial of that case until an unspecified date in late May or June, 2007 so that it is not expected that that matter will impede the attention required to complete the Plaintiffs' portion of the Joint Trial Memorandum in this matter.

10. It is anticipated that so long as my medical condition is stabilized or continues gradual improvement, the further enlargement of time requested by this instant Motion will be sufficient to enable the completion of Plaintiffs' portion of the Joint Trial Memorandum, to be able to join same with the Defendant's portion and to file same within that period.

Signed and dated at Essex, Connecticut the 29th day at March, 2007.

/s/ John L. Senning
John L. Senning

Sworn to before me this

29th day of March, 2007

S/ Susan N. Sinnott
Susan N. Sinnott
Notary Public
My Commission Expires: 06/30/2010

3