**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
PETER D. MAINS and            :
LORI M. MAINS,                :
                              :
     Plaintiff,               :
                              :
v.                            :   Civ No. 3:01CV02402 (AWT)
                              :
SEA-RAY BOATS,                :
                              :
     Defendant.               :
                              :
------------------------------x
```

### NOTICE TO COUNSEL FOR THE PLAINTIFFS

A communication from the plaintiffs in this case was sent to the chambers of the undersigned. Because the plaintiffs are represented by counsel, the court has not reviewed it and it is being returned to the plaintiffs' counsel. Plaintiffs' counsel should advise the plaintiffs regarding communications with the court.

Dated this 17th day of April 2007 at Hartford, Connecticut.

                                                /s/AWT
                                         Alvin W. Thompson
                                 United States District Judge