UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and <br> LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT) <br> : <br> : |
| Plaintiffs, <br> vs. | : <br> : <br> : |
| SEA RAY BOATS, INC. | : <br> : |
| Defendant. | : APRIL 26, 2007 |

### MOTION FOR ENLARGMENT OF TIME TO FILE TRIAL MEMORANDUM

The Plaintiffs, Peter D. Mains and Lori M. Mains, in the above captioned matter, by their Attorney John L. Senning, Esq. hereby move this Honorable Court for an enlargement of time in which to file the Joint Trial Memorandum to May 29, 2007. This Court previously granted the Plaintiffs' Motion for Enlargement of Time to file the Trial Memorandum until April 30, 2007. It is submitted that good cause is shown for the requested further enlargement of time in that Plaintiffs' counsel has continued to experience medical problems resulting from a neurological episode in January, which significantly restricted and impeded counsel's work and ability to prepare the Plaintiffs' portion of the Joint Trial Memorandum as appears in the Affidavit of John L. Senning attached hereto and made a part hereof.

At the time of making the previous Motion for Enlargement of Time, Plaintiffs' Counsel's condition appeared to be stabilizing and improving. Accordingly, it was not anticipated that the neurological systems, resulting impediments and reduced work capacity would continue the further period that they have. At the present time, the further medications and proposed treatment/therapy regimens are expected to reduce the symptoms and improve the condition most recently being experienced.

Plaintiffs' counsel, a sole practitioner, has recently succeeded in replacing one paralegal staff member and has also engaged an additional counsel to assist in the management of his case load in order to allow the appropriate time necessary to be dedicated to this case. Efforts have also been undertaken to limit the intake of any new litigation matters in order to more completely focus the attention required in this matter and the preparation of the Joint Trial Memorandum in particular.

The requested enlargement of time is not intended to be used to conduct discovery by the Plaintiffs that is the subject of the Defendants pending Motion for Protective Order and is not intended to delay or otherwise impede the advancement of this action. This is the third request for an enlargement of time with respect to the time prescribed by the Court in December, 2006 for the filing of the Joint Trial Memorandum.

The requested Enlargement of time in this case is based on the amount of material documents and patented exhibits being reviewed in the process of the Joint Trial Memorandum

preparation and the allowance of sufficient time for respective counsel to meet and confer regarding any issues or potential objections and to resolve same prior to the date for filing same.

The Defendant's counsel has been contacted to determine the Defendant's position with respect to this Motion, but has not yet responded to indicate its position.

For reasons set forth above and for good cause shown it is respectfully moved that this Court grant this Motion for Enlargement of Time until May 29, 2007.

**THE PLAINTIFFS**
**PETER D. MAINS and**
**LORI M. MAINS**

s/ John L. Senning
John L. Senning
CT05807
16 Saybrook Road,
Essex, CT  06426
Phone:  (860) 767-2618
Fax:  (860)767-2740
Email:  jlssealaw@aol.com
Their Attorney