## UNITED STATES DISTRICT COURT
## DISTRICT OF HARTFORD

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS<br><br>   Plaintiff,<br><br>v.<br><br>SEA RAY BOATS, INC.<br><br>   Defendant. | CASE NO.: 301 CV 2402 (AWT)<br><br>**AFFIDAVIT IN SUPPORT OF**<br>**PLAINTIFFS' MOTION FOR**<br>**ENLARGEMENT OF TIME TO FILE**<br>**JOINT TRIAL MEMORANDUM**<br><br>APRIL 26, 2007 |

STATE OF CONNECTICUT)
         ) ss: ESSEX
COUNTY OF MIDDLESEX )

**I, JOHN L. SENNING,** being duly sworn, do depose and say:

1. I am an Attorney at Law and the attorney for the Plaintiffs in this action.

2. I make this Affidavit in support of the Plaintiffs' Motion for Enlargement of Time to file the Joint Trial Memorandum in this action.

3. On January 3, 2007 while in the course of returning from business travel I experienced a neurological episode which resulted in extensive numbness of the left side of my body, periodic blurred vision and other symptoms, including severe headaches.

4. Since that time, I have only been able to work on a substantially reduced basis as I have continued to experience neurological problems despite further medical treatments, examinations and testing.

5. By the latter part of March, 2007 my condition was improving and appeared to have stabilized. Since that time certain neurological systems have returned despite medication and medical treatment and have substantially reduced my effective work ability.

6. Since that time I have continued efforts to find additional support staff for the handling of office and litigation matters and was recently able to engage new paralegal assistance. Although, I was able to engage other counsel to assist in at least one of the other litigation matter pending before the Court in order to allow more time to be devoted to the preparation of the Plaintiff's portion of the Joint Trial Memorandum in this case, I have been unable to date, to engage other counsel to assist me in this matter.

7. As of March 29, 2007 when a prior Motion for Enlargement of Time was prepared and filed in this case, I anticipated that with a then stabilized medical condition I would be able to increase my work production and time required to be devoted to this matter.

8. While that proved to be the case initially and some progress was made in this matter, that has not continued or been so the past two (2) or three (3) weeks and as a result more time is required beyond the date of April 30, 2007 in which to complete the Plaintiff's portion of the Joint Trial Memorandum, to be able to confer with Defendant's counsel with respect to prescribed matters required pursuant to this Court's Trial Memorandum Order of December 22, 2006 and the Standing Order Regarding Trial Memorandum and to join Plaintiffs' portions with those of the Defendant's.

9. It is anticipated that the Plaintiffs' portion of the Joint Trial Memorandum will be completed by May 20, 2007 which will allow ample time for counsel for the Plaintiffs' and the

Defendant to confer regarding various matters at issue and attempt to resolve same prior to the enlarged filing date of May 30, 2007 as requested in the Motion to which this affidavit pertains.

10.  I have restricted my litigation case load to this and only two (2) other cases before this Court in order to hopefully avoid interruptions in the attention intended to be given this matter in the enlarged time period sought by this motion.

11.  The requested further Enlargement of Time is not intended to be used to conduct discovery by the Plaintiffs' that is the subject of the Defendant's pending Motion for Protective Order and is not intended to delay or otherwise impede the advancement of this action.

Signed and dated at Essex, Connecticut the 26th day at April, 2007.

/s/ John L. Senning
John L. Senning

Sworn to before me this 26th day of April, 2007

S/ Robert L. Chase
Robert L. Chase
Commissioner of the Superior Court

## **CERTIFICATION**

I hereby certify that on this date a copy of the foregoing Motion for Enlargement of Time and Affidavit in Support thereof was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

April 26, 2007

                                                          /s/ John L. Senning
                                                    John L. Senning (ct05807)