UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CASE NO.  3:01cv2402 (AWT) |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC. | : | |
| | : | |
| Defendant. | : | APRIL 30, 2007 |

### DEFENDANT'S RESPONSE TO PLAINTIFFS' SIXTH MOTION
### FOR ENLARGEMENT OF TIME

    Defendant, Sea Ray Division of Brunswick Corporation (improperly designated in the Complaint as "Sea-Ray Boats, Inc.") ("Sea Ray"), respectfully submits this Response to the Plaintiffs' Motion for Enlargement of Time to File Joint Trial Memorandum dated April 26, 2007 (the "Motion").  Based on the representations of Plaintiffs' counsel that the requested Enlargement of Time is necessary due to medical reasons, Sea Ray does not object to the Motion, but submits this response for the following two reasons:

    1.  To advise this Court that this is in fact the **sixth** motion for extension or enlargement of time to file that Joint Trial Memorandum filed by the Plaintiffs since March 20, 2006;  see Docket Nos. 50, 58, 75, 89, 94, 99; and not the third such request as indicated by Plaintiffs' counsel; and,

    2.   Sea Ray was unable to advise Plaintiffs' counsel of its position on the Motion before the Motion was filed.   Attorney John L. Senning, counsel for the Plaintiffs, left a voice mail message for the undersigned on the morning of Thursday, April 26, 2007 indicating that he expected to move for a further extension of time in which to file the parties' Joint Trial Memorandum.  At 3:21 p.m. on that same day, Attorney Senning sent to the undersigned, by e-mail, a draft of the Plaintiffs' Motion for Enlargement of Time to file Joint Trial Memorandum

(the "Motion") and an Affidavit in support thereof, and asked that the undersigned advise him of Sea Ray's position on the Motion. At 3:46 p.m. that day, the undersigned responded by e-mail indicating that I would advise Attorney Senning of Sea Ray's position on the Motion shortly. At 4:53 p.m. that day, the undersigned received an electronic notice from the Court indicating that, at 4:48 p.m., the Plaintiffs had filed the Motion.

DEFENDANT, SEA RAY BOATS, INC.

By    /s/ Daniel J. Foster
James H. Rotondo (ct05173)
jhrotondo@daypitney.com
Daniel J. Foster (ct24975)
djfoster@daypitney.com
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 fax

## CERTIFICATION

I hereby certify that on this date a copy of foregoing **Defendant's Response to Plaintiffs' Sixth Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

   /s/ Daniel J. Foster
Daniel J. Foster (ct24975)