UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and <br> LORI M. MAINS | : <br> : <br> : | CASE NO. 301 CV 2402 (AWT) |
| Plaintiffs, | : | |
| v. | : <br> : | |
| SEA RAY BOATS, INC. | : <br> : | |
| Defendant. | : | MAY 29, 2007 |

**JOINT TRIAL MEMORANDUM EXHIBIT B**

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

Pursuant to the Court's Standing Order regarding Trial Memoranda, the Defendant hereby submit the following questions that it request that the Court be put to the jury panel:

1. Have you or any of your friends or family members ever purchased an expensive item and concluded that you did not get what you paid for? If so, could you be fair to both sides in this case, in which the plaintiffs claim that they bought a new motor boat that did not meet their expectations?

2. Have you or any of your friends or family members ever been in a situation in which a company agreed to make repairs to an item that you or they had purchased, but in which you or they believed that the repairs were not done properly? If so, could you be fair to both sides in this case, in which the plaintiffs claim that they had such an experience with the defendant?

3. Have you or any of your friends or family members ever been involved in a situation in which one of your clients or customers was making unreasonable demands on you or

-2-

your employer? If so, could you be fair to both sides in this case, in which the defendant is claiming that the plaintiffs are making unreasonable demands?

4. Have you or any of your friends or family members ever owned, operated, or purchased a motor boat manufactured by Sea Ray? If so, were you or the individual or individuals who owned, operated, or purchased the boat satisfied with its condition and performance? Would that experience make you more likely to favor any party in this case, in which the plaintiffs claim that they were not satisfied with the motor boat that was manufactured by the defendant?

5. Have you or any of your friends or family members ever owned, operated, or purchased a motor boat manufactured by any other company? If so, were you or the individual or individuals who owned, operated, or purchased the boat satisfied with its condition and performance? Would that experience make you more likely to favor any party in this case, in which the plaintiffs claim that they were not satisfied with the motor boat that was manufactured by the defendant?

6. Have you or any of your friends or family members been involved in a lawsuit? Would that experience affect your ability to be fair and impartial in this case, and if so, how?

7. Under the law, all parties are to be treated equally. The Plaintiffs are individuals while the Defendant, Sea Ray is a division of a corporation. I will instruct the jury to decide the case based on the law and the evidence and not on whether a party is an individual or a corporation. Will the fact that a party is either an individual or a corporation make you tend to treat that party more favorably?

8. This case will require testimony from so-called "expert witnesses" regarding the condition and value of the boat that is the subject of this lawsuit. As jurors, you must weigh the testimony of an individual who has been designated an expert witness just as you would weight the testimony of any other witness. You must not automatically believe everything that an witness says just because he or she states that he or she is an expert. Will you be able to treat a person who has been deemed an expert witness just like any other witness and judge his or her testimony based on what you hear and see in the courtroom?

9. In the trial of this case, all parties are entitled to have the case decided on the basis of the evidence presented at trial by a fair, unbiased and unprejudiced jury. If there is any reason why any of you might not be able to render a fair verdict, you must disclose that reason to the court.

10. It is your duty to answer each question put to you as honestly as you can and to disclose any other reasons why you may not be able to render a fair verdict in this case.

11. Do you agree that if you are selected as a juror you will follow the law as the Court states it whether or not you personally agree with the legal principles as they are stated by the Court?

12. Do you understand that just because the plaintiffs have filed a lawsuit does not mean that they are entitled to recover?

13. Even if you feel sympathy for a party, will you be able to put that sympathy aside and objectively weigh the evidence and apply the law in this case?

-4-

14. Will you keep an open mind and listen to all of the evidence in the case before coming to any conclusion?

15. Do you know of any other reason or has anything occurred during this question period that might make you doubtful that you can be a completely fair and impartial juror in this case?

        Respectfully submitted,

        DEFENDANT,
        SEA RAY BOATS, INC.

        /s/ Daniel J. Foster
        James H. Rotondo (ct 05173)
        Daniel J. Foster (ct 24975)
        Day Pitney LLP
        CityPlace I
        Hartford, Connecticut 06103-3499
        Phone: (860) 275 -0100
        Fax: (860) 275-0343
        Its Attorneys