# Greaves Yacht Service Ltd.
## MARINE SURVEYORS

36 Toby Hill Road
Westbrook, CT 06498
Tel. (860) 399-6966

THOMAS P. GREAVES
TOBY HILL ROAD
WESTBROOK, CT 06498

TEL: (860) 399-6966

**EDUCATION:**
Graduated from St. Michaels College, Dublin, Ireland. Completed course in Naval Architecture at Dunlaogharie Technical College. Graduated with approximate equivalent of an Associate BSME.

**APPRENTICESHIP:**
Served five-year apprenticeship at the Dalkey Shipyard, Dublin, Ireland, which covered all phases of boat building including design, engineering and construction from lofting to launching. Attended special course in fiber-glass technique which included formulations and the use of gelcoats, polyester, epoxy resins and fiberglass materials.

**WORK EXPERIENCE:**
My entire adult working life has been in the capacity of a professional boatbuilder. Although I have worked on ships up to 50,000 tons, the bulk of my experience has centered around pleasure boats, working with wood, steel, aluminum and fiberglass. In addition to actual boat construction, I have been active in related areas including marine ventilation, refrigeration, plumbing, rigging, engine installation, cost estimating, and marine surveying with ultra sound thickness testing, moisture content meter readings and hull potential meter readings for electrolysis.

**ASSOCIATIONS:**
Society of Accredited Marine Surveyors (S.A.M.S.)
The American Boat and Yacht Council (A.B.Y.C.)
Shipwright/Ship-Constructors Association.
Certified Measurer for U.S. Sailing
National Fire Protection Association (N.F.P.A.)

**EMPLOYMENT HISTORY:**
Presently self-employed full time as a Marine Surveyor, Appraiser & Independent Adjuster since 1980. Work performed for several insurance companies including Cigna, CNA - Hartford, Travelers Ocean Claims, C.A. Hanson - Florida, for Llyods of London. Financial Corporations including Essex Credit, Yegan Marine, Mystic Marine Finance and numerous Banks including Boston Safe Deposit, FDIC and Citizens Bank.

EXHIBIT " C "

## PAST EMPLOYMENT:

Shipwright Foreman - Pilots Point Marina, Westbrook, CT 06498.

Manager - Connecticut Yacht Service Ltd., Essex, CT 06426.

General Manager - Essex Island Marina, Essex, CT 06426.

Foreman Carpenter - Dauntless Shipyard, Essex, CT 06426.

Boat Builder - Essex Boat Works, Essex, CT 06426.

Boat Builder - Seth Person Custom Boat Builders, Old Saybrook, CT 06498.

Shipwright - Alexander Stevens and Sons, Glasgow, Scotland.

Police Officer, Westbrook, CT 06498, Boating Accident Investigation, Safety Inspections and Enforcement.

## SERVICES:

Pre-Purchase surveys

Damage surveys

Claim adjusting

Condition and valuation surveys for Underwriters

Casualty Investigation

Expert witness

Yacht measuring and stability testing