# RESUME

Anthony L. Knowles
7 Baldwin Road
Middletown, Rhode Island 02842
home 401-849-6024   office 401-849-1560   fax 401-849-1074
TKSurvey@cox.net

**Experience:**

Newport Marine Surveyors Group                                                    1985 - Present
Owner and founder of NMSG. Provide worldwide, pre-purchase, condition and valuation, insurance and lending institution surveys conforming to N.F.P.A., A.B.Y.C., U.S. Coast Guard and Federal Standards
Insurance claim inspections, investigations and repair monitoring
Marine construction consultant.
Factual witness testimony for Court and Arbitration Cases.
Member Society of Accredited Marine Surveyors (S.A.M.S)
Member American Boat & Yacht Council (ABYC)

Yacht Captain                                                                     1968-1985
Power and sailing yachts in the Mediterranean, the Caribbean, the United States and Australia for individual and corporate owners. Yachts ranging from 30 to 100 feet, logging 150,000 nautical miles.

Computer Engineer                                                                 1963-1968
English Electric Computers
International Computers Ltd.

**Professional Development Education:**
S.A.M.S surveying courses, quarterly
IBEX Seminars- Surveying techniques and standards                                 1994-2003
ABYC Seminars and national & New England area meetings                            ongoing
Resin Transfer System for Fiberglass Hulls - provided
by TPI Composites on construction methods and materials                           1998
Knox Marine Yacht Insurance Claims Seminars                                       1998-ongoing
Advanced Boating Accident Investigation and Safety
Seminars - provided by Underwriters Laboratories
Fraud and Fire investigation                                                      1993
Coring & Laminating Courses and Seminars
Massachusetts Maritime Academy- Machinery surveying                               1992

**Education:**
ICL Computer Engineering, UK   Stoke Technical College Diploma                    1966
Flintshire Technical College, UK   Radio & Television Engineering Diploma         1963

**Personal:**
Born Stockport, England                       United States Citizenship           1995
United States Sailing, Ida Lewis Yacht Club, Newport Yacht Club

EXHIBIT " D "