BRUCE PFUND
#7 Windover Turn
Westerly, R.I. 02891-4070 USA

## MARINE INDUSTRY RESUME

**SUMMARY**
Over 25 years hands-on involvement in all aspects of composite fabrication & testing for transportation and marine applications.

## RECENT EMPLOYMENT HISTORY

1980 to Present: BRUCE PFUND/SPECIAL PROJECTS, LLC
*CONSULTING:*
- Owner/operator
- Process control consulting for composite fabricators
- Vacuum bagging specialist, laminates and cores
- Specializing in Epoxy/Vinylester & Pre-preg systems
- Quality control system design/setup/documentation

SELECTED CUSTOMERS:
- US Navy Spec. War Group; SOC 42' Hull #01 construction
- SUNREZ photoinitiated resin systems & processes for US Navy-BAA R&D contracts
- Torin Inc, importers of Airex PVC foam
- Merrifield Roberts Inc, Formula 40 Catamaran Project
- Hinckley Yacht: vacuum bagging & process controls training
- Christensen Motor Yacht: vacuum bagging training
- Brooklin Boatyard: bagged laminate & core construction training

1987 to 1992: ADVANCED PROCESS TECHNOLOGY
*PROCESS EQUIPMENT DESIGN AND FABRICATION:*
- Owner/operator
- Designed, developed & marketed the APT Fabric Impregnator
- Developed the APT Portable Resin Lab
- Prototype syntactic foam meter/mix equipment
- Prototype coating/testing/laminating equipment

SELECTED CUSTOMERS:
- Eric Goetz Custom Sailboats
- Hinckley Yacht Co.
- Gougeon Bros. - WEST Epoxy
- Goetz Marine Technology
- Torin Inc.
- SUNREZ

1989 to Present SPECIAL PROJECTS SURVEYS
*MARINE COMPOSITE SURVEYS:*
- Marine / general composite failure mode analysis
- Inventor of the SMART HAMMER, US Patent 5,686,652, impact / acoustic NDE system
- Specialist in the analysis of cored composites/osmotic blistering, secondary bonding failures, non-destructive testing
- Expert witness testimony

EXHIBIT " E "

SELECTED CUSTOMERS:
* US NAVY: MHC-51 "Osprey" class GRP minehunter, shock trial surveys, 1995 & PSA work
* US NAVY: Combatant Craft Div: Ship's boat weight control / construction process analysis
* Royal Australian Navy: Huon Class composite minehunter shock trial inspections
* Delta Marine
* Hatteras Yachts
* Davis & Co. Ltd, Chicago, IL
* Aetna Insurance Co.
* BOAT US
* SurveYacht / Paul Coble
* CIGNA Insurance
* AIAC / New Hampshire Insurance
* Marine MGA
* Lloyds of London

7/89 to present TECHNICAL EDITOR *PROFESSIONAL BOATBUILDER* magazine
* Audited international circulation 21,000.
* Writing/editing articles on marine composites
* Seminar development & presentations at PBB's annual IBEX trade shows

2/98 to 12/00 CONTRIBUTING EDITOR: *BOATING* Magazine
* Monthly column & photographs on boat design, construction & repair topics

05/99: Joined International Marine Consulting Associates, IMCA

1990-1998 TEACHING
* Instructor: WoodenBoat School 5 day Composite Boat Surveying Class, 1990-1993
* Instructor: 3- 5 day classes, US Navy Composites, SIMA, Little Creek, VA
* Instructor: 3 day class, American Bureau of Shipping, 18 surveyors, 1995
* Instructor: 3-3 day classes - marine composite repairs for ABARIS Training, Reno NV, 1995-96
* Instructor on Marine NDE for ABARIS Training, 2/97

1985 to Present WRITING FOR MARINE, TRADE & CONSUMER PUBLICATIONS
* Freelance technical writing
* In-house technical writing/manuals for clients

SELECTED PUBLICATIONS:
* *Soundings Trade*
* *Power and MotorYacht*
* *Cruising World*
* *Boating*
* *National Fisherman*
* *Saltwater Sportsman*
* *Yachting*
* *Reinforced Plastics* UK
* *WoodenBoat*
* *Sail*

MISCELLANEOUS SKILLS
* Computer competence: DOS / WINDOWS 3.1x, 95,98
* Machine tool competence: lathe, milling machy, etc.

PROFESSIONAL MEMBERSHIPS:
* American Boating and Yachting Council
* Society of Naval Architects and Marine Engineers, Associate member
* Society for the Advancement of Materials and Process Engineering



**BRUCE PFUND/SPECIAL PROJECTS, LLC**
7 Windover Turn
Westerly, RI 02891 - 4070  USA
401-322-7474 (+11 to fax)
bpspecialprojects.com

## BP/SP, LLC   SELECTED MILITARY CONSULTING CONTRACTS

PROCESS CONTROL AND VACUUM BAGGING CONSULTING 1992
Special Operations Craft 42' MPB, Hull #01, E New Orleans, LA
Client: USN, Combatant Craft Div, NAVSPECWARDEVGRU
Contract # N64281-93-M-6003

MHC-51 US Navy 186' "OSPREY" COMPOSITE MINE HUNTER SHOCK TRAILS
Client: USN, O3P3, Structures and Survivability
Contractor: JJ McMullen
GRP inspector during UNDEX shock trials & follow-up 1995, 1996

MHC-51 PSA FOLLOW-UP INSPECTIONS 1996
Client: USN, O3P3, Structures and Survivability
Contractor: Advanced Marine Enterprises
GRP inspections, testing & consulting during vessel layover, InterMarine USA, Savannah, GA

ROYAL AUSTRALIAN NAVY HUON CLASS COMPOSITE MINE HUNTER 1999
Client: Royal Australian Navy
GRP inspections / support during shock trials

PROCESS CONTROL / WEIGHT ANALYSIS, 8M RIB SHIP'S BOAT 1997
Client: USN, Combatant Craft Division, NAVSPECWARDEVGRU
CONTRACT # N00024-97-M-2211
In-plant construction inspections / analysis

MCM COMPOSITE RUDDER BLADE SHOCK TRAILS AT HI TEST         1996
Client, USN, O3P3, Structures and Survivability
SMART HAMMER testing of rudder blade DURING shock trial series

½ SCALE MODEL LEMS COMPOSITE MAST SHOCK TRIALS INSPECTION 1996
Client: USN, Carderock Div
SMART HAMMER testing after shock trials

SUNREZ CORP BAA PROJECTS, ½ SCALE COMPOSITE SHIP MID-SECTION
2 contracts using light curing resin with VARTM and prepreg processing
CLIENT: US Navy, Carderock Div.
Process control and vacuum bagging / infusion consulting



**BRUCE PFUND/SPECIAL PROJECTS, LLC**
7 Windover Turn
Westerly, RI 02891 - 4070
USA   401-322-7474
bpspecialprojects.com

May 6, 2003

## BP/SP, LLC BIBLIOGRAPHY FROM 5/99 TO 5/03
Exclusive of work published in *Professional Boatbuilder*

*BOATING*
2/98 to 12/00  contributing editor: *BOATING* Magazine
Monthly column & photographs on boat design, construction & repair topics

*SPORT FISHING*
June 2000 " Do Boats Raise Fish?"

*CRUISING WORLD*
February 2001 " A New Glasswork Challenge"
October 2002 " The Quest For Core Perfection"

CPCU SOCIETY *CLAIMS QUARTERLY*
Volume 21, February 2003 " The Aging Of The Fleet"

*PASSAGEMAKER*
March/April 2001 Letter to the editor on autopilot installation