

**Marine Surveyors, Engineers, Consultants**
1989 University Lane, Suite I, Lisle Illinois 60532
630-852-7944   800-223-8816  voice   630-852-7128   800-852-7128 Fax
info@daviscoltd.com  email                      http://www.daviscoltd.com  website

Offices throughout North America, check our website for up to date location listings

*(5/06)*

### GREGORY T. DAVIS

Greg Davis is an internationally recognized expert in marine forensics and marine survey. President and founder of Davis and Company, the nation's leading marine survey engineering firm, Mr. Davis has been a professional marine surveyor and investigator for 30 years.

A Fellow of the American College of Forensic Examiners, Mr. Davis is also a certified Fire and Explosion Investigator by the National Association of Fire Investigators, and a certified marine surveyor by the National Association of Marine Surveyors, Inc and is the Chair of the NAMS Yachts and Small Craft Technical Committee.

He is a member of the Society of Naval Architects and Marine Engineers (SNAME), serving on their O-45 Fire Protection and Safety Panel, the American Boat and Yacht Council (ABYC), serving on their Board of Directors, the National Fire Protection Association (NFPA), permanent member of the "NFPA 303 Marinas and Boatyards" fire safety standard committee, the International Association of Arson Investigators (IAAI), and other professional organizations.

Mr. Davis has authored numerous articles on marine surveying that have been published in leading trade journals. He speaks frequently at boating and marine industry conferences, and has been profiled in *Who's Who in Science and Engineering*, *Who's Who in America*, and *Who's Who in the Midwest*.

As a member of the Davis Consulting Group, Mr. Davis puts his technical expertise to work for a wide variety of clients, from insurance companies and banks to marine manufacturers and law firms. He is regularly called upon to provide expert testimony at legal proceedings.

## *Professional Certifications and Affiliations*

### The American Board of Forensic Examiners
Board Certified Forensic Examiner, October 1994
Fellow, American College of Forensic Examiners
Listed in the National Registry of Forensic Examiners
Specialty: Marine Accident Reconstruction, Marine Fire Cause and Origin

### The American Boat and Yacht Council
Board of Directors, 1999-2005
ABYC Standards Accreditation (expires 2/20/2007)

### The American Institute of Marine Underwriters-Midwest region

### The American Society for Non-Destructive Testing

### The Boat US Speakers Bureau

### The Composites Fabricators Association

### The International Association of Arson Investigators

### The National Association of Fire Investigators
Certified Fire and Explosion Investigator, August 1993 (#4152-738)

### The International Association of Marine Investigators

### The National Association of Marine Surveyors
Certified Marine Surveyor, September 1978  (#113-264)
Chair, Yachts and Small Craft Technical Committee
Co-Chair, 41st Annual meeting committee, 2003

### The Society of Naval Architects and Marine Engineers (SNAME)
Technical panel member, O-45: <u>Life Safety and Fire Protection</u>

### The Technical Information Exchange for Marine Professionals

### The National Fire Protection Association
Permanent Member, NFPA 303: <u>Marinas and Boatyards</u>
Guest (industry Rep)-Marine Chapter, NFPA 921: <u>Fire and Explosion Guide</u>

### The National Marine Manufacturers Association
Member, Boating Industry Risk Management Council

## EDUCATION

*Professional Course Work and Seminars:*

"London Surveying Conference", April 11-12, 2005, International Institute of Marine Surveying; Institute of Marine Engineering and Science Technology; National Association of Marine Surveyors, joint conference, London, England.

"National Seminar on Fire Analysis Litigation", August 14-15, 2003. National Association of Fire Investigators, Inc.

"ABYC Standards Accreditation," February 18-20, 2002. American Boat and Yacht Council, Inc.

Advanced Arson Seminar, " Reading the Fingerprint of Fire ," MABAS Division 10 and Illinois Chapter, International Association of Arson Investigators. March 20-22, 1995.

Accidents: From the Scene to the Trial , Sponsored by the American Boat and Yacht Council, October 31-November 1, 1994.

