UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT)<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | :<br>: |
| SEA RAY BOATS, INC. | :<br>: |
| Defendant. | :<br>: |

**AFFIDAVIT OF DAVID MARLOW IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF COMPLAINTS BY OTHER CONSUMERS**

I, David Marlow, being first duly sworn, depose and say that:

1. I am over eighteen years of age and understand and believe in the obligations of an oath.

2. I am Director of Product Integrity for Brunswick Boat Group. Prior to assuming my current position, I worked in the Customer Service Department of the Sea Ray Division of the Brunswick Corporation.

3. I make this affidavit based on my own personal knowledge.

4. Water ingestion can occur in boat engines for any of numerous different reasons, including, but not limited to:

   a. exhaust pulses driving water backwards into the exhaust system, a phenomenon known in the marine industry as "reversion";

   b. leaks at the exhaust elbow to the manifold assembly, which may in turn be caused by worn castings, leaking gaskets, or improper assembly;

   c. corrosion of exhaust system components;

    d. corrosion of internal engine parts, which may be caused by excessive condensation coupled with salt vapor; and/or

    e. an extended lapse of time between uses of the boat engine(s).

5. The foregoing paragraphs do not constitute a complete or exhaustive list of possible causes of water ingestion in boat engines.



_____
David Marlow

Subscribed and sworn to before me this 27th day of February, 2007.

_____
Notary Public
My Commission Expires: September 3, 2008