# Tom Greaves

## Marine Surveyors

36 Toby Hill Road<br>Westbrook, CT 06498<br>Tel: (860)399-6966

06/30/01

Mr. Peter Mains
5 Old Town Road
Avon, CT 06001

### CONDITION SURVEY REPORT ON 33' TWIN SCREW POWERBOAT
### "MAIN SQUEEZE III"

This is to certify that at the request of Mr. Peter Mains of 5 Old Town Road, Avon, CT 06001, a condition survey was carried out upon the 33' twin screw powerboat "Main Squeeze III." The survey was conducted for the purpose of ascertaining and reporting upon the general condition of the vessel and to make recommendations upon the findings. The vessel was returned to Sea Ray boats for deck and hull repairs along with modifications to engine exhausts prior to this inspection. At the time of inspection the vessel was afloat and later hauled at Pilots Point Marina, East Yard, Westbrook, CT 06498.

**GENERAL**
The vessel "Main Squeeze III" is a 33' twin screw power boat built in 1998 by Sea Ray Boats, Knoxville, TN. Transom HIN #US-SERT3801C898-330DA-1526. Construction is hand layup glass reinforced plastic from two molds joined at deckline. Decks are fully cored. Design is Sea Ray 330 Sundancer with twin V/8 gas engines. The approximate dimensions are LOA-33'6", BEAM-11'5", DRAFT-2'3". Displacement 11,200 lbs Topsides are white, bottom; black and decks are white.

**TOPSIDES**
The original gelcoating has not been painted and was found to be in overall good condition. Topsides were sounded out with a phonelic hammer with no delaminations noted. Gelcoat stress cracks noted around liftrings at transom and above stainless steel rubrails both sides. Dent noted in stainless steel rub rail at starboard liftring. Rubrails are plastic with stainless half-oval guards. Swim platform is fiberglass and found secure to transom.

"MAIN SQUEEZE" - page - 2

### BOTTOM
There was no evidence of any major grounding. Damage noted to bronze exhaust port on bottom portside. Bottom was sounded out with a metal hammer with no delaminations noted. All underwater thruhull fittings are bronze. All found tight and secure to hull with working shutoff valves. Moisture content meter reading of bottom laminate proved good with readings of 2 on a scale of 1 - 10 with use of a Novanex moisture meter. Shaft are 1-1/2" stainless steel and appeared straight on dial indicator. Props are 3-blade bronze 17" x 17" and found in good condition. Strut found secure to bottom. Cutlass bearings found serviceable. Rudders are bronze and found secure in rudder ports. Hull potential meter reading for stray current corrosion was good at .60 with no electrolytic deterioration of any underwater metals noted. Trim tabs are single cylinder hydraulic and found secure. Bottom paint found in poor condition with bare patches at this time. Two repair gouges noted on bottom forward and on middle lift strake starboard side.

### DECKS
Decks are fiberglass cored sandwich construction. Overall condition found good. Delaminations with high moisture noted in decks in area of windlass. Bowrail bases are undersized and found loose. Bridge is fitted with aluminum radar arch and full canvas enclosure. Repairs noted to paint finish on radar arch. Steering is single position and found to operate properly. Cockpit deck area was repaired for lack of coring. Repairs seems satisfactory with no delaminations noted. Cockpit hatches found in good condition. Bowrail is stainless steel and found loose on bases. High moisture readings noted in decks under windshield.

### INTERIOR
Interior was inspected only where accessible. Interior in general found clean with good housekeeping evident. Interior finish is plywood, Formica and fabric. All interior plywood bulkheads and stringers were found to be properly attached to hull with no delaminations noted. Bilges found clean and free from debris. Repairs were carried out to fore and aft stiffener between engine beds. Repair found to be satisfactory at this time. Stiffener should have covered entire area between engine stringers with relocation of thruhull fitting to outboard of stringer. All doors, drawers and lockers found to fit properly. There were no waterleaks evident around hatches or cabin windows. Interior upholstery found in good condition.

### ENGINE
Power is furnished by twin Horizon Mercruiser V/8 gas engines connected to vee drives. Engine serial numbers are port #OL007684 and starboard #OL007676. Cooling is by fresh water. Engine installation appears satisfactory. Beds and mounts found in good condition. Exhausts are rubber through fiberglass waterlift mufflers. Exhaust system was upgraded by Sea Ray from the original installation. New exhaust installation prohibits access to interior transom area, rudder ports, strut bolts and trim tab reservoir without system removal. At this time it was noted that exhaust hoses to mufflers are higher than manifolds and risers. Engines are fitted with fresh water flush

"MAIN SQUEEZE" - page - 3

out system. At this time engines were inspected by yard mechanic at Pilots Point Marina and found to have water flow back into cylinders and oil pans with a separate report issued by Pilots Point Marina Transmissions are Borg Warner velvet drive. Shaft log stuffing box found in good condition. Shifts and throttles found to be operating properly. Port engine shaft found out of alignment. Engine in need of aligning.

## ELECTRICAL
Vessels system is 12-volt with 115-volt shore power. Circuit protection is by panel with breaker switches for both systems along with vapor tight battery switches. All wiring found in good condition and properly secured. Two 12-volt batteries are provided and found properly secured. Battery charging is by alternators on engines and auto battery charger. Navigation lights meet International Motor Boat Act requirements.

## FUEL SYSTEM
Two aluminum fuel tanks are provided. Capacity is 225 gallons. Installation conforms to ABYC standards.

## FIRE EXTINGUISHERS
Engine spaces are fitted with an auto Halon 1301 along with (2) hand units provided for portable use.

## VENTILATION
Ventilation conforms to Coast Guard standard requirements.

## RECOMMENDATIONS
1. Repair stainless rubrail damage and gel stress cracks aft at lift rings.
2. Repair gelcoat stress cracks above swim platform rubrails aft both sides.
3. Strip bottom paint and refinish.
4. Repair remote spotlight.
5. Repair windlass to operate properly.
6. Engine exhaust systems to be inspected by certified Mercruiser mechanic for proper installation and configuration.
7. Properly secure all bowrail bases after rebedding.
8. Rebed anchor windlass and deck fittings forward to stop water permeation into deck core.
9. Rebed windshield base.
10. Align port engine.
11. Replace damaged bronze exhaust outlet on bottom starboard side with new.
12. Stiffener between engine stringers should be run full length connecting both stringers with relocation of through hull fitting to outboard of starboard stringer.

"MAIN SQUEEZE" - page - 4

This report is issued on a visual examination of the vessel and its equipment. It does not include latent defects or defects hidden by machinery, tanks, cabinets, hull liners or other items prohibiting access. The main engines and auxiliaries were not surveyed by the undersigned other than mentioned in the enclosed report. No warranty or guarantee is given nor liability assumed for errors or omissions.

SUBMITTED WITHOUT PREJUDICE:

Thomas P. Greaves   AMS
Marine Surveyors

TPG: pmg

Ref.  D/ 26



Tom Greaves
Marine Surveyors
36 Toby Hill Rd.
Westbrook, CT 06498



HIN # "MAIN SQUEEZE III"