# Newport Marine Surveyors Group

YACHT SURVEYORS, SAIL & POWER, WORLD WIDE SERVICE　　　ABYC　NFPA　SAMS
7 BALDWIN ROAD　MIDDLETOWN, RHODE ISLAND 02842 USA　　　(401) 849 1560　FAX (401) 849 1074

Page 1
Nov 13th 2001
File No 1234

Attorney John L Senning
Senning & Rieder
The Essex Law Group LLC
16 Saybrook Road, Essex, CT 06426

Ref:
Peter D. & Lori M. Mains
5 Old Town Road
Avon, CT. 06001
Owners of a recreational fiberglass express cruiser
1998 Sea Ray model 330. ' Main Squeeze III'
Hull number SERT38010898-330DA-1526

Subject:
Reported defects with the hull of the boat and its engines

Dear John,
　　At your request on behalf of Peter and Lori Mains, I traveled to Pilots Point East Boatyard, in Westbrook, CT and met with you and Peter Mains and inspected his Sea Ray. You gave me a file containing the following documents:

1　　A correlated history of events, breakdowns, survey, repairs and correspondence between Owners and Sea Ray and the dealer.
2.　　A survey by Tom Greaves
3.　　A list of repairs considered necessary and compiled by Tom Greaves, Marine Surveyor.
4.　　A repair estimate by Pilots Point Marina
5.　　A 'to-do' list by Peter Mains, dated August 8th 2001

I reviewed the documents listed above and inspected repairs using the Peter Mains item 5 list. I did not conduct a full survey of the boat. I consider the following necessary to put the boat into good yacht condition:

A　　Decks.
　　Foredeck.
　　There are voids and areas of elevated moisture content which is 10% to 15% in the foredeck laminate. See photograph # 10 & 11. The voids are marked using blue tape

　　Cabin top:
　　There are voids on the cabin top. See photograph # 12, 13, 14, 15. The voids are marked using blue tape.



<u>Cabin top against the windshield</u>:
There are voids under the gel coat and an area of elevated moisture content, inboard of the port windshield wiper and against the windshield. Photographs 16, 17. Meter readings are 20%. Photograph 16. Normal (dry) laminate readings are 8% or less.

B.  Both 7.4 litre gasoline engines were reported to need replacement, based on a mechanic's opinion after hydrolocking occurred. I have no input but to suggest that Sea Ray check the relative heights of the manifolds and exhaust components and to outline the correct flushing procedure.

C.  Re-gel coat the non-skid on the cockpit sole between the cockpit door and cabin door to more closely match the color of the other cockpit areas of non-skid.

D.  The gray panel at deck level on the port side of the cabin door is spotted with light gelcoat from the sole repair, this should be polished out or re-gelcoated.

E.  There is a scrape in the gelcoat on the bow platform. This is minor but was a job to be attended to at the factory and was not done.

F.  All stanchions need re-bedding because of deck water leaks. The stanchions were stressed by the 'shrink-wrap' boat cover during road transportation.

G.  It was reported that Sea Ray floated the boat in a chlorinated test tank. This damaged the bottom paint. The old bottom paint needs chemically stripping or water blasting to remove it in order to repaint the hull bottom. At this point it would be prudent to apply epoxy barrier coating. The hull bottom gelcoat was apparently damaged when the boat was at Sea Ray. The damage was temporarily filled. This should be fiberglassed when the bottom paint is removed. I have not seen this damage.

H.  Two stainless 'eye-bolt' towing points are fitted below the rubrail on the stern. The rubrail and stainless quarter oval 'in set' above the eye-bolts are dented. Mr. Mains reported that the boat was lifted at Sea Ray by using these towing points. I do not believe Sea Ray designed these as lifting rings so their use as such was negligent. The rubrail and stainless insert should be replaced. Photographs # 1, 2, 3

I.  The gel coat adjacent to the towing rings referred to in note 'G' above, is cracked due to the stress generated by lifting the boat by the rings. The gelcoat needs repairing. Photographs 1, 2, 3

J.  The gel coat crack under the porthole on the port side needs repairing. Photograph # 4

K.  The gel coat crack above the rubrail on the starboard side at stanchion 5 needs repairing.

L.  The gel coat crack on the starboard side, where the arch and windshield join needs repairing.

M.  The gel coat crack on the portside adjacent to the transom cleat needs repairing. Photograph 5

N  The chip in the gelcoat adjacent to the transom door needs repairing. Photograph 6

O.    The chip in the engine cover flange, starboard side, needs repairing. This is only visible when the engine hatch is open. Photograph 7

P.    The small puncture in the gelcoat under the cockpit sink hand rail should be repaired. Photograph 8

Q.    The starboard side exhaust discharge port is slightly dented. Whereas this is not leaking or cracked, it was reported to me that the dent was done when the boat was at Sea Ray. To correct this, the exhaust port should be replaced. Photograph 9

R.    The windlass tension finger is broken, the windlass needs repair. Mr. Mains reported that there is an up-grade to correct this problem. The windlass should be up-graded and repaired. Seen on photograph 10

S    The starboard side polished stainless handrail is scuffed on the outboard side, between stanchions #4 and #5. This should be polished out.

T    Further work is necessary to the helm seat to stop it creaking and to remove marks on the seat.

U    There are small perforations in the overhead above the dinette and spray adhesive on the upholstery in the aft' cabin. These items need correcting.

V    A fastening screw from the cabinet above the dinette has come through the deck and has a blob of gel coat to cover the screw tip. The correct length screw is needed after repairing the deck.

W    A wire rack in the refrigerator needs repair.

X    A coolant overflow tank decal is missing in the engine compartment.

Correction of the above items is necessary to align the condition of this Sea Ray to that of a repaired Sea Ray 330 in good yacht condition.
This report lacks the machinery details. The mechanic's engine report should accompany this report.

Sincerely,

*[signature: Anthony K Knowles]*

Anthony L Knowles
Marine Surveyor
Society of Accredited Marine Surveyors

Enclosures:
Numbered photographs