

BRUCE PFUND/SPECIAL PROJECTS, LLC
7 WINDOVER TURN
WESTERLY, RI 02891 - 4070
USA   401-322-7474
BPSPECIALPROJECTS.COM - BPSPECIALPROJECTS@COX.NET

# BP/SP, LLC INSPECTION REPORT & PHOTOGRAPHS

VESSEL NAME: ' MAIN SQUEEZE III'

VESSEL LOCATION FOR SURVEY : Brewer's Pilots Point Marina
East Yard, Westbrook, CT

DATE(S) OF VESSEL INSPECTION : 10/09/03

VESSEL TYPE: Sea Ray 330 M/Y

HULL HIN #: SERT38010698-330DA-1526
DOCUMENTATION #: Not observed

VESSEL OWNER: Mr. & Mrs. Peter Mains
5 Old Town Road
Avon, CT 06001

CONTENTS:
5 page text report
Appended 16 captioned photographs

## SCOPE OF SERVICES:

Subject vessel's composites were inspected as specified at the request and direction of Attorney John Senning and vessel owner Mr. Peter Mains.

Inspection was only of the vessel's composite construction. No other aspects of the vessel's composite construction other than those discussed below were inspected or evaluated.

## CASE DOCUMENTS REVIEWED:

As provided by Newport Marine Surveyors Group surveyor Tony Knowles:
  Newport Marine Surveyors Group report 11/13/01
  7 digital photographs of subject vessel
  Tom greaves report 06/03/01

As provided by J. Senning:
  P Mains list dated 07/16/01
  P Mains list dated 08/08/01
  Brewer Pilot Point Marina estimate. Dated 09/10/01
  P. Mains letter to D. Marlow, dated 04/30/01

Opinions rendered in this report are based upon these documents, and information provided verbally by Mr. Knowles and Mr. Mains. No other information was used.

## CONDITIONS AT TIME OF INSPECTION:

Vessel is shrink-wrapped and stored outside on a coarse gravel surface, supported on centerline wooden blocking and screw adjustable boat stands. Vessel has been out of service since June of 2001, and was shrink-wrapped in October of 2001. The shrinkwrap cover was left in place during my inspection. An access hole was cut into the cover to allow entrance through the cover at the port side of the after deck. Two additional small holes were made in the cover to inspect the port and starboard stern towing eyes.

## OBSERVATIONS:

## FOREDECK

The foredeck and forward side-decks were manually hammer sounded with a four ounce steel ball peen hammer. Note that the side decks adjacent to the radar arch could not be inspected due to the close fit of the shrinkwrap cover.

Hollow sounding regions were discovered during hammer sounding, and are interpreted as poor original or failed bonds between the region's core and outer skin. These areas were marked with perimeters of dashed blue masking tape. Smaller areas of similar hollow soundings were marked with individual strips of blue masking tape. Note that no indications of service damage such as gelcoat scratches, scrapes, cracking, or depressions in the laminate surface were observed in these areas.

Two larger regions of hollow soundings were noted, one forward in way of the anchor windlass, anchor cleat and windlass foot switches, and the other in way of the panel immediately below the windshield, starboard side, adjacent to the windshield wiper mechanism.

The condition of the core material in way of the hollow soundings adjacent to the starboard windshield wiper mechanism noted above was checked by drilling an approximate one-quarter inch diameter hole through the deck's exterior laminate and into the underlying core material with a two-flute twist drill. As documented in the appended photographs, the core material shavings produced were of normal appearance, and were dry to the touch. The visual appearance of the core material visible through the hole produced also was normal.

A Skipper TRAMEX 'pad type' moisture meter was used to nondestructively check for the presence of moisture. The instrument was set on the #1 scale, and equipped with a fresh battery for the inspection. The forward regions adjacent to the anchor windlass, foot switches and anchor rode snubbing cleat moisture metered higher than adjacent laminates, and water ingress in way of their panel penetrations is suspected. Heavy accumulations of dirt and mildew in way of these areas is interpreted as indicating that water leaking through the shrinkwrap cover puddles in this region until it evaporates, and may be contributing to continued elevated local moisture meter readings.

The inspection report and photos produced by Tony Knowles after his inspection of the subject vessel in November of 2001 documented very elevated moisture meter readings forward of the port windshield wiper mechanism's panel penetration, but I did not detect similarly elevated meter readings at the same location(s), while using the same brand and model moisture meter, set on the same scale. Only a slight elevation in meter readings was noted in this region.

These differences in moisture meter readings are attributed to the moisture within the core gradually migrating outward through the adjacent core material. Note that this process would be accelerated by the high temperatures developed under the shrinkwrap cover that has been on the vessel since Mr. Knowles' inspection of 11/13/01.

ENGINE ROOM & BILGES:

Mr. Mains reported water ingress at the transducer sleeve through hull penetration, and also at the lower inside corner where the 'bilge box' structure is bonded to the hull shell, prior to the Sea Ray repairs conducted on the vessel.

To investigate Mr. Mains concerns that wet plywood might have been left in the bilge box construction, a twist drill approximately 1/4" in diameter, mounted in a cordless drill motor, were used to bore into the bilge box, as illustrated in the appended captioned photographs. The shavings produced appeared dry, and of normal color and odor, and the appearance of the plywood visible through the drill hole was also normal.

STERN TOWING EYES:

Both port and starboard towing eyes had been used to lift the vessel during SeaRay service, although according to Mr. Mains this is specifically prohibited in the vessel owners manual. The loads applied during the lifting process caused localized laminate deflections and resulting hairline gelcoat and laminate cracking above each of the towing eyes.

To port, no apparent efforts were made to repair the cracks, or to cover them with repair gelcoat. To starboard, although the stainless steel strip inset into the hull to deck joint molding had been dented during the lift process, it was not replaced. The band of gelcoat cracks in the deck molding immediately above the starboard towing eye was not repaired, but was sprayed over with additional gelcoat which is now partially delaminated, exposing the unrepaired cracks in the hull's original gelcoat. See appended photographs.

RECOMMENDATIONS FOR REPAIRS:

FOREDECK:
Remove and replace windlass, cleat and windlass foot switches. Remove and replace wet or deteriorated core per industry standard practice.

Repair debonded or neverbonded core material in foredeck from underneath where practical, with industry standard methods and materials as appropriate for the scale and location of the repairs.

ENGINE ROOM AND BILGES:
Remove and re-bed transducer sleeve through hull fitting.
Pressure or vacuum test the 'bilge box' to confirm watertight integrity, correct any leaks to industry standard laminate repair practice.

STERN TOWING EYES:
    Remove and replace towing eyes, correct any elongation of eye-leg bores.
    Conduct industry standard laminate repairs in way of cracking, internal laminate supplements to be applied as appropriate, prior to re-spraying gelcoat to match.
    Compound, buff and wax repair areas per standard practice.
    Replace dented stainless steel hull to deck joint molding insert, re-bed fasteners.

## DISCLAIMER:

    The report above is subject to amendment or correction if information I did not have at the time this report was prepared becomes available, including but not limited to: further information from the vessel builder, vessel service history or laboratory testing of vessel samples.

    Submitted Without Prejudice,

*Bruce Pfund 10/14/03*

Bruce Pfund
October 14, 2003