UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS,<br><br>    Plaintiffs<br><br>v.<br><br>SEA RAY BOATS, INC.,<br><br>    Defendant | :    CIVIL ACTION NO:<br>:    301 CV 2402 (AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    June 19, 2007 |

**MOTION TO ENLARGE TIME
TO RESPOND TO DEFENDANT'S FOUR MOTIONS IN LIMINE**

Plaintiffs, Peter D. Mains and Lori M. Mains, by and through their counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), hereby move for an extension of time to respond to four of Defendant's Motions in Limine dated May 29, 2007 (Motion in Limine to Preclude Cumulative Expert Testimony, Motion in Limine to Exclude Evidence of Consumer Complaints, Motion in Limine to Exclude Evidence of Sea Ray's Conduct Relating to the Sale and Purchase of the Boat), Motion in Limine to Exclude Evidence of Exhibit "A") in the above-captioned proceeding and in support thereof respectfully represents as follows:

1.  Pursuant to Rule 6(b)(1), "the Court for cause shown may at any time in its discretion with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period originally prescribed or as extended by a previous order." Plaintiffs can meet the "particularized showing that the time limitation cannot reasonably be met despite the diligence of the party seeking the extension" required by Local Rule 7(b) (2).

2.  It is respectfully submitted that sufficient cause exists, pursuant to Rule 6(b), to enlarge the time to respond to Defendant's Motion for ten (10) days until June 29, 2007. The reasons include the following:

Plaintiffs counsel has been involved in the relocation of his law offices over the past 7-10 days, which move was scheduled prior to the Defendants filing of the four (4) separate Motions in Limine. The office relocation was delayed in process due to bad weather conditions, during which access to internet research and computer capability was intermittent and extremely limited, at best. Plaintiffs' counsel's office relocation is now nearly complete; however, various technical difficulties continue to be experienced with computer systems, technology access and research systems. While Plaintiffs' responses to the Defendant's Motions in Limine are in the process of being completed, an Enlargement of Time of ten (10) days is sought in which to complete the remaining legal research and finalize Plaintiffs' separate responses to each of the

Defendant's four (4) separate Motions in Limine.

    3.    The Plaintiff respectfully requests that the Court extend the time for Plaintiffs to respond to Defendant's four motions for ten days, until June 29, 2007.

    4.    The length of the extension and potential impact is not significant, and no trial date has been set.

    5.    No party shall suffer prejudice as the result of the requested relief.

    6.    This is the Plaintiffs' first request for an extension of time with respect to the subject Motions in Limine.

    7.    In accordance with Local Rule 7, Plaintiffs counsel has attempted to confer with Defendant's counsel to inquire as to Defendant's position regarding this request for enlargement of time.

    8.    Defendant's counsel has advised that the Defendant has no objection to the requested ten (10) day extension.

WHEREFORE, for the foregoing reasons, the Defendants respectfully request that the Court grant the order annexed hereto and grant such other and further relief as the Court deems just and proper.

Dated this 19th day of June 2007 at Essex, Connecticut.

                PLAINTIFFS
                PETER D. MAINS and LORI M. MAINS

BY:      /s/ *John L. Senning*
          John L. Senning, Esq. (ct 05807)
          31 North Main Street, 2nd Floor
          Essex, CT 06426
          Tel: 860-767-2618
          Fax: 860-767-2740
          Email: jlssealaw@aol.com
          Their Attorney

## CERTIFICATION

I hereby certify that on **June 19, 2007**, a copy of the foregoing **MOTION TO ENLARGE TIME** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the CM/ECF System.

                                                                            _/s/ John L. Senning_
                                                             John L. Senning, Esq. (ct 05807)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and<br>LORI M. MAINS, | : | CIVIL ACTION NO:<br>301 CV 2402 (AWT) |
| Plaintiffs, | : | |
| v. | : | |
| SEA RAY BOATS, INC., | : | |
| Defendant. | : | June 19, 2007 |

### ORDER ON MOTION TO ENLARGE TIME

Upon the Motion to Enlarge Time having come before the Court, there being due and adequate notice, and there being due and sufficient cause for the relief sought therein, and the Court being otherwise duly advised; it is hereby

ORDERED that the Motion is hereby granted, and it is further

ORDERED that Plaintiffs shall file their Objections to Defendant's four motions in limine on or before June 29, 2007.

Dated this ___ day of _____, 2007, at New Haven, Connecticut.

_____
The Honorable Alvin W. Thompson
United States District Court, District of Connecticut