UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CASE NO.  3:01cv2402 (AWT) |
| Plaintiffs, | : | |
| v. | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | JUNE 22, 2007 |

**DEFENDANT'S STATEMENT IN FURTHER SUPPORT OF ITS
<u>MOTION FOR SANCTIONS</u>**

Defendant, Sea Ray Division of Brunswick Corporation (improperly designated in the Complaint as "Sea-Ray Boats, Inc.") ("Sea Ray"), respectfully submits this Statement in further support of it its Motion for Sanctions.

On January 17, 2007, following an unsuccessful attempt to resolve its discovery dispute with Plaintiffs' counsel, Sea Ray moved for a protective order pursuant to Rule 26(c)(1) requesting that certain discovery not be had and that Sea Ray be awarded its costs for bringing that motion. By Order of June 8, 2007, the Court granted Sea Ray's motion in its entirety. In that Order, the Court stated that Sea Ray would be permitted to serve and file by an affidavit setting forth the expenses incurred in preparing that motion. Accordingly, attached hereto are the Affidavits of James H. Rotondo, Esq. (attached hereto as Ex. 1), and Daniel J. Foster, Esq. (attached hereto as Ex. 2). These affidavits establish that counsel for Sea Ray made reasonable efforts to resolve the dispute reflected in its motion without involving the Court, and that because Plaintiffs made no response to Sea Ray's efforts, Sea Ray incurred attorney's fees in the amount of $6122.00 in prosecuting this motion.[1]

---

[1] As set forth in the accompanying Affidavits, Attorney Rotondo spent 2.4 hours, at a cost of $400.00 per hour, and Attorney Foster spent 17.8 hours, at a cost of $290.00 per hour,

        Respectfully submitted,

        DEFENDANT, SEA RAY BOATS, INC.

  By      /s/ Daniel J. Foster
      James H. Rotondo (ct05173)
      jhrotondo@daypitney.com
      Daniel J. Foster (ct24975)
      djfoster@daypitney.com
      Day Pitney LLP
      242 Trumbull Street
      Hartford, CT 06103-1212
      (860) 275-0100
      (860) 275-0343 fax

## CERTIFICATION

    I hereby certify that on this date a copy of foregoing **Statement in Further Support of Motion for Sanctions** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Daniel J. Foster
        Daniel J. Foster (ct24975)

---

working on Sea Ray's Motion for Protective Order and for Sanctions and Sea Ray's Reply to the Plaintiffs' Memorandum in Opposition to that Motion.