# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : | CASE NO. 301 CV 2402 (AWT) |
| Plaintiffs, | : | |
| v. | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | JUNE 22, 2007 |

**AFFIDAVIT OF DANIEL J. FOSTER IN SUPPORT OF DEFENDANT'S STATEMENT IN FURTHER SUPPORT OF ITS MOTION FOR SANCTIONS**

I, Daniel J. Foster, being first duly sworn, depose and say that:

1. I am over eighteen years of age and understand and believe in the obligations of an oath.

2. I am an attorney with Day Pitney LLP, which represents the Defendant in this action.

3. I make this affidavit based on my own personal knowledge and a review of records maintained by Day Pitney LLP in the ordinary course of its business.

4. I spent 17.8 hours performing legal services, for which Sea Ray was billed at a rate of $290.00 per hour, in connection with the preparation of Sea Ray's Motion for Protective Order and for Sanctions and Sea Ray's Reply to the Plaintiffs' Memorandum in Opposition to that Motion. The time that I spent in connection with these tasks is set forth in Exhibit A hereto.

5. The total amount of time described in the preceding paragraph, and in Exhibit A hereto, only includes time directly related to the preparation of Sea Ray's Motion for Protective Order and for Sanctions and Sea Ray's Reply to the Plaintiffs' Memorandum in Opposition to that Motion.

_____
Daniel J. Foster

Subscribed and sworn to before me this 22nd day of June, 2007.

_____
Notary Public
My Commission Expires:   L. H. BUTTON
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2009

# EXHIBIT A

## MAINS V. SEA RAY
## BILLING RELATED TO MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS

| Date | Name | Description | Hours |
|---|---|---|---|
| 01/14/2007 | Foster, D. | Work on motion for protective order, including research on untimeliness of discovery requests served on last day of discovery period | 4.4 |
| 01/17/2007 | Foster, D. | Revisions to motion for protective order and filing of the same | 0.6 |
| 02/07/2007 | Foster, D. | Review of memorandum of law and affidavit filed by plaintiffs in opposition to Sea Ray's motion for protective order and for sanctions | 0.6 |
| 02/13/2007 | Foster, D. | Drafting reply in further support of motion for protective order | 1.3 |
| 02/14/2007 | Foster, D. | Drafting reply in further support of motion for protective order | 4.5 |
| 02/15/2007 | Foster, D. | Drafting reply in further support of motion for protective order | 4.4 |
| 02/16/2007 | Foster, D. | Revisions to reply in further support of motion for protective order | 1.8 |
| 02/19/2007 | Foster, D. | Revisions to reply in further support of motion for protective order | 0.2 |

**Total:** 17.8 hours @ $290 = $5162.00