UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS,<br><br>    Plaintiffs,<br><br>v.<br><br>SEA RAY BOATS, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:     CIVIL ACTION NO:<br>    301-cv-2402 (AWT)<br><br><br><br>June 29, 2007 |

## AFFIDAVIT OF THOMAS WICANDER IN SUPPORT OF OBJECTION TO MOTION TO EXCLUDE EVIDENCE OF CONSUMER COMPLAINTS

I, Thomas Wicander, being first duly sworn, depose and say the following:

1. I am over eighteen years of age and understand the obligations of an oath.

2. I am currently the Manager of Brewer Ferry Point Marina in Old Saybrook, Connecticut.

3. I have been a marine mechanic since 1984, a Certified MercCruiser Mechanic since 1990, and a Sea Ray Factory trained mechanic for more than five years.

4. I am personally aware that certain Sea Ray boats with a model length of between 31 to 42 feet that used Sea Ray's inboard V-drive engines and underwater exhaust propulsion systems during the years 1995 through 2003 suffered from water ingestion due to certain design and/or installation flaws.

5. Between 1996 and 2002 I was personally involved in and/or supervised the repair and/or replacement of engines and/or exhaust systems as directed by Sea Ray Boats, Inc. and/or its dealer in approximately 27 Sea Ray boats having engines and exhaust systems that were the

- 1 -

same or substantially the same as the Plaintiffs'. These engines experienced water ingestion problems due to defects in the boats' exhaust system design and/or installation.

6. To the best of my knowledge and belief, Sea Ray Boats, Inc, was well aware of these problems as they provided specific instructions regarding the diagnosis of water ingestion and the procedure in dealing with same. These procedures included but were not limited to the repair or replacement of exhaust systems and/or engines damaged as a result of these defects.

7. I am well aware that there can be a number of possible causes of "water ingestion;" however, with respect to the approximately 27 different boats with water ingestion that I worked on or directly supervised, the cause of the water ingestion and resulting engine damage was due to the same or substantially the same defective exhaust system/ engine design/installation as found in Plaintiffs' boat.

8. As of the date of this Affidavit, water ingestion continues to be a common problem with the certain Sea Ray models described above.

_____
THOMAS WICANDER

Subscribed and sworn to me the 29th day of _____, 2007

_____
Commissioner of the Superior Court