# EXHIBIT A

1

1

2

UNITED STATES DISTRICT COURT
3        DISTRICT OF CONNECTICUT

4  - - - - - - - - - - - - - - - )
                                )
5  PETER D. MAINS and        )
   LORI M. MAINS             )
6        PLAINTIFFS          )
                             )
7  VS.                  ) CASE NO.
                        ) 301 CV 2402 (AWT)
8  SEA RAY BOATS, INC.       )
         DEFENDANT           )
9  - - - - - - - - - - - - - - - )

10

11

12

13

14        DEPOSITION OF: THOMAS P. GREAVES

15        DATE TAKEN: MAY 27, 2004

16        LOCATION: DAY, BERRY & HOWARD, LLP
              CITYPLACE I
17              HARTFORD, CONNECTICUT

18

19

20

21

22   Reporter:  IRENE J. PARRISH, RMR, LSR #085
         BRANDON SMITH REPORTING SERVICE, LLC
23           44 Capitol Avenue
             Hartford, CT  06106
24           Tel:  (860) 549-1850
             Fax:  (860) 549-1537
25

36

1  the layup.

2  Q  Separation of skins?

3  A  Um-hum.  The boat is constructed of about four

4  or five laminates of fiberglass, and if you got a

5  separation between them, you can hear it when you

6  tap it.

7  Q  Would that be referred to as a hollow sound?

8  A  Hollow sound, correct.

9  Q  So you didn't hear any hollow sounds in this

10  part of the boat?

11  A  No.

12  Q  The next thing you mention here are gelcoat

13  stress cracks around the lift rings at the transom

14  and above stainless steel rub rails both sides.

15  What causes stress cracks?

16  A  Stress to a certain extent.  These lift rings

17  are made to anchor the boat onto a trailer for

18  shipping or it could be used for lifting a boat to

19  do repair work on the bottom or vice versa, and

20  that's the reason they have these lift rings but

21  mainly to secure it to a trailer for shipment.

22  Q  Could you show me where the lift rings are?

23  A  Lift rings are right on these rub rails.  Both

24  sides you can see them (indicating).

25  Q  We're looking at picture No. 3?

37

1  A   Yeah.

2  Q   Okay.  I see.  They're sort of at the bottom.

3  A   They are.

4  Q   That's looking at the boat from the back,

5  correct?

6  A   From the stern, right.

7  Q   And is that where you noted the stress cracks?

8  A   Yes, that's correct.

9  Q   And can the owner do anything to prevent that

10  from happening?

11  A   No.  Excuse me.  If you don't use the lift

12  rings for lifting the boat, it shouldn't happen, but

13  somebody did lift the boat by the lift rings and

14  caused the gelcoat to crack.

15  Q   But that's what the lift rings are for, right?

16  A   Not necessarily.  They're mainly for tying the

17  boat for shipping, but they must have been

18  overstretched or overtorqued or something to cause

19  those stress cracks in the gelcoat.

20  Q   So is that something that would have occurred

21  during a repair process?

22  A   No, probably shipping or lifting.

23  Q   Shipping or lifting, shipping a boat?

24  A   On a trailer.  What happens is you tie the boat

25  down to the trailer with those lift rings to secure

80

1   Q   Have we covered all of the problems that you

2   observed with respect to the interior?

3   A   We have, yes.

4   Q   Okay.  Let's go on to the engine, and let's

5   mark as the next exhibit the complaint dated

6   December 18th, 2001.  That will be Exhibit No. 6, I

7   think.

8

9                  (Defendant's Exhibit No. 6,

10                     complaint, marked for

11                     identification.)

12

13  BY MS. RUSSO:

14  Q   I'm not going to ask you to read the whole

15  thing, Mr. Greaves.  I just want you to look at

16  paragraph 53.

17  A   Okay.  53.

18  Q   And just take a couple minutes to read that,

19  and let me know when you've had a chance to finish

20  reading it.

