# EXHIBIT B

```
                                    1
 1

 2    UNITED STATES DISTRICT COURT
      DISTRICT OF CONNECTICUT
 3
      ---------------)
 4                   )
      PETER D. MAINS and    )NO. 301 CV 2402 (AWT)
 5    LORI M. MAINS         )
           PLAINTIFFS       )
 6                          )
      VS.                   )
 7                          )
      SEA RAY BOATS, INC.   )
 8         DEFENDANT        )
                            )
 9    ---------------)

10

11

12

13

14
           DEPOSITION OF:  THOMAS WICANDER
15         ON: FEBRUARY 12, 2004
           HELD AT: DAY, BERRY & HOWARD, LLP
16              CITYPLACE I
                HARTFORD, CONNECTICUT
17

18

19

20

21

22    Reporter: IRENE J. PARRISH, RMR, LSR #85
            BRANDON SMITH REPORTING SERVICE, LLC
23            44 Capitol Avenue
              Hartford, CT  06106
24            Tel: (860) 549-1850
              Fax: (860) 549-1537
25
```

50

1  Q  You don't remember how long you ran them on the
2     11th?
3  A  I do not.
4  Q  Tell me about -- do you remember the phone
5     conversation that you took part in where the
6     Mains were talking with some representatives
7     from Sea Ray about this incident, about the
8     hydrolocking incident?
9  A  Do I remember details?
10 Q  Well, do you remember taking part in that
11    conversation?
12 A  I remember taking part in one conversation.
13    There was a group of us talking.
14 Q  What do you remember about the substance of
15    that conversation?
16 A  I remember -- I can't remember exact people
17    that were there. I know there was a Mercury
18    representative there and a couple of Sea Ray
19    representatives and the Mainses. We discussed
20    what happened and how we felt about the boat
21    and how we felt that the boat had been severely
22    damaged and that it was a safety concern of
23    ours that the boat was not operable at the
24    time.
25 Q  That was a concern of yours, that the boat had

118

1    entire engines. It all depends on the

2    conditions of the cylinder bores. On all of

3    the vessels, we've done new retrofit exhaust

4    systems to the lift exhaust system. Others we

5    have done also new cooling kits which change

6    how the exhaust manifolds are cooled.

7  Q  Who makes the determination as to what the

8    appropriate repair is?

9  A  Sea Ray.

10  Q  And how do they do that? Do they send a

11    representative out?

12  A  No. I am subcontracted by Bassett Boat to do

13    these repairs. So I send my findings to

14    Bassett Boat Company. Mark usually confirms --

15    Mark Varone usually confirms the findings, and

16    then he contacts Sea Ray or MerCruiser,

17    whichever, or both.

18  Q  And Sea Ray takes the results that you send and

19    makes a determination that way?

20  A  They take the results that Mark Varone sends

21    them.

22  Q  And you provide the results to Mark?

23  A  Yes, and he verifies them.

24  Q  Is the work that you usually do under warranty?

25  A  Typically, yes.

```
                           142
 1         CERTIFICATE OF REPORTER

 2

 3  I, Irene J. Parrish, a Registered Merit
    Reporter/Commissioner within and for the State of
 4  Connecticut, do hereby certify that I took the
    deposition of THOMAS WICANDER, on February 12, 2004,
 5  who was by me duly sworn to testify to the truth and
    nothing but the truth; that he was thereupon
 6  carefully examined upon his oath and his examination
    reduced to writing under my direction by means of
 7  Computer Assisted Transcription, and that this
    deposition is a true record of the testimony given by
 8  the witness.

 9

10  I further certify that I am neither attorney nor
    counsel for, nor related to, nor employed by any of
11  the parties to the action in which this deposition is
    taken and further that I am not a relative or
12  employee of any attorney or counsel employed by the
    parties hereto, nor financially interested in the
13  outcome of the action.

14

15  IN WITNESS THEREOF, I have hereunto set my hand
    February 22, 2004.
16

17

18      _____
             Irene J. Parrish
19

20  Notary Public  License No. 00085
    My commission expires: 12/31/08
21

22

23

24

25
```