UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CASE NO. 301cv2402 (AWT) |
| Plaintiffs, | : | |
| v. | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | JULY 19, 2007 |

## MOTION TO AMEND, OR, IN THE ALTERNATIVE, WITHDRAW, STIPULATIONS IN JOINT TRIAL MEMORANDUM

Defendant Sea Ray Division of Brunswick Corporation (improperly designated in the Complaint as "Sea-Ray Boats, Inc.") ("Sea Ray") respectfully moves to amend the Stipulations of Fact and Law set forth in the parties' Joint Trial Memorandum of May 29, 2007.  Sea Ray moves to withdraw the first of the parties' two Stipulations, and to correct the date of the filing of the Plaintiffs' Complaint described in the second Stipulation.  The original two stipulations were simply inaccurate as written.

Specifically, Sea Ray proposes to amend, or in the alternative to withdraw, the Stipulations in the parties' Joint Trial Memorandum to state the following:

    **5.**     **Stipulations of Fact and Law**.

        1. This action was filed on December 21, 2001.

Currently, those Stipulations state the following:

    **5.**     **Stipulations of Fact and Law**.

        1. Sea Ray manufactured the vessel that is the subject of this case.

        2. This action was filed on December 21, 1998.

-2-

The Plaintiffs, through counsel, have consented to this motion in part. The Plaintiffs have not indicated whether they consent to the remainder of this motion, despite inquiry having been made on several occasions.. A Memorandum of Law is submitted herewith.

Respectfully submitted,

DEFENDANT,
SEA RAY BOATS, INC.

/s/ Daniel J. Foster
James H. Rotondo (ct 05173)
Daniel J. Foster (ct 24975)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103-1212
Phone: (860) 275 -0100
Fax: (860) 275-0343
Its Attorneys

**CERTIFICATION**

I hereby certify that on this date a copy of foregoing **Motion to Amend, or, in the Alternative, Withdraw, Stipulations in Joint Trial Memorandum** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel J. Foster
Daniel J. Foster (ct24975)