UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT)<br>:<br>: |
| Plaintiffs,<br>v. | :<br>:<br>: |
| SEA RAY BOATS, INC. | :<br>: |
| Defendant. | : JULY 19, 2007 |

**AFFIDAVIT OF DANIEL J. FOSTER IN SUPPORT OF**
**MOTION TO AMEND STIPULATIONS IN JOINT TRIAL MEMORANDUM**

I, Daniel J. Foster, being first duly sworn, depose and say that:

1. I am over eighteen years of age and understand and believe in the obligations of an oath.

2. I am an attorney with Day Pitney LLP, which represents the Defendant in this action.

3. I make this affidavit based on my own personal knowledge.

4. On June 6, 2007, I participated in a conference call with Attorney James H. Rotondo of Day Pitney LLP, counsel for Sea Ray, and John L. Senning, counsel for the Plaintiffs.

5. During that telephone call, counsel for Sea Ray proposed to amend the Stipulations in the parties' Joint Trial Memorandum to correct inaccuracies and to provide clarification.

6. With respect to Stipulation (1), counsel for Sea Ray explained that although Sea Ray assembled and sold the vessel, it manufactured the vessel only in part because it did not manufacture each of the components of the vessel. With respect to Stipulation (2), counsel for

Sea Ray noted that this action was in fact filed on December 21, 2001, and not on December 18, 2001. Counsel for Sea Ray proposed to amend the Stipulations to reflect these facts.

7. During that telephone call, Plaintiffs' counsel indicated that the Plaintiffs had no objection to the proposed amendments to the Stipulations described by counsel for Sea Ray. The parties agreed that counsel for Sea Ray would provide a proposed Amendment to Joint Trial Memorandum for review by Plaintiffs' counsel.

8. The following day, June 7, 2007, the undersigned provided to Plaintiffs' counsel the following proposed amended Stipulations by e-mail, and asked if they were acceptable to the Plaintiffs:

> **5. Stipulations of Fact and Law.**
>
> 1. Sea Ray manufactured in part, assembled and sold the vessel that is the subject of this case.
>
> 2. This action was filed on December 21, 2001.

9. On June 13, 2007, having received no response to that e-mail of June 7, the undersigned sent another e-mail to Plaintiffs' counsel including those same proposed amended Stipulations, and again asked if they were acceptable to the Plaintiffs.

10. On June 14, 2007, the undersigned received a telephone call from the Court asking if counsel would be available to try this case in July of 2007. The undersigned sent another e-mail to Plaintiffs' counsel concerning that proposed trial date. That e-mail also included those same proposed amended Stipulations, and again asked if they were acceptable to the Plaintiffs.

11. On June 19, 2007, Plaintiffs' counsel sent an e-mail to the undersigned requesting Sea Ray's consent for an extension of time in which to respond to certain Motions in Limine.

That e-mail also stated that "[w]ith respect to the proposed Amendment to the Joint Trial Memorandum, I have no problem with the date of filing correction. However, I do not recall your advices regarding the reasoning on the change with respect to Sea Ray's manufacturing of the boat."

12. Later that day, the undersigned responded by e-mail, stating that "[o]ur previous statement - that Sea Ray manufactured the boat - does not indicate whether Sea Ray manufactured all of the components of the boat, or whether (like a car manufacturer) it made the boat in part from components that it purchased from other manufacturers. In fact, Sea Ray did not manufacture each of the components of the boat. As noted in the amended stipulation, however, Sea Ray assembled and sold the boat and manufactured it in part." In that e-mail, the undersigned again asked if the proposed amended stipulations were acceptable to the Plaintiffs.

13. On June 27, 2007, the undersigned sent another e-mail to Plaintiffs' counsel asking if the Plaintiffs consented to the amended Stipulations as set forth above in this Affidavit.

14. Plaintiffs' counsel has not responded to any inquiry from counsel for Sea Ray since sending the e-mail described above on June 19, 2007.

_____
Daniel J. Foster

Subscribed and sworn to before me this 19th day of July, 2007.

_____
Notary Public
My Commission Expires: 6/30/08

-3-