UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CASE NO. 301cv2402 (AWT) |
| Plaintiffs, | : | |
| v. | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | JULY 19, 2007 |

### DEFENDANT'S SUPPLEMENT TO JOINT TRIAL MEMORANDUM

Defendant Sea Ray Division of Brunswick Corporation (improperly designated in the Complaint as "Sea-Ray Boats, Inc.") ("Sea Ray") respectfully submits the following supplement to the parties' Joint Trial Memorandum of May 29, 2007.

**8.     Legal Issues.**

    6. Whether Counts One, Two, and Four are governed by maritime law.

    7. Whether Counts One, Two, and Four are barred by substantive maritime law.[1]

**10.     List of Witnesses.**

**Defendant's Fact Witnesses:**

b.     David Marlow, Sea Ray, 2601 Sea Ray Blvd., Knoxville, Tennessee, 37914:  In addition to the testimony described in the Joint Trial Memorandum filed on May 29, 2007, if the Court permits the Plaintiffs to offer the testimony of Russell Rackcliffe over Sea Ray's objection, Mr. Marlow will testify as to the differences between the boats allegedly owned by Mr. Rackcliffe and the boat that is the subject of this action.

---

[1] Sea Ray asserted that these three Counts were governed by, and barred by, admiralty or maritime law in its Motion to Dismiss dated February 8, 2002.

**11.** **Exhibits**.

**Defendant's Exhibits:**

<u>To be offered only if the Court admits, over Sea Ray's objection, evidence relating to alleged problems with boats owned by Russell Rackcliffe</u>

91:    Schematics for 1998 330DA Sea Ray boat

92:    Schematics for 2000 310DA Sea Ray boat

93:    Schematics for 2003 320DA Sea Ray boat

DEFENDANT,
SEA RAY BOATS, INC.

　　　/s/ Daniel J. Foster　　　
James H. Rotondo (ct 05173)
Daniel J. Foster (ct 24975)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103-1212
Phone: (860) 275 -0100
Fax: (860) 275-0343
Its Attorneys

## CERTIFICATION

I hereby certify that on this date a copy of foregoing **Supplement to Joint Trial Memorandum** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

　　　/s/ Daniel  J. Foster　　　
Daniel J. Foster (ct24975)