UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CASE NO. 3:01cv2402 (AWT) |
| Plaintiffs, | : | |
| v. | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | MARCH 4, 2008 |

### DEFENDANT'S SECOND SUPPLEMENT TO JOINT TRIAL MEMORANDUM

Defendant Sea Ray Division of Brunswick Corporation (improperly designated in the Complaint as "Sea-Ray Boats, Inc.") ("Sea Ray") respectfully submits the following supplement to the parties' Joint Trial Memorandum of May 29, 2007.

**10.** List of Witnesses.

**Defendant's Fact Witnesses:**

i. Patrick Smith, Sea Ray, 2601 Sea Ray Blvd., Knoxville, Tennessee, 37914: If, over Sea Ray's objection, the Court permits the Plaintiffs to introduce the exhibit identified in the parties' Joint Trial Memorandum of May 29, 2007, as plaintiff's exhibit 39 ("American National Standard Quality Management Systems Requirements ANSI/ISO/ASQ Q9001-2000"), or if the Plaintiffs are otherwise permitted to introduce evidence regarding Sea Ray's records keeping practices or requirements or its alleged membership in the American Society for Quality ("ASQ"), Mr. Smith will testify as to whether Sea Ray is, or at pertinent times has been, a member of the ASQ, and will testify as to Sea Ray's records keeping practices and requirements.

**11.**   **Exhibits**.

    **Defendant's Exhibits:**

    94.   Sea Ray Express Transferable Limited Warranty, 1997

    95.   MerCruiser Service Bulletin No. 97-25

    96.   Letter of June 14, 2001, from D. Wade to Plaintiffs

    97.   Notes of conference call, June 14, 2001

                       DEFENDANT,
                       SEA RAY BOATS, INC.

                       /s/ Daniel J. Foster
                       James H. Rotondo (ct 05173)
                       Daniel J. Foster (ct 24975)
                       Day Pitney LLP
                       242 Trumbull Street
                       Hartford, Connecticut 06103-1212
                       Phone: (860) 275 -0100
                       Fax: (860) 275-0343
                       Its Attorneys

## CERTIFICATION

    I hereby certify that on this date a copy of foregoing **Supplement to Joint Trial Memorandum** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                       /s/ Daniel J. Foster
                       Daniel J. Foster (ct24975)