UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
PETER D. MAINS and             :
LORI M. MAINS,                 :
                               :
           Plaintiffs,         :
                               :
v.                             :   Civ No. 3:01CV02402 (AWT)
                               :
SEA-RAY BOATS,                 :
                               :
           Defendant.          :
-------------------------------x
```

### ORDER RE DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF SEA RAY'S ALLEGED CONDUCT IN CONNECTION WITH THE SALE AND PURCHASE OF THE SUBJECT BOAT

For the reasons set forth below, defendant Sea Ray Division of Brunswick Corporation's ("Sea Ray") motion in limine to exclude evidence of Sea Ray's alleged conduct in connection with the sale and purchase of the subject boat is being denied.

The fact that the statute of limitations precludes the plaintiffs from basing their Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a, et seq., ("CUTPA") claim on particular conduct does not mean that the particular conduct is not relevant to their CUPTA claim. "A statute of limitations does not operate to bar the introduction of evidence that predates the commencement of the limitations period but that is relevant to events during the period." Fitzgerald v. Henderson, 251 F.3d 345, 365 (2nd Cir. 2001). To the extent there is a concern about confusion on the part of the jury about the legal

basis for the plaintiffs' CUPTA claim, that concern can be addressed, <u>inter</u> <u>alia</u>, by limiting instructions.

Accordingly, the Defendant's Motion in Limine to Exclude Evidence of Sea Ray's Alleged Conduct in Connection with the Sale and Purchase of the Subject Boat (Doc. No. 109) is hereby DENIED.

It is so ordered.

Dated this 5th day of March 2008 at Hartford, Connecticut.

                                                 /s/AWT
                                   Alvin W. Thompson
                          United States District Judge