UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS AND LORI M. MAINS | : | Civil Action |
| Plaintiff, | : | No. 3:01 CV 2402 (AWT) |
| v. | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | |

## PLAINTIFFS' SUR REPLY TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE CUMULATIVE EXPERT TESTIMONY

The Plaintiffs', Peter D. Mains and Lori M. Mains, by their attorney John L. Senning, Esq., respectfully submit this Sur Reply to the Defendant Sea Ray's Motion in Limine to Preclude Cumulative Expert Testimony. This Sur Reply is submitted pursuant to the instructions given by the Honorable Alvin W. Thompson U.S.D.C. Judge, during a telephonic Status Conference held on Wednesday, March 5, 2008 at 4:45 PM in which the Plaintiffs' by their counsel represented to the Court that the Plaintiffs' would be willing to limit expert testimony on behalf of the Plaintiffs' with respect to the structural condition of the boat that is the subject of this action to two expert witnesses rather than three (3) as noticed by the Plaintiffs' in the Joint Pretrial Memorandum, i.e. to that of Bruce Pfund and either that of Thomas Greaves or Anthony Knowles. It is understood and represented by the Defendant that the Plaintiffs' expert Thomas Wicander has offered opinions regarding the condition of the boat's engines and that that is not the subject of the Defendant's Motion.

In response to Judge Thompson's inquiry as to the reason the Plaintiffs' had engaged three (3) marine experts with respect to the condition of the subject boat, Plaintiffs' counsel advised that there were both chronological reasons as well as substantive in that Mr. Greaves was engaged initially to inspect the boat immediately following further problems experienced by the Plaintiffs', that Mr. Knowles further not only corroborated Mr. Greaves findings but also found them to be more extensive than first thought by the Plaintiffs'.

It was further represented by Plaintiffs' counsel at the subject Status Conference that the nature and scope of Mr. Pfund's engagement approximately two years later was on a more limited basis; not as a general marine surveyor, but rather specifically as a marine composite expert, focusing, in part, on the continued moisture saturation and delamination of areas of the boat's hull and/or decking and the reparability of those areas to "yacht condition".

As a result, Plaintiffs' counsel, during the March 5, 2008 Status Conference, conceded, without prejudice, for purposes for resolving the issue before the Court, that as the testimony of both Mr. Greaves and Mr. Knowles could possibly be considered cumulative, the Plaintiffs' would be willing to stipulate that only one of those two marine surveyor experts, (i.e. either Mr. Greaves or Mr. Knowles) would testify on the subject of the boat's condition with respect to its various deficiencies and/or damaged condition and that Mr. Pfund's testimony would be limited to "composite" issues and his findings with respect to same including the quality of the "reparability" of same. As such, Plaintiffs' submit that Mr. Pfund's testimony, as a marine composite expert, would be substantively

different than that of either Mr. Greaves or Mr. Knowles and to the extent of any overlap, would merely be corroborative of Mr. Greaves or Mr. Knowles findings over two years before.

In the event that the Court sees fit to grant the Defendant's motion to the extent of limiting the Plaintiffs' experts to two in regard to the boat's hull condition, (i.e. Mr. Pfund and either Mr. Greaves or Mr. Knowles); as offered by the Plaintiffs', the Plaintiffs' counsel will notify the Defendant's counsel within five (5) business days of the Courts posting of said ruling as to which of the two experts would be called on behalf of the Plaintiffs' in addition to Mr. Pfund.

Respectfully Submitted
PLAINTIFFS

PETER D. MAINS AND LORI MAINS

By: /s/ John L. Senning
John L. Senning (CT 05807)
Essex Law Group Offices
31 North Main Street, 2nd Floor
Essex, CT 06426
Phone: (860) 767-2618
Fax: (860)767-2740
Email: jlssealaw@aol.com
Their Attorney

## CERTIFICATION

I hereby certify that on **March 7, 2008**, a copy of the foregoing **SUR REPLY TO DEFENDANTS' MOTION IN LIMINE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              /s/ John L. Senning
                                                              John L. Senning (ct05807)