UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
PETER D. MAINS and             :
LORI M. MAINS,                 :
                               :
            Plaintiffs,        :
                               :
v.                             :   Civ No. 3:01CV02402 (AWT)
                               :
SEA-RAY BOATS,                 :
                               :
            Defendant.         :
-------------------------------x
```

## ORDER RE DEFENDANT'S MOTION IN LIMINE TO
## <u>PRECLUDE CUMULATIVE EXPERT TESTIMONY</u>

For the reasons set forth below, the defendant Sea Ray Division of Brunswick Corporation's ("Sea Ray") motion in limine to limit the number of experts testifying on behalf of the plaintiffs is being granted in part and denied in part.

The plaintiffs have disclosed expert Thomas Wicander, who is not the subject of this motion.  The plaintiffs have also disclosed as experts Bruce Pfund, Thomas Greaves and Anthony Knowles, and Sea Ray has moved to preclude the plaintiffs from introducing the testimony of more than one of these three individuals.  Based on the discussion during oral argument on March 5, 2008 and after a review of plaintiffs' surreply memorandum (<u>see</u> Doc. No. 133), the court has determined that the plaintiff should be allowed to present the testimony of (a) Bruce Pfund and (b) either Thomas Greaves or Anthony Knowles.  The plaintiffs' counsel will notify the defendant's counsel by no

later than March 19, 2008 whether the plaintiffs will be calling Mr. Greaves or Mr. Knowles, in addition to Mr. Wicander and Mr. Pfund.

Accordingly, Defendant's Motion in Limine to Preclude Cumulative Expert Testimony (Doc. No. 108) is hereby GRANTED in part and DENIED in part.

It is so ordered.

Signed this 12th day of March, 2008 at Hartford, Connecticut.

_____/s/AWT_____
Alvin W. Thompson
United States District Judge