UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and LORI M. MAINS | : CASE NO. 3:01cv2402 (AWT) |
| Plaintiffs, | : |
| v. | : |
| SEA RAY BOATS, INC. | : |
| Defendant. | : MARCH 18, 2008 |

**DEFENDANT'S THIRD SUPPLEMENT TO JOINT TRIAL MEMORANDUM**

Defendant Sea Ray Division of Brunswick Corporation (improperly designated in the Complaint as "Sea-Ray Boats, Inc.") ("Sea Ray") respectfully submits the following supplement to the parties' Joint Trial Memorandum of May 29, 2007.

**11.** **Exhibits**.

**Defendant's Exhibits:**

98. Letter of July 13, 1998, from J. Winter to Peter Mains

99. MerCruiser warranty cards

100. Mercury Marine 1998 Horizon Engines Owner's Manual

101. Sea Ray 330 Sundancer Owner's Manual Supplement

DEFENDANT,
SEA RAY BOATS, INC.


/s/ Daniel J. Foster
James H. Rotondo (ct 05173)
Daniel J. Foster (ct 24975)
Day Pitney LLP
242 Trumbull Street
Hartford, Connecticut 06103-1212
Phone: (860) 275 -0100
Fax: (860) 275-0343
Its Attorneys

**CERTIFICATION**

I hereby certify that on this date a copy of foregoing **Supplement to Joint Trial Memorandum** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel  J. Foster
Daniel J. Foster (ct24975)