UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS AND LORI M. MAINS | : | CIVIL ACTION NO.: |
| Plaintiff, | : | |
| | : | 3:01CV2402 (AWT) |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | MARCH 21, 2008 |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Rule 83.1 of the Local Rules of the United States District Court for the District of Connecticut, I, JOHN L. SENNING, a member in good standing of the Bar of this Court, hereby move this honorable Court for an Order allowing the admission *Pro Hac Vice* of RACHEL DANIA LEV of Herrick Nikas, LLP for the purpose of representation of the Plaintiffs Peter D and Lori M. Mains in the captioned matter.

An Affidavit duly sworn and executed by RACHEL DANIA LEV and containing the information and affirmations required by Rule 83.1(d) of the Local Rules of this Court accompanies this motion as Exhibit A.

WHEREFORE, the movant herein respectfully requests that this Court grant the forgoing motion for the reasons stated herein and in the accompanying Affidavit and Memorandum of Points and Authorities.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully Submitted,

By: ___/s/ John L. Senning___

John L. Senning (CT 05807)
Essex Law Group Offices
31 North Main Street, 2nd Floor
Essex, CT 06426
Phone: (860) 767-2618
Fax:    (860)767-2740
Email: jlssealaw@aol.com
Sponsor