UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER D. MAINS AND LORI M. MAINS     :     CIVIL ACTION NO.:

      Plaintiff,         :     3:01CV2402 (AWT)

      v.                   :

SEA RAY BOATS, INC.              :

      Defendant.        :     MARCH 21, 2008

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Rule 83.1 of the Local Rules of the United States District Court for the District of Connecticut provides that lawyers not members of the Bar of this Court who are members in good standing of the bar of another Federal or State Court may be permitted to represent clients in civil proceedings in this Court on written motion by a member of the Bar of this Court.

The proposed visiting attorney, RACHEL DANIA LEV, has executed a duly sworn Affidavit attesting to the following:

(1) She is an attorney associated with Herrick Nikas LLP which is located at 1201 Dove Street, Suite 560, Newport Beach, California 92660. Her contact information is as follows:

Telephone Number: 714-546-1400
Telecopier Number: 714-546-4111
Electronic Mail Address: rlev@herricknikas.com ;

(2) She is a member of the State Bar of the California and the United States District Court for the Central District of California;

(3) She has not been denied admission or disciplined by this Court or any other court; and

(4) She has fully reviewed and is familiar with the Rules of The United States District Court for the District of Connecticut.

This motion is made for purposes of admitting RACHEL DANIA LEV in order for her to represent the interests of the Plaintiffs, PETER D. and LORI M. MAINS in this action before this Court including assisting in the trial of same which is presently scheduled to commence on April 1, 2008.

This motion is not made to delay the advancement of this case or the trial of same as scheduled. The motion if granted would not require modification of a scheduling order entered pursuant to Fed. R. Civ. P. 16 (b) or the deadlines established by the standing order on scheduling in civil cases. Further the granting of this motion would not be the basis for a motion or application for the movant sponsoring lawyer to be excused from attendance in Court or relieved of any other obligation of an appearing attorney.

Therefore, the undersigned, a member in good standing of the Bar of this Court, respectfully requests that this Court grant RACHEL DANIA LEV *pro hac vice* admission to represent the Plaintiffs in the captioned matter.

Respectfully Submitted,

By: /s/ John L. Senning
John L. Senning (CT 05807)
Essex Law Group Offices
31 North Main Street, 2nd Floor
Essex, CT  06426
Phone: (860) 767-2618
Fax:    (860)767-2740

4

Email:  jlssealaw@aol.com
Sponsor