UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS AND LORI M. MAINS | : | Civil Action |
| | : | |
| Plaintiff, | : | No. 3:01 CV 2402 (AWT) |
| | : | |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC. | : | |
| | : | |
| Defendant. | : | |

## AFFIDAVIT OF JOHN L. SENNING
## IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

I, JOHN L. SENNING, being duly sworn do depose and state as follows:

1. I am over the age of eighteen years, an attorney at law and understand this obligation of an oath.

2. I have been admitted to practice before this Court and have been a member of the Bar of the State of Connecticut since 1970.

3. I am counsel for the Plaintiffs' in the above captioned action and am familiar with the proceedings in this case. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of this motion to admit RICHARD JOHN NIKAS as counsel Pro Hac Vice to represent the Plaintiffs' in this matter as co-counsel.

4. I have known RICHARD JOHN NIKAS for more than two years. He is a partner in the law firm of HERRICK NIKAS in Newport Beach, California.

5. NIKAS is a skilled trial attorney and a person of good integrity. He is experienced in federal practice, authors the legal treatises *Benedict on Admiralty* and *Moore's Federal Practice*, is an experienced trial lawyer, and been designated as a Proctor in Admiralty by the Maritime Law Association of the United States.

6. I have been informed and believe that RACHEL DANIA LEV is also of good character and integrity, and vouch for her admission before this Court.

7. This motion is not made to delay the advancement of this case or the trial of same as presently scheduled.

8. This motion if granted would not require modification of a scheduling order entered pursuant to Fed. R. Civ. P. 16 (b) or the deadlines established by the standing order on scheduling in civil cases.

9. The granting of this motion would not be the basis for a motion or application to excuse this affiant from attendance in Court or from any other obligation of an appearing attorney.

FURTHER, THIS AFFIANT SAITH NOT

JOHN L. SENNING

Subscribed and sworn to before me
me this ____ day of March, 2008.

Notary Public
NATALIE C. BECK
NOTARY PUBLIC
MY COMMISSION EXPIRES OCT. 31, 2012

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of foregoing Motion for Admission Pro Hac Vice together with Affidavits annexed thereto was mailed by first class mail, postage prepaid, this date to all counsel of record and pro se parties as follows:

James H. Rotondo, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103

Daniel J. Foster, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103

March 24, 2008

John L. Senning (ct05807)
Essex Law Group Offices
31 North Main Street, 2nd Floor
Essex, CT 06426
Phone: (860) 767-2618
Fax:   (860) 767-2740
Email: jlssealaw@aol.com