UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS AND LORI M. MAINS | : | CIVIL ACTION NO.: |
| | : | |
| Plaintiffs, | : | 3:01CV2402 (AWT) |
| | : | |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC. | : | |
| | : | |
| Defendant. | : | March 20, 2008 |

## AFFIDAVIT OF RACHEL DANIA LEV
## IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

STATE OF CALIFORNIA)
                 ) Newport Beach
COUNTY OF ORANGE )

I, RACHEL DANIA LEV being duly sworn do depose and state as follows:

1. I am over the age of eighteen years, an attorney at law and understand this obligation of an oath.

2. I am a resident of California and am associated with HERRICK NIKAS, LLP which is located at 1201 Dove Street, Suite 560, Newport Beach, California 92660. My contact information is as follows:

Telephone Number: 714-546-1400
Telecopier Number: 714-546-4111
Email Address: rlev@herricknikas.com

3. I was admitted to the State Bar of California in 2008 and have been a member in good standing since my admission.

4. I am admitted to practice in the United States District Court for the Central District of California.

5. I have not been the subject of any disciplinary action in any of the jurisdictions referred to above or been denied admission or disciplined by this Court or any other court.

6. I make this Affidavit in order to be admitted to practice before this Court in the above captioned case and to assist in the trial of this matter.

7. I have obtained, fully reviewed and am familiar with the Local Rules of The United States District Court for the District of Connecticut and agree to abide by the standards governing the practice of law before this Court.

FURTHER, THIS AFFIANT SAITH NOT

_____
RACHEL DANIA LEV

Subscribed and sworn to before me
me this 20th day of March, 2008.

_____
Notary Public



## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____       _____
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

State of California

County of __Orange__

Subscribed and sworn to (~~or affirmed~~) before me on this __20th__ day of __March__, 20__08__, by

(1) __Rachel Dania Lev__,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature __Kristin L Scarborough__
Signature of Notary Public

[Notary Seal: KRISTIN L. SCARBOROUGH, Commission # 1779703, Notary Public - California, Orange County, My Comm. Expires Dec 9, 2011]

Place Notary Seal Above

--- **OPTIONAL** ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: __Affidavit__

Document Date: __March 20, 2008__   Number of Pages: __2__

Signer(s) Other Than Named Above: __∅__

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here [thumbprint]

RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827