UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS AND LORI M. MAINS | : | CIVIL ACTION NO.: |
| Plaintiffs, | : | 3:01CV2402 (AWT) |
| v. | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | MARCH 21, 2008 |

## AFFIDAVIT OF RICHARD JOHN NIKAS
## IN SUPPORT OF MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

STATE OF CALIFORNIA )
                     ) Newport Beach
COUNTY OF ORANGE     )

I, RICHARD JOHN NIKAS being duly sworn do depose and state as follows:

1. I am over the age of eighteen years, an attorney at law and understand this obligation of an oath.

2. I am a resident of California and am a member of HERRICK NIKAS, LLP which is located at 1201 Dove Street, Suite 560, Newport Beach, California 92660. My contact information is as follows:

Telephone Number: 714-546-1400
Telecopier Number: 714-546-4111
Email Address: rnikas@herricknikas.com

3. I was admitted to the State Bar of California in 1996 and have been a member in good standing since my admission.

4. I am admitted to practice in the United States District Courts for the Eastern, Central, Northern and Southern Districts of California and the Ninth Circuit Court of Appeals.

5. I have appeared in and practiced before the United States District Courts identified above as well as the Southern District of Georgia, Southern District of New York and the Fifth Circuit Court of Appeals.

6. I have not been the subject of any disciplinary action in any of the jurisdictions referred to above or been denied admission or disciplined by this Court or any other court.

7. I make this Affidavit in order to be admitted to practice before this Court in the above captioned case and to represent the Plaintiffs, Peter D. and Lori M. Mains as trial counsel in substitution for John L. Senning, their attorney of record in this case whom shall remain the designee for service of all pleadings and other documents.

8. Based upon my personal and direct communications with Plaintiffs, it is their desire that I prosecute the trial of this matter presently scheduled to commence April 1, 2008.

9. I have obtained, fully reviewed and am familiar with the Local Rules of The United States District Court for the District of Connecticut and agree to abide by the standards governing the practice of law before this Court.

10. The motion for my admission as counsel Pro Hac Vice in this case is not intended to delay the trial of same as presently scheduled and if granted would not require the modification of a scheduling order entered pursuant to Fed. R. Civ. P. 16 (b) or the deadlines established by the Standing Order on scheduling in civil cases notwithstanding any concurrent request for continuance of trial based on other factors which will be brought to the attention of the Court.

FURTHER, THIS AFFIANT SAITH NOT

*[signature]*
RICHARD JOHN NIKAS

Subscribed and sworn to before me
me this 21st day of March, 2008.

*[signature]*
Notary Public

RAKEEM C. WILLIAMS
Comm. # 1581894
NOTARY PUBLIC - CALIFORNIA
Los Angeles County
My Comm. Expires June 21, 2009

3

# Jurat

State of California

County of _Orange_

Subscribed and sworn to (or affirmed) before me on this _21st_ day of _March_, 20_08_ by _Richard John Nikas_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Rakeem C. Wills_
Signature                                    (Notary seal)



## OPTIONAL INFORMATION

### INSTRUCTIONS FOR COMPLETING THIS FORM
The wording of all Jurats completed in California after January 1, 2008 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
   ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
   ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document

### DESCRIPTION OF THE ATTACHED DOCUMENT
_Affidavit of Richard John_
(Title or description of attached document)
_Nikas in Support of Motion_
(Title or description of attached document continued)
Number of Pages _4 pgs_ Document Date _3/21/08_
_N/A_
(Additional information)

2008 Version CAPA v1.9.07  800-873-9865  www.NotaryClasses.com