UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS AND LORI M. MAINS | : | Civil Action |
| Plaintiff, | : | No. 3:01 CV 2402 (AWT) |
| v. | : | |
| SEA RAY BOATS, INC. | : | |
| Defendant. | : | |

## NOTICE OF MANUAL FILING

Please take notice that John L. Senning, Attorney for the Plaintiffs', Peter D. Mains and Lori M. Mains, has manually filed a Motion for Admission Pro Hac Vice, supporting Affidavits and proposed Order. These documents are not permitted by the Court to be filed electronically, as a filing fee is required to be physically tendered and paid to the Court at the time of their filing. The documents have been manually served on all parties with copies of same also telefaxed to all parties.

RESPECTFULLY SUBMITTED

THE PLAINTIFFS',
PETER D. MAINS and
LORI M. MAINS

By: /s/ John L. Senning
John L. Senning (CT 05807)
Essex Law Group Offices
31 North Main Street, 2nd Floor
Essex, CT 06426
Phone: (860) 767-2618
Fax: (860)767-2740
Email: jlssealaw@aol.com
Their Attorney

## CERTIFICATION OF SERVICE

I hereby certify that on March 24, 2008, a copy of foregoing **Notice of Manual Filing** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ John L. Senning
John L. Senning (ct05807)
Essex Law Group Offices
31 North Main Street, 2nd Floor
Essex, CT  06426
Phone: (860) 767-2618
Fax:    (860)767-2740
Email: jlssealaw@aol.com
Their Attorney