UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and LORI M. MAINS | : CASE NO. 3:01cv2402 (AWT) |
| Plaintiffs, | : |
| v. | : |
| SEA RAY BOATS, INC. | : |
| Defendant. | : MARCH 25, 2008 |

**DEFENDANT'S MOTION FOR RECONSIDERATION OF**
<u>**MOTION IN LIMINE TO PRECLUDE CUMULATIVE EXPERT TESTIMONY**</u>

Pursuant to Local Rules 7 (a)(1) and 7 (c), Defendant Sea Ray respectfully submits this Motion for Reconsideration of the Court's Order granting in part and denying in part Sea Ray's Motion in Limine to Preclude Cumulative Expert Testimony. That Order is based on Plaintiffs' representations during the Court's teleconference of March 5, 2008, and the Plaintiffs' Surreply of Friday, March 7, 2008.

The Court's Order is dated Wednesday, March 12, 2008. On that same day, Sea Ray had filed a further Reply to Plaintiffs' Surreply, requesting that the Court not approve the proposal set forth in Plaintiffs' Surreply because (1) that proposal is materially different from the proposal that the Court approved and directed Plaintiffs to submit during the teleconference of March 5, 2008, and (2) Plaintiffs' new proposal would result in the very duplication of testimony that their earlier proposal was supposed to prevent. Sea Ray now moves for reconsideration on the grounds that the Court may not have considered the Reply filed by Sea Ray on the date of the Court's Order. A Memorandum of Law is submitted herewith.

**ORAL ARGUMENT REQUESTED**

        Respectfully submitted,

        DEFENDANT, SEA RAY BOATS, INC.

        By     /s/ Daniel J. Foster
            James H. Rotondo (ct05173)
            jhrotondo@daypitney.com
            Daniel J. Foster (ct24975)
            djfoster@daypitney.com
            Day Pitney LLP
            242 Trumbull Street
            Hartford, CT 06103-1212
            (860) 275-0100
            (860) 275-0343 fax
            Its Attorneys

## **CERTIFICATION**

    I hereby certify that on this date a copy of foregoing **Defendant's Motion for Reconsideration of Motion in Limine** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

            /s/ Daniel J. Foster
            Daniel J. Foster (ct24975)