# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS<br>　　　　Plaintiffs,<br>vs.<br>SEA RAY BOATS, INC.<br>　　　　Defendants. | CASE NO. 301 CV 2402 (AWT) |

### F.R.C.P. RULE 26 STATEMENT
### SUPPLEMENTAL TO EXPERT REPORT
### OF TOM WICANDER

In connection with the October 7, 2003 report submitted by me pertaining to the above referenced matter, I hereby submit the following statement regarding my qualifications as an expert, any exhibits I intend to use as a summary or in support of my opinions, the amount of compensation I have been or I am to be paid for my services, and a listing of any or all cases in which I have testified as an expert in my field in the past four years.

A. <u>Qualifications as an Expert</u>. See attached Resume/Work Experience.

Marine Mechanic since 1984
Certified Mercruser Mechanic since 1990
Sea Ray Factory trained 5 years (most recently 1997)

B. <u>Exhibits intended to be used to summarize or support opinion</u>.

Leak Down Test
Compression Test
Visual Inspection

C. <u>Rate of compensation for services</u>.

1. Survey/Inspection and Initial Report         $ 75.00/hr.
2. Consultation Services                        $ 100.00/hr.
3. Deposition or Trial Testimony                $ 100.00/hr.

D. <u>Cases in which expert testimony has been given since October, 1999</u>.

See attached schedule.    NONE

_____
Tom Wicander

# *Brewer* PILOTS POINT MARINA

63 PILOTS POINT DRIVE • WESTBROOK, CT 06498

===== A Full Service Yacht Yard =====

South Yard (860) 399-7906 • North Yard (860) 399-5128 • East Yard (860) 399-6421
fax (860) 399-7259         fax (860) 399-8720              fax (860) 399-9562

October 7, 2003

Mr. Peter Mains
5 Old Town Road
Avon, CT 06001

At the request of the Mains', on June 18, 2001, we conducted a leak down and compression tests on both port and starboard 7.4l Mercruiser engines. This testing was conducted to determine the condition of both engines due to the occurrence of both engines hydro locking on or about June 9, 2001 and the possibility of water ingestion over a period of time resulting from a defective exhaust systems. On the basis of that testing the following results were determined:

**Port Engine**

| Cyl. # | Compression Pressure in PSI |
|---|---|
| 1 | 130 |
| 2 | 135 |
| 3 | 115 |
| 4 | 118 |
| 5 | 105 |
| 6 | 107 |
| 7 | 118 |
| 8 | 135 |

| Cyl. # | Leak down percentages | Notes |
|---|---|---|
| 1 | 32 | |
| 2 | 20 | |
| 3 | 86 | Noted air leaking into intake manifold. |
| 4 | 85 | Noted air leaking into exhaust manifold. |
| 5 | 88 | Noted air leaking into exhaust manifold. |
| 6 | 90 | Noted air leaking into intake manifold. |
| 7 | 80 | Noted air leaking into intake manifold & rocker arm cover. |
| 8 | 68 | Noted air leaking into rocker arm cover. |



Mamaroneck, NY • Glen Cove, NY • Greenport, NY • Port Washington, NY
Stamford, CT • Stratford, CT • Branford, CT • Westbrook, CT • Essex, CT • Mystic, CT • Deep River, CT
Wickford, RI • Warwick, RI • Barrington, RI • Portsmouth, RI • Plymouth, MA • North Falmouth, CT • Freeport, ME

Affiliates: BREWER YACHT SALES • BREWER SPECIAL PRODUCTS • BREWER YACHT CHARTERS
(860) 399-6213          (860) 399-8543              (860) 399-6213

### Starboard Engine

| Cyl. # | Compression Pressure in PSI |
|---|---|
| 1 | 130 |
| 2 | 125 |
| 3 | 132 |
| 4 | 130 |
| 5 | 125 |
| 6 | 130 |
| 7 | 125 |
| 8 | 125 |

| Cyl. # | Leak down percentages | Notes |
|---|---|---|
| 1 | 32 | |
| 2 | 70 | Noted air leaking into intake manifold. |
| 3 | 22 | Noted air leaking into exhaust manifold. |
| 4 | 42 | |
| 5 | 48 | Noted air leaking into exhaust manifold. |
| 6 | 30 | Noted air leaking into intake manifold. |
| 7 | 65 | |
| 8 | 64 | Noted air leaking into both manifolds. |
|   |    | Noted air leaking into exhaust manifold. |

Based upon the noted test results, it was my opinion that the condition of the engines had been seriously compromised.

I subsequently conducted a more detailed inspection of both engines in order to confirm the findings of the previous tests and the extent of the damage to the cylinders.

The following is a condition report of both the Mains' engines in their 1998 Sea Ray Vin # SERT3801C898.

The engines were dismantled in the vessel enough to expose the cylinders. The exhaust manifolds and elbows were removed; the intake manifolds and cylinder heads were removed. The manifolds, elbows, cylinder heads and cylinder bores were then inspected.

### Starboard Engine

Exhaust Manifolds: Both have heavy rust, mainly under exhaust elbows.

Exhaust Elbows: Inboard elbow has minor internal rusting. Outboard elbow has significant internal rusting. All elbow gaskets show sign's of leakage into manifold.

Note: (1) Could not separate outboard riser from manifold due to excessive corrosion caused by gasket leakage.

|                     |                                                                                                                          |
|---------------------|--------------------------------------------------------------------------------------------------------------------------|
|                     | (2) Exhaust elbow gaskets were "old" style and should have been upgraded when exhaust retrofit was performed.            |
| Cylinder Inspection:| Cylinder #'s 1, 2, 3, 4 all have significant scoring present.                                                            |

### Port Engine

| | |
|---|---|
| Exhaust Manifolds: | Both manifolds have rust present directly below exhaust elbows. |
| Exhaust Elbows: | Both have internal rusting throughout elbow. Elbow gaskets all show signs of leakage. |
| Note: | Exhaust elbow gaskets were similar to STBD and should have been replaced at time of exhaust retrofit. |
| Cylinder Inspection: | All cylinders except #7 have significant scoring. |

It is my opinion that both engines have ingested water over a period of time prior to the hydro locking on or about June 9, 2001. No single ingestion incident could have caused the damage present. Both engines need to be replaced.

Sincerely,

*[signature]*

Tom Wicander
East Yard Manager