# EXHIBIT A

1

```
 1

 2      UNITED STATES DISTRICT COURT
           DISTRICT OF CONNECTICUT
 3
        ---------------)
 4                     )
        PETER D. MAINS and    ) NO. 301 CV 2402 (AWT)
 5      LORI M. MAINS         )
            PLAINTIFFS        )
 6                     )
        VS.                   )
 7                     )
        SEA RAY BOATS, INC.   )
 8          DEFENDANT         )
                       )
 9      ---------------)

10

11

12

13

14
              DEPOSITION OF:  THOMAS WICANDER
15            ON: FEBRUARY 12, 2004
              HELD AT: DAY, BERRY & HOWARD, LLP
16                 CITYPLACE I
                HARTFORD, CONNECTICUT
17

18

19

20

21

22    Reporter: IRENE J. PARRISH, RMR, LSR #85
           BRANDON SMITH REPORTING SERVICE, LLC
23              44 Capitol Avenue
              Hartford, CT  06106
24            Tel: (860) 549-1850
              Fax: (860) 549-1537
25
```

**Wicander, Thomas 2004-02-12**                               **Page 1**

79

1  A  Yes.
2  Q  And where -- what's your basis for saying that?
3  A  From the MerCruiser manuals and from what I've
4     been taught. You don't want to have any part
5     of the exhaust system above the exhaust elbow.
6  Q  And what were the results for the starboard
7     engine?
8  A  The starboard engine, the height of the exhaust
9     elbow was 17 inches above the waterline, and
10    the height of the overboard discharge was
11    17-1/4.
12 Q  So a difference of a quarter?
13 A  Yes.
14 Q  And you told me that the significance of these
15    measurements is that if the overboard discharge
16    is higher than the exhaust elbow it can result
17    in water ingestion?
18 A  That's correct.
19 Q  And you are aware that the overboard discharge
20    along with the rest of the exhaust system had
21    been replaced by Sea Ray in Tennessee, right?
22 A  Yes.
23 Q  So the only period that you're aware of that
24    the boat had been run with this new exhaust
25    system was on the trip to Brewers Pilots Point?

**Wicander, Thomas 2004-02-12**                **Page 79**

80

1  A  That's right, yes.
2  Q  And I think you said that that was about an
3     hour and a half?
4  A  I'm assuming. I don't know.
5  Q  I think you characterized it as a short trip?
6  A  Yes. It's not a long trip.
7  Q  Would a significant amount of water ingestion
8     have occurred during that trip?
9  A  It certainly can. I don't know the conditions,
10    sea conditions or anything.
11 Q  It would all depend on --
12 A  Sure, how the boat was run, speeds it was run.
13    I have no way of knowing how much water
14    ingestion could possibly happen.
15 Q  Do you know -- well, let me ask you: On the
16    previous exhaust system, did the previous
17    exhaust system have the same components and the
18    same guidelines, that is, that the discharge
19    shouldn't be higher than the exhaust elbow?
20 A  Yes.
21 Q  Do you know anything about the measurements of
22    the previous exhaust system?
23 A  No, I do not.
24 Q  Were you aware that any measurements of that
25    exhaust system had ever --

**Wicander, Thomas 2004-02-12**            **Page 80**

142

1     CERTIFICATE OF REPORTER

2

3  I, Irene J. Parrish, a Registered Merit Reporter/Commissioner within and for the State of
4  Connecticut, do hereby certify that I took the deposition of THOMAS WICANDER, on February 12, 2004,
5  who was by me duly sworn to testify to the truth and nothing but the truth; that he was thereupon
6  carefully examined upon his oath and his examination reduced to writing under my direction by means of
7  Computer Assisted Transcription, and that this deposition is a true record of the testimony given by
8  the witness.

9

10  I further certify that I am neither attorney nor counsel for, nor related to, nor employed by any of
11  the parties to the action in which this deposition is taken and further that I am not a relative or
12  employee of any attorney or counsel employed by the parties hereto, nor financially interested in the
13  outcome of the action.

14

15  IN WITNESS THEREOF, I have hereunto set my hand February 22, 2004.
16

17

18  _____
    Irene J. Parrish
19

20  Notary Public  License No. 00085
    My commission expires: 12/31/08
21

22

23

24

25