UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | Civil Action |
| | : | |
| Plaintiffs, | : | No: 3:01CV2402 (AWT) |
| | : | |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC., | : | |
| | : | |
| Defendant. | : | March 27, 2008 |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

  **Please enter the appearance** of the undersigned attorney as counsel for Plaintiffs Peter D. Mains and Lori M. Mains in the above captioned action.

        Respectfully submitted,

        \s\ Richard J. Nikas
       Richard John Nikas, Esq.
       (Connecticut Federal Bar Number 02528)
       HERRICK NIKAS
       1201 Dove Street, Suite 560
       Newport Beach, California 92660
       Telephone: (714) 546-1400
       Facsimile: (714) 546-4111
       Email Address: rnikas@herricknikas.com

## CERTIFICATION

       I hereby certify that on this date a copy of the foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       \s\ Richard J. Nikas
Richard J. Nikas
(Connecticut Federal Bar Number 02528)