UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PETER D. MAINS and LORI M. MAINS   :      Civil Action
                                       :
                  Plaintiffs,         :      No:  3:01CV2402 (AWT)

                                         :
v.                                        :
                                       :
SEA RAY BOATS, INC.,            :
                                       :
                  Defendant.        :      March 27, 2008

## <u>NOTICE OF APPEARANCE</u>

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      **Please enter the appearance** of the undersigned attorney as counsel for Plaintiffs Peter D. Mains and Lori M. Mains in the above captioned action.

                                    Respectfully submitted,

                                    \s\  Rachel D. Lev
                               Rachel D. Lev, Esq.
                               (Connecticut Federal Bar Number 02527)
                               HERRICK NIKAS
                               1201 Dove Street, Suite 560
                               Newport Beach, California 92660
                               Telephone:  (714) 546-1400
                               Facsimile:  (714) 546-4111
                               Email Address:  rlev@herricknikas.com

## <u>CERTIFICATION</u>

  I hereby certify that on this date a copy of the foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        \s\  Rachel D. Lev
      Rachel D. Lev
      (Connecticut Federal Bar Number 02527)