# Exhibit "A"



**MERCRUISER SERVICE BULLETIN**

Section: XII (Service Bulletins)

Number: 63-13

Date : 12/30/63

KIEKHAEFER MERCURY

Beaver Dam, Wis., U.S.A.

A. MerCr. I Model Designation - Service
C. Exhaust Outlet Location - MerCr. II V-8's
E. Service Protection - MerCruiser I
D. Ride-Guide Steering Cable Tube - MerCr. I
D. Universal Joint Repair
F. Heavy Duty Water Pump Kit - MerCr. I
G. Universal Carburetor Gauge



## A. MERCRUISER I MODEL DESIGNATION - SERVICE

*(For Page 1 of General Information Section I)*

**MerCruiser IA - For 110 HP Engine**
- Upper gears 21:23 ratio (1.85:1 overall reduction)
- Drive carton stamped "A(110 HP)"
- "A" stamped on drive shaft housing after serial number and on visible end of universal shaft.

**MerCruiser IB - For 120 HP Engine**
- Upper gears 20:24 ratio (2:1 overall reduction)
- Drive carton stamped "B(120 HP)"
- "B" stamped on drive shaft housing after serial number and on visible end of universal shaft.

**MerCruiser IC - For 140 & 150 HP Engines**
- Upper gears 24:24 ratio (1.7:1 overall reduction)
- Drive carton stamped "C(140, 150 HP)"
- "C" stamped on drive shaft housing after serial number and on visible end of universal shaft.

## B. RIDE-GUIDE STEERING CABLE TUBE - MERCRUISER I

*(For P. 6 of Installation Section II)*

Late 1963 production MerCruiser I inner transom plates incorporate an aluminum steering cable tube. There is a possibility that this tube will bend slightly, when the 2 jam nuts are tightened excessively, and cause hard steering. (Figure 1) If this should occur, install the earlier steel steering tube (30706) to prevent bending. This cannot occur on 1964 production.



Figure 1. Jam Nuts Securing Ride-Guide Steering Cable Tube

P. 2   MerCruiser Service Bulletin No. 16, Section VI

63-13

## C. EXHAUST OUTLET LOCATION - MERCRUISER II V-8 MODELS

*(For P. 44 of Installation Section II & P. 7 of Miscellaneous Section V)*

We have received complaints from some customers that installation of some V-8 model MerCruiser Marine Engines -- especially in deep "V" boats -- permits sea water to run back into the exhaust manifolds, thereby causing damage to the engine.

A safe condition is determined by engine position in boat and by loading and movement within boat. To prevent water from entering engine thru exhaust manifold when boat is at rest, outside water level must be low enough, with respect to water trap in engine exhaust elbows, that water cannot run back into exhaust manifolds under any conditions of loading or rocking of the boat. Exhaust outlets must be located so that they always are lower than the exhaust manifold to assure proper draining of discharge water.

Always install Exhaust Flange Cover (34765A1) to help keep surging water from entering exhaust outlet. (Figure 2) These covers are deflectors only and do not function as seals.



Figure 2.   Exhaust Flange Cover Installed

## D. UNIVERSAL JOINT REPAIR

*(For P. 18 [MerCr. I] & P. 15 [MerCr. II] of Engine, Mechanical Section VIII)*

The cross and bearing assemblies for both MerCruiser I and II universal joints are being made available. Instructions will accompany the packaged parts.

36311  Cross & Bearing Assy. for 32595 Universal Shaft, MerCr. I   $6.10 List *(2 Req'd)*
36312  Cross & Bearing Assy. for 32051 Universal Shaft, MerCr. II   8.55 List *(2 Req'd)*

## E. SERVICE PROTECTION - MERCRUISER I

*(For P. 44 of Engine, Mechanical Sec. VIII)*

When adjusting valve tappets in the service shop, steps can be taken to prevent the splattering of oil on clothes by reworking a used rocker arm cover, as shown in Figure 3.



Figure 3. Reworked Rocker Arm Cover to Prevent Oil Splattering

*P. 3    MerCruiser Service Bulletin No. 10, Section XII*

63-13

## F. HEAVY DUTY WATER PUMP KIT (46-36087A2) - MERCRUISER I

*(For P. 3 of Drive Unit Section IX)*

An excessive amount of silt in some rivers creates an extreme abrasive action on the water pump cartridge. Engineering has developed and tested a Heavy Duty Water Pump Kit which has tremendously increased the life of the water pump in silt laden waters. Complete installation instructions are included in this kit.

If this high abrasive silt condition exists in your area, order these kits now. . .keep your service stock up-to-date.

46-36087A2    Heavy Duty Water Pump Kit, MerCr. I    $21.45 List

## G. UNIVERSAL CARBURETOR GAUGE (91-36392)

*(For P. 2 of Tool Section VI)*

Eliminates the need for special gauges for each make and model. This one, simple tool performs all the operations shown below, plus many other service operations.

