# Exhibit "N"

# *MERCURY* *MerCruiser* **service bulletin**

No. 2001-11

☑ **WARRANTY INFORMATION**          ☐ **SERVICE INFORMATION**

This Service Bulletin replaces Service Bulletin 99-1 and 95-20.

# Testing Starter Motors

## Models

All MerCruiser gas engines.

## No Trouble Found or Water in Starter Motors

We receive starter motors returned for warranty that function properly when tested. The first test that should be done on an engine with a starter motor problem is to check the condition of the engine's cranking battery. If the fault is not with the battery, test the starter motor voltage as outlined in this bulletin.

We also have found either water or corrosion inside starter motors returned for warranty. Condensation will not cause the amount of damage found. Inspect all starter motor failures for signs of water damage before sending it in for warranty.

## Testing the Starter Motor with a Voltmeter

Other than water damage, low voltage is the number one cause of shortening the expected life of a starter motor. Low voltage causes excessive heat to build up in the starter motor. It can also cause starter motor solenoid contact problems. Perform these tests before removing starter from the engine.

1. An analog or digital voltmeter can be used, but the digital meter is best.

*NOTE: Be sure to '0' meter before making the test and that the boat's battery is fully charged.*

2. Remove the coil wire from distributor cap and ground it so engine does not start.

3. Connect voltmeter positive (+) lead directly to the large, threaded starter motor terminal that the battery positive (+) cable is connected to.

4. Connect voltmeter negative (–) lead directly to an unpainted metal surface on starter housing.

5. Crank engine over with key switch for about 10-15 seconds and watch the voltmeter.

6.  A voltmeter reading of 9.5 volts or more indicates that there is sufficient voltage being supplied to the starter to operate properly.

    a.  If the starter does not function like it should, there could be a problem with the starter or the engine. Remove the spark plugs and try turning the engine over by hand to rule out the engine itself.

7.  A meter reading below 9.5v indicate voltage loss between the starter motor and the battery. Example: Voltage measured at the battery posts indicates 12.5v. You measure 9v at the starter. That means there is a 3.5v drop between the battery posts and the starter. Corroded battery cables, loose or dirty connections, loose battery cable terminal crimps, under size battery cable gauge for length used in boat, painted surfaces or battery switches could be the cause for this voltage drop.

Look for cause of low voltage by using the following test.

8.  Test the battery positive (+) cable first. Connect voltmeter (+) lead directly to the battery (+) post, not the battery cable ring terminal. Connect voltmeter (–) lead directly to the large, threaded starter motor terminal that the battery (+) cable is connected to.

*NOTE: Remove one voltmeter lead before starter motor is turned off or voltmeter damage may occur. The starter may produce a voltage spike that can damage a voltmeter.*

    a.  Crank engine over while looking at the voltmeter.

The maximum allowed drop is 0.25v.

    b.  To find the point where the resistance is highest, leave the voltmeter (+) lead on the battery post and move the voltmeter (–) lead to the battery (+) cable ring terminal, that is on the threaded starter terminal.

    c.  Next, move voltmeter (–) lead to the battery cable itself that is inside the crimped battery cable ring terminal.

    d.  Test each battery cable connection in this manner all the way back to the battery (+) post. If a battery switch is used, check between the battery cable ring terminal and the switch's terminal.

9.  Check for voltage drop on battery negative (–) cable. Connect voltmeter (–) lead directly to the battery (–) post, not the battery cable ring terminal. Connect voltmeter (+) lead to an unpainted surface of the starter housing.

*NOTE: Remove one voltmeter lead before starter motor is turned off or voltmeter damage may occur. The starter may produce a voltage spike that can damage a voltmeter.*

    a.  Crank engine over while looking at the voltmeter.

The maximum allowed drop is 0.25v.

    b.  To find the point where the resistance is highest, leave voltmeter (–) lead on battery (–) post and move voltmeter (+) lead to the ground stud where the battery (–) cable is connected.

    c.  Then move the voltmeter (+) lead to the battery (–) cable ring terminal, that is on the ground stud.

    d.  Next, move voltmeter (+) lead to the battery cable itself that is inside the crimped battery cable ring terminal.

    e.  Test each battery cable connection in this manner all the way back to the battery post.

10. After testing to ensure that the starter motor is getting at least 9.5v, test the starter motor solenoid to see if it is getting at least 9.5v from the slave solenoid during cranking. Low voltage at the starter solenoid can cause intermittent operation of the solenoid contacts and shorten the life of it.

a. Connect the voltmeter (+) lead to the terminal on the starter solenoid that has the YEL/RED wire from the slave solenoid connected to it. Connect the voltmeter (–) lead to unpainted surface of the starter housing.

b. Crank engine over and watch the voltmeter. If the starter solenoid is not getting 9.5v, the YEL/RED wire or the slave solenoid could be the cause of the low voltage.

## Water or Corrosion Inspection

1. Delco PG260 models only, remove the 2 short screws from the end cap and look at the threads.

   a. If they are clean and gold in color, the starter motor did not have water inside of it.

   b. If they are dirty and black or gray in color, the starter motor may have had water on the inside of it, go to step 2.

2. Remove the 2 long bolts to disassemble and inspect the inside of the starter motor.

   a. Heavy rust and corrosion inside the starter motor indicates water damage.

   b. If starter motor has little or no signs of rust or corrosion on the inside, go to step 3.

3. Remove starter solenoid. Look at condition of solenoid plunger grease.

   a. Brown or red rust colored grease or if the plunger is rusty, solenoid has been under water.

4. If no signs of rust or corrosion is found after steps 1-3, place all loose parts in a sealed plastic bag. Return starter motor and bagged parts with warranty claim.



74041

**All Delco Starter Motors**
 **a** - Short Screws, PG260 Models Only
 **b** - Long Screws

## Replacing Starter Motors

When a starter motor is replaced, retest the voltage at the starter motor to ensure that it is getting a minimum of 9.5 volts.

If a complete starter motor is needed for warranty replacement, it must be ordered from Mercury Parts. The use of any other company's starter motor as a warranty replacement is not allowed.

## Warranty

Any starter motor returned for warranty that has either a "no trouble found condition" or signs of water being on the inside of it, will have the warranty claim rejected and the part returned to the dealer.

Exhibit "O"

# *MERCURY* *MerCruiser* service bulletin

No. 2001-13

☐ **WARRANTY INFORMATION**          ☑ **SERVICE INFORMATION**

# Gasoline Engines and Water Intrusion

## Models

All gasoline 4, V6 and V8 MerCruiser engines.

