Exhibit "R"

Page 1

1

2          UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT

3      - - - - - - - - - - - - - - - )
                                     )
4                                    )NO. 301 CV 2402 (AWT)
       PETER D. MAINS and            )
5      LORI M. MAINS                 )
               PLAINTIFFS            )
6                                    )
       VS.                           )
7                                    )
       SEA RAY BOATS, INC.           )
8              DEFENDANT             )
                                     )
9      - - - - - - - - - - - - - - - )

10

11

12

13

14
                   DEPOSITION OF:  THOMAS WICANDER
15                 ON: FEBRUARY 12, 2004
                   HELD AT: DAY, BERRY & HOWARD, LLP
16                          CITYPLACE I
                            HARTFORD, CONNECTICUT
17

18

19

20

21

22      Reporter:  IRENE J. PARRISH, RMR, LSR #85
               BRANDON SMITH REPORTING SERVICE, LLC
23                  44 Capitol Avenue
                    Hartford, CT  06106
24                  Tel:  (860) 549-1850
                    Fax:  (860) 549-1537
25

Mains vs Sea Ray Boats, Inc.

2/12/2004

Thomas Wicander

Page 99

1      June 18th, 2001, and you say, "This testing was

2      conducted to determine the condition of both

3      engines due to the occurrence of both engines

4      hydrolocking on or about June 9th, 2001, and

5      the possibility of water ingestion over a

6      period of time resulting from a defective

7      exhaust systems."

8   A   Yes.

9   Q   As to the second part of that sentence, at the

10      time that you performed the leak-down and

11      compression tests, did you have any suspicion

12      of water ingestion over a period of time?

13   A   Well, actually I did.  We've done an extensive

14      number of boats, similar boats, where we've

15      replaced exhaust systems.  We've replaced

16      engines.  We've replaced cylinder heads,

17      20-some-odd boats, 25 boats maybe before and

18      after the Mainses' obviously.  We started doing

19      the work back as early as '96 or '97 with

20      similar exhaust systems that the Mains' boat

21      originally came with.  So that was definitely a

22      concern of mine.

23   Q   And if that was the case, why didn't you put

24      that in your original report of the compression

25      and leak-down results?

Brandon Smith Reporting

b89ccec0-1bfd-4149-8075-6a9c5f8

Mains vs Sea Ray Boats, Inc.

2/12/2004

Thomas Wicander

Page 101

```
 1   Q    Did you have any conversations with -- strike

 2        that.

 3                   Did they tell you that they had

 4        suspicions about water ingestion with the

 5        engines in this boat?

 6   A    I don't know if they told me or I told them.

 7        We had seen so many problems by the time we

 8        took theirs apart with other Sea Rays that it

 9        was definitely a concern of mine.

10   Q    Is this a problem that's limited to Sea Rays?

11   A    It is because they have a unique exhaust

12        system.  It's their own.

13   Q    You haven't seen any water ingestion problems

14        with any other boats?

15   A    Not like this, no.

16   Q    Not like this?

17   A    I mean, not like -- not from their style

18        exhaust system.  They're the only ones that

19        I've seen with their style exhaust system.

20        Other manufacturers have had water ingestion

21        problems, but they're typically from improper

22        installations or what have you or poor

23        maintenance.

24   Q    And which style exhaust system are you talking

25        about?
```

Brandon Smith Reporting

b89ccec0-1bfd-4149-8075-6a9c5f851b52

Mains vs Sea Ray Boats, Inc.

2/12/2004                                                         Thomas Wica

Page 102

```
 1    A    The collector system that the boat was

 2         originally shipped with.

 3    Q    Okay.  So you've seen water ingestion problems

 4         with other boats with different kinds of

 5         exhaust systems?

 6    A    Sure.

 7    Q    Okay.  And you've seen water ingestion problems

 8         with the collector-style exhaust system used by

 9         Sea Ray?

10    A    Yes, I have.  The problems I've seen, again,

11         with other manufacturers is either improper --

12         they didn't go by the guidelines of the exhaust

13         elbow heights and that sort of thing.  So they

14         were just improperly installed or lack of

15         maintenance.  Parts do wear out.

16    Q    And you hadn't seen the previous exhaust system

17         that was on this boat, right?

18    A    No, but I knew it was of similar style that I

19         had been working on.

20    Q    The collector style?

21    A    Correct.

22    Q    Okay.  And when you say problems like this,

23         you're referring to the problems that you

24         observed with the Mains' boat?

25    A    Yeah, problems with hydrolocking, and we've
```

Mains vs Sea Ray Boats, Inc.

2/12/2004

Thomas Wicander

Page 103

```
 1          seen a lot of boats with similar
 2          collector-style exhausts going through engine
 3          failure and water ingestion.
 4    Q     You told me that in June of 2001 you thought
 5          that the hydrolocking in this case was caused
 6          by Mr. Mains' flushing the engine, right?
 7    A     This instance was.  I believe it was.
 8    Q     So you're not saying that water ingestion
 9          problems led to this boat hydrolocking?
10    A     No, I'm not.
11    Q     Okay.  And when you performed the compression
12          and leak-down tests in June of 2001, you
13          recommended that to the Mains to see what the
14          damage was from the hydrolocking incident,
15          right?
16    A     I believe so, yes.
17    Q     At that time, you had no reason to believe that
18          there was any water ingestion problem, did you?
19               MR. SENNING:  Objection to the form.
20    A     Reason to believe when?
21  BY MR. BRANSON:
22    Q     When you recommended the compression and
23          leak-down tests.
24    A     Well, at that point, we knew there was water
25          ingestion.
```

b89ccec0-1bfd-4149-8075-6a9c5f851b52

2/12/2004                                                          Thomas Wicander

Page 117

1    A    Not to my knowledge, no.  I believe that the
2         scoring is too deep.
3    Q    Okay.  Okay.  Can you replace the manifolds and
4         the gaskets and those components?
5    A    Sure.
6    Q    Let me ask you:  You have mentioned that you
7         have seen other Sea Ray boats with these types
8         of problems?
9    A    Yes.
10   Q    And those were boats with collector-style
11        exhaust systems?
12   A    Yes, that's correct.
13   Q    And how many times did you say you've performed
14        those types of repairs or replacing engines in
15        boats like that?
16   A    How many other jobs?  I believe it's mid-20s,
17        25, 26 boats.
18   Q    Over the course of how many years?
19   A    Since '97 to midsummer last year.
20   Q    On those boats, what kinds of repairs have you
21        done?
22   A    We've -- some of the vessels we've done -- as
23        far as engine repairs, we've done cylinder
24        heads, replaced cylinder heads and reassembled
25        the engines.  On other boats, we've replaced

b89ccec0-1bfd-4149-8075-6a9c5f851b

Mains vs Sea Ray Boats, Inc.

2/12/2004                                                    Thomas Wicander

Page 128

1              MR. BRANSON:  Object to the form.

2    A   My assumption is they're using this form

3        because they're having continued problems with

4        their engines.

5  BY MR. SENNING:

6    Q   Does Pilots Point maintain records of the other

7        water ingestion boat problems that you've

8        worked on over the years?

9    A   Yes, we do.

10   Q   To your knowledge, would Pilots Point still be

11       in possession of those?

12   A   Yes, they are.

13   Q   You testified earlier that -- and I don't

14       recall the exact date, but it was -- I believe

15       it was after the hydrolocking and perhaps

16       sometime around June 11th that there was a

17       telephone conversation or a conference call

18       with I believe you stated David Marlowe, David

19       Wade, and I believe you also testified that

20       there was a representative from MerCruiser in

21       that conversation along with the Mains and

22       yourself?

23   A   Yes.

24   Q   Do you recall who that MerCruiser

25       representative was?

Brandon Smith Reporting

b89ccec0-1bfd-4149-807

# Exhibit "S"



*H   O   R   I   Z   O   N*



DEFENDANT'S
EXHIBIT
98

July 13, 1998

Peter Mains
5 Old Town Rd
Avon Ct 06001

Dear Peter Mains:

Let me be the first from Mercury Marine to congratulate and thank you for purchasing the *all new MerCruiser Horizon Inboard Engine*. You have selected the finest and most technologically advanced, and easy to operate inboard engine available today.

