UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CIVIL ACTION NO.: |
| Plaintiffs, | : | 3:01CV2402 (AWT) |
| v. | : | |
| SEA RAY BOATS, INC., | : | |
| Defendant. | : | MARCH 27, 2008 |

**PLAINTIFFS' FIRST SUPPLEMENT TO JOINT TRIAL MEMORANDUM**

Plaintiffs Peter D. Mains and Lori M. Mains respectfully submit the following supplement to Sections 10 (List of Witnesses), 11 (Exhibits), and 12 (Deposition Testimony) of the parties' Joint Trial Memorandum dated May 29, 2007:

**10. List of Witnesses.**

Plaintiffs reserve the right to call, in their case in chief, any and all witnesses who have been or may in the future be noticed and or otherwise identified by Defendant and not made subject to any order of the Court precluding such witnesses from testifying, including but not limited to, all Witnesses listed by Defendant in the Joint Pre-Trial Memorandum Dated May 29, 2007 and any and all supplements submitted thereto. This includes, but is not limited to, David Marlowe, Allen McDonald, Dean Beckman, Jason Brown, Patrick Smith, Gregory Davis, Greg Wilson, Todd Stooksbury.

**Plaintiff's Fact Witnesses:**

**Thomas Wicander – Brewer Ferry Point Marina – Old Saybrook, CT**

**(Percipient and Expert Witness)**

In addition to the expert testimony described in the Joint Trial Memorandum dated May 29, 2007, Mr. Wicander will testify as a fact witness pertaining to the communications and events surrounding the subject vessel after its return from the Sea Ray factory in 2001 and his interactions with Sea Ray, MerCruiser and Plaintiffs.

Additionally, Mr. Wicander will testify as to the content of service bulletins and other documents authored by Defendant and provided to him during the course of his work as an authorized MerCruiser Technician. Mr. Wicander will also discuss his personal experience with the various iterations of MerCruiser exhaust systems as installed on Sea Ray Boats encountered during his work as a marine mechanic.

Furthermore, if the Court permits evidence of past consumer complaints, Mr. Wicander will testify as to problems and complaints involving other similar engines and exhaust systems installed on board other Sea Ray boats that he attended during the course and scope of his employment as a marine mechanic, as well as the notice and knowledge of Sea Ray and MerCruiser thereof.

**Blake Moore – Sea Ray Boats, an unincorporated division of Brunswick Corporation**

The deposition testimony of Blake Moore, Sea Ray Boats, will be introduced to establish the fact that Brunswick Corporation, through its unincorporated Sea Ray and MerCruiser Divisions, was aware of the various design, installation and manufacturing defects of the type which caused the catastrophic engine failure suffered by the instant Vessel.

**Dennis Linnert – Mercury Marine, an unincorporated division of Brunswick Corporation**

The deposition testimony of Dennis Linnert, Mercury Marine, will be introduced to establish the fact that Brunswick Corporation, through its unincorporated Sea Ray and MerCruiser Divisions, was aware of the various design, installation and manufacturing defects of the type which caused the catastrophic engine failure suffered by the instant Vessel.

**Bruce King – Mercury Marine, an unincorporated division of Brunswick Corporation**

The deposition testimony of Bruce King, Mercury Marine, will be introduced to establish the fact that Brunswick Corporation, through its unincorporated Sea Ray and MerCruiser Divisions, was aware of the various design, installation and manufacturing defects of the type which caused the catastrophic engine failure suffered by the instant Vessel.

**Messrs. Marlowe, Wilson, Stooksbury, Beckman, McDonald, Brown, Smith and Davis, party witnesses of Defendant Sea Ray Boats.**

These party witnesses, designated by their employer Sea Ray Boats, will testify to the fact that Brunswick Corporation, through its unincorporated Sea Ray and MerCruiser Divisions, was aware of the various design, installation and manufacturing defects of the type which caused the catastrophic engine failure suffered by the instant Vessel. They will further testify as to the various unsuccessful attempts to remedy these defects and the extraordinary measures adopted to ensure that these defects were hidden from consumers.