Advanced Arson Investigation Course , Sponsored by MABAS division 10 and Illinois Chapter, International Association of Arson Investigators, 1994.

Determining the Cause and Origin of Fires and Explosions Training Seminar, Sponsored by: National Fire Protection Association, and National Association of Fire Investigators, 1993.

Advanced Fire Investigation Seminar, Sponsored by MABAS division 10 and Illinois chapter, International Association of Arson Investigators, 1992.

Atlantic Marine Surveyors-Blistering and Laminate Failures in Fiberglass Boat Hulls, 1988.

American Boat and Yacht Council-DC Electrical Systems in Boats, 1990.

Corrosion Seminar, The Nickel Institute, 1989.

*Undergraduate Degree Held:*
   BA, College of Santa Fe, Santa Fe, New Mexico, 1973.


**SPEAKING HISTORY**

Mr. Davis is a frequent speaker at conferences and symposia sponsored by NAMS and other marine organizations. The symposia generally pertain to matters related to the practice of marine survey, and are approved by NAMS for CEU's. Mr. Davis has spoken on the following topics:

*The Condition and Value Survey*, National City Bank Recreation Finance Service Company Symposia, Chicago, IL, July 19, 2005

*Boat Owner Losses* PLRB (Property Loss Research Bureau) Claims Conference and Insurance Services Expo 2005, San Antonio, TX, April 19-20, 2005.

*Marine Surveyors- Investigators or Not*, International Association of Arson Investigators, 55th Annual Meeting & Conference, St. Louis, Missouri, April 20, 2004

*Boa Owner Losses*, Property Loss Research Bureau 2004 Claims conference & Insurance Expo, Chicago, Illinois, March 14-16, 2003.

*Origin and Cause- Appraisals on Boat Losses*, Speaker at the National Association of Subrogation Professionals annual conference, Reno, Nevada, November 4, 2003

*Non-Destructive Evaluation (NDE) for Surveyors*, panelist at IBEX (International Boat Builder Exposition and Conference) 2003, Miami Beach, Florida, October 29, 2003.

*Dispute Resolution*, panelist at IBEX (International Boat Builder Exposition and Conference) 2003, Miami Beach, Florida, October 27, 2003

*Evidence collection- Spoliation and other issues- How does ASTM deal with this experts quagmire?* NAMS 41 Annual National Marine Conference East, Chicago, Illinois, April 14, 2003.

*Boat Owner Losses.* Property Loss Research Bureau 2003 Claims conference & Insurance Expo, Orlando, Florida, April 1, 2003.

*Boat Fire Investigation*, Wisconsin Arson Claims Council, Greenfield, Wisconsin, May 15, 2002.

*The Electricity Challenged Boatyard*, International Boatbuilders Exhibition and Conference (IBEX), Ft. Lauderdale, Florida, February 6, 2002.

*Marine Accident Investigation*, Instructor, The American Boat and Yacht Council, Inc., Accident Investigation Seminar: Ft. Lauderdale, Florida, April 16-17, 1998; Long Beach, California, October 22-23, 1998; Annapolis, Maryland, March 1-2, 1999; Chicago, Illinois, October 25-26, 1999; Seattle, Washington December 4-5, 2000.

*Establishing a good working relationship with a marine surveyor*, The American Boat Builders and Repairers Association, Providence, Rhode Island, September 16-17, 1998.

*Plastic Bag Overheat Syndrome*, Marine Applications of Composite Materials 7th International Conference, Melbourne, Florida, March 17-19, 1998.

*Outdrive Failure Diagnosis*, and *FRP Repair Estimating*, The Society of Accredited Marine Surveyors 4th Annual Pacific Region Conference, Vancouver, British Columbia, Canada, April 26-29, 1997.

*The Internet as an advertising and business communication tool*, The National Association of Marine Surveyors 35th Annual Conference, New Orleans, Louisiana, March 20-22, 1997.