21       Have you ever seen this before?

22  A   No, first time.

23  Q   Now, I understand that you didn't read this.

24  I'm going to ask you -- and you didn't write it, but

25  I'm going to ask you some questions about it anyway.

**Greaves, Thomas P. 2004-05-27**                    **Page 80**

81

1    This says that on the basis of the marine survey

2    Thomas Greaves determined that numerous structural

3    defects and deficiencies were present in the boat

4    and that the manner in which the retrofit exhaust

5    system had been installed by Sea Ray was

6    inconsistent with specifications previously

7    recommended by the engine's manufacturer,

8    MerCruiser, and equally inconsistent with usual and

9    customary marine engine exhaust system

10   installations.

11        The first thing I want to ask you is:  Do

12   you agree with this description of what you

13   determined on the --

14   A   Yes.

15   Q   You do.  Okay.  Let me ask you specifically:

16   Did you review the specifications recommended by the

17   engine's manufacturer, MerCruiser?

18   A   No.

19   Q   You did not.  So how do you know that the way

20   that the exhaust system was installed was

21   inconsistent with those specifications if you hadn't

22   read them?

23   A   What I did I observed the exhaust system, and

24   the exhaust system takes up the whole space in the

25   back end of the vessel.  The exhaust system outlets

82

1   are higher than the manifolds, and there's no way

2   you can access the back of the boat through the

3   engine compartment.  If you ever have a problem, you

4   can't get down in the aft end of the engine

5   compartment because of the retrofit of these

6   exhausts.

7   Q    Okay.  And I'm going to get to those issues in

8   a second.

9   A    Okay.

10  Q    But first my question is:  How do you know that

11  the installation was inconsistent with the

12  specifications recommended by MerCruiser?

13  A    I didn't know that.

14  Q    You really didn't know that?

15  A    No.

16  Q    And it also states here that it was

17  inconsistent with usual and customary marine engine

18  exhaust system installations.  In what way was it

19  inconsistent?

20  A    It was different because it didn't -- as I

21  said, it covered up the whole engine space, and it

22  wasn't done properly in my opinion.

23  Q    Okay.  For the two reasons that you've already

24  mentioned, the fact that -- just give me a second.

25  The exhaust hoses were higher than the manifolds and

**Greaves, Thomas P. 2004-05-27**                    **Page 82**

104

1          CERTIFICATE OF REPORTER

2

3   I, Irene J. Parrish, a Registered Merit
    Reporter/Commissioner within and for the State of
4   Connecticut, do hereby certify that I took the
    deposition of THOMAS P. GREAVES, on MAY 27, 2004, who
5   was by me duly sworn to testify to the truth and
    nothing but the truth; that he was thereupon
6   carefully examined upon his oath and his examination
    reduced to writing under my direction by means of
7   Computer Assisted Transcription, and that this
    deposition is a true record of the testimony given by
8   the witness.

9

10   I further certify that I am neither attorney nor
     counsel for, nor related to, nor employed by any of
11   the parties to the action in which this deposition is
     taken and further that I am not a relative or
12   employee of any attorney or counsel employed by the
     parties hereto, nor financially interested in the
13   outcome of the action.

14

15   IN WITNESS THEREOF, I have hereunto set my hand
     June 7, 2004.

16

17

18   _____

     Irene J. Parrish
19

20   Notary Public, License No. 00085
     My commission expires:  12-31-08
21

22

23

24

25

1

1

2      UNITED STATES DISTRICT COURT
       DISTRICT OF CONNECTICUT
3
     - - - - - - - - - - - - - - - )
4                    )
       PETER D. MAINS and      )NO. 301 CV 2402 (AWT)
5    LORI M. MAINS             )
            PLAINTIFFS    )
6                    )
     VS.                 )
7                    )
     SEA RAY BOATS, INC.       )
8          DEFENDANT    )
                 )
9    - - - - - - - - - - - - - - - )

10

11

12

13

14
       DEPOSITION OF:  BRUCE PFUND
15      ON: FEBRUARY 10, 2004
       HELD AT: DAY, BERRY & HOWARD, LLP
16         CITYPLACE I
          HARTFORD, CONNECTICUT
17

18

19

20

21

22   Reporter:  IRENE J. PARRISH, RMR, LSR #85
        BRANDON SMITH REPORTING SERVICE, LLC
23         44 Capitol Avenue
          Hartford, CT  06106
24        Tel:  (860) 549-1850
          Fax:  (860) 549-1537
25

**Pfund, Bruce 2004-02-10**                    **Page 1**

103

1   A   Correct.

2   Q   And, again, that's because Mr. Mains reported

3       to you that that was a problem that he was

4       concerned with?