Order the Universal Carburetor Gauge (91-36392) today to maintain your complete service tool department.    (Figure 4)

91-36392    Universal Carburetor Gauge    $2.75



Figure 4. Universal Carburetor Gauge and Adjustments

Exhibit "B"



# MERCRUISER
# SERVICE
# BULLETIN

Section : 10 *(Bulletins)*
Number: 71-11-08
Date    : 7/22/71

A. Location of MerCruiser V-8 Stern Drive and Inboard Engine Exhaust Elbows in Relation to Boat Waterline
B. Exhaust Outlet Location and Installation
C. Exhaust System Installation
D. Warranty

---

> **REFER TO BULLETIN NO.**
> **71-11**

☞ *Mark seven (7) of your new Service Bulletin stickers with "71-11", as shown on left, and attach stickers on Pages 2A-3, 2B-2, 2C-1, 2D-1, 2E-1, 2F-1 and 2G-1 of your new MerCruiser Service Manual.*

---

## A. LOCATION of MERCRUISER V-8 STERN DRIVE and INBOARD ENGINE EXHAUST ELBOWS in RELATION to BOAT WATERLINE

We have received reports of water entering the exhaust manifolds and combustion chambers of MerCruiser V-8 Stern Drive and Inboard Engines. The problem is caused by exhaust elbows which are not located a sufficient distance above the boat's highest waterline when boat is at rest in the water. It is the obligation of the boat manufacturer or installing dealer to correctly locate the engine for installation. Therefore, if water is present in the exhaust manifolds or combustion chambers of the engine, the product has not caused the problem, unless there is a defective part.

MINIMUM distances and method of measuring a completed installation are shown in the chart (Figure 1) and drawing (Figure 2), over. If distance is less than minimum specified, exhaust elbow risers must be installed as listed in chart (Figure 3).

---

## B. EXHAUST OUTLET LOCATION and INSTALLATION - INBOARD

The exhaust outlet must be located so that a minimum of ½" per foot drop exists in the exhaust hose from the engine to the transom outlet with a minimum drop of 4". (This is an American Boat Yacht Council [ABYC] recommendation.)

On Inboard Engines, the exhaust fittings must be slightly above the water line when carrying a full load.

---

## C. EXHAUST SYSTEM INSTALLATION

The exhaust hose, which connects to the exhaust manifold elbows on MerCruiser 200, 215, 225, 250, 270, and 325 Stern Drive Engines and on MerCruiser 215, 250, 270, 325 and 390 Inboard Engines, should be connected so that it does not restrict the flow of discharge water from the elbow.

Hoses must be connected as shown in Figure 4. It is recommended that these hoses be checked when servicing the model engines listed in the preceding paragraph.

Hoses, which are connected as shown in Figure 5, will prevent discharge water from flowing around the entire inside diameter of the hose and will cause a hot spot that may burn thru.

**(OVER)**

## D. WARRANTY

Kiekhaefer Mercury will not honor any warranty claim for parts or engines which "take in" water thru the exhaust system on any MerCruiser Stern Drive or Inboard Engine, unless there is a defect in material or workmanship on the part of Kiekhaefer Mercury.



| MerCruiser Engine Model | "A" Minus "B" Must Be ↓ or More |
|---|---|
| MCM 215H and 215E | 12½" |
| MCM 225, 250 and 270 | 14" |
| MCM 325 | 14¾" |
| MIE 215 | 14" ● |
| MIE 250, 270, 325 and 390 | 15" ▲ |

● *Plus ½" per Foot for 4' and Longer Lines (from Exhaust Elbow Outlet to Exhaust Fitting Outlet).*
▲ *Plus 1" per Foot for Shorter Lines. "Flappers" Must Be Used in All Cases.*



NOTE: If "A" Minus "B" Is Less Than Specified (Above) Exhaust Risers Must Be Installed.

NOTE: Take Measurement "B" at Highest Point in Exhaust Elbow.



| MerCruiser Engine Model | Quan. | Part No. | Description | U.S. List Price Ea. |
|---|---|---|---|---|
| MC 215 | 1 | B-57952A2 | 6" Riser Kit | $40.95 |
| | 1 | | 3" Riser Kit | |
| | 2 | C-32-59077A1 | Exhaust Extension Kit | 3.35 |
| MIE 215 | 1 | B-57952A2 | 6" Riser Kit | 40.95 |
| | 1 | | 3" Riser Kit | |
| MCM and MIE 250, 270, 325 | 1 | B-53452A2 | 6" Riser Kit | 40.95 |
| MCM 225* MIE 390 | 1 | 27 < 3.65 B-6131103 | 3" Riser Kit | |

* Serial No. 2399398 and Above



**CORRECT**



Restricted

**INCORRECT**

Exhibit "C"



# service bulletin

**STERN DRIVES/INBOARD ENGINES**

A. Water Entering Engine Via Exhaust Manifold -
   MCM 898/228/260 and MIE 198/228/255
B. Use of RTV Sealer C-92-91601-1
   on Intake Manifolds - G.M. V-8 Engines
C. Intake Manifold Gaskets - All MerCruiser V-8 G.M. Engines
D. Propeller Nut Wrench - C-91-95830A1

NUMBER: 81-27

DATE: 11/02/81

CIRCULATE TO:
SERVICE MANAGER
PARTS MANAGER
MECHANICS

## A. WATER ENTERING ENGINE VIA EXHAUST MANIFOLD - MCM 898/228/260 and MIE 198/228/255

One possible cause of water entering the above model engines thru the exhaust system is the exhaust manifold-to-exhaust elbow gasket (Part No. B-27-52076) being installed incorrectly. The gasket(s) and plate MUST BE installed as shown in Figure 1.