## Situation

This bulletin is meant to help marine dealers troubleshoot engines, in or out of the warranty period, that have water intrusion.

Marine engines are built to perform in harsh conditions, including saltwater. The vast majority of these engines perform reliably. Occasionally, an engine inadvertently will have water enter it and this water has the potential to cause damage. This water can be found in the oil or on top of the pistons. Rarely is water found in both locations. Sometimes, water is found inside the exhaust manifold but not inside the engine. To properly diagnose the failure, you need to know where the water was found.

1. Quiz the boat owner when they first report this problem to your dealership about who, what, when, where and how they first noticed the problem. Find out as much information as possible about what occurred just prior to the boater discovering the problem.

2. Ask if the boat sank or had a lot of water in the bilge.

    a. If this has happened to the boat, drying all electrical components and getting the engine running as soon as possible after getting the water out of the bilge is critical. Once air (oxygen) comes in contact with the submerged components, corrosion will start.

Attach this information to the work order to help the technician when they work on the engine.

## First, Save the Engine

When a product comes in for repair that has water in the engine or the exhaust system, speed is an important factor. The primary goal is to save the engine itself. This has to be done immediately after the boat owner contacts the dealership with the problem.

1. Check engine oil to see if water is in the oil. If there is, change oil and filter.

2. Check for water on the top of the pistons. Remove the spark plugs and inspect them for signs of water. Ground the coil high-tension wire, then crank the engine over to purge any water out of the cylinders. Squirt engine oil into the cylinders through the spark plug holes and crank the engine over again.

3. Install new spark plugs and start the engine. If engine starts, run it at 1300 rpm until it reaches its' normal operating temperature.

4. Write on the repair order where water was found in the engine and what was done to save it. This will help the technician when they are ready to work on the engine.

   a. When working on an engine with water intrusion, replacing the damaged parts is not enough. The root cause has to be determined and fixed so the boater will not be back later with the same problem.

## Water Found in Engine Oil

Refer to information noted on repair order during 1-4 above, preceding.

1. Water in oil, but not on top of pistons.

   a. Start and run engine the second time at 1300 rpm until it reaches operating temperature. Check for water in engine oil again.

   b. If water is in the oil again, the most likely reason is an intake manifold gasket or crack in the intake manifold, cylinder head or cylinder block.

   c. If water is not in the oil again, the engine is sound and the water got in by an unknown way.

2. Water in oil and on top of pistons.

   a. Do step 1. If water is not in the engine's oil again, then water got on top of the pistons and ran past the rings into the oil pan while the engine was not running. See "Water on Top of Pistons".

## Water on Top of Pistons

If water is found only on the top of pistons, the most likely way it got there is through the intake or exhaust valve. Rarely is it caused by a crack in the cylinder head or a bad cylinder head gasket.

1. Water entering through intake valve.

   a. Sometimes water is found on top of the pistons and it is thought that it came in through the exhaust system. Look for signs of water entering the carburetor or throttle body then going into the intake manifold. The most common cause for water entering the engine this way is rainwater drainage onto the carburetor or throttle body.

2. Water entering through exhaust valve.

   a. Water entering the engine through the exhaust valve can be caused by many reasons or conditions. Refer to "Water Coming Back In Through the Exhaust System".

3. Bad cylinder head gasket or cracked cylinder head or cylinder.

   a. This type of failure normally is in one cylinder only. The water may foul out the spark plug and draw water backward through the exhaust system into the exhaust manifold. The only way to find this problem is to remove the cylinder head and inspect cylinder, cylinder head and gasket.

## Water Coming Back In Through the Exhaust System

Water getting into the cylinders through the exhaust valve or even just getting back into the exhaust ports in the manifold can have many different causes. Unlike automotive engine exhaust systems, marine engine exhaust systems are wet and very close to water. A marine engine's cooling water and exhaust mix at the end of the exhaust elbow on the engine. Because of this, the engine's exhaust system is where water gets back into the engine the easiest. The primary causes for water to get back into the engine through the exhaust system are 1) Engine Running Conditions, 2) Boat's Waterline, 3) Water Ingestion and 4) Engine Exhaust System Component. Each is described in depth following.

## Engine Running Conditions

1. Ignition misfire (fouled spark plug).

   a. If an engine has a spark plug that is not firing, that cylinder will act like an air compressor and it can draw water backward into the exhaust manifold. Inspect all spark plugs, wires and the ignition system to make sure this was not the cause for water in the engine.

2. Engine run-on (dieseling).

   a. An engine that continues to run after shutting the ignition key off can draw water backward into the exhaust manifold. Engine can run in reverse direction when it 'diesels'. If an engine 'diesels' when the key is turned off, turn key back on and increase rpm (in neutral) to 1300 for 40 seconds then return engine to idle rpm. Let engine continue to idle for 60-90 seconds and then turn key off. Refer to Service Bulletin 97-17 for additional information.

3. Bad valves.

   a. Valves that are not seating properly can draw water backward into the engine. Take engine compression. If low, grind valves and seats.

4. Sticking exhaust valve.

   a. An exhaust valve that sticks in its valve guide can draw water backward. Cylinder will act like an air compressor. Repair cylinder head, as necessary.

GASOLINE ENGINES AND WATER INTRUSION

## Boat's Waterline

The normal symptom for this problem is the engine ran fine until the boater turned the engine off for a period of time. When they went to restart the engine, it was 'locked up' or it did not run smoothly.

1.  Swim platforms and transom plate 'pockets'.

    a.  Rapid boat de-acceleration and then shutting the engine off on boats with either of these can cause water to be forced back up the exhaust system. The sudden rush of water against the boat's transom can 'push' water higher than normal up inside the exhaust system. Boats with exhaust outlets on the side of the hull or that use 'water lift' type canister mufflers rarely will have this type of problem.

2.  Exhaust elbow height too low.

    a.  With the boat setting at rest in the water, measure the distance from the boat's water line to the top of the engine's exhaust elbow. Compare your measurement to the specifications in the service manual for the engine that you are measuring. If the measurement does not meet specifications, 3 in. (76 mm) or 6 in. (152 mm), Riser Kits will have to be installed.

3.  Too much weight at stern of the boat or boat was 'beached'. The customer has to be quizzed as how the boat was loaded or what was done just prior to the problem occurring. It is important to duplicate what was done to the boat just prior to the customer having the problem.

    a.  If the exhaust elbow height meets the specification, the water could have come in because of too much weight being in the stern of the boat. This weight could be either gear or people at the stern or on the swim platform while the boat was 'at rest' in the water. Equal weight has to be placed at the stern or on the swim platform and then recheck exhaust elbow height.

    b.  If the boat was 'beached' when the problem occurred, do the same and then recheck exhaust elbow height.