The concept behind the engine was developed for boaters by active boaters such as yourself. Technically, the engine is a 454 cubic inch Big Block providing 380 Horsepower and 435 ft. lbs. of torque. The engine has Multiport Electronic Fuel Injection and is built with heavy duty truck engine parts throughout. But more important, boaters requested an engine that would be trouble-free and have extended maintenance intervals — allowing the boat owner to spend less time checking and maintaining the engine and more time enjoying their boat. As a result, the Horizon needs only to have the oil and filters changed once annually. Some periodic visual inspections that take less than three minutes to perform are required. Your owners manual will explain the full procedures in more detail. And should you need one, MerCruiser has over 4,200 dealers around the country, so you're never very far from authorized factory parts and service support.

In addition to the limited one year standard warranty and the extended maintenance features, your Horizon is protected by our exclusive 3-year limited corrosion warranty. Your Horizon is also covered with an additional Two Year Mercury Marine Q-Guard extended engine protection plan for a total of Three Years of factory protection, all at no charge to you. Enclosed is a copy of your extended coverage plan for your signature. After signing, please return the factory copy in the enclosed, postage-paid, envelope. An additional Two Year Q-Guard Up-Grade is also available from your MerCruiser Dealer if you wish to protect your engine against mechanical and electrical breakdowns for a total of 5 years instead of the 3 years. **This additional coverage can only be purchased within 180 days from the date of engine sale.**

Finally, we have enclosed a custom Horizon Key Fob - a small token of our appreciation for your purchase. We hope that you will enjoy using the trouble-free Horizon engine as much as we enjoyed building it for you. Again, thank you for trusting MerCruiser with your boating pleasure and the purchase of your Horizon Inboard.

With best regards,
MerCruiser

*John Winter*

John Winter,
Manager
Q-Guard Product Protection



THREE
YEARS
EXTENDED MAINTENANCE
FACTORY COVERAGE
CORROSION PROTECTION

*MERCRUISER • 3003 NORTH PERKINS ROAD • STILLWATER. OK. 74075 • (405) 743-6566*

# Exhibit "T"

*Scott 12/10/98* 62

Peter and Lori Mains
5 Old Town Road
Avon, CT 06001

December 9, 1998

Mr. David Wade
Searay Boats
Knoxville, TN

Fax: 423-546-2872

RE:    1998 Searay 330 Sundancer

Dear Dave:

This being our second Searay 330 Sundancer in two years, it is evident that the company cannot get its manufacturing/quality control to meet ISO 9002 standards that you advertise. It would seem to be more cost effective to correct things in the manufacturing process than to spend money, time and effort on warranty work for poor workmanship, the results of which are never as good as new. It's also extremely disappointing to be told our replacement boat would be carefully controlled during manufacturing, only to have thus far spent hours writing letters, meeting repair people, and losing time from work to address problem areas. It's both extremely frustrating and disappointing.

The latest effort at the end of October to make repairs to this 98 boat have been disappointing. A good part of the repair work is unsatisfactory and additional damage has been caused.

- The attempt by Dan the subcontractor to reinforce the cockpit floor near the cockpit refrigerator is poor. The non skid is very dull and yellow when compared with the helm seat area and engine hatch area; it is a sand finish, not the spatter gel coat type. The floor still flexes too much at the side and front of the port seat. I still suspect there are areas void of core material forward and to the port of where the repairs were made. Dan left a message on our recorder stating the repair was good. Upon inspection of the repair, I called him back to state the above. He said that he was having trouble with the gelcoat that Searay provided him and that the working conditions were not the best they could have been. Our question is, why would repair work have been attempted if the conditions were not adequate? Now we have a repair that is inferior and requires further attention. This repair would be very evident to a prospective buyer. The frustration level is only compounded knowing that we hauled the boat out on October 2, to accomodate repairs that were to be done shortly thereafter, only to have the work done on October 28. We shortened our short, six month New England boating season by 1 month for nothing. I was informed that the arrival date would be on the morning of the 26th which caused me to lose a day's work waiting for no one to show up.

DEFENDANT'S
EXHIBIT
10

63

Page 2

- Ragged cuts were made at two locations where the helm seat is jammed against the starboard side. This type of workmanship does not belong on a so-called high end make like Searay. I am still suspicious about the excessive amount of flex in the cockpit floor because of all the creaking noises and because the helm seat module and caulk joint at the starboard side has separated and dropped 3/16". This same seat module is cracking where it is fastened to the cockpit floor.

- The cockpit carpets were heaped in a pile in the rear of the cockpit and are now full of gelcoat dust and the backs have red stains and black marks. Common sense would have caused someone to store them in the salon area, out of the way. The reason for us not removing these carpets was because Sean Stubblefield informed us that numerous repairs of this nature were being done in the field and that this was accomplished by removing the headliner in the aft cabin and providing additional support there. They need to be replaced.

- There is gelcoat overspray on the inside rear cockpit area, on the rear of the helm seat module, and in the cockpit drain trough area. .

- There is gelcoat overspray on 1 telescoping cockpit cover support and the steering wheel. They need to be replaced.

- There is a gelcoat can ring on the lexan chart cover. It needs replacement.

- The gelcoat repair at the front of the operating windshield is very dull. Beneath that area are deep scratches from shoes or equipment.

- The gelcoat repair at the port light on the starboard side of boat has black showing through.

- The attempts at repairing the gray gelcoat cracks in the bilge area are nothing more than an eye sore. This same gel was used on the two outer most stringers in the bilge where limbar holes were intended and only raw, frayed fiberglass strands showed.

- The cockpit drain hole repair work was not done. There is still core material showing.

- The 4, 4" rubber exhaust hoses from risers to the mufflers have been oversprayed with gelcoat that will not come off.

- The whole boat was covered with gelcoat dust from sanding. I spent 4 hours vacuuming it thoroughly.

- The engine compartment is full of gelcoat dust from Dan's attempt to grind down the hatch cover to try to even out the spacing to eliminate pinching. I spent 3 hours cleaning this area.

- The white inspection port in cockpit floor is scratched and gouged from equipment/macihnery used in gelcoat repairs. This needs to be replaced.

Page 3

<u>Also, additional damage has been caused by the repair people:</u>

- The stainless steel threshold at companionway entry is scratched from dirty shoes.

- The black rubber treads on swim platform ladder are scratched from dirty shoes.

- Our Raytheon R11 XX screen cover has a 4" long scratch in it, probably from equipment passing by during the repair of the tan gelcoat near the instrument panel.

- Both fuel fill labels are ripped from workmen climbing over sides of boat into cockpit with sand embedded in their shoes. These need replacement.

- The port and starboard gunwale areas are also scratched from accessing the cockpit.

<u>Items that still need to be addressed:</u>

- We still need to have the windshield leaking problem addressed. This was explained in great detail in a previous fax. I have contacted Nelson A. Taylor and spoke to a customer service person named Christie, who agrees that things are not right.

- The largest aft cabin cushion is torn from the base plywood having a sharp right angle corner (Al Chianese made a note of this at the time of delivery).

- Apparently core material is not gelcoated in the bilge area, specifically in the side of the recessed portion of the hull where the transducer is mounted. Water can be sponge dried out of this area numerous times and will accumulate again. This is a source of concern due to the freezing temperatures we have here during the winter storage season and the possible damage that might occur.

- I have received a recall notice from Westerbeke regarding the need to replace a faulty rectifier on my model generator. This generator's coolant overflow tank has been a continuing problem. Surfside's mechanic has reclamped it and later replaced it to no avail. The crankcase oil drain hose is not long enough to reach a deeper part of the bilge area in order to place a waste container under the end of the hose.

<u>Some additional items that need attention have been found:</u>

- There is a cockpit cover snap which was never installed in the deck forward of windshield.

- A snap on the holding strap for the aft cabin curtain needs repair.

- The aft facing cockpit seat back has two broken latches.

- The radar arch has a crack which is getting larger coming out from under one corner of the VHF antenna mount.

Page 4

- The salon table is extremely unstable because the floor beneath the table support mount flexes so much. A screw has backed out through the carpet in this floor area.

- The starboard side dinette area cabinet doors are continually falling out of adjustment.

- The simulated wood laminate accent strip under the microwave is falling off.

- After taking down canvas for storage, it became evident that the white vinyl canvas track fastened to the radar arch is gouged at each screw because drilling and screw fastening procedure was incorrect. This is shoddy workmanship. Our previous boat had none of this.