**11. Exhibits.**

30. Exhibit 30 is intended to include the worksheet and port and starboard engine diagrams dated February 12, 2004.

41. Photographs 2, 3, 4, 5, 6A, 6B, 7, 8, 9, 10, 11, 12 labeled "Tom Greaves Marine Surveyors."

42. MerCruiser exhaust elbow with vacuum break.

43. MerCruiser exhaust elbow without vacuum break.

44. M/Y MAIN SQUEEZE: Various engine components.

45. Photographs 1 through 88 of exhaust and engine parts from M/Y MAIN SQUEEZE.

46. MerCruiser Manual

47. Installation Manual 5.7/7.4L Bluewater Inboard Models

48. Sea Ray Sundancer Parts Manual 1998

49. Sea Ray Exhaust System Layout

50. MerCruiser Service Bulletin 63-13

51. MerCruiser Service Bulletin 64-08

52. MerCruiser Service Bulletin 65-04

53. MerCruiser Service Bulletin 66-19

54. MerCruiser Service Bulletin 66-22

55. MerCruiser Service Bulletin 68-04

56. MerCruiser Service Bulletin 68-14

57. MerCruiser Service Bulletin70-11

58. MerCruiser Service Bulletin 70-15

59. MerCruiser Service Bulletin 70-16

60. MerCruiser Service Bulletin 71-08

61. MerCruiser Service Bulletinn 72-10

62. MerCruiser Service Bulletin 72-16

63. MerCruiser Service Bulletin 72-17

64. MerCruiser Service Bulletin 73-13

65. MerCruiser Service Bulletin 75-2

66. MerCruiser Service Bulletin 75-05

67. MerCruiser Service Bulletin 75-6

68. MerCruiser Service Bulletin 78-1

69. MerCruiser Service Bulletin 78-8

70. MerCruiser Service Bulletin 79-2

71. MerCruiser Service Bulletin 80-7

72. MerCruiser Service Bulletin 80-9

73. MerCruiser Service Bulletin 80-12

74. MerCruiser Service Bulletin 81-6

75. MerCruiser Service Bulletin 81-7

76. MerCruiser Service Bulletin 81-8

77. MerCruiser Service Bulletin 81-10

78. MerCruiser Service Bulletin 81-14

79. MerCruiser Service Bulletin 81-15

80. MerCruiser Service Bulletin 81-27

81. MerCruiser Service Bulletin 81-28

82. MerCruiser Service Bulletin 81-30

83. MerCruiser Service Bulletin 81-33

84. MerCruiser Service Bulletin 81-36

85. MerCruiser Service Bulletin 82-3

86. MerCruiser Service Bulletin 82-4

87. MerCruiser Service Bulletin 82-5

88. MerCruiser Service Bulletin 83-5

89. MerCruiser Service Bulletin 83-9

90. MerCruiser Service Bulletin 83-12

91. MerCruiser Service Bulletin 83-13

92. MerCruiser Service Bulletin 83-18

93. MerCruiser Service Bulletin 83-19

94. MerCruiser Service Bulletin 83-23

95. MerCruiser Service Bulletin 84-1

96. MerCruiser Service Bulletin 84-2

97. MerCruiser Service Bulletin 84-3

98. MerCruiser Service Bulletin 85-20

99. MerCruiser Service Bulletin 85-21

100. MerCruiser Service Bulletin 85-23

101. MerCruiser Service Bulletin 85-24

102. MerCruiser Service Bulletin 85-30

103. MerCruiser Service Bulletin 85-33

104. MerCruiser Service Bulletin 87-4

105. MerCruiser Service Bulletin 88-6

106. MerCruiser Service Bulletin 89-1

107. MerCruiser Service Bulletin 89-32

108. MerCruiser Service Bulletin 91-1

109. MerCruiser Service Bulletin 91-6

110. MerCruiser Service Bulletin 92-1 index

111. MerCruiser Service Bulletin 92-1

112. MerCruiser Service Bulletin 93-1

113. MerCruiser Service Bulletin 93-5

114. MerCruiser Service Bulletin 94-1 index

115. MerCruiser Service Bulletin 95-1

116. MerCruiser Service Bulletin 95-13

117. MerCruiser Service Bulletin 95-17

118. MerCruiser Service Bulletin 96-1

119. MerCruiser Service Bulletin OEM 96-1