*Marine Accident Reconstruction*, The International Association of Marine Investigators, Annual training seminar, St. Louis, Missouri, March 3-5, 1997

*Risk Exposures of a Marine Surveyor and How to Insure Against Them*, The National Association of Marine Surveyors 34th Annual Conference, Houston, Texas, April 19, 1996.

*Marine Fire Cause and Origin Investigation*, Tech Cor (the educational division of Allstate Insurance Co., Special Investigations Unit) advanced training class, Wheeling, Illinois, April 15, 1996. Returning lecturer since 1989.

*In-Service Failures from the Marine Surveyor's Point of View*, Marine Applications of Composites Materials 6th International Conference, Cocoa Beach, Florida, March 19, 1996.

*Marine Surveying*, United States Power Squadron, Mid Illini Squadron, Bloomington, Illinois, January 17, 1996.

*Advanced Boating Course*, State Farm Insurance Illinois Office, Bloomington, Illinois, course agenda and presentation responsibilities, Essex Inn, Chicago, Illinois, January 16, 1996.

*Lenders and Marine Surveys: Assessing Your Collateral*, panelist representing NAMS, National Marine Bankers Association, 1994 members conference, October 6, 1994, Chicago, Illinois.

*Boat Damage, is it Preventable?*, USPS District 20 Annual Meeting, 'N' club, Deerfield, Illinois, March 20, 1994

*Marine Survey, Safety First,* USPS Chicago Squadron, Wilmette Harbor, Evanston, Illinois, March 9, 1994.

*Boat Damage, is it Preventable?,* MORF, Burnham Harbor, Chicago, Illinois, February 5, 1994.

*Boat Fires, Accidental and Arson,* Multiple Automatic Box Alarm System (MABAS), Division 10, Advanced Fire Investigation Seminar (Sanctioned by the Illinois chapter of the International Association of Arson Investigators), Darien, Illinois, November 4-6, 1992.

*Investigating Marine Claims,* Rural Insurance Company, Annual Claims Seminar, Fon du Lac, Wisconsin, June 26, 1992.

*In-Service Failures, from the Marine Surveyor's Point of View,* The Fourth International Marine Applications of Composite Materials Conference, Florida Institute of Technology, Melbourne, Florida, March 24-26, 1992.

*Interpreting Marine Surveys - Who, What, When, Where, Why and How,* American Marine Underwriting Managers, Conference on Marine Underwriting, Milwaukee, Wisconsin, February 3, 1992.

*Small Boats and Their Power Systems, An Overview,* Milwaukee Insurance Company, Milwaukee, Wisconsin, September 17, 1991.

*The Small Craft Condition and Value Survey,* Small Craft Underwriting Seminar, Kemper Insurance Company, Miami, Florida, February 14-15, 1990.

*Marine Surveying, What is it About?,* The United States Power Squadron, District 20 annual conference, Schaumburg, Illinois, January 1990.

*Coal-Ocean/Inland Waterways Transit Problems,* The Chicago Ocean Marine Underwriters Association, Chicago, Illinois, April 29, 1982.

*A Look into the Handling of Inland Transportation Claims,* Western Loss Association, Chicago, Illinois, March 18, 1982.

Basic Considerations in the Adjustment of Damage Losses on Fiberglass Reinforced Plastic Boats, State Farm Insurance Companies, Adjusters Seminar, Chicago, Illinois, June 1, 1978.

**PUBLICATION HISTORY**

Mr. Davis has authored articles for the following technical journals:

*Proceedings*: 4th International Marine Applications of Composite Materials Conference

*NAMS NEWS*

*Technical Information Exchange for Marine Professionals*

*Composites Fabrication*, Composites Fabrication Association Magazine

*Proceedings*: 6th International Marine Applications of Composites Materials Conference

*Proceedings*: 7th International Marine Application of Composite Materials Conference

*ABYC NEWS*

*The Business of Pleasure Boats*, National Marine Bankers Association newsletter

*Investigator*, International Association of Special Investigation Units (IASIU) Michigan Chapter magazine, Vol. 4 Issue 2 May 2004.

## AWARDS AND RECOGNITION

*Who's Who in America*, Marquis Publications.