5   A   Correct.

6   Q   Okay.  And did you see any -- again, I think I

7       asked you this before, but you didn't see

8       anything to suggest that there was any problem

9       with the watertight integrity of the bilge box?

10  A   The condition of the boat having been out of

11      service and under shrink-wrap didn't leave me

12      any clues to water ingress, and the heavy gray

13      bilge gelcoat obscured anything I might have

14      learned from a laminate inspection because I

15      couldn't see it.

16  Q   Okay.  Let's move on to talk about the stern

17      towing eyes.  The first sentence under that

18      section of your report which is again on page 4

19      of Exhibit 1 says, "Both port and starboard

20      towing eyes had been used to lift the vessel

21      during Sea Ray service, although according to

22      Mr. Mains this is specifically prohibited in

23      the vessel owners manual."

24          How do you know that the towing eyes

25      were used to lift the vessel during Sea Ray's

**Pfund, Bruce 2004-02-10**                    **Page 103**

104

1    service?

2    A   Mr. Mains told me that he was present at the

3        Sea Ray factory at the time it occurred.

4    Q   Okay.  And he told you that that was prohibited

5        in the vessel owner's manual?

6    A   He stated that the vessel owner's manual said

7        don't lift the boat by the stern towing eyes.

8    Q   Did you see a copy of the owner's manual?

9    A   I did not.

10   Q   Okay.  Can you tell me which photographs in the

11       photographs that were appended to your report

12       show the problems documented under "Stern

13       towing eyes" in your report?  I'm just going to

14       look over your shoulder if you don't mind.  And

15       what page are we --

16   A   We are -- the last four photographs of the

17       appended photographs.  We are on pages 4 and 5.

18   Q   Okay.  Do you know if these were areas of

19       particular concern to Mr. Mains?

20   A   I believe that they were.

21   Q   Were these things that he specifically asked

22       you to look at?

23   A   Yes.

24   Q   Okay.  Let me just ask you generally with

25       respect to the damage that you have documented

133

1    CERTIFICATE OF REPORTER

2

3    I, Irene J. Parrish, a Registered Merit
     Reporter/Commissioner within and for the State of
4    Connecticut, do hereby certify that I took the
     deposition of BRUCE PFUND, on FEBRUARY 10, 2004, who
5    was by me duly sworn to testify to the truth and
     nothing but the truth; that he was thereupon
6    carefully examined upon his oath and his examination
     reduced to writing under my direction by means of
7    Computer Assisted Transcription, and that this
     deposition is a true record of the testimony given by
8    the witness.

9

10   I further certify that I am neither attorney nor
     counsel for, nor related to, nor employed by any of
11   the parties to the action in which this deposition is
     taken and further that I am not a relative or
12   employee of any attorney or counsel employed by the
     parties hereto, nor financially interested in the
13   outcome of the action.

14

15   IN WITNESS THEREOF, I have hereunto set my hand
     February 20, 2004.
16

17

18   _____
        Irene J. Parrish
19

20   Notary Public  License No. 00085
     My commission expires:  12/31/08
21

22

23

24

25

**Pfund, Bruce 2004-02-10**                    **Page 133**

1

1

2      UNITED STATES DISTRICT COURT
       DISTRICT OF CONNECTICUT
3
    - - - - - - - - - - - - - - )
4                    )
    PETER D. MAINS and        )NO. 301 CV 2402 (AWT)
5  LORI M. MAINS             )
            PLAINTIFFS       )
6                    )
    VS.                      )
7                    )
    SEA RAY BOATS, INC.       )
8          DEFENDANT         )
                     )
9  - - - - - - - - - - - - - - )