14363A

a - Exhaust Manifold                    c - Wide Portion of Gaskets/Plate and Manifold/Elbow
b - Exhaust Elbow                       d - Narrow Portion of Gaskets/Plate and Manifold/Elbow

**Figure 1. Correct Installation of Gasket(s)/Plate**

## B. USE OF RTV SEALER C-92-91601-1 ON INTAKE MANIFOLDS - G.M. V-8 ENGINES

On late production model G.M. V-8 Engines and replacement block assemblies, RTV Sealer must be used as shown in Figure 2 and 3. The locating holes (for forward and aft end seals of intake manifold gasket set) are not drilled into the cylinder block.



a - RTV Sealer        b - Intake Manifold Gaskets

**Figure 2. Forward End, Cylinder Block**



a - RTV Sealer        b - Intake Manifold Gaskets

**Figure 3. Aft End, Cylinder Block**

- 2 -

## C. INTAKE MANIFOLD GASKETS - ALL MERCRUISER V-8 G.M. ENGINES

There are intake manifold gasket sets on the market that are advertised as "Marine Use" gasket sets. Care must be taken when installing intake manifold gasket sets. All MerCruiser V-8 G.M. engines that have "automatic" carburetor chokes MUST USE an intake gasket that has an opening for the exhaust crossover port in the intake manifold. (Figure 4) Without this opening the "automatic" carburetor choke WILL NOT OPERATE properly. The choke will remain "ON" longer causing rough engine operation and wasted fuel.



a - Exhaust Crossover Port Opening in Gasket
b - Intake Valve Ports

**Figure 4. Intake Manifold Gaskets, G.M. V-8 Engines**

## D. PROPELLER NUT WRENCH - C-91-95830A1

A new Propeller Nut Wrench (C-91-95830) is now available. The wrench fits the propeller nut on Mercury Outboards 80 HP and UP and MerCruiser I and TRS. The wrench also can be used to bend the tabs on the tab washer for installation or removal of propeller.

**C-91-95830A1          Propeller Nut Wrench**



- 3 -

Exhibit "D"



# service bulletin

**STERN DRIVES/INBOARD ENGINES**

NUMBER: 82-3
DATE: 5/11/82

A. Exhaust Elbows Used On Early Production MerCruiser MIE 340 Engine
B. Exhaust Elbows Used On Later Production MerCruiser MIE 230/ 260/340 Engines
C. Permanent Type Anti-Freeze Solutions that are Approved for Use in MerCruiser 4 Cylinder 224 CID Engines (MCM/MIE 170 and MCM 485 Models)

CIRCULATE TO:
SERVICE MANAGER
PARTS MANAGER
MECHANICS

## A. EXHAUST ELBOWS USED ON EARLY PRODUCTION MERCRUISER MIE 340 ENGINE

The early production runs of the above model engine used a 0° or 15° exhaust elbow without a stainless steel tube in the exhaust outlet. Under certain operating conditions and/or with certain exhaust collector systems, water can be drawn back into the engine during idle speed.

Because of this possibility, inspect all MIE 340 engines below Serial No. 6040783. Look at casting number on each exhaust elbow to ascertain if elbow is of early production type.

|  | Without S.S. Tube | With S.S. Tube |
|---|---|---|
| 0° | 97554 | 98501 |
| 15° | 95755 | 98503 |

Replace all elbows, without the stainless steel tube, on the above model engines. Order the following below for each engine:

| | | |
|---|---|---|
| 2 | 98502A2 | 0° Exhaust Elbow |
| | OR | |
| 2 | 98504A3 | 15° Exhaust Elbow |
| 2 | 27-87105 | Elbow Gasket |

## B. EXHAUST ELBOWS USED ON LATER PRODUCTION MERCRUISER MIE 230/260/340 ENGINES



**98502A2 0° Exhaust Elbow.
Standard On Engines Equipped with
In-Line Transmissions**



**98504A3 15° Exhaust Elbow.
Standard On Engines Equipped with
V-Drive Transmissions. Optional On Engines
Equipped with In-Line Transmissions**

## C. PERMANENT TYPE ANTI-FREEZE SOLUTIONS THAT ARE APPROVED FOR USE IN MERCRUISER 4 CYLINDER 224 CID ENGINES (MCM/MIE 470 and MCM 485 MODELS)

Listed below are the current brands of permanent type anti-freeze solutions that are approved for use in aluminum component MerCruiser engines.

*NOTE: Use this information in conjunction with Service Bulletin 81-35 (12/22/81).*

### PRESTONE II
### PEAK (Produced after January, 1981)
or any brand anti-freeze solution that meets G.M. specification 1825M.

DO NOT MIX the new anti-freeze solution with the old solution or it will cause small particles to form in the coolant. These small particles can settle in the heat exchanger and restrict coolant flow.

- Drain and flush the old anti-freeze solution from the closed cooling system.
- Re-fill closed cooling system with a 50/50 mixture of water and one of the approved brands of permanent type anti-freeze solutions listed above.

*NOTE: In tropical areas, a good brand of rust inhibitor mixed with water can be used instead of a 50/50 mixture of anti-freeze and water. This supersedes the information in Service Bulletin 81-35 that states that the engines must use a mixture of anti-freeze and water.*

Production has started using the new type anti-freeze solution. The starting serial number is listed below.

| | |
|---|---|
| MCM 470/485 | 6073100 and above |

# Exhibit "E"



# service bulletin

TO:  SERVICE MANAGER ☐  TECHNICIANS ☐
PARTS MANAGER  ☐

No. 84-1

## Thru Transom Exhaust on MCM 185R (V-6)/ 898R/228R/260R Stern Drive Engines - 1983 and Newer

---

### ⚠ CAUTION

**It is the responsibility of the boat manufacturer or installing dealer to properly locate the engine and install the exhaust system. Improper installation may allow water to enter the exhaust manifolds and combustion chambers and severely damage the engine. Damage caused by water in the engine will not be covered by MerCruiser Warranty, unless this damage is the result of defective part(s).**

When installing thru transom exhaust on these model stern drive engines, certain steps must be taken to prevent water from entering the engine.

1. Exhaust Elbow (without stainless steel tube): MUST BE CHANGED. Order:
   (2)  98504A3     Exhaust Elbows
   (2)  27-41813    Exhaust Elbow Restrictor Gaskets

*NOTE: If engine has stainless steel restrictor plate (99208A1), discard plate when using 27-41813 Restrictor Gaskets.*

2. 3" or 6" Exhaust Elbow Riser Kits: If these kits are going to be used, restrictor gasket (a) MUST BE INSTALLED between the riser and exhaust elbow.