4.  Exhaust hose/collect/muffler downward angle (engines with thru-hull exhaust only).

    a.  If 1, 2 or 3 was not the cause of the water entering the engine, then the boat's exhaust system has to be examined. Measure the downward angle of all exhaust components from the engine to where it exits the boat's hull to make sure they are within specifications. Make sure no component of the exhaust system is running 'up hill', allowing water to drain backward into the engine. See "Inboard Engine Exhaust Systems" in this bulletin.

## Water Ingestion

Engine cooling water mixes with the exhaust at the end of the exhaust elbow to go overboard. Under certain conditions, a fine mist or droplets of water can be drawn backward into the exhaust passage of the exhaust elbow while the engine is idling. They can travel backward until they 'wet' the vertical exhaust passage. When the engine is shut off, these droplets flow downward and collect in the exhaust manifold runners that go to the cylinder head. In saltwater areas, the water evaporates and leaves a salt crystal deposit in the runner. Over time, these salt crystals will cause rust to form on the exposed surface of an open exhaust valve. When this valve sticks, it will cause more water from the exhaust elbow discharge to be drawn backward into the engine.

This condition is more likely to occur on engines that have exhaust systems that exit out the boat's hull. Sterndrive engines that have thru-prop exhaust are least likely to see this condition. This condition is seen more in saltwater areas, but rarely seen in fresh water areas unless there is a poor engine running condition. Look inside the exhaust passage (at hose end of the exhaust elbow) to see if a salt or rust trail is present from that point on backward toward the manifold. If there is, the engine could have water ingestion.

1. All engines have valve overlap, even 4 cylinder engines. Gen+ V6 and V8 engines have more valve overlap than the older engines. The higher horsepower big block V8 engines have more than the base big block engines. This 'valve overlap' coupled with the 'tuning' of the boat's exhaust system can cause water ingestion. Valve overlap is more likely to cause water ingestion at idle or low engine rpm than it is at higher engine rpm.

2. Extended idling before shutting the engine off.

   a. This affects an engine with thru-hull exhaust outlets more that thru-prop exhaust models. Because of 'No Wake' zones and other conditions, engines that idle 30+ minutes prior to being shut off, tend to be more likely to have water ingestion. Quiz the boat operator about their idle times. One way to stop or minimize this condition is to increase engine rpm (in neutral gear) to 1300 for 45 seconds then slowly return throttle to idle position and shut the engine off.

3. Throttle 'chops'.

   a. Doing 'throttle chops' can cause water exiting from the exhaust elbow to be drawn backward into the engine on either thru-hull or thru-prop exhaust engines. Also, it can happen with the boat in the water or on a trailer with a flush device. Caution technicians and boat owners about doing 'throttle chops'.

4. Missing internal shutters in exhaust tips (sterndrive engines only).

   a. Sterndrive engines with thru-transom exhaust are more likely to have water ingestion if the internal shutters are missing. The exhaust hose length is short on these installations. The internal shutters help break up the 'tuning' effect of the short hoses. Install exhaust tips that have internal shutters that will not burn out or break off. Installing exhaust tip silencers is another option. If there is room in the exhaust hose, installing the Exhaust Resonator Kit will help correct this condition also.

5. Silent Choice type exhaust systems (sterndrive engines only).

   a. Sterndrive engines equipped with Silent Choice type of exhaust system normally will not have water ingestion if the boat owner directs the exhaust thru-prop while in 'No Wake' zones or while idling for an extended time. If the exhaust system is in the 'thru-hull' mode during this low speed operation, the engine may ingest water if the internal shutters of the exhaust tips are missing.

6. Boat exhaust systems (engines with thru-hull exhaust only).

   a. Engines with thru-hull exhaust systems can have a 'tuning' effect. Exhaust hose length, 45°, or 90° fittings, location of collector and/or muffler and the thru-hull exhaust tip all can affect water ingestion. The only way to test for this condition is to monitor the amount of water that collects in the runners of the exhaust manifold after idling for 45 minutes. Engine has to be at normal operating temperature before starting the idle test. Using Exhaust Resonator Kits in the exhaust hoses will help stop the 'tuning' affect in the exhaust system. The Mercury Parts Exhaust Resonator Kit does not cause any horsepower loss.

# Engine Exhaust System Component

Just because there are streaks of rust on the outside of the manifold does not mean the elbow gasket was leaking toward the inside into the exhaust passage. The water pressure in the water passages of the engine exhaust system that these gaskets seal is lower than the exhaust gas pressure.

Before disassembly of exhaust system components, always draw a chalk line from the manifold up to the exhaust elbow. Use a single line on one side of the engine and two lines on the other side. By doing this, you can look at how the parts fit together while it was on the engine. This is important when trying to find the cause of the problem.

Drain water from exhaust components before disassembly. If possible, leave exhaust manifolds on the engine and remove just the exhaust elbow (and riser) so you can look down into the manifolds to see the condition of the exhaust ports. Do one side at a time.

1. Inspect gaskets.

   a. On Fire Ring gaskets, look for a water path from one of the water passages to the exhaust passage. If black exhaust carbon is evident between where the fire ring was on the part's gasket surface and the exhaust opening, the gasket probability did not have a water leak to the exhaust passage. A water leak normally will prevent exhaust carbon from forming. Verify if the fire ring sealed all the way around the exhaust opening of the component on both sides of the gasket.

   b. On Non-Fire Ring gaskets, look for a water path from the water passage to the exhaust passage. If the gasket has to be scraped off of the component's surface, it probability did not leak.

2. Inspect gasket surfaces. Look at the gasket surface on the exhaust manifold, riser (if used) and exhaust elbow.

   a. Look for damaged gasket surface. If the gasket surface of a new or used part has a dent, groove or porosity that goes into a water passage, do not use the part.

   b. Inspect gasket surfaces closely for corrosion. If the gasket surface has areas that are corroded away, replace the part.

3. Internal crack.

   a. An internal casting crack in the exhaust manifold, riser (if used) or exhaust elbow will usually occur early in the life of the part. Do not confuse the casting's parting line for a crack. Check for freeze cracks. Freeze cracks always have one side of the crack pushed outward. Replace the cracked part.

4. Low inner gasket surface (exhaust elbow only).

   a. Make sure the inner gasket surface (around exhaust passage) is the same height as the outer gasket surface. If it is not, replace the part.