- The bow railing is about 2 1/2" off-center of the bow pulpit. It seems that the 2 foremost stanchions are leaning forward at different angles and therefore pushing and pulling the railing off center.

- There are some missing red plastic protectors for the ends of the stainless steel band clamps.

- Upon removing the 4 batteries for winterization I became aware that the engine hatch does not have a retracting pull to aid in manually lowering this heavy component. My 1996 had one of these. The question is, how will this be opened at recommissioning time?

It has become irritating that my lists of problems have caused me to be viewed as a problem customer. After the purchase of two 330 Sundancers the dealer and Searay should be realizing that my complaints are both warranted and valid.

Before calling us to discuss your plan to remedy these problems please carefully read our previous faxes so a more complete understanding of this boat's problems can be attained. One who spends $150,000 on a new, higher end _pleasure_ vessel should not have to spend an inordinate amount of time and effort as we have to get things right after just 4 months of use in 1998.

I look forward to hearing from you.

Sincerely,

Peter D. Mains

cc    Dave Marlow                    Al Chianese
      Searay Boats                   Surfside 3 Marina
      Fax: 423-971-6410              Norwalk, CT
                                     Fax: 203-831-6315



December 15, 1998

Peter and Lori Mains
5 Old Town Road
Avon, CT 06001

**RE: 1998 Sea Ray 330DA**

Dear Mr. and Ms. Mains:

We are in receipt of your letter dated December 9, 1998 addressed to David Wade. Your information has been forward to Todd Stooksbury, Customer Service Supervisor, for the Knoxville facility. Mr. Stooksbury has assured us that the Knoxville facility will work with Tim Mills, Atlantic Boat Repair, to ensure that all the outstanding issues for your vessel are addressed in the spring of 1999.

We appreciate your patience and cooperation as we try to resolve these issues. Should you have questions or need further assistance, please do not hesitate to call.

Sincerely,

David C. Marlow
Director, Customer/Consumer Service


cc:    Todd Stooksbury, Knoxville
       Dwight Cobble, Knoxville Sales

**DEFENDANT'S
EXHIBIT
11**

Sea Ray Boats, Inc., World Headquarters, 2600 Sea Ray Blvd., Knoxville, TN 37914
423-522-4181 / Fax: 1-423-971-6423

120



September 27, 2000

Mr. Peter Mains
5 Old Town Road
Avon, CT 06001

Dear Mr. Mains:

I am writing in response to recent conversations regarding issues on your 1998 Sea Ray 330 Sundancer. Let me assure you that Sea Ray is concerned about the problems you have experienced with the hull components on your vessel.

Pursuant to our recent conversation we will return your vessel to our Knoxville facility for evaluation and repairs. Sea Ray will repair your vessel through provisions outlined in the Express Limited Warranty. Please make sure all personal belongings are removed prior to the boat being returned. Per our conversation you will have the boat completely winterized and vac-pac'ed for shipment.

Please complete the enclosed release and return it as soon as possible. Send it to:

Sea Ray Boats, Inc.
2601 Sea Ray Blvd.
Knoxville, TN 37914
attn: David Wade

Sea Ray values its customers, and its our intent to provide you with the superior customer service Sea Ray owners have come to expect and enjoy. Thank you for the opportunity to serve you. If you have any questions please feel free to contact me directly at 800-648-8535.

Sincerely,

David Wade
David Wade
Sea Ray Customer/Consumer Service Representative

DW/

> **DEFENDANT'S EXHIBIT 88**



COPY

Peter D. and Lori M. Mains
5 Old Town Road
Avon, CT  06001
860-675-6907

February 12, 2001

Mr. David Wade
Searay Boats
Knoxville, TN

Fax: 4̶2̶3̶ 3̶6̶5̶-546-2872

RE:    1998 Searay 330 Sundancer

Dear Dave:

We are hoping that every effort will be made to professionally remedy the problems and deficiencies in our boat.  We feel we have been both patient and lenient with what has transpired since the purchase of this boat.  Please make every effort to return our boat undamaged and in spotless condition, which is the way you received it.  We would like to be kept abreast of progress and would like to receive the boat no later than mid April so that time will be allowed for re-outfitting and meeting our May 1 launch date.

Here is an overview of items that need to be addressed.

- The cockpit floor repair remains a concern due to the amount of flex that still remains.  The non-skid finish used in the repair does not look like the non-skid on the engine compartment floor and has noticeably yellowed.  One of Tim Mills' remedies to further reduce the amount of floor flex was to apply wooden shims between the floor and the port side seat module.  This has seemed to cause even more creaking noises.

- The helm seat module with its ragged cuts pushed up against the starboard side has shown signs of being stressed due to a crack at the base in the rear.  A caulked joint at the helm seat module and the cockpit floor has torn away.  This flexing and creaking of components was nonexistent in our 96' 330 Sundancer and in others we have been on.



Page 2
Mr. David Wade
February 12, 2001


- The cockpit refrigerator door creates a very poor seal to its framework and the inside becomes heavily frosted in a short time.

- The sliding cabin door becomes intermittently impossible to latch and/or lock.

- The core material in the bilge area has not been entirely gel coated. This area is specifically between the two, innermost stringers where there is a recessed portion for the transducer. Tim Mills' attempt at repair, and on a further visit Greg Wilson, deemed the problem unsolved. We have serious concerns regarding this manufacturing oversight as core and stringer material saturation will eventually degrade and devalue this vessel. It is odd that where there are limbar holes on the outermost visible stringers there are none and just rough fiberglass appears. Water remains trapped in these areas and should be allowed to flow to the lowest portion of the bilge.

- The intermittent, suddenly loud exhaust noise problem has been unremedied after new fiberglass resonators and 4/4" exhaust baffles were installed. The newly designed, underwater exhaust foot was mentioned as a possible next step to solve this annoying problem.

- Starboard side cabinet module is drooping in center and has always created problems adjusting the concealed cup hinge doors. Fastening screws in the upper middle section are stripped. The longer stainless screws to be used for repair are inside this cabinet section.

- The radar arch has a crack eminating from under the VHF antenna mount and was temporarily filled with caulk by Greg Wilson. The arch finish is also blistering in a few locations.

- There is a gel coat crack below the port side transom cleat on the integrated swim platform near the non-skid surface.

- A repaired gel coat crack has reappeared where the radar arch attaches to the upper deck on the starboard side.

- Gel coat chip needs repair near the outside hinged edge of the transom door.

Page 3
Mr. David Wade
February 12, 2001

- Chipped gel coat needs repair on the large, radiused edge near the cockpit sink below the center grab rail support.

- Chipped gel coat needs repair at the end of the bow pulpit.

- Gel coat spatter needs to be cleaned up from starboard side port light and adjacent stanchions.

- Over the past year the topsides gel coat has yellowed rapidly. A strong point of comparison can be made between the topsides gel coat and the radar arch.

- The boat was delivered with the bow railing 2" – 2 1/2" off center of the bow pulpit. It seems that the two, foremost stanchions are leaning forward at different angles and, therefore, pushing one side and pulling the other side, creating an off-center situation. Tim Mills attempted to pry this misalignment back into shape, to no avail.

- The upholstered cover panel is falling off in the aft cabin closet.

David, please call us to keep us abreast of progress, and if you have any questions.

Thanks,

Peter Mains

Peter D. Mains



COPY

Peter and Lori Mains
5 Old Town Road
Avon, CT 06001
860-675-6907

PLAINTIFF'S
EXHIBIT

CASE
NO. 3O1CV2402
(AWT)
EXHIBIT
NO. 18

April 30, 2001

Mr. David Marlow
Director of Customer Service
Searay Boats
Knoxville, TN
Fax: 865-971-6410

Mr. Todd Stooksbury
Customer Service Quality Control Mgr.
Searay Boats
Knoxville, TN
Fax: 865-546-2872

Mr. David Wade
Customer Service
Searay Boats
Knoxville, TN
Fax: 865-546-2872

DEFENDANT'S
EXHIBIT
37 P
18 7/28/03

RE:    1998 Searay Sundancer 330

The following is a list of further disappointments and problems upon receiving our 330
Sundancer at Midway Marina, after your attempt at repairs.