120. MerCruiser Service Bulletin OEM 96-3

121. MerCruiser Service Bulletin OEM 96-4

122. MerCruiser Service Bulletin OEM 96-5

123. MerCruiser Service Bulletin 96-7

124. MerCruiser Service Bulletin 97-14

125. MerCruiser Service Bulletin 97-15

126. MerCruiser Service Bulletin 98-4

127. MerCruiser Service Bulletin 98-6

128. MerCruiser Service Bulletin OEM 99-8

129. MerCruiser Service Bulletin 99-9

130. MerCruiser Service Bulletin 99-10

131. MerCruiser Service Bulletin OEM 2000-9

132. MerCruiser Service Bulletin 2000-13

133. MerCruiser Service Bulletin 2001-10

134. MerCruiser Service Bulletin 2001-11

135. MerCruiser Service Bulletin 2001-13

136. MerCruiser Service Bulletin 2002-03

137. MerCruiser Service Bulletin OEM 2002-03

138. MerCruiser Service Bulletin 2002-06

139. MerCruiser Service Bulletin 2002-08

140. Mercury Service Bulletin 2003-05

141. MerCruiser Service Bulletin 2005-12

142. MerCruiser Service Bulletin 2007-01

143. Mercury Outboards Service Bulletin 1990 index

144. Mercury Precision Parts Catalog MIE 7.4L MPI (GEN-VI-L29)

145. Mercury MerCruiser Gasoline Engine Inboard Models Installation Manual

146. Mercury MerCruiser Operation, Maintenance & Warranty Manual

147. Sea Ray Owner's Manual Chapters 1-9

148. Sea Ray Owner's Manual Chapter 10: Care & Refining

149. American Boat and Yacht Council standards

150. MerCruiser Stern Drive & Inboards 1987 Product Line Improvements

151. "A Review of Exhaust Elbow Reversion" by Jane Christen

152. Deposition of Bruce King, dated January 25, 2005

153. Deposition of Blake Moore, dated January 25, 2005

154. Deposition of Dennis Linnert dated January 26, 2005

155. Mercury MerCruiser Sterndrives "Turning Innovation into Exhilaration" effective September 2000

156. MerCruiser Dealer Information Product Highlights Effective: July 2002

157. Mercury University MerCruiser Inboard Technician Guide

158. "MerCruiser Gasoline Engine Product" dated February 23, 2002

Additionally, Plaintiffs reserve the right to offer, in their case in chief, any and all exhibits which have been or may in the future be noticed, designated, proffered, or otherwise identified by Defendant and not made subject to any order of the Court precluding such evidence, including but not limited to all exhibits listed by Defendant in the Joint Pre-Trial Memorandum Dated May 29, 2007 and any and all supplements submitted thereto, regardless of the purpose for which Defendant listed the exhibits.

**12. Deposition Testimony**

Plaintiffs expect to utilize the deposition testimony of the following witnesses pursuant to Rule 32 of the Federal Rules of Civil Procedure:

1. Bruce King, Technical Account Manager, Mercury Marine
2. Blake Moore, Director of Product Support, Sea Ray Boats
3. Dennis Linnert, Customer Service Manager, Mercury Marine

THE PLAINTIFFS,
PETER D. MAINS and
LORI M. MAINS

By: /s/ Richard J. Nikas

Richard J. Nikas
Connecticut Federal Bar No. PHV02528
HERRICK NIKAS
1201 Dove Street, Suite 560
Newport Beach, California 92660
Phone: (714) 546-1400
Fax: (714) 546-4111
Email: rnikas@herricknikas.com
Their Attorney

**CERTIFICATION**

I hereby certify that on this date a copy of foregoing **Plaintiffs' First Supplement to Joint Trial Memorandum** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Richard J. Nikas
Richard J. Nikas
Connecticut Federal Bar No. PHV02528