*Who's Who in Science and Engineering*, Marquis Publications.

Certificate of Appreciation, Speaker, National Association of Marine Surveyors, Inc., 1997.

Award, Speaker, International Association of Marine Investigators, 1997.

Certificate of Appreciation, United States Power Squadron, Mid Illini Squadron, Bloomington, Illinois, Certificate of Appreciation, Service, 1996.

*Who's Who in the World*, Marquis Publications.

*Men of Achievement*, 16th ed., International Biographical Centre, Cambridge, England, 1995.

*Who's Who in the Midwest*, Marquis Publications.

Certificate of Appreciation, Service, Tech Cor, Allstate Insurance Co. National Training Center, 1992.

Certificate of Appreciation, Service, National Association of Marine Surveyors, Inc., 1991.

Certificate of Appreciation, Service, United States Power Squadron, Calumet Squadron, Calumet, Illinois, 1990.

## PUBLIC/PRIVATE SECTOR COMMITTEE SERVICE

Chair, Yachts and Small Craft Technical Committee, The National Association of Marine Surveyors, Inc., Chesapeake, Virginia, 2000-present.

Chair, Communication Committee, The National Association of Marine Surveyors, Inc., Chesapeake, Virginia, 2002.

Board of Directors, The American Boat and Yacht Council, Edgewater, Maryland. 1998-2005.

Technical panel member, O-45 Life Safety and Fire Prevention, The Society of Naval Architects and Marine Engineers, 1977-present.

Permanent panel member, NFPA 303 - Marinas and Boatyards, The National Fire Protection Association.

Guest, NFPA 921- Fire and Explosion Investigation Guide, At the request of ABYC and NMMA participated as the industry representative to the committee panel charged with authoring the Marine Chapter of the guide.

Special panel member, Yacht Survey Report Standards Committee, The Society of Accredited Marine Surveyors, 1997.

Member, Boating Industry Risk Management Council, National Marine Manufacturers Association, 1997-present.

Chairman, Insurance Committee, National Association of Marine Surveyors, Inc., 1982-1995.

Member, UL Marine ad hoc Committee on Marine Fuel Hose (at the request of UL Marine), 1986.

Expert Testimony case list

2006

    Miller Yacht Sales, Inc. v. Steven Smith, Mariner Yacht Sales, et al, US District Court, District of New Jersey, 03CV1514(AET), expert for the defendant, pending

    Sarraf v. Utley & Arrida, Peoria County 04L248, Illinois and Gerges v. Utley & Arrida, Peoria County, 04L272 Illinois. Expert for the defendant, Pending

2005

    Babb, et al v Thompson, Circuit Court of the 6th Judicial District, DeWitt County, Illinois, No. 05-L-16. Expert for the Defendant, settled without testimony

      AK El Oso, LLC and AK Santamaria Enterprises, LLC v Yanmar Marine USA Coporation and Yanmar America Corporation f/k/a Yanmar Diesel America Corp., (class action) Expert for the Plaintiff, pending

2004

      Mains v Sea Ray Boats, Inc., US District Court, District of Connecticut, Civil Action 3:01CV2402, Hartford, Connecticut. Expert for the defendant, pending

2003  William T Sloan v Regal Beloit Corp, et al, State of South Carolina, County of Charleston, Case No. 03-CP-10-4062, Expert for the defendant, settled without testimony.

2003  Bailey v Skipperliner Industries, Inc. et al., US District Court for Northern Indiana, South Bend Division, Cause No: 3:01-CV-0361CAN, South Bend, IN. Expert for the defendant, Trial.

2002

      McClean v. American Marine Holdings, d/b/a Donzi Marine, et al, US District Court, Eastern District of Michigan, Southern Division, Case No. 01-72091. Expert for the Plaintiff, no testimony given

2000

      Anderson v. Koehler Corp., Circuit Court of the City of St. Louis, Missouri, Case No. 022-06904; Harris v. Silverton Marine, et al, Case No. 992-07639. Expert for Defendant, no testimony given

1999

      Dulak v. State Farm Ins. Co., State of Michigan, Menominee County, Our file 19204-99. Expert witness for the defendant. Trial.