10

11

12

13

14
            DEPOSITION OF:  ANTHONY L. KNOWLES
15          ON: FEBRUARY 3, 2004
            HELD AT: DAY, BERRY & HOWARD, LLP
16               CITYPLACE I
                 HARTFORD, CONNECTICUT
17

18

19

20

21

22  Reporter:  IRENE J. PARRISH, RMR, LSR #85
          BRANDON SMITH REPORTING SERVICE, LLC
23          44 Capitol Avenue
            Hartford, CT  06106
24          Tel:  (860) 549-1850
            Fax:  (860) 549-1537
25

**Knowles, Anthony L. 2004-02-03**          **Page 1**

68

1    to try to remedy exhaust resonance noise."  So

2    it looks like the exhaust system was changed to

3    try and correct that.

4  Q   Okay.  Okay.  And that was from -- referring to

5    the July 16th, 2001, list?

6  A   Correct.

7  Q   Okay.  Do you know how the scrape in the

8    gelcoat on the bow platform happened?

9  A   No.

10  Q   Is that something that would happen through

11    normal use of the boat?

12  A   It's unlikely.  I don't see how that would

13    happen, no.

14  Q   Okay.  Nobody told you how it happened?

15  A   No.

16  Q   All right.  Let's go on to F which states, "All

17    stanchions need rebedding because of deck water

18    leaks.  The stanchions were stressed by the

19    'shrink-wrap' boat cover during road

20    transportation."

21        First of all, the part about the

22    stanchions being stressed by the shrink-wrap

23    during road transportation, how do you know

24    that?

25  A   I was told.

**Knowles, Anthony L. 2004-02-03**                    **Page 68**

69

1   Q   Okay.  Who told you that?

2   A   Mr. Mains.

3   Q   And what does rebedding the stanchions involve?

4   A   The base of the stanchion has a flange where it

5       meets the surface of the fiberglass, and

6       there's a bedding compound placed underneath

7       those pieces, and if the stanchion gets

8       stressed and there's a huge force exerted by

9       shrink-wrap -- that's a common occurrence.  It

10      shouldn't happen, but it does -- the stanchion

11      gets stressed inboard, and it breaks the seal

12      between the base of the stanchion and the

13      fiberglass, and water goes down.

14  Q   So this type of problem is a common problem

15      with shrink-wrap?

16  A   It happens -- I've seen it happen many times,

17      yes.

18  Q   And it's repairable?

19  A   Yes.

20  Q   Okay.

21  A   You have to lift the stanchions, clean off the

22      bedding compound, tape around the holes and

23      then reinstall stanchions.

24  Q   Is that a relatively minor repair?

25  A   No.

**Knowles, Anthony L. 2004-02-03**                    **Page 69**

137

1        CERTIFICATE OF REPORTER

2

3   I, Irene J. Parrish, a Registered Merit
    Reporter/Commissioner within and for the State of
4   Connecticut, do hereby certify that I took the
    deposition of ANTHONY L. KNOWLES, on February 3,
5   2004, who was by me duly sworn to testify to the
    truth and nothing but the truth; that he was
6   thereupon carefully examined upon his oath and his
    examination reduced to writing under my direction by
7   means of Computer Assisted Transcription, and that
    this deposition is a true record of the testimony
8   given by the witness.

9

10  I further certify that I am neither attorney nor
    counsel for, nor related to, nor employed by any of
11  the parties to the action in which this deposition is
    taken and further that I am not a relative or
12  employee of any attorney or counsel employed by the
    parties hereto, nor financially interested in the
13  outcome of the action.

14

15  IN WITNESS THEREOF, I have hereunto set my hand
    February 13, 2004.
16

17

18  _____

19        Irene J. Parrish

20

21  Notary Public  License No. 00085
    My commission expires:  12/31/08
22

23

24

25

**Knowles, Anthony L. 2004-02-03**              **Page 137**