   27-87105 Riser gasket (b) is installed at location shown.



3. <u>Transom Exhaust Outlets and Exhaust Hoses:</u>

- OUTLETS MUST HAVE internal shutters and external flappers. Order:
  (1) 57885A2   Thru Transom Exhaust Kit

- OUTLETS MUST BE LOWER than exhaust elbow. There must be 1/2" drop per 1 ft. length in exhaust hose minimum.

- Exhaust outlet (thru transom) MUST BE above the water line with boat at rest and maximum load aboard.

- Exhaust hoses MUST NOT restrict discharge water flow at exhaust elbow. Also, USE TWO CLAMPS at each hose connection.

4. <u>Exhaust Bellows (32734A3):</u> Remove and discard exhaust bellows (between drive unit bell housing and gimbal housing) to allow propeller to draw air.

5. <u>Gimbal Housing Exhaust Block-Off Plate:</u> A block-off plate is available from Mercury Marine, order:
  (1) 97350   Exhaust Block-Off Plate



CORRECT HOSE INSTALLATION

INCORRECT HOSE INSTALLATION



15089

Exhibit "F"

# Exhibit "F"



# service bulletin

TO    SERVICE MANAGER ☐    MECHANICS ☐
      PARTS MANAGER  ☐

No. 87-4

## MCM 420 Exhaust Pipe Repair and Installation

MerCruiser Service has received some reports of water entering the engine on MCM 420 engines. After investigation into the problem it was found that the mounting flanges on the stainless steel exhaust pipes may be warped. If this surface is warped water can leak into the exhaust system from between the exhaust pipe and exhaust elbow. All MCM 420 engines in the following serial number ranges should have the exhaust pipes removed and the mounting flange checked for warpage. (Figure 1)



a - Flange
b - Straight Edge
c - Gasket Surface (Must Be Flat Within .010" (.25mm)
**Figure 1. Checking Exhaust Pipe Flange**

Engines in these serial number brackets must be checked for warped exhaust pipe flanges.

| | |
|---|---|
| A398941 thru A398958 | A399001 thru A399063 |
| A399065 thru A399066 | A399068 thru A399131 |
| A399133 thru A399138 | A399140 thru A399146 |
| A399148 thru A399163 | A399165 |
| A399167 thru A399168 | A399170 thru A399179 |
| A399181 thru A399185 | A399189 thru A399191 |
| A399193 thru A399208 | A399210 thru A399212 |
| A399215 | A399217 |
| | |
| A399219 thru A399221 | A399223 thru A399229 |
| A399233 thru A399243 | A399245 thru A399246 |
| A399248 thru A399249 | A399252 thru A399255 |
| A399258 thru A399269 | A399271 thru A399272 |
| A399274 thru A399277 | A399279 |
| A399281 | A399283 |
| A399288 | A399293 |
| A399296 | A399305 |
| | A399307 thru A399308 |
| | A399315 |
| A399322 | A399327 |
| A399334 | |
| | A399345 |
| | A399351 |
| A399356 | A399402 thru A399403 |
| A399405 | A399407 thru A399412 |

If the exhaust pipe flange is found to be warped the pipes should be sent to:

Mercury Marine
1939 Pioneer Road
Fond du Lac, WI 54935
ATTN: Dave Christie

Order one new exhaust pipe kit (part no. 13851A11) per engine to replace pipes with warped flanges. This kit part no. will only be in affect for the term of this fix program.

When installing the 420 exhaust pipes it is imperative the pipes be installed properly or exhaust hose burning may be experienced. The exhaust pipe must be installed with a water discharge slot at the 12 o'clock position and a weld at the 6 o'clock position. (Figure 2) Failure to do so may cause hot spots on the upper half of the exhaust hose. Future exhaust pipes will be stamped "top" on the mounting flange for ease of correct installation. After installing the pipes properly if they are not marked "top" place an "X" on the top surface of the exhaust flange.

When the replacement pipes are installed, submit a warranty claim for 1.0 hours labor per engine to your Regional Service Center.



21167

a - Water Discharge Slot at 12 O'clock
b - Weld at 6 O'clock

**Figure 2. Proper Exhaust Pipe Installation**

Exhibit "G"



**STERN DRIVES & INBOARDS**

# service bulletin

TO:   SERVICE MANAGER ☐   TECHNICIANS ☐
      PARTS MANAGER   ☐

**No. 89-32**

## Water Ingestion on MerCruiser V6/V8 Stern Drive and Inboard Engines

Under certain operating conditions, V6/V8 engines equipped with thru transom exhaust systems may ingest (suck) water back into the exhaust manifold. This condition is caused by the design of the exhaust system from the exhaust manifold elbow (on the engine) back.

If you have an engine with this condition, install Exhaust Elbow Trough Kit. This kit cannot be installed on engines that have Quicksilver Mufflers (P/N 42-17705A3), Below Swim Platform Kit (P/N 18563A1) or Silent Choice Exhaust System.

**IMPORTANT: Before installing this kit, make sure the engine is mechanically sound. Check for stuck valves, fouled spark plugs, or other internal damage caused by water ingestion.**



50909

**Exhaust Elbow Trough Kit 813070A1**



ORIGINAL

# service bulletin
### STERN DRIVES & INBOARDS

TO:  SERVICE MANAGER ☐  TECHNICIANS ☐
     PARTS MANAGER ☐

**No. 89-32**

## Water Ingestion on MerCruiser V6/V8 Stern Drive and Inboard Engines

Under certain operating conditions, V6/V8 engines equipped with thru transom exhaust systems may ingest (suck) water back into the exhaust manifold. This condition is caused by the design of the exhaust system from the exhaust manifold elbow (on the engine) back.