5. Hole corroded through exhaust elbow (at hose end of the exhaust elbow).

   a. Inspect exit end of the exhaust elbow for any holes that have been corroded through it. Replace any exhaust elbow that has a hole corroded through it.

6. External exhaust component problems. Several external failures may occur but they will not cause water in the exhaust. These problems will only cause an external leak.

   a. Cracked casting at the core plug. Most frequently at the 2 core holes in the exhaust manifold, on either side of the exhaust elbow. Occurs when metal plug is installed too deep into the manifold. Seldom seen with a composite plug. Composite plugs has a Torx socket, cast iron plug has square socket and brass plug has hex socket. Rarely happens in risers or exhaust elbow.

   b. Leaking composite 90° elbow at the bottom of the exhaust manifold. Leak occurs at the thread of fitting. Caused by engine over heat or if used with a closed cooling system that has the exhaust manifolds included in the closed cooling system. Failure is seen more on V8 454/502 cid engines because the 90° elbow is threaded into a partially water-cooled exhaust runner. Very rarely is this seen on V6 or 305/350 cid engines. Correction is to clean threads in exhaust manifold and use brass 90° elbow.

   c. The V8 454/502 cid exhaust manifolds used a composite core plug on the side toward the cylinder head. If engine is slightly over heated, these plugs may start to leak. Correction is to clean threads in manifold and use either cast iron or brass plug. Make sure the metal plugs clear the cylinder head when the exhaust manifold is bolted up. V6 and V8 305/350 cid manifolds, risers and exhaust elbows rarely leak.

GASOLINE ENGINES AND WATER INTRUSION

7. Repair.

   a. Use a gasket scraper or a wide blade 'putty knife' to remove the old gasket. Do not use a wire brush or sanding disk on a drill to clean the surfaces because the surfaces will be rounded. Surface can be machined slightly to clean it up. See MerCruiser Service Bulletin 99-10 for machining specifications. Look around exhaust passage for discolored metal (dark in color). If the metal is dark after cleaning, replace the part.

   b. Do not remove the paint from the gasket surface of new Mercury Parts exhaust components. This paint is a coating to help prevent corrosion. Sometimes a paint run or a build-up of the ceramic coating is on the gasket surface of a replacement manifold, riser or exhaust elbow. Use a file to remove just that defect. Leave the rest of the surface painted.

## Inboard Engine Exhaust Systems

When working on an inboard engine powered boat, check the boat's exhaust system also.

1. The muffler, collector and exhaust hoses must be supported adequately to maintain proper orientation and to prevent overstressing any exhaust component.

2. The drop in the exhaust hose must be continuously sloping downward so that a low spot does not exist at any point. The exhaust collector or y-pipe must also have the proper downward slope to prevent the retention of water.

   a. Boats built prior to March 2001: ABYC recommends a minimum drop of ½ in. per 1 foot (42 mm per 1 m) with an overall drop of not less than 4 in. (102 mm) between the exhaust elbow outlet and the boat outlet.

   b. Boats built after March 2001: MerCruiser recommends a minimum of 18 in. 457 mm) of exhaust hose be used between the exhaust elbows and the collector, y-pipe, first angular fitting or muffler. This portion of the exhaust hose must have a 6° downward slope for conventional inboards, including ski models, and 4° for V-drives.

   c. The 496 cid (8.1L) models must be within + or − 5° of the exhaust outlet angle on the exhaust elbow.

# Exhibit "P"



Copy and distribute to all appropriate
locations and personnel

October 11, 2001     S E R V I C E     #02-07

**TO:**     **ALL SEA RAY DEALER PRINCIPALS, PARTS MANAGERS,
SERVICE MANAGERS, WARRANTY MANAGERS**

**SUBJECT:**     **SEA RAY® EXHAUST INSTALLATION/VERIFICATION & SALT
WATER INTRUSION PROCEDURES FOR 310DA, 340DA, 370DA,
380DA, 400DA, 410DA (1999 TO 2001 MODEL YEAR WITH
COLLECTOR STYLE EXHAUST SYSTEMS)**

Over the past several months, we have received numerous reports of Water Ingestion issues in salt-water applications occurring with V-Drive models equipped with MerCruiser® power packages. The field failures are not specifically linked to either small block or big block packages; consequently, the information contained in this communication is generic from the standpoint that it addresses both packages. Where necessary, specific call-outs have been added where significant differences exist between packages. Sea Ray® recognizes the critical importance of correct exhaust system set-up; therefore with the occurrence of failures in the field, your understanding of our exhaust systems is critical.

First, we need to provide you with a brief history and definitions concerning water ingestion. As a result of extensive investigation and testing with Mercury Marine, Sea Ray® has changed the exhaust configuration on V-Drive and inboard product to a water lift style system over the past two model years. Our goal in doing this is to eliminate the possibility, however small, that water could potentially travel the length of the exhaust system and damage the engine valve train, which in turn could lead to outright engine failure. Of course, there are many contributors to water ingestion other than a boat's exhaust system. Our goal was to remove the boat's exhaust system from the list of potential contributors to a failure scenario. Boat owner usage patterns, engine exhaust manifold gasket failures or surface irregularities, engine valve train failures, condensation, and reversion can also either contribute to, or be a precipitating factor in a failure scenario. Each of these items will be discussed in more detail below.

We realize that there are many vessels in the field with the Horizontal Collector Style Exhaust. This exhaust set-up has proven its robustness and efficiency over the years, however the possibility has always existed that exhaust components could be rearranged during servicing of engines or items in the bilge. As I am sure you are aware, there is a lot of equipment in the bilges of our product. Moving around in the bilge can be quite difficult when servicing certain items; therefore, it may be necessary for you to disassemble systems in order to access others. Please allow this information to serve as a guide when reassembling or assessing the correctness of one of our model's exhaust systems. Please refer to MerCruiser's service bulletins #2001-10 and #2001-13 for more information about diagnosing and repairing engine water ingestion damage. Some of the potential causes for water ingestion include but are not limited to the following:

Condensation
Water is a normal by product of the combustion of fossil fuels. Condensation in the engine manifolds produces freshwater, which cannot cause problems alone. However, if an excessive amount of condensation is occurring and another factor causes saltwater to combine with it, valve train damage and other serious engine problems can result.