- The transducer outer ring is cracked and separated from the hull.
- 2 areas on stainless rubstrip are crushed in at stern, above the tow eyes.
- Gelcoat is cracked, and new caulk was used on rubstrip to try to conceal damage done at factory.
- Gelcoat is cracked and peeling off at starboard rear corner.  Same on portside.
- Stress cracks on integrated swim platform above stern tow eyes.
- Stress cracks around stern tow eyes.
  (All of these obviously happened when you moved the boat around using a sling attached at the tow eyes in stern).
- All stanchions, with the exception of the last 2 on each side, are loose and bedding compound is separated from the fiberglass.

Page 2
April 30, 2001

- The starboard exhaust bullet is dented.
- The port engine sea strainer is crushed.
- There is gelcoat damage under hull that needs to be repaired or water will infiltrate.
- Crack in engine hatch at rear hinge from debris left in gutter.
- Anchor locker hatch latch spindle is bent and will not latch.
- There is a poorly done repair in nonskid near the anchor locker door.
- Areas of spray adhesive on tan upholstery in aft cabin and salon.

Further areas of extreme concern regarding repairs and retrofitting that was done on the boat:

- The retrofit exhaust system now makes the strut mounting bolts unaccessible.
- The trim tab hydraulic pump unit is now unaccessible.
- The condition of the grey gel-coated repairs in the bilge area are a red flag to any marine surveyor or potential buyer. It signifies that water intrusion repair was necessary due to poor workmanship.
- The delivery condition was extremely disappointing. Your received the boat cleaned and waxed and it was returned with sloppy bottom paint touch up, hit or miss compounding job, engine compartment full of dust and carpet fiber, carpet staining in the cabin and miscellaneous dents, scratches and scuffs.

Please do a thorough review of our past experiences with Searay, faxes, files, photos, rapair dates, and conversations, both on this 1998 replacement 330, and on our 1996 Searay you took back from us.

We await your call tonight at 6:10 p.m.

Very truly yours,

*Lori Mains*

Lori and Peter Mains

Exhibit "U"

Mains vs Sea Ray Boats, Inc.

Thomas Wicander

2/12/2004

1        order to run properly.  Acceptable compression

2        pressures are 130 psi plus or minus 5.  You

3        don't want any variation more than 5 percent

4        between cylinders; otherwise, an engine will

5        not be balanced, will not run properly.

6    Q   So you've described to me how to perform the

7        compression test, but what is the purpose of

8        doing it?

9    A   It's like a doctor using a stethoscope.  It's a

10       similar test.  It's strictly used to determine

11       the health of the engine.

12   Q   Okay.  And specifically the compression that

13       can be generated within the cylinders; is

14       that --

15   A   Yes, that's correct.

16   Q   And why is that important?

17   A   Well, I mean, that's where all the combustion

18       takes place.  That's what gives you the power

19       in the engine.  If you have low compression,

20       you will have low power in the engine.  It will

21       not run right.

22   Q   Am I correct that one result of -- one

23       potential result of hydrolocking can be to

24       affect the compression that a cylinder is able

25       to generate?

b89ccec0-1bfd-4149-8075-6a9c5f851b52

Mains vs Sea Ray Boats, Inc.

2/12/2004

Thomas Wicander

Page 62

```
 1    A    Sure.  If it shortens a connecting rod between

 2         the crankcase and the cylinder -- piston,

 3         rather, it will change the compression, if it

 4         damages the valve train or damages the rings,

 5         piston rings.

 6    Q    And if there was damage, you would expect there

 7         to be lower compression readings?

 8    A    Correct.

 9    Q    Tell me where you got -- in your report --

10         you're looking at Exhibit 8?

11    A    Yes.

12    Q    And that's your report of the compression test

13         that you performed on June 18th?

14    A    Yes.

15    Q    And at the top of your report, it says what you

16         just told me which is, "Acceptable compression

17         pressures are above 130 psi plus or minus 5

18         psi"?

19    A    Yes.

20    Q    Where does that number come from, the 130 psi?

21    A    That's a standard we use at the marina, and

22         it's also a standard that GM uses, I believe,

23         General Motors.  We use that as a starting

24         point because, you know, through the experience

25         we have with gas engines they will not run
```

b89ccec0-1bfd-4149-80

Mains vs Sea Ray Boats, Inc.

2/12/2004                                              Thomas Wicander

Page 67

 1    A    The purpose of it is you can see with the

 2         results for cylinders 5 and 6 -- I mean, if you

 3         have between pressures more than 5 percent

 4         difference, then you know you have an issue as

 5         far as there is internal damage in the engine.

 6         It's a quick test.  Normally if I found tests

 7         that -- at that result, I would say the engine

 8         needs to be dismantled and looked at at the

 9         time.  We went on to do a leak-down test just

10         to determine as a backup the accuracy of the

11         compression test.

12    Q    Okay.  Would you agree that a leak-down test is

13         essentially -- this may be what you told me --

14         a diagnostic test for determining where a

15         problem is?

16    A    Sure.

17    Q    If there wasn't a problem exhibited by the

18         results of a compression test, would you even

19         perform a leak-down test?

20    A    We do, yes.

21    Q    And why is that?

22    A    Again, because the compression test is an

23         instantaneous test.  The leak-down test

24         typically tells us more about the condition of

25         an engine than a compression test.

Brandon Smith Reporting

Mains vs Sea Ray Boats, Inc.

Thomas Wicander

2/12/2004

Page 70

1      we are of the opinion that both engines have

2      been seriously damaged as a result of the

3      hydrolocking that occurred on or about

4      June 9th, 2001, and require replacement"?

5   A  Yes.

6   Q  That's the last sentence in your report, right?

7   A  Yes.

8   Q  And that's your signature underneath?

9   A  Yes, it is.

10  Q  Okay.  And your conclusion that the engines had

11     been seriously damaged, that's based on the

12     results of the compression and the leak-down

13     tests?

14  A  Yes, it is.

15  Q  At that point, you hadn't opened up the

16     engines, right?

17  A  No, we had not.  It was through my experience

18     and my mechanic's experience that when you do

19     have tests with results like this there has

20     been serious damage to the engines.

21  Q  And at that point, you attributed the damage to

22     the hydrolocking that occurred on June 9th?

23  A  Yes.

24  Q  There is a note in your report.  First of all,

25     do you know when you prepared this report, the

# Exhibit "V"

Page 71

1          one that's marked as Exhibit 8?

2     A    It would have been shortly after that.  I don't

3          recall the exact time.

4     Q    Okay.  It says on the first page of your

5          report, "Also during the mechanical inspection,

6          it was noted that the overboard relief hose in

7          both exhaust systems is higher than the top of

8          the exhaust elbows."

9     A    Yes.

10    Q    Was that something that you noticed while you

11         were performing the compression and leak-down

12         tests?

13    A    Yes.  The reason that's significant is because

14         it states in any of their installation manuals,

15         Mercury's installation manuals, that at no time

16         can any part of the exhaust be higher than the

17         exhaust elbows.

18    Q    Let me -- hold that thought for a second.  I

19         didn't ask you -- in your report, it says,

20         "Acceptable leak-down percentages are less than

21         18 to 20 percent."

22    A    Yes.

23    Q    Do you know where that number comes from?

24    A    That's from our experience.

25    Q    Is that based on any GM standard or Mercury

Mains vs Sea Ray Boats, Inc.

2/12/2004                                                    Thomas Wicander

Page 76

1              July 10th?

2      A       Yes.

3      Q       And, again, this is the version that you wrote

4              out from your field notes in the office, right?

5      A       Yes.

6      Q       Okay.  If you could show me -- I think the

7              first diagram that you have is the port engine?

8      A       Yes.

9      Q       Can you just show me on that where the exhaust

10             elbow is and where the discharge hose is?

11     A       Yes.  This would be the exhaust elbow on the

12             engine (indicating).

13     Q       Um-hum.

14     A       And the discharge hose from the engine to the

15             exhaust system?

16     Q       Yes.

17     A       That would be this hose here (indicating), and

18             this would be the muffler.

19     Q       Okay.  And the overboard discharge is what we

20             were talking about before, right?  That

21             shouldn't be any higher than the exhaust elbow?

22     A       Correct.

23     Q       Okay.  And was it on July 10th or somewhere

24             around about there that you performed these

25             measurements?

b89ccec0-1bfd-

Mains vs Sea Ray Boats, Inc.