1998

      Allen v. Great American Ins. Co., US District Court. Eastern Northern Division of Missouri, Case no. 97CV02460JCH, Our file 18135-98, Expert witness for the plaintiff. Deposition.

*1996*

      John D. Lipps v. Cruisers, Inc., & Sailing Inc., State of Ohio, Franklin County, 10th Appellate District, Our file 11409-96. Expert witness for the plaintiff. Deposition and Trial.

      State of Ohio v. Charles Kaine, Court of Common Pleas, Cuyahoga County, Cleveland, Ohio, case number 325705, Our file 9322-94. Expert witness for the plaintiff. Trial.

      Popplewell v. ACBL, et al, State of Illinois, County of Grundy, 13th Judicial Circuit Court, 93 L 62. Our file 11018-95. Expert witness for the defense. Declaratory judgement for the defense, no testimony given.

Bastanfar v. Pierce, State of Michigan, Circuit Court for the County of Oakland, 95-509128-NO, Our file 11575-96. Expert witness for the defense. Settled just prior to deposition.

Barbara Diane Guy, administrator of the estate of Michelle Gumulauski, Deceased v. Chicago Yacht Club, Chicago Park District, City of Chicago, James E. Qualizza and Premier Electric Corp; Circuit Court of Cook County, Illinois, 92L010211, Our file 7434-93. Expert witness for the plaintiff. Deposition.

*1995*

Westman et al v. Zurek et al, State of Illinois, County of Lake, Circuit Court of the 19th District, 93 L 1022, Our file 7847-93. Expert witness for the defendant Zurek. Deposition.

Janke v. Country Mutual Insurance Co., State of Illinois, County of La Salle, 94 SC 2075, Our file 9240-00, Expert witness for the defense. Trial.

Richardson v. Allstate Insurance Co., State of Illinois, County of Cook, 94 L 010772, Our file 7067-93. Expert witness for the defense. Deposition.

Shapiro v. Murray Chris Craft; US District Court, Middle District of Florida, Tampa Division, 91-1599-Civ-T-10C. Our file 2833-88. Expert witness for the plaintiff. Deposition.

*1994*

Erich Boehm v. Hannah Marine Corporation; U S District Court, Northern District of Indiana, Hammond Division, 293-CV-212-RL, Our file 8723-94. Rebuttal expert witness, June 1, 1994, for the plaintiff.

*1993*

Farmington Meat Co. v. Olney Refrigerated Transportation Inc., Arbitration Forums, Great Lakes Field Office, Deerfield, IL, Signatories: Atlantic Mutual Insurance Co., and Kemper Insurance Co., Hearing Testimony March 9, 1993. Expert witness for the plaintiff.

Roy Huckaby v. Sea Ray Boats, et al, State of Illinois, County of DuPage, 90L2274, Deposition April 13, 1993; October 1994 settled just prior to trial testimony. Expert witness for the plaintiff.

Clarendon National Insurance Company v. Reynolds Transfer and Storage, State of Wisconsin, Dane County Circuit Court, 91-CV-1186. Deposition April 27, 1993. Expert witness for the plaintiff.

Susan Alexander & James Roof v. Edward Dominiak, State of Ohio, Mahoning County, 93 CV 2302. May 1995 settled prior to trial. Our file 7788-01, Expert witness for the defense.

*1990*

Chris Venstra v. St. Paul Fire and Marine Insurance Company, State of Michigan, Ottawa County. Trial testimony September 6, 1990. Expert witness for the defendant.

*1989*

Donald G. Strozewski v. Tower Insurance Company and William O. Colby, State of Wisconsin, Wood County, 88-CV-852. Trial testimony, expert witness for the defendant.

*1980*

Daliege v. Tichacek and Land Lake Marine, State of Illinois, Cook County Circuit Court, 79M5-10567. Expert witness for the plaintiff. Deposition.