If you have an engine with this condition, install Exhaust Elbow Trough Kit. This kit cannot be installed on engines that have Quicksilver Mufflers (P/N 42-17705A3), Below Swim Platform Kit (P/N 18563A1) or Silent Choice Exhaust System.

**IMPORTANT: Before installing this kit, make sure the engine is mechanically sound. Check for stuck valves, fouled spark plugs, or other internal damage caused by water ingestion.**



50909

**Exhaust Elbow Trough Kit 813070A1**

**DEBIS V. BRUNSWICK**
MM000040

89-32   1289

Exhibit "H"



HI-PERFORMANCE SERIES

# o.e.m.
# service bulletin

TO:  PURCHASING ☐    INSTALLERS☐
     ENGINEERING☐

| Revised September, 1997 |
| --- |

No. 96-1

## Changes to Exhaust System on 1997 MerCruiser 525 SC Engines

| NOTICE |
| --- |
| This is a revision of MerCruiser Hi-Performance OEM Service Bulletin 96-1. Destroy original Bulletin dated 696 and insert this revised Bulletin dated 997. Changes are underlined. |

Mercury Hi-Performance is now offering CMI exhaust header <u>systems</u> as standard equipment on their 1997 <u>and newer</u> MerCruiser 525 SC engine packages. Tailpipes <u>and exhaust headers (See OEM Hi-Performance Bulletin 96-5)</u> for drive line models are not included with the engine package to save the installer from having to return or exchange <u>exhaust systems</u>. Custom <u>exhaust systems</u> for drive line engines can be purchased directly through CMI (See address at end of this bulletin).

**Avoid water in engine and/or serious engine damage. Mercury Hi-Performance does not recommend any modification to the existing exhaust pipes. Modifications to the pipes could cause water ingestion into the engine which is not covered by normal warranty.**

**If there is a need for custom pipes other than those shipped with the engine, the exhaust system should be fabricated from the exhaust header back by a qualified exhaust pipe fabricator.**

**The customized system should be thoroughly tested to make sure there are no water ingestion problems. Water ingestion problems caused by customized pipes is not covered by the <u>MerCruiser Limited</u> Warranty.**

**If a customized system is installed that offers through the prop <u>or</u> through the transom options (i.e. Silent Choice) on any Hi-Performance MCM engine, the engine should not be operated above 2500 RPM with the exhaust going through the prop or severe engine damage may result.**

CMI will work directly with boat builders or dealers in <u>supplying or</u> exchanging the tailpipes or headers for custom applications. Mercury Hi-Performance will not be offering any kind of exchange. Drive line engines are <u>no longer</u> supplied with a six inch (6") rise header. <u>Contact CMI for a complete exhaust system.</u> All other engines come with the standard rise <u>header</u>. A three inch ( 3") rise header is also available from CMI. Contact CMI if an exchange is needed for your application. CMI will be using the Mercury part numbers for ordering. However, service of exhaust systems under warranty will be handled through Mercury. Following are the part numbers that Mercury will stock.

**Exhaust Header**

| Header Rise | Port Header | Starboard Header |
| --- | --- | --- |
| Standard | 848731A1 | 848736A1 |
| 6.0" <u>(Contact CMI)</u> | <u>848733A1 NLA</u> | <u>848738A1 NLA</u> |

**Tailpipes**

| Port:  848739A1 | Stbd.:  848735A1 |
| --- | --- |

## Upgrading 1996 & Earlier Engines

There will be no upgrade or exchange program of exhaust manifolds to the CMI header on engines shipped with Gil style manifolds. Service of Gil style manifolds that are under warranty will be replaced with only Gil manifolds.

## Installation Information

The new CMI headers for the 525 SC are designed to exit the transom in the same location as the previously used Gil manifolds. However, the Gil exhaust manifolds allowed for some horizontal adjustment between the manifolds and tailpipe. The CMI headers and tailpipe are more rigidly connected, thus offering less flexibility and requiring greater accuracy when cutting the transom exhaust holes.

**CMI Address:**

**Custom Marine, Inc.**
**138 Water St.**
**Menasha, WI 54952**
**Phone:  (920) 722-7084**
**Fax:  (920) 722-4530**

96-1  997

Exhibit "I"

# o.e.m.
# service bulletin


**STERN DRIVES & INBOARDS**

TO:  PURCHASING ☐    INSTALLERS☐
ENGINEERING☐

**No. 96-4**

## Modifying MerCruiser's Exhaust System

### Models

All MCM and MIE Engines

### Problem

Certain boat companies are removing the standard production exhaust elbow installed by Mer-Cruiser. A stainless steel exhaust pipe of some given height is installed on the standard MerCruiser exhaust manifold and connected to the boat s exhaust system. This practice is usually done to the center engine(s) on triple or quad engine offshore style sport boats.

After a short time, the gasket that is between the standard exhaust manifold and the stainless steel exhaust pipe fails because of "pound out." When the gasket fails, water enters the engine and it fails.

### Warranty

The following is stated in MerCruiser's Limited Warranty, under item III;

"Since this warranty applies to defects in material and workmanship, it does not apply to normal worn parts, adjustments, tune-ups or to damage caused by: 1) Neglect, lack of maintenance.....; 2) <u>Use of an accessory or part not manufactured or sold by us</u>; 3) Operation with fuels, oils.......; 4) Participation in or preparing for racing........; 5) <u>Alteration or removal of parts;</u> or 6) <u>Water entering engine cylinder/s through the exhaust system or carburetors/s.</u>"

Clearly, the removal of MerCruiser's production exhaust elbow and the installation of any exhaust pipe that is not manufactured by MerCruiser is a violation of the terms of MerCruiser's warranty.