Reversion
Reversion is a phenomenon where water is driven backwards by exhaust pulses. Factors that can cause reversion include but are not limited to the following: 1) engine misfiring; 2) insufficient exhaust system backpressure; 3) valve train damage caused by over-propping; 4) boat exhaust system pipe length, pipe down-angles and sharp bends can cause tuning effects which lead to reversion; 5) insufficient exhaust elbow height; 6) quick deceleration



DEBIS V. BRUNSWICK
MM000063

Service Info-Gram #02-07
Page 2
October 11, 2001

or throttle chops can create a negative pressure in the boat's exhaust system, which may allow the salt fog to be pulled back into the engine; 7) incorrectly positioned exhaust resonators.

Water Leaks

Water leaks can come from a number of different areas. Some of the common factors that can cause water to leak into an engine via the exhaust system include the following: 1) leaks at the exhaust elbow to manifold assembly, which may be caused by bad castings, leaky gaskets or improper assembly; 2) corrosion of exhaust system components. These factors can aggravate situations where excessive condensation water is already present inside of the exhaust manifold. Note: External salt trails on manifolds are not always an indicator of internal leaks, however, they are an indicator that the gasket has been breached, and could potentially be leaking internally as well.

Extended Time Between Consumer Uses

Simply as the title implies, long periods of time between uses allow any saltwater that may have leaked or reverted into the exhaust manifold to corrode the valves, potentially causing them to stick open. This contributor to water ingestion can be minimized by engine fogging, when actual usage is infrequent. Note: **Additionally, as a normal part of the winterization process, all engines used in a marine environment should be completely fogged according to MerCruiser service bulletin #2001-15.**

Exhaust System Illustration:



**Collector or Horizontal Collector Exhaust System**

| 1A | 5.0DA | | | 5.8DA | | | 5.7DA | | | 6.2DA | | | 4.3DA | | | 4.3DA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Angle Minimums in Degrees | | | Angle Minimums in Degrees | | | Angle Minimums in Degrees | | | Angle Minimums in Degrees | | | Angle Minimums in Degrees | | | Angle Minimums in Degrees | | |
| | A | B | C | A | B | C | A | B | C | A | B | C | A | B | C | A | B | C |
| 5.7L | 7 | 7 | 0 | 7 | 7 | 0 | | | | | | | | | | | | |
| Minimum | 7 | 7 | 0 | 7 | 7 | 0 | NOT AVAILABLE | | | | | | | | | | | |
| Catalog Horizon | 7 | 7 | 0 | 7 | 7 | 0 | | | | | | | | | | | | |
| MX 6.2 | 7 | 7 | 0 | 7 | 7 | 0 | | | | | | | | | | | | |
| 7.4L | N/A | | | 7 | 7 | 0 | 7 | 7 | 0 | 7 | 7 | 0 | 7 | 7 | 0 | | | |
| 454 Horizon | | | | 7 | 7 | 0 | 7 | 7 | 0 | 7 | 7 | 0 | 7 | 7 | 0 | | | |

DEBIS V. BRUNSWICK
MM000064

Service Info-Gram #02-07
Page 3
October 11, 2001

The system depicted above is representative of the type of system installed in Sea Ray® models for several model years. This system is often referenced as a *Collector* or *Horizontal Collector System*. Angles are extremely critical to this system. Note: All angles must be measured with a calibrated *Inclinometer* with the boat at static rest in the water.

✔ Note: If you perform work in the bilge, or disassemble any of the exhaust components referenced above, it is your responsibility to ensure the angles are reestablished per the matrix 1A above. Failure to do so could result in an ingestion failure. If you need assistance, please contact either the Knoxville Customer Service Department at (800) 648-8535 or the Merritt Island Customer Service Department at (800) 648-2821.

**Water Lift Exhaust System**



| 1B | Angle Minimums in Degrees | | | Angle Minimums in Degrees | | | Angle Minimums in Degrees | | | Angle Minimums in Degrees | | | Angle Minimums in Degrees | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | A | B | C | A | B | C | A | B | C | A | B | C |
| | 7 | 7 | 7 | 7 | 7 | 7 | | | | | | | | | |
| | 7 | 7 | 7 | 7 | 7 | 7 | NOT AVAILABLE | | | | | | | | |
| | 7 | 7 | 7 | 7 | 7 | 7 | | | | | | | | | |
| | N/A | | | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| | | | | 14 | 14 | 7 | 14 | 14 | 7 | 14 | 14 | 7 | 14 | 14 | 7 |

The system depicted above is a *Water Lift Style System*. This system is now utilized in all of Sea Ray's gasoline v-drive and inboard models. This system is also a system governed by angles. Note: All angles must be measured with a calibrated *Inclinometer* with the boat at static rest in the water.

DEBIS V. BRUNSWICK
MM000065

Service Info-Gram #02-07
Page 4
October 11, 2001

✓ Note: If you perform work in the bilge, or disassemble any of the exhaust components referenced above, it is your responsibility to ensure the angles are reestablished per the matrix 1B above. Failure to do so could result in an ingestion failure. Again, please call either Merritt Island or Knoxville Customer Service if you need assistance.

Should water ingestion occur, the following process applies:

1. Contact MerCruiser OEM Customer Service @ 405-743-6555. A special phone access option has been set up for Sea Ray dealers who have a water ingestion issue. You will not be prompted for this access option. During the first announcement, please identify yourself as a dealer. The next announcement will offer you seven options to identify why you have called. Please press "8" at anytime during this announcement and your call will be directed to a specially designated MerCruiser service team.
2. MerCruiser® will assist Sea Ray dealers in diagnosis and proper repair procedures. MerCruiser® will contact Sea Ray® if a retrofit exhaust kit is needed for the vessel in question.
3. MerCruiser® and Sea Ray® will handle dealer compensation separately. All engine related claims will be submitted to MerCruiser® for reimbursement and all boat exhaust system claims will be submitted to Sea Ray®.

Note: In order to qualify for this program, the boat has to be a 1999 model year boat (models noted in this infogram) or newer with a collector style exhaust. The boat must be registered for less than 36 months from the time the dealer requests an exhaust system replacement.

Please distribute this information to others in your organization responsible for ensuring the integrity of items in the bilge of our models. Together, we can make tremendous strides in ensuring the complete satisfaction of our mutual customers. If you have any questions regarding any of this information, please call one of our Customer Service Departments for clarification.

Thank you for representing Sea Ray®.