2/12/2004

Thomas Wicander

Page 77

```
 1    A    Yes.

 2    Q    Tell me how you performed the measurements.

 3    A    Okay.  What we do is we do a monometer test to

 4         determine water level height which is --

 5         actually, I brought -- that was one reason I

 6         brought this with me.  This is again right out

 7         of the Mercury manual.  There's pretty good

 8         directions on that page there.

 9    Q    Okay.  We're looking at Exhibit 2, and this is

10         the third page of the exhibit under where it

11         says something "Method."  I don't want to tear

12         it apart.  Do you know what that's titled?

13    A    Can I tear it apart?  It's "Clear hose method."

14    Q    Okay.  Okay.  And these directions, the third

15         page of Exhibit 2, that's the method that you

16         used to determine the waterline?

17    A    Yes.

18    Q    Okay.  And is that what's called the monometer

19         test?

20    A    Yes, that's what we call it.

21    Q    And what's the purpose of determining the

22         waterline?

23    A    Well, there's minimum specifications on where

24         the exhaust elbow has to be above that

25         waterline in order to prevent water ingestion.
```

Mains vs Sea Ray Boats, Inc.

2/12/2004

Thomas Wicander

Page 78

```
 1              So we determined the waterline inside the bilge
 2              so we can take accurate measurements from
 3              there.
 4      Q       And you performed your measurements of the
 5              exhaust elbow and the overboard discharge from
 6              the baseline that you obtained from the
 7              monometer test?
 8      A       Yes.
 9      Q       What were the results on the port engine?
10      A       As far as height of the exhaust elbow?
11      Q       Yeah, and in your mechanical inspection report,
12              you talk about the height of the exhaust elbow
13              and the overboard discharge, right?
14      A       Right.
15      Q       So what were the two heights?
16      A       The height of the exhaust elbow was determined
17              to be 17-1/4 inch above the waterline, and the
18              overboard discharge was 17-5/8.
19      Q       So a difference of one-eighth?
20      A       Yes.
21      Q       Is that significant?
22      A       It is because it shouldn't be anywheres near
23              the top -- that height.
24      Q       You're saying it should be significantly lower
25              than the exhaust elbow?
```

b89ccec0-1bfd-4149

Mains vs Sea Ray Boats, Inc.

2/12/2004

Thomas Wicander

Page 79

1   A   Yes.

2   Q   And where -- what's your basis for saying that?

3   A   From the MerCruiser manuals and from what I've

4       been taught.  You don't want to have any part

5       of the exhaust system above the exhaust elbow.

6   Q   And what were the results for the starboard

7       engine?

8   A   The starboard engine, the height of the exhaust

9       elbow was 17 inches above the waterline, and

10      the height of the overboard discharge was

11      17-1/4.

12  Q   So a difference of a quarter?

13  A   Yes.

14  Q   And you told me that the significance of these

15      measurements is that if the overboard discharge

16      is higher than the exhaust elbow it can result

17      in water ingestion?

18  A   That's correct.

19  Q   And you are aware that the overboard discharge

20      along with the rest of the exhaust system had

21      been replaced by Sea Ray in Tennessee, right?

22  A   Yes.

23  Q   So the only period that you're aware of that

24      the boat had been run with this new exhaust

25      system was on the trip to Brewers Pilots Point?

Brandon Smith Reporting

Mains vs Sea Ray Boats, Inc.

2/12/2004                                                    Thomas Wicander

Page 127

```
1          bottom for MerCruiser.  These were given to me

2          by Bassett Boat Company as a general form that

3          had been used on similar boats.

4     Q    And what's the purpose of the form?

5     A    It's a standard sheet for data I believe as far

6          as engine serial numbers and temperatures and

7          all that at the time of the testing.

8     Q    And does this have anything to do with water

9          ingestion?

10    A    Yes, it does.

11    Q    In what way?

12    A    These -- when a customer brings in a problem --

13         has a problem with water ingestion, we are

14         given this form and told to fill out the form

15         and perform compression and leak-down testing.

16    Q    Okay.  Is there any other boat dealer or engine

17         manufacturer that you're aware of that uses

18         this type of form?

19    A    I'm not aware of any.

20    Q    Is there any boat manufacturer or engine

21         manufacturer that uses any type of water

22         ingestion form?

23    A    I'm not aware of any.

24    Q    Do you have any idea why MerCruiser or Sea Ray

25         uses this form?
```

Brandon Smith Reporting

b89ccec0-1bfd-4149-8075-6a9c5f851b

PLAINTIFF'S EXHIBIT
CASE NO. 301CV2402 (AWT)
EXHIBIT NO. 30

# INBOARD WATER DAMAGE WORKSHEET

Fuel date: _____

Engine Model: __HORIZON__

Engine S/N: Port _0L0Y7684_  Stbd _0L007676_

Boat Model: _330 DA_   Hull ID: _330 DA -1526_

Air Temp: _82°_   Water Temp: _65°_   Humidity: _60%_

Boat used in: Fresh water __X__ Salt water use __X__

Is engine compartment sealed well? __YES__

Exhaust elbow height (see attached): WITH BOAT FULLY LOADED

Exhaust elbow used: None _____ 3 in. (76 mm) __X__ 6 in. (152 mm) _____

Location of resonator, if used. Measure from end of exhaust hose (elbow end) to inside flat surface of resonator __N/A__

Collector used _____ Canister/water lift muffler __X__ Both _____

Attach sketch with location of canister/water lift muffler. _____

BOAT exhaust: See attached diagram to perform measurement angles WITH BOAT FULLY LOADED

Any report of run-on (dieseling) after shutdown? __NO__

Ignition timing: _8°_  Engine compression __SEE ATTACHED REPORT__

Condition of spark plugs/wires: __NEW / GOOD__

When engine shutdown above idle? __NO__

Is idle period/no wake zone more than 15 minutes? __NO__

What flushing procedure is used? __PER SUPPLIED MANUAL__

After all measurements have been taken, inspect condition of exhaust elbow gasket surfaces and gaskets.

Describe: _____

_____

Data collected by _____

MerCruiser service fax _____ Attn: _____
7.26.01

EXHIBIT ID 11
Wicander
TP 2H2104







330DA
X BB
PULL ALL PLUGS

PETER MAINS.

EXHIBIT ID
Wicander 7
JF 2/12/04
PENGAD 800-631-6989

LEVEL   EXHAUST

PLAINTIFF'S
EXHIBIT
CASE
NO. 301 CV 2402 (MRK)
EXHIBIT
NO. 3

F-W- FLUSH
GENSET ENG'S?
* WATER PRESENT
IN BOTH

| PORT | 1 QT OVER | | STBD | 1 QT OVER |
|---|---|---|---|---|
| | AFT | | AFT | |
| 1 | 2 | 1 WET | 2 " | |
| 3 DRY | 4 | 3 " | 4 " | → FRESH |
| 5 | 6 | 5 " | 6 " | WATER !! |
| 7 | 8 | 7 " | 8 " | |
| | FWD | | FWD | |

INBOARD        OUTBOARD (IN BOARD)          OUTBOARD
RISER + (5°)   RISER (5°)  RISER +          RISER +

X 6 X 1.8"                    X 10"
                    RELIEF IS HIGHER
                    ON BOTH ENGINES

                    & APPROX 1"

# Exhaust System



> **⚠ CAUTION**
>
> It is the responsibility of the boat manufacturer or installing dealer to properly locate the engine and install the exhaust system. Improper installation may allow water to enter the exhaust manifolds and combustion chambers and severely damage the engine. Damaged caused by the water in the engine will not be covered by Mercury MerCruiser Warranty, unless this damage is the result of defective parts.

## Measuring Exhaust Elbow Height

The height of the exhaust elbows and the slope of the exhaust hoses must be within the dimensions specified to prevent water intrusion problems. Exhaust elbow risers must be installed, if needed, to obtain the proper height and/or slope. Measurement must be taken with the boat in the water. It is important that the boat be loaded as outlined to simulate the extreme loading conditions likely to be encountered in normal operation.

**IMPORTANT: Load distribution recommendations are the responsibility of the boat manufacturer.** Any load distribution conditions that will affect the exhaust system height and slope compliance must be clearly communicated to the operator in the owner's manual. For example, the number of people that can be located on the swim platform simultaneously should be included in the manual, if this could pose a problem.