Any engine that fails because of water in it, and if that engine has exhaust pipes manufactured by someone other than MerCruiser mounted on the standard MerCruiser exhaust manifold, will have the warranty for this failure rejected.

### Maximum Exhaust Riser Height

The maximum height that the 3 in. (76 mm) and the 6 in. (152 mm) of exhaust risers sold by Quicksilver that can be stacked on top of each other is 9 inches (228 mm). Please refer to the current Quicksilver Accessories Guide for the part numbers. Failures created by using exhaust riser heights more than 9 in. (228 mm) will not be covered under MerCruiser's warranty policy.



# service bulletin

TO:   SERVICE MANAGER ☐   TECHNICIANS ☐
      PARTS MANAGER   ☐

## NOTICE

**This is a copy of a Service Bulletin being sent to all boat builders.**

## Modifying MerCruiser's Exhaust System

### Models

All MCM and MIE Engines

### Problem

Certain boat companies are removing the standard production exhaust elbow installed by Mer-Cruiser. A stainless steel exhaust pipe of some given height is installed on the standard MerCruiser exhaust manifold and connected to the boat s exhaust system. This practice is usually done to the center engine(s) on triple or quad engine offshore style sport boats.

After a short time, the gasket that is between the standard exhaust manifold and the stainless steel exhaust pipe fails because of "pound out." When the gasket fails, water enters the engine and it fails.

### Warranty

The following is stated in MerCruiser's Limited Warranty, under item III;

"Since this warranty applies to defects in material and workmanship, it does not apply to normal worn parts, adjustments, tune-ups or to damage caused by: 1) Neglect, lack of maintenance.....; 2) Use of an accessory or part not manufactured or sold by us; 3) Operation with fuels, oils.......; 4) Participation in or preparing for racing........; 5) Alteration or removal of parts; or 6) Water entering engine cylinder/s through the exhaust system or carburetors/s."

Clearly, the removal of MerCruiser s production exhaust elbow and the installation of any exhaust pipe that is not manufactured by MerCruiser is a violation of the terms of MerCruiser's warranty.

Any engine that fails because of water in it, and if that engine has exhaust pipes manufactured by someone other than MerCruiser mounted on the standard MerCruiser exhaust manifold, will have the warranty for this failure rejected.

### Maximum Exhaust Riser Height

The maximum height that the 3 in. (76 mm) and the 6 in. (152 mm) of exhaust risers sold by Quicksilver that can be stacked on top of each other is 9 inches (228 mm). Please refer to the current Quicksilver Accessories Guide for the part numbers. Failures created by using exhaust riser heights more than 9 in. (228 mm) will not be covered under MerCruiser's warranty policy.

Exhibit "J"



# service bulletin

TO:  SERVICE MANAGER ☐   MECHANICS ☐
     PARTS MANAGER ☐

**No. 98-4**

# Internal Exhaust Shutter and External Exhaust Flapper Use

## MODELS AFFECTED

All MerCruiser Hi-Performance engines.

## RECOMMENDATION

MerCruiser Hi-Performance highly recommends the use of **both** internal exhaust shutters and external exhaust flappers with all Hi-Performance products. Without the use of both internal exhaust shutters and external flappers, water reversion may occur.

Due to the variety of exhaust systems and boat applications, Mercury Marine cannot make specific, detailed recommendations regarding each application. It is the responsibility of the engine installer to test for water reversion into the engine.

## WARRANTY

The MerCruiser Hi-Performance Limited Warranty **does not** cover engine damage claims due to water ingestion or reversion.

Exhibit "K"



# INSTALLATION MANUAL
# 5.7L / 7.4L BLUEWATER
# INBOARD MODELS

---

### NOTICE to INSTALLER

**After Completing Installation, These Instructions Should Be Placed with the Product for the Owner's Future Use.**

---

### NOTICE to COMMISSIONING DEALER

**Predelivery Preparation Instructions Must be Performed Before Delivering Boat To The Product Owner.**

---

### NOTICE

**For Cooling System Flow Diagram, Refer to Owner's "Operation and Maintenance Manual."**

---

## Table of Contents

|  | Page |
|---|---|
| General Information | 2 |
| Notice to Installer | 2 |
| Quicksilver Products | 2 |
| Installation Products | 2 |
| Torque Specifications | 2 |
| Serial Number Decal Placement | 3 |
| Engine Rotation | 3 |
| Transmissions | 3 |
| Identification | 3 |
| Propeller Rotation | 4 |
| Propeller Rotation on Dual Installations | 7 |
| Application Ratio Selection | 7 |
| Engine/Propeller Shaft Installation Angle | 7 |
| Propeller Shaft Diameter | 7 |

1995 Brunswick Corporation
The following are registered trademarks of Brunswick Corporation
Autoblend, Jet Prop, Mariner, Merc, MerCathode, MerCruiser, Mercury, Mercury Marine, Quicksilver, Ride-Guide and Thruster.