Regards,

Nancy Luster
VP Customer/Dealer Service

DEBIS V. BRUNSWICK
MM000066

Exhibit "Q"

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and<br>LORI M. MAINS | : CASE NO. 301 CV 2402 (AWT) |
| | : |
| **Plaintiffs,** | : |
| vs. | : |
| | : |
| SEA RAY BOATS, INC. | : |
| | : |
| **Defendants.** | : DECEMBER 23, 2002 |

## PLAINTIFFS' FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT SEA RAY BOATS, INC.

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiffs, Peter D. Mains and Lori M. Mains, request that Defendant Sea Ray Boats, Inc. answer the following interrogatories separately and fully in writing under oath within thirty (30) days. The Plaintiffs refer Defendant to the definitions contained in Local Rule 39, which are incorporated herein by reference.

1.    Please state your full name, including any maiden and/or married names, aliases, or nicknames; dates of birth; home and business addresses for the past 10 years; social security number; and driver's license number.

RESPONSE:

2.     Identify all personnel of the Defendant and/or its agents who came to have any knowledge or information concerning the 1998 33' Sea Ray Model 330 DA Power boat Hull Identification Number SERT3801C898 (the "subject boat") prior to the order of same by the Plaintiffs and, for each person identified, describe the nature and subject matter of such information or knowledge.

RESPONSE:

3.     Identify all personnel of the Defendant and/or its agents, who have come to have any knowledge or information concerning the condition of the subject boat subsequent to the ordering of same by the Plaintiffs and, for each person identified, describe the nature and subject matter of such information or knowledge.

RESPONSE:

-2-

4.    Identify all persons who have come to have any knowledge or information concerning structural problems including, but not limited to, hull lamination / delamination and hull core moisture or saturation issues pertaining to the hull of the subject boat and, for each person identified, describe the nature and subject matter of such information or knowledge.

RESPONSE:

5.    Identify all persons who have come to have any knowledge or information concerning efforts by or on behalf of the Defendant and /or its agents to repair or remedy the subject boat's engines and /or exhaust systems and / or other mechanical features relating to its use or operation and for each person identified, describe the nature and subject matter of such information or knowledge.

RESPONSE:

6.    Identify all persons who have come to have any knowledge or information concerning efforts by or on behalf of the Defendant and/or its agents to repair or remedy any engine exhaust system resonance problems with other Sea Ray Boats of the same or similar

-3-

model as the subject boat identified in the Complaint and, for each person identified, describe the nature and subject matter of such information or knowledge.

RESPONSE:

7. Identify all persons who have come to have any knowledge or information concerning efforts by or on behalf of the Defendant and/or its agents to repair or remedy any engine exhaust system resonance problems with engines, and/or exhaust systems of the same model as originally installed in the subject boat identified in the Complaint and, for each person so identified, describe the nature and subject matter of such information or knowledge.

RESPONSE:

8. Identify all persons who have come to have any knowledge or information concerning efforts by or on behalf of the Defendant and/or its agents to repair or remedy any engine exhaust system resonance problems with engines, and/or exhaust systems of the same model as subsequently installed in the subject boat identified in the Complaint and, for each person so identified, describe the nature and subject matter of such information or knowledge.

-4-

RESPONSE:

9.      Identify all persons who have come to have any knowledge or information concerning efforts by or on behalf of the Defendant and/or its agents to repair or remedy any water ingestion and/or moisture ingestion and/or engine internal condensation problems with engines of the same model and/or exhaust systems of the same design or manufacture originally installed in the subject boat identified in the Complaint and, for each person so identified, describe the nature and subject matter of such information or knowledge.

RESPONSE:

10.      Identify all persons who have come to have any knowledge or information concerning efforts by or on behalf of the Defendant and/or its agents to repair or remedy any water ingestion and/or moisture ingestion and/or engine internal condensation problems with engines of the same model and/or exhaust systems of the same design or manufacture subsequently installed in the subject boat identified in the Complaint and, for each person so identified, describe the nature and subject matter of such information or knowledge.

RESPONSE:

-5-

11.     With respect to any person identified above in response to Interrogatories 6 - 10 who is or was a retail purchaser of a Sea Ray boat or a consumer who purchased a Sea Ray boat, identify the year, model and H.I.N. of the boat, the nature of the problem allegedly or reportedly encountered and stating for each such problem:

    a)     The date the particular problem was first discovered or determined by the retail purchaser or consumer; if known;

    b)     the date it was first brought to the attention of the Defendant and/or its agents;

    c)     how it was brought to the attention of the Defendant or its agents, including the identity of the person to whom it was reported;

    d)     whether or not the item was repaired and/or the problem resolved;

    e)     whether or not the item was under warranty at the time it was reported;

    f)     when and how it was resolved and/or repaired, including the identity of the person, persons or entity who performed such repairs or accomplished such resolution;

    g)     if it was not resolved and/or repaired, why not and the identity of the person who was responsible for making any decision with respect thereto;

    h)     an itemized list of all costs and expenses incurred as a result of making such repair and/or resolution.

RESPONSE:

12.   To the extent not already identified above, identify all consumer complaints, law suits or arbitration proceedings made, asserted or brought against the Defendant since 1996 with respect to any of the following topics pertaining to Sea Ray boats:

    a)   hull laminate problems;

    b)   hull core moisture saturation problems;

    c)   engine exhaust resonance problems;

    d)   engine exhaust system problems other than exhaust resonance;

    e)   engine internal moisture ingestion problems other than manifold problems;

    f)   engine internal water ingestion problems;

g)      engine hydro locking problems;

h)      engine manifold moisture / condensation problems

i)      engine manifold problems resulting from water ingestion

j)      hull and/or deck structural problems

RESPONSE:

13.    With respect to each consumer complaint, lawsuit, or arbitration proceeding identified above in Interrogatory 12, state in detail for each, the result or outcome of same.

RESPONSE:

-8-

14.    State the full factual basis for any claim or claims made by the Defendant alleging that the Plaintiffs and/or their agents were or are in any way responsible for the defects, deficiencies or otherwise conditions of the subject boat for which complaint is made against the Defendant.

RESPONSE:

15.    Identify any recall notices issued by the Defendant or its agents to Sea Ray boat owners regarding problems experienced with engine failures due to water ingestion and/or exhaust system design or type.

RESPONSE:

16.    Identify any recall notices issued by the Defendant or its agents to Sea Ray boat owners regarding problems experienced with Baltek core water / moisture saturation in Sea Ray boats constructed since 1996.

-9-

RESPONSE:

17.     Identify any recall notices issued by the Defendant or its agents to Sea Ray boat owners regarding insufficient core materials in cockpit floor areas of Sea Ray boats constructed since 1996.