1. Fill fuel, water, gray water and heater tanks to maximum capacity. People or weights can be used to simulate these loads if desired. Refer to conversions:

- 1 U.S. Gallon of Water = 8.3 lb.

- 1 Liter of Water = 1 kg.

- 1 U.S. Gallon of Gasoline = 6 lb.

- 1 Liter of Gasoline = 0.72 kg.

2. Add maximum allowable cargo weight to boat in areas where it will be stowed, including refrigerator and lockers. Do not forget the PWC, if applicable.

3. Add average passenger weight in all locations where each passenger will sit during normal operation.

*NOTE: ABYC specifies an average passenger weight of 64.0 kg (141 lb.) for boat loading calculations. This should be used as a minimum. An average passenger weight of 86 kg (190 lb.) is desirable.*

4. Measure exhaust elbow height as outlined under Measurement Methods, following. Also, measure exhaust system slope as shown below.



**NOTE:** *Exhaust elbow height is measured from the water lift muffler on applications so equipped. Refer to muffler manufacturer's instructions for required height and procedure.*



75203

**a -** Inclinometer
**b -** Exhaust Hose

5. Leave fluid and cargo weights where they are, but remove passenger weights from boat. Beginning at the bow, reload passenger weight (the equivalent of one person at a time) while retaking readings. Use all of the available seating areas in the bow first. Continue adding passenger weight (and taking readings), moving from the bow to the stern, until the maximum people weight has been added back on board.

6. Repeat Step 5, but this time start at stern of boat and work toward bow.

7. Measurements under all loading conditions should be within these specifications:

| Minimum Exhaust Elbow Height ||
| Model | Specification |
|---|---|
| MIE And V-drive Tow Sport Models | 381 mm (15 in.) |
| Tow Sports Inline Transmission Models | 330 m (13 in.) |

| Minimum Exhaust Hose Slope |||
| Model | Specification ||
| | Within 457 mm (18 in.) of Engine | Remainder of System |
| All Models | 10 Degrees | 3 Degrees |

| Slope Conversion |||
| Degrees | Drop vs. Run ||
| 3° | 5/8 in. per ft. | 52 mm per m |
| 10° | 2-1/8 in per ft. | 177 mm per m |

• Define height. The vertical dimension from the outer height of the exhaust elbow to the boat water-line or the muffler water-line in the case of a water-lift muffler.

• Water line in a water-lift muffler can be measured from the stand pipe.

8. Install risers if height is insufficient. Modify exhaust system and/or install risers, if slope is insufficient. Refer to the Mercury Precision Parts / Quicksilver Accessory Guide for part numbers.

| Riser Options | | |
|---|---|---|
| Model | Low | Medium |
| All | 76 mm (3 in.) | 152 mm (6 in.) |

## Measurement Methods

### STRAIGHT EDGE METHOD

1. Place a straight edge across boat.
2. With the straight edge above the engine and parallel to the water, measure the distances between the straight edge and the top of the exhaust elbow.
3. With the straight edge above the engine and parallel to the water measure the distance between the straight edge and the outside waterline.
4. The difference between these two measurements is the exhaust elbow height above the water line. Refer to Measuring Exhaust Elbow Height and compare measurement to Mercury MerCruiser's specifications.



a - Waterline
b - Top of exhaust elbow
c - Straight edge
d - Measurement between straight edge and top of exhaust elbow
e - Measurement between straight edge and water line

## CLEAR HOSE METHOD

1. Obtain a 8–10 mm (5/16 - 3/8 in.) I.D. hose approximately 4.5 mm (15 ft) long. Put a metal fitting or a weight on one end of the hose to keep that end of the hose below the water line.

2. Put the weighted end of the hose over the port or starboard side of the boat, keeping it in line with the engine's exhaust elbow.

3. Route the remainder of the hose toward the engine's exhaust manifold and elbow. Ensure that this open end section of the hose is as vertical as possible from the boat's bilge to the top of the exhaust elbow

4. Coil excess hose in bilge of boat, keeping it below the water line.

5. Lower open end of hose and siphon water until it starts to come out of the hose. Put a finger over the hose and lift open end until it is at the top of the exhaust elbow.

6. Slowly take finger off end of hose to let the water level stabilize. The water will seek the level of the water outside the boat. Keep hose close to exhaust elbow and as vertical as possible.

7. The measurement between water in hose and top of exhaust elbow is the exhaust elbow height. Ensure that boat is level.



76859

72700

**a** - Waterline
**b** - Top of exhaust elbow
**c** - Clear plastic hose
**d** - Weight
**e** - Measurement - waterline to top of exhaust elbow

90-864198024

Exhibit "W"

Mains vs Sea Ray Boats, Inc.

2/12/2004                                                    Thomas Wicander

Page 126

```
 1                    MR. BRANSON:  Object to the form.

 2    A    It is compatible.  We're still -- or as of

 3         mid -- or last summer, we were installing

 4         similar exhaust systems with the cooling kits.

 5  BY MR. SENNING:

 6    Q    So they are compatible?

 7    A    Yes, they are.

 8    Q    Is the flushing kit that was presently on the

 9         Mains' boat compatible with the new exhaust

10         system?

11                    MR. BRANSON:  Object to the form.

12    A    The flushing kit with the directions that I

13         believe the Mains have is not compatible.

14         Their directions, from what I understand,

15         stated that the engines were not to be run

16         during flushing.  I believe it is compatible if

17         you run the engines during flushing.

18  BY MR. SENNING:

19    Q    Could I see Exhibit 6, please.  Referring you

20         to Exhibits 5 and 11 which are titled, "Inboard

21         water damage worksheet," could you tell me a

22         little bit more about this form.  Who is that

23         generated by?

24    A    I believe it's either generated by MerCruiser

25         or Sea Ray.  In fact, it has a line at the
```

# *Brewer* PILOTS POINT MARINA

### 63 PILOTS POINT DRIVE • WESTBROOK, CT 06498

*A Full Service Yacht Yard*

South Yard (860) 399-7906  •  North Yard (860) 399-5128  •  East Yard (860) 399-6421
fax (860) 399-7259           fax (860) 399-8720            fax (860) 399-9562

## Mechanical Inspection Report

The following is a report of the mechanical inspections of both port and starboard engines in Peter Mains, 33' Sea Ray which were conducted on June 18, 2001.

The report consists of compression pressures and leak down percentages. These tests were completed after both engines had two oil changes and were run under load for over one hour.

Acceptable compression pressures are above 130 psi +/- 5 psi.

Acceptable leak down percentages are less than 18 – 20%.

Also, during the mechanical inspection it was noted that the over board relief hose in both exhaust systems is higher than the top of the exhaust elbows.

### Port Engine



PLAINTIFF'S EXHIBIT
CASE NO. 3:01CV2402 (AWT)
EXHIBIT NO. 36

EXHIBIT 8
Wicander
IP 2/12/04

| Cyl. # | Compression Pressure in PSI |
|--------|------------------------------|
| 1 | 130 |
| 2 | 135 |
| 3 | 115 |
| 4 | 118 |
| 5 | 105 |
| 6 | 107 |
| 7 | 118 |
| 8 | 135 |

| Cyl. # | Leak down percentages | Notes |
|--------|------------------------|-------|
| 1 | 32 | |
| 2 | 20 | |
| 3 | 86 | Noted air leaking into intake manifold. |
| 4 | 85 | Noted air leaking into exhaust manifold. |
| 5 | 88 | Noted air leaking into exhaust manifold. |
| 6 | 90 | Noted air leaking into intake manifold. |
| 7 | 80 | Noted air leaking into intake manifold & rocker arm cover. |
| 8 | 68 | Noted air leaking into rocker arm cover. |

*Mamaroneck, NY ★ Glen Cove, NY ★ Greenport, NY ★ Port Washington, NY*
*Stamford, CT ★ Stratford, CT ★ Branford, CT ★ Westbrook, CT ★ Essex, CT ★ Mystic, CT ★ Deep River, CT*
*Wickford, RI ★ Warwick, RI ★ Barrington, RI ★ Portsmouth, RI ★ Plymouth, MA ★ North Falmouth, CT ★ Freeport, ME*

1

Affiliates:  BREWER YACHT SALES  •  BREWER SPECIAL PRODUCTS  •  BREWER YACHT CHARTERS
(860) 399-6213              (860) 399-8543              (860) 399-6213