|  | Page |
|---|---|
| Coupling | 7 |
| Wiring Diagrams | 8 |
| Installation Requirements | 10 |
| Boat Construction | 10 |
| Engine Bed | 10 |
| Engine Compartment | 10 |
| Engine Compartment Ventilation | 10 |
| Exhaust System | 11 |
| Fuel Delivery System | 12 |
| General | 12 |
| Special Information For All Gasoline Engines | 13 |
| Battery | 14 |
| Battery Cables | 14 |
| Instrumentation | 14 |
| Gasoline Engines | 14 |
| Propeller Selection | 15 |
| General Information | 15 |
| Special Information | 15 |
| Throttle / Shift Remote Control and Cables | 15 |
| Seawater Connections - General Information | 16 |
| Seawater Pickup and Hose | 16 |
| Seacock Size | 16 |
| Sea Strainer | 16 |
| Hot Water Heater Installation Information | 16 |
| Supply Hose Connection | 17 |
| Return Hose Connection | 17 |
| Engine Installation | 18 |
| Engine Preparation | 18 |
| Battery Cable Connection | 18 |
| Engine Mount Pre-Adjustment | 19 |
| Initial Engine Alignment | 20 |
| Final Engine Alignment | 21 |
| Seawater Pickup Pump Connection | 24 |
| Fuel Supply Connection | 24 |
| Audio Warning System | 25 |
| Electrical Connections | 25 |
| Exhaust System Hose / Tube Connections | 26 |
| Throttle Cable Installation and Adjustment | 27 |
| Shift Cable Installation And Adjustment | 28 |
| Velvet Drive Transmissions | 28 |
| Hurth Transmissions | 34 |
| Predelivery Preparation | 38 |
| Battery Connection | 38 |
| Test Running Engine | 38 |
| Boat-In-The-Water Tests | 38 |
| After Running Engine | 39 |
| Predelivery Inspection | 40 |

DEBIS V. BRUNSWICK
SR000002          90-821062960  495

# Exhaust System

**IMPORTANT: It is the responsibility of the boat manufacturer, or installing dealer, to properly locate the engine and install the exhaust system. Improper installation may allow water to enter the exhaust manifolds and combustion chambers, and severely damage the engine. Damage caused by water in the engine will not be covered by MerCruiser Warranty, unless this damage is the result of defective part(s).**

Determine if exhaust elbow risers are required, by taking measurements "a" and "b", with boat at rest in the water and maximum load aboard. Subtract (b) from (a) to find (c). If (c) is less than specified in chart, select appropriate size exhaust elbow riser kit, and exhaust extension kit if applicable, that will correctly position exhaust elbow.

| Model | (c) = (a) Minus (b) |
|-------|---------------------|
| All Engines | **(c) Must Be 13 in. (330 mm) or More** |



22457

**Typical Installation Shown**

a - From Waterline to Top of Transom
b - From Highest Point on Exhaust Elbow to Top of Transom
c - Equals (a) minus (b)
d - Waterline at (c) rest

When designing and installing exhaust system, it is very important that the following points be taken into consideration:

**NOTE:** *Information given applies to all engines unless otherwise stated.*

- System layout and construction must prevent cooling system discharge water from flowing back into engine and also must prevent seawater from entering engine via exhaust system.

- The exhaust hoses and pipes must not be higher than exhaust elbows at any point.

- The exhaust outlet (for routing exhaust to outside of boat) must be located so that a minimum of 1/2 in. (13mm) per foot (305mm) downward pitch (drop) exists in the exhaust hose or pipe from the engine exhaust elbow to the outlet, with a minimum drop of 4 in. (100mm) overall. (This is an American Boat & Yacht Council recommendation.) The drop must be constant so that a low spot does not exist at any point in the exhaust hose or pipe.

- Exhaust outlet must be slightly above the water line with boat at rest in the water and a full load aboard. Exhaust outlet should be equipped with an internal shutter to prevent seawater from running back into exhaust system. The use of an exhaust flapper on each outlet also is recommended.

- System must not cause excessive back pressure when measured at exhaust elbow outlets. Back pressure MUST NOT exceed a 53-1/2 (1359 mm) water column, or 4 in. (100 mm) of mercury when measured with a mercury manometer [approximately 2 PSI (13.8 kPa)] Minimum exhaust hose sizes are given in chart:

| Minimum Exhaust Outlet Hose Size | |
|----------------------------------|---|
| Single Outlet | Dual Outlet |
| 4 in. (102 mm) | 3 in. (76 mm) |

- Exhaust hoses must be secured at each connection with two (2) hose clamps.

- Exhaust hoses must be connected to exhaust elbows so that they do not restrict the flow of discharge water from the elbow. If hoses are connected incorrectly, a hot spot in the hose can occur, and can eventually burn thru.

**NOTE:** *On gasoline engines a kit is available, when applicable, to reduce from the 4 in. to 3 in. (76mm). Refer to the "Quicksilver Accessories Guide." for kit part number.*

Exhibit "L"

# o.e.m.
**MERCURY** *MerCruiser* # service bulletin

No. 2000-9

☐ **WARRANTY INFORMATION**          ☑ **SERVICE INFORMATION**

This is a copy of dealer Service Bulletin 2000-13 being sent to all Mercury MerCruiser dealers.

▲ = **Revised January 2001.**

## 496 CID / 8.1L Exhaust Installation

**IMPORTANT: It is the responsibility of the boat manufacturer and/or the installing dealer to properly locate the engine and install the exhaust system. Damage caused by water in the engine will not be covered by the Mercury MerCruiser warranty, unless this damage is the result of defective parts or workmanship on the part of Mercury MerCruiser.**

| ⚠ CAUTION |
|---|
| **Avoid severe engine damage. Improper installation of the engine and/or exhaust system may allow water to enter the exhaust manifolds and combustion chambers and severely damage the engine. Install the engine and exhaust system according to Mercury MerCruiser instructions and procedures, and according to recommended practices.** |

## Exhaust System

When designing and installing the exhaust system, the following points must be taken into consideration:

- System layout and construction must prevent the cooling system discharge water from flowing back into the engine and seawater from entering the engine through the exhaust system.
- The exhaust hoses and pipes must not be higher than the exhaust elbows at any point.
- The drop must be constant so that a low spot does not exist at any point in the exhaust hose or pipe.