RESPONSE:

THE PLAINTIFFS
Peter D. Mains
Lori M. Mains

By_____
        John L. Senning of
        Senning & Rieder
        16 Saybrook Road
        Essex, CT  06426
        Federal Bar #ct05807
        Their Attorneys

-10-

03/25/2008 02:15 4402626A246                    ESSEX LAW GROUP                                        PAGE   35

## CERTIFICATION

THIS IS TO CERTIFY that, on this date, a copy of the foregoing was mailed by first class mail, postage prepaid, to:

Maxwell Branson, Esq.
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499

Dated:  December  23, 2002

_____
John L. Senning

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**PETER D. MAINS and
LORI M. MAINS**

**Plaintiffs,**

vs.

**SEA RAY BOATS, INC.**

**Defendants.**

:　**CASE NO.　301 CV 2402 (AWT)**
:
:
:
:
:
:
:
:
:　**MARCH 21, 2003**

## SEA RAY'S OBJECTIONS AND ANSWERS
## TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

1. Please state your full name, including any maiden and/or married names, aliases, or nicknames; dates of birth; home and business addresses for the past 10 years; social security number; and driver's license number.

ANSWER:　Sea Ray's full name and address is Sea Ray Division of Brunswick Corporation, Sea Ray Boulevard, Knoxville, Tennessee, 37914. The remainder of this interrogatory is not applicable to Sea Ray.

2. Identify all personnel of the Defendant and/or its agents who came to have any knowledge or information concerning the 1998 33' Sea Ray Model 330 DA Power boat Hull Identification Number SERT3801C898 (the "subject boat") prior to the order of same by the Plaintiffs and, for each person identified, describe the nature and subject matter of such information or knowledge.

<u>ANSWER:</u>   Sea Ray believes that its employees Frank Owsianiak and David Marlow have knowledge or information concerning the subject boat prior to its order by Plaintiffs. In addition, some of Sea Ray's employees at Sea Ray's corporate headquarters and manufacturing facility in Knoxville, Tennessee may have worked on the subject boat or observed its condition.

3.      Identify all personnel of the Defendant and/or its agents, who have come to have any knowledge or information concerning the condition of the subject boat subsequent to the ordering of same by the Plaintiffs and, for each person identified, describe the nature and subject matter of such information or knowledge.

<u>ANSWER:</u>   Sea Ray believes that the following personnel have knowledge or information of some or all of Plaintiffs' numerous complaints regarding the condition of the subject boat, and of Sea Ray's efforts to satisfy Plaintiffs' expectations concerning the condition of the subject boat: David Wade, David Marlow, Todd Stooksbury, Greg Wilson, Nancy Luster, Blake Moore (f/k/a Pearl Moore), Todd Sharp, Shawn Stubblefield, David ("Doc") Staley, and Darlene McDowell. In addition, some or all of Sea Ray's employees at Sea Ray's factory in Knoxville, Tennessee may have worked on the subject boat or observed its condition.

4.      Identify all persons who have come to have any knowledge or information concerning structural problems including, but not limited to, hull lamination / delamination and hull core moisture or saturation issues pertaining to the hull of the subject boat and, for each person identified, describe the nature and subject matter of such information or knowledge.

<u>ANSWER:</u>   See Sea Ray's answer to interrogatory 3.

5.      Identify all persons who have come to have any knowledge or information concerning efforts by or on behalf of the Defendant and/or its agents to repair or remedy the

subject boat's engines and/or exhaust systems and/or other mechanical features relating to its use or operation and for each person identified, describe the nature and subject matter of such information or knowledge.

<u>ANSWER:</u>   See Sea Ray's answer to interrogatory 3.

6.   Identify all persons who have come to have any knowledge or information concerning efforts by or on behalf of the Defendant and/or its agents to repair or remedy any engine exhaust system resonance problems with other Sea Ray Boats of the same or similar model as the subject boat identified in the Complaint and, for each person identified, describe the nature and subject matter of such information or knowledge.

<u>OBJECTION<br>AND ANSWER:</u>   Sea Ray objects to interrogatories 6-11 on the grounds that they are overly broad and unduly burdensome. Sea Ray's records regarding consumer service have been kept on its CRMS system since approximately 1999. Information contained on this system may be searched via computer word searches. Searching records kept prior to the implementation of the CRMS system would involve a lengthy search through voluminous paper records, which are not organized according to specific complaints. Moreover, the CRMS search results do not reflect whether Sea Ray repaired or remedied any alleged problems, and do not reflect persons likely to be knowledgable about any such efforts. Sea Ray also objects on the grounds that the term "same or similar model" is vague and confusing; notwithstanding said objection Sea Ray has limited the CRMS search results for hull related issues to the 310DA, 330DA, 340DA, 330EC, 340AJ, and 370EC (provided however, the 330EC, 340AJ, and 370EC are not similar in terms of engine placement in that the engines are located in center of the boat whereas the engines are further aft in the subject boat and other included models which would affect noise at the helm station and potentially other issues). Sea Ray further objects on the grounds that to the extent information on an alleged

-3-

"problem" that has either not been an issue on the subject vessel or has been adequately addressed by Sea Ray (or any other person or entity) such request is irrelevant, immaterial, and not reasonably calculated to lead to admissible evidence.

Sea Ray also objects to producing this information, which is confidential and proprietary, in the absence of a suitable confidentiality agreement and/or protective order. A proposed Stipulation Regarding Confidentiality has been submitted to Plaintiffs on this date.

Subject to and without waiving the above objection, Sea Ray has run computer word searches of consumer service records kept on its CRMS system to find the information requested by interrogatories 6-11. A list of persons (i.e. boat owners) identified as a result of these searches, along with corresponding years, models, H.I.N.'s, and complaints will be produced upon execution of a suitable protective order. To the extent Plaintiffs reasonably request additional information concerning any of these specific persons, Sea Ray will make a reasonable search of its records for the requested information. For each individual boat identified, various Sea Ray customer service personnel, dealership employees or persons employed at independent repair facilities may have knowledge; these person would be different for each individual boat, and it would be unduly burdensome to discover the names of such persons or the nature and the extent of knowledge each person has.

7.    Identify all persons who have come to have any knowledge or information concerning efforts by or on behalf of the Defendant and/or its agents to repair or remedy any engine exhaust system resonance problems with engines, and/or exhaust systems of the same model as originally installed in the subject boat identified in the Complaint and, for each person so identified, describe the nature and subject matter of such information or knowledge.

OBJECTION
AND ANSWER:    See objection and answer to interrogatory 6. The CRMS system is not capable of running a search limited to a specific engine type. Nevertheless,

the information to be produced in response to interrogatory 6 should encompass all engine types installed on the same or similar model boats.