BREWER MARINAS YACHT YARDS

# *Brewer* PILOTS POINT MARINA

63 PILOTS POINT DRIVE • WESTBROOK, CT 06498

*A Full Service Yacht Yard*

South Yard  (860) 399-7906  •   North Yard  (860) 399-5128   •  East Yard  (860) 399-6421
fax  (860) 399-7259                fax  (860) 399-8720                fax  (860) 399-9562

## Starboard

| Cyl. # | Compression Pressure in PSI |
|--------|------------------------------|
| 1 | 130 |
| 2 | 125 |
| 3 | 132 |
| 4 | 130 |
| 5 | 125 |
| 6 | 130 |
| 7 | 125 |
| 8 | 125 |

| Cyl. # | Leak down percentages | Notes |
|--------|----------------------|-------|
| 1 | 32 | Noted air leaking into intake manifold. |
| 2 | 70 | Noted air leaking into exhaust manifold. |
| 3 | 22 | |
| 4 | 42 | Noted air leaking into exhaust manifold. |
| 5 | 48 | Noted air leaking into intake manifold. |
| 6 | 30 | |
| 7 | 65 | Noted air leaking into both manifolds. |
| 8 | 64 | Noted air leaking into exhaust manifold. |

On the basis of the mechanical inspections reported above, we are of the opinion that both engines have been seriously damaged as a result of the hydro locking that occurred on or about June 9, 2001 and require replacement.

*Tom Wicander*
Tom Wicander
East Yard Manager



*Mamaroneck, NY ★ Glen Cove, NY ★ Greenport, NY ★ Port Washington, NY*
*Stamford, CT ★ Stratford, CT ★ Branford, CT ★ Westbrook, CT ★ Essex, CT ★ Mystic, CT ★ Deep River, CT*
*Wickford, RI ★ Warwick, RI ★ Barrington, RI ★ Portsmouth, RI ★ Plymouth, MA ★ North Falmouth, CT ★ Freeport, ME*

2

Affiliates:  BREWER YACHT SALES  •  BREWER SPECIAL PRODUCTS  •  BREWER YACHT CHARTERS
(860) 399-6213                (860) 399-8543                (860) 399-6213

Exhibit "X"

| 1 | | June 18th, 2001, and you say, "This testing was |
|---|---|---|
| 2 | | conducted to determine the condition of both |
| 3 | | engines due to the occurrence of both engines |
| 4 | | hydrolocking on or about June 9th, 2001, and |
| 5 | | the possibility of water ingestion over a |
| 6 | | period of time resulting from a defective |
| 7 | | exhaust systems." |
| 8 | A | Yes. |
| 9 | Q | As to the second part of that sentence, at the |
| 10 | | time that you performed the leak-down and |
| 11 | | compression tests, did you have any suspicion |
| 12 | | of water ingestion over a period of time? |
| 13 | A | Well, actually I did.  We've done an extensive |
| 14 | | number of boats, similar boats, where we've |
| 15 | | replaced exhaust systems.  We've replaced |
| 16 | | engines.  We've replaced cylinder heads, |
| 17 | | 20-some-odd boats, 25 boats maybe before and |
| 18 | | after the Mainses' obviously.  We started doing |
| 19 | | the work back as early as '96 or '97 with |
| 20 | | similar exhaust systems that the Mains' boat |
| 21 | | originally came with.  So that was definitely a |
| 22 | | concern of mine. |
| 23 | Q | And if that was the case, why didn't you put |
| 24 | | that in your original report of the compression |
| 25 | | and leak-down results? |

Mains vs Sea Ray Boats, Inc.

2/12/2004                                                                    Thomas Wican

Page 100

| 1  | A | I originally didn't put it in there because all |
|----|---|----|
| 2  |   | we were asked to do was perform the leak-down |
| 3  |   | and compression test. |
| 4  | Q | Okay.  And you concluded as a result of those |
| 5  |   | tests that the engine had been damaged as a |
| 6  |   | result of the hydrolocking incident, right? |
| 7  | A | Yes. |
| 8  | Q | And that's what you said in June of 2001? |
| 9  | A | Yes. |
| 10 | Q | Okay.  Had you discussed -- let me back up. |
| 11 |   | Had you had any further communications with the |
| 12 |   | Mains since September of 2001? |
| 13 | A | I'm sure I have, yeah. |
| 14 | Q | Were they keeping in contact with you about the |
| 15 |   | storage of their boat and things like that? |
| 16 | A | Yes, absolutely. |
| 17 | Q | Were they keeping you up to date on what was |
| 18 |   | going on with their communications with |
| 19 |   | Sea Ray? |
| 20 | A | I certainly kept asking them how they were |
| 21 |   | making out. |
| 22 | Q | And what did they tell you? |
| 23 | A | They hadn't made out at all as far as I knew. |
| 24 |   | They hadn't come to any resolve of the |
| 25 |   | problems. |

b89ccec0-1bfd-41...

Mains vs Sea Ray Boats, Inc.

2/12/2004                                                    Thomas Wicander

Page 117

1   A    Not to my knowledge, no.  I believe that the

2        scoring is too deep.

3   Q    Okay.  Okay.  Can you replace the manifolds and

4        the gaskets and those components?

5   A    Sure.

6   Q    Let me ask you:  You have mentioned that you

7        have seen other Sea Ray boats with these types

8        of problems?

9   A    Yes.

10  Q    And those were boats with collector-style

11       exhaust systems?

12  A    Yes, that's correct.

13  Q    And how many times did you say you've performed

14       those types of repairs or replacing engines in

15       boats like that?

16  A    How many other jobs?  I believe it's mid-20s,

17       25, 26 boats.

18  Q    Over the course of how many years?

19  A    Since '97 to midsummer last year.

20  Q    On those boats, what kinds of repairs have you

21       done?

22  A    We've -- some of the vessels we've done -- as

23       far as engine repairs, we've done cylinder

24       heads, replaced cylinder heads and reassembled

25       the engines.  On other boats, we've replaced

b89ccec0-1bfd-4149-8075-6a9c5f851b52

Mains vs Sea Ray Boats, Inc.

2/12/2004

Thomas Wicander

Page 128

```
 1                    MR. BRANSON:   Object to the form.

 2    A    My assumption is they're using this form

 3         because they're having continued problems with

 4         their engines.

 5   BY MR. SENNING:

 6    Q    Does Pilots Point maintain records of the other

 7         water ingestion boat problems that you've

 8         worked on over the years?

 9    A    Yes, we do.

10    Q    To your knowledge, would Pilots Point still be

11         in possession of those?

12    A    Yes, they are.

13    Q    You testified earlier that -- and I don't

14         recall the exact date, but it was -- I believe

15         it was after the hydrolocking and perhaps

16         sometime around June 11th that there was a

17         telephone conversation or a conference call

18         with I believe you stated David Marlowe, David

19         Wade, and I believe you also testified that

20         there was a representative from MerCruiser in

21         that conversation along with the Mains and

22         yourself?

23    A    Yes.

24    Q    Do you recall who that MerCruiser

25         representative was?
```

Brandon Smith Reporting

b89ccec0-1bfd-4149-807



## CERTIFIED TECHNICIAN

# Thomas Wicander

Has successfully completed an advanced
Technical Service Education Course
in service procedures and diagnostic analysis.

# MerCruiser

*Wendell Pasley*

Director of Service Training

| Date Issued | Technician No. | Expiration Date |
|---|---|---|
| April 5, 1999 | CT2130C | April 5, 2002 |

SIS 1000 4/00



# SERVICE TRAINING AWARD

This is to certify that

## Tom Wicander

has successfully completed the 1997
Sea Ray Dealer Service School

This Fifth Day of November, 1996

*William J. Barrington*
President/Chief Executive Officer
Sea Ray Boats, Inc.

*C. Michael Mitchell*
Vice President • Customer/Consumer Services
Sea Ray Boats, Inc.

# Exhibit "Y"

ESSEX LAW GROUP

11/13/2003  16:31    8607672740

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and | : | CASE NO.  301 CV 2402 (AWT) |
| LORI M. MAINS | : | |
| Plaintiffs, | : | |
| vs. | : | |
| | : | |
| SEA RAY BOATS, INC. | : | |
| Defendants. | : | |

## F.R.C.P. RULE 26 STATEMENT
## SUPPLEMENTAL TO EXPERT REPORT
## OF TOM WICANDER

In connection with the October 7, 2003 report submitted by me pertaining to the above referenced matter, I hereby submit the following statement regarding my qualifications as an expert, any exhibits I intend to use as a summary or in support of my opinions, the amount of compensation I have been or I am to be paid for my services, and a listing of any or all cases in which I have testified as an expert in my field in the past four years.