| Continuous Downward Slope From Horizontal | | | | | |
|---|---|---|---|---|---|
| **Model** | **Engine Installation Angle*** | **Minimum** | | **Maximum** | |
| Sterndrive | 0° | 9° | 1-7/8 in. (48 mm) per 12 in. (305 mm) | 19° | 4-1/8 in. (105 mm) per 12 in. (305 mm) |
| Down-Angle Inboard | Fore End Raised 2° | 11° | 2-5/16 in. (59 mm) per 12 in. (305 mm) | 21° | 4-5/8 in. (117 mm) per 12 in. (305 mm) |
| | Fore End Raised 4° | 13° | 2-3/4 in. (70 mm) per 12 in. (305 mm) | 23° | 5-1/16 in. (129 mm) per 12 in. (305 mm) |
| | ▲Fore End Raised 7° | 16° | 3-7/16 in. (87 mm) per 12 in. (305 mm) | 26° | 5-7/8 in. (149 mm) per 12 in. (305 mm) |
| V-Drive Inboard | Fore End Lowered 2° | 7° | 1-1/2 in. (38 mm) per 12 in. (305 mm) | 17° | 3-11/16 in. (94 mm) per 12 in. (305 mm) |
| | 0° | 9° | 1-7/8 in. (48 mm) per 12 in. (305 mm) | 19° | 4-1/8 in. (105 mm) per 12 in. (305 mm) |
| | Fore End Raised 3° | 12° | 2-1/2 in. (64 mm) per 12 in. (305 mm) | 22° | 4-7/8 in. (124 mm) per 12 in. (305 mm) |

* Fore - End of engine closest to bow of boat.

- The first 18 in. (457 mm) of exhaust hose should drop the specified minimum relative to horizontal. Thereafter, 3° of drop or 1/2 in. (13 mm) of drop per 12 in. (305 mm) relative to horizontal is a MINIMUM requirement for the rest of the exhaust system.

- Exhaust hoses should not restrict the flow of discharge water from the elbow. The exhaust hose cannot be bent more than 5° relative to the exhaust elbow outlet as a hot spot in the hose will occur and burn through.

- ▲ For sterndrive packages using a through the transom or through the hull exhaust system, the use of internal shutters and external flappers is required. Mercury MerCruiser strongly recommends the use of exhaust resonators with this type of exhaust system.

  ▲ For sterndrive packages using a through the prop exhaust system, do NOT use internal shutters, external flappers, or resonators.

  ▲ For all inboard applications, do NOT use internal shutters or external flappers. Mercury MerCruiser strongly recommends the use of exhaust resonators with these applications.

- The exhaust resonator is positioned with the inside flat surface at the preferred distance of 17 in. (432 mm) from the front edge of the exhaust hose but no closer than 2 in. (51 mm) to the exhaust outlet on sterndrives. The 17 in. (432 mm) dimension can be reduced, if necessary, to a MINIMUM of 13 in. (330 mm). This dimension must be the same on both exhaust outlets.

- System must not cause excessive back pressure when measured 10 in. (254 mm) aft of the exhaust elbow outlets. Back pressure MUST NOT exceed 2 psi (14 kPa). Minimum exhaust hose sizes are given in the following chart:

| Minimum Exhaust Outlet Hose Size | | |
|---|---|---|
| **Model** | **Single Outlet** | **Dual Outlet** |
| ALL | 5 in. (127 mm) | 4 in. (102 mm) |

- Exhaust hoses must be secured at each connection with 2 hose clamps.

Exhibit "M"

# *MERCURY* *MerCruiser* service bulletin

**No. 2001-10**

☑ **WARRANTY INFORMATION**          ☐ **SERVICE INFORMATION**

## Gasoline Engines with Water Damage

### Situation

Use this bulletin when working on an engine that is still within the warranty period.

Water can get into an engine in several different ways. The two main areas where water can be found in an engine are in the oil or on top of the pistons. Sometimes water is in both locations. Occasionally, water is found inside the exhaust manifold and not inside the engine. You need to know where the water is located to properly diagnose the failure.

### Step 1

A.  Quiz the boat owner when they first report this problem to your dealership about who, what, when, where and how they first noticed the problem. Find out as much information as possible about what occurred just prior to the boater's discovery of the problem.

B.  Ask if the boat sank or had a lot of water in the bilge.

Attach this information to the work order to help the technician when they work on the engine.

### Step 2

When a product comes in for repair and it has water in the engine or the exhaust system, speed is an important factor. The primary goal is to try and save the engine itself. This has to be done immediately after the boat owner contacts the dealership with the problem.

A.  Check engine oil to see if water is in the oil. If there is, change oil and filter.

B.  Check for water on the top of the pistons. Remove the spark plugs and ground the coil high-tension wire. Crank the engine over to purge any water. Squirt engine oil into the cylinders through the spark plug holes and crank the engine over again. Look at the spark plugs for signs of water.

C.  Install new spark plugs and try to start the engine. If possible, run engine until it reaches its normal operating temperature. Run engine at 1300 rpm during this time.

D.  Note on the work order what was observed. Water in oil, (yes or no). Water in cylinders, (yes or no).

When the technician is ready to work on the engine, these notations on work order will help them understand the failure and in what condition the engine was in when it came in.

## Step 3

A.  If the boat is in the water, leave it there. If boat is on a trailer, you may be asked to launch the boat and take some measurements while it is tied to the dock.

B.  Do not disassemble any exhaust component or remove cylinder heads.

C.  Call the Mercury Marine Technical Service Center for your location for further instruction.