8.      Identify all persons who have come to have any knowledge or information concerning efforts by or on behalf of the Defendant and/or its agents to repair or remedy any engine exhaust system resonance problems with engines, and/or exhaust systems of the same model as subsequently installed in the subject boat identified in the Complaint and, for each person so identified, describe the nature and subject matter of such information or knowledge.

**OBJECTION AND ANSWER:**      See objection and answer to interrogatory 6. The CRMS system is not capable of running a search limited to a specific engine type. Nevertheless, the information to be produced in response to interrogatory 6 should encompass all engine types installed on the same or similar model boats.

9.      Identify all persons who have come to have any knowledge or information concerning efforts by or on behalf of the Defendant and/or its agents to repair or remedy any water ingestion and/or moisture ingestion and/or engine internal condensation problems with engines of the same model and/or exhaust systems of the same design or manufacture originally installed in the subject boat identified in the Complaint and, for each person so identified, describe the nature and subject matter of such information or knowledge.

**OBJECTION AND ANSWER:**      See objection and answer to interrogatory 6. The CRMS system is not capable of running a search limited to a specific engine type or exhaust system. Nevertheless, the information to be produced in response to interrogatory 6 should encompass all engine types installed on the same or similar model boats.

10.    Identify all persons who have come to have any knowledge or information concerning efforts by or on behalf of the Defendant and/or its agents to repair or remedy any water ingestion and/or moisture ingestion and/or engine internal condensation problems with engines of the same model and/or exhaust systems of the same design or manufacture subsequently installed in the subject boat identified in the Complaint and, for each person so identified, describe the nature and subject matter of such information or knowledge.

**OBJECTION AND ANSWER:**    See objection and answer to interrogatory 6. The CRMS system is not capable of running a search limited to a specific engine type or exhaust system. Nevertheless, the information to be produced in response to interrogatory 6 should encompass all engine types installed on the same or similar model boats.

11.    With respect to any person identified above in response to Interrogatories 6-10 who is or was a retail purchaser of a Sea Ray boat or a consumer who purchased a Sea Ray boat, identify the year, model and H.I.N. of the boat, the nature of the problem allegedly or reportedly encountered and stating for each such problem:

(a)    The date the particular problem was first discovered or determined by the retail purchaser or consumer; if known;

(b)    the date it was first brought to the attention of the Defendant and/or its agents;

(c)    how it was brought to the attention of the Defendant or its agents, including the identity of the person to whom it was reported;

(d)    whether or not the item was repaired and/or the problem resolved;

(e)    whether or not the item was under warranty at the time it was reported;

(f)    when and how it was resolved and/or repaired, including the identity of the person, persons or entity who performed such repairs or accomplished such resolution;

(g)    if it was not resolved and/or repaired, why not and the identity of the person who was responsible for making any decision with respect thereto;

(h)    an itemized list of all costs and expenses incurred as a result of making such repair and/or resolution.

OBJECTION
AND ANSWER:    See objection and answer to interrogatory 6. Sea Ray also objects to subsections (a), (b), (c), (f), (g), and (h) on the grounds that they call for information that is irrelevant, immaterial, and not reasonably calculated to lead to the discovery of admissable evidence.

12.    To the extent not already identified above, identify all consumer complaints, law suits or arbitration proceedings made, asserted or brought against the Defendant since 1996 with respect to any of the following topics pertaining to Sea Ray boats:

(a)    hull laminate problems;

(b)    hull core moisture saturation problems;

(c)    engine exhaust resonance problems;

(d)    engine exhaust system problems other than exhaust resonance;

(e)    engine internal moisture ingestion problems other than manifold problems;

(f)    engine internal water ingestion problems;

(g)    engine hydro locking problems;

(h)    engine manifold moisture / condensation problems

(i)    engine manifold problems resulting from water ingestion

(j)    hull and/or deck structural problems.

OBJECTION
AND ANSWER:    Sea Ray objects to this interrogatory insofar as it requests information pertaining to all models of Sea Ray boats. This request calls for information

that is irrelevant, immaterial, and not reasonably calculated to lead to the discovery of admissable evidence. There are no additional consumer complaints other than those to be identified upon execution of a suitable protective order. There have been no such law suits or arbitration proceedings brought against Sea Ray.

13. With respect to each consumer complaint, lawsuit, or arbitration proceeding identified above in Interrogatory 12, state in detail for each, the result or outcome of same.

OBJECTION
AND ANSWER:    See objection and answer to interrogatory 12.

14. State the full factual basis for any claim or claims made by the Defendant alleging that the Plaintiffs and/or their agents were or are in any way responsible for the defects, deficiencies or otherwise conditions of the subject boat for which complaint is made against the Defendant.

ANSWER:    Sea Ray reserves the right to assert any and all evidence available to it regarding its affirmative defenses at trial. Sea Ray asserts that Plaintiffs are responsible, in whole or in part, for the defects, deficiencies, and/or condition alleged in their complaint because Plaintiffs failed to remove the manifold drain plugs and failed to run the engines while flushing the engines with fresh water.

15. Identify any recall notices issued by the Defendant or its agents to Sea Ray boat owners regarding problems experienced with engine failures due to water ingestion and/or exhaust system design or type.

ANSWER:    None.

-8-

16. Identify any recall notices issued by the Defendant or its agents to Sea Ray boat owners regarding problems experienced with Baltek core water / moisture saturation in Sea Ray boats constructed since 1996.

<u>ANSWER:</u>   None.

17. Identify any recall notices issued by the Defendant or its agents to Sea Ray boat owners regarding insufficient core materials in cockpit floor areas of Sea Ray boats constructed since 1996.

<u>ANSWER:</u>   None.

DEFENDANT, SEA RAY DIVISION OF
BRUNSWICK CORPORATION

By: _____
    Maxwell Branson (ct#20925)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    Phone: (860) 275-0100
    Fax: (860) 275-0343
    mbranson@dbh.com
    Its Attorney

-9-

## CERTIFICATION

THIS IS TO CERTIFY that, on this date, a copy of the foregoing was mailed by first class mail, postage prepaid, to:

John L. Senning, Esq.
Senning & Rieder
16 Saybrook Rd.
Essex, CT 06426

Edward T. Lynch, Jr., Esq.
Eisenberg, Anderson, Michalik & Lynch, LLP
136 West Main Street
PO Box 2950
New Britain, CT 06050-2950

Maxwell Branson

-10-