A.     Qualifications as an Expert.  See attached Resume/Work Experience.

Marine Mechanic since 1984
Certified Mercruser Mechanic since 1990
Sea Ray Factory trained 5 years (most recently 1997)

B.     Exhibits intended to be used to summarize or support opinion.

Leak Down Test
Compression Test
Visual Inspection

# *Brewer* PILOTS POINT MARINA

### 63 PILOTS POINT DRIVE • WESTBROOK, CT 06498

*A Full Service Yacht Yard*

South Yard  (860) 399-7906  •  North Yard  (860) 399-5128  •  East Yard  (860) 399-6421
fax  (860) 399-7259　　　　　fax  (860) 399-8720　　　　　fax  (860) 399-9562

October 7, 2003



PLAINTIFF'S
EXHIBIT

CASE
NO. 301CV2402
(AWT)

EXHIBIT
NO. 41

Mr. Peter Mains
5 Old Town Road
Avon, CT 06001

At the request of the Mains', on June 18, 2001, we conducted a leak down and compression tests on both port and starboard 7.4*l* Mercruiser engines. This testing was conducted to determine the condition of both engines due to the occurrence of both engines hydro locking on or about June 9, 2001 and the possibility of water ingestion over a period of time resulting from a defective exhaust systems. On the basis of that testing the following results were determined:

## Port Engine

| Cyl. # | Compression Pressure in PSI |
|--------|------------------------------|
| 1 | 130 |
| 2 | 135 |
| 3 | 115 |
| 4 | 118 |
| 5 | 105 |
| 6 | 107 |
| 7 | 118 |
| 8 | 135 |

EXHIBIT ID
Wicander 12
IP 2/12/04

| Cyl. # | Leak down percentages | Notes |
|--------|------------------------|-------|
| 1 | 32 | |
| 2 | 20 | |
| 3 | 86 | Noted air leaking into intake manifold. |
| 4 | 85 | Noted air leaking into exhaust manifold. |
| 5 | 88 | Noted air leaking into exhaust manifold. |
| 6 | 90 | Noted air leaking into intake manifold. |
| 7 | 80 | Noted air leaking into intake manifold & rocker arm cover. |
| 8 | 68 | Noted air leaking into rocker arm cover. |

*Mamaroneck, NY ★ Glen Cove, NY ★ Greenport, NY ★ Port Washington, NY*
*Stamford, CT ★ Stratford, CT ★ Branford, CT ★ Westbrook, CT ★ Essex, CT ★ Mystic, CT ★ Deep River, CT*
*Wickford, RI ★ Warwick, RI ★ Barrington, RI ★ Portsmouth, RI ★ Plymouth, MA ★ North Falmouth, CT ★ Freeport, ME*



Affiliates: BREWER YACHT SALES • BREWER SPECIAL PRODUCTS • BREWER YACHT CHARTERS
(860) 399-6213　　　　　　(860) 399-8543　　　　　　(860) 399-6213

**Starboard Engine**

| Cyl. # | Compression Pressure in PSI |
|--------|------------------------------|
| 1 | 130 |
| 2 | 125 |
| 3 | 132 |
| 4 | 130 |
| 5 | 125 |
| 6 | 130 |
| 7 | 125 |
| 8 | 125 |

| Cyl. # | Leak down percentages | Notes |
|--------|------------------------|-------|
| 1 | 32 | Noted air leaking into intake manifold. |
| 2 | 70 | Noted air leaking into exhaust manifold. |
| 3 | 22 | |
| 4 | 42 | Noted air leaking into exhaust manifold. |
| 5 | 48 | Noted air leaking into intake manifold. |
| 6 | 30 | |
| 7 | 65 | Noted air leaking into both manifolds. |
| 8 | 64 | Noted air leaking into exhaust manifold. |

Based upon the noted test results, it was my opinion that the condition of the engines had been seriously compromised.

I subsequently conducted a more detailed inspection of both engines in order to confirm the findings of the previous tests and the extent of the damage to the cylinders.

The following is a condition report of both the Mains' engines in their 1998 Sea Ray Vin # SERT3801C898.

The engines were dismantled in the vessel enough to expose the cylinders. The exhaust manifolds and elbows were removed; the intake manifolds and cylinder heads were removed. The manifolds, elbows, cylinder heads and cylinder bores were then inspected.

**Starboard Engine**

Exhaust Manifolds:   Both have heavy rust, mainly under exhaust elbows.

Exhaust Elbows:   Inboard elbow has minor internal rusting. Outboard elbow has significant internal rusting. All elbow gaskets show sign's of leakage into manifold.
Note:   (1) Could not separate outboard riser from manifold due to excessive corrosion caused by gasket leakage.

(2) Exhaust elbow gaskets were "old" style and should have been upgraded when exhaust retrofit was performed.

Cylinder Inspection:   Cylinder #'s 1, 2, 3, 4 all have significant scoring present.

## Port Engine

Exhaust Manifolds:   Both manifolds have rust present directly below exhaust elbows.

Exhaust Elbows:      Both have internal rusting throughout elbow.  Elbow gaskets all show signs of leakage.

Note:   Exhaust elbow gaskets were similar to STBD and should have been replaced at time of exhaust retrofit.

Cylinder Inspection:   All cylinders except #7 have significant scoring.

It is my opinion that both engines have ingested water over a period of time prior to the hydro locking on or about June 9, 2001.  No single ingestion incident could have caused the damage present.  Both engines need to be replaced.

Sincerely,


Tom Wicander
East Yard Manager

PLAINTIFF'S
EXHIBIT
CASE NO. 301CV2402 (AWT)
EXHIBIT NO. 30

## INBOARD WATER DAMAGE WORKSHEET

Fail date: _____

Engine Model: __HORIZON__

Engine S/N: Port __0L007684__ Stbd __0L007676__

Boat Model: __330DA__ Hull ID: __330DA-1526__

Air Temp: __82°__ Water Temp: __65°__ Humidity: __60%__

Boat used in: Fresh water __X__ Salt water use __X__

Is engine compartment sealed well? __YES__

Exhaust elbow height (see attached): __WITH BOAT FULLY LOADED__

Exhaust elbow riser: None _____ 3 in. (76 mm) _____ X _____ 6 in. (152 mm) _____

Location of resonator, if used. Measure from end of exhaust hose (elbow end) to inside flat surface of resonator __N/A__

Collector used _____ Canister/water lift muffler __X__ Both _____

Attach sketch with location of canister/water lift muffler. _____

BOAT exhaust: See attached diagram to perform measurement angles WITH BOAT FULLY LOADED

Any report of run-on (dieseling) after shutdown? __NO__

Ignition timing: __8°__ Engine compression __SEE ATTACHED REPORT__

Condition of spark plug/wires __NEW / GOOD__

Was engine shutdown above idle? __NO__

Is idle period/no wake zone more than 15 minutes? __NO__

What flushing procedure is used? __PER SUPPLIED MANUAL__

After all measurements have been taken, inspect condition of exhaust elbow gasket surfaces and gaskets.

Describe: _____

_____

Date collected by: _____

MerCruiser service fax _____ Attn: _____

7.26.01







330DA
x BB        PETER MAINS.
PULL ALL PLUGS

LEVEL   EXHAUST

EXHIBIT ID
Wicander 7
IP 2/12/04

PLAINTIFF'S
EXHIBIT
CASE
NO. 301 CV 2402
EXHIBIT
NO. 3

F.W. FLUSH
GNSET ENG'S ?
* WATER PRESENT
IN BOTH

PORT   1 QT OVER        STBD    1 QT OVER
AFT                    AFT

1          2        1 WET      2
3 DRY      4        3  "       4  "     → FRESH
5          6        5  "       6  "       WATER !!
7          8        7  "       8  "

FWD                    FWD

INBOARD    OUTBOARD (INBOARD)    OUTBOARD
RISER (5")  RISER (5)  RISER      RISER

(18) x 1.8"          x 10"
                RELIEF IS HIGHER
                ON BOTH ENGINES

                & APPROX 1"