# Exhibit A



MerCruiser Service Bulletin

Section: XII (Service Bulletins)
Number: 63-13
Date: 12/30/63

A. MerCr. I Model Designation - Service
B. Ride-Guide Steering Cable Tube - MerCr. I
C. Exhaust Outlet Location - MerCr. II V-8's
D. Universal Joint Repair
E. Service Protection - MerCruiser I
F. Heavy Duty Water Pump Kit - MerCr. I
G. Universal Carburetor Gauge

Beaver Dam, Wis. U.S.A.

### A. MERCRUISER I MODEL DESIGNATION - SERVICE

*(For Page 1 of General Information Section I)*

MerCruiser IA - For 110 HP Engine
- Upper gears 21:23 ratio (1.85:1 overall reduction)
- Drive carton stamped "A(110 HP)"
- "A" stamped on drive shaft housing after serial number and on visible end of universal shaft.

MerCruiser IB - For 120 HP Engine
- Upper gears 20:24 ratio (2:1 overall reduction)
- Drive carton stamped "B(120 HP)"
- "B" stamped on drive shaft housing after serial number and on visible end of universal shaft.

MerCruiser IC - For 140 & 150 HP Engines
- Upper gears 24:24 ratio (1.7:1 overall reduction)
- Drive carton stamped "C(140, 150 HP)"
- "C" stamped on drive shaft housing after serial number and on visible end of universal shaft.

### B. RIDE-GUIDE STEERING CABLE TUBE - MERCRUISER I

*(For P. 6 of Installation Section II)*

Late 1963 production MerCruiser I inner transom plates incorporate an aluminum steering cable tube. There is a possibility that this tube will bend slightly, when the 2 jam nuts are tightened excessively, and cause hard steering. (Figure 1) If this should occur, install the earlier steel steering tube (30766) to prevent bending. This cannot occur on 1964 production.



Figure 1. Jam Nuts Securing Ride-Guide Steering Cable Tube

P. 2  MerCruiser Service Bulletin No. 16, Section VII

63-13

### C. EXHAUST OUTLET LOCATION - MERCRUISER II V-8 MODELS

(For P. 11 of Installation Section II & P. 7 of Miscellaneous Section V)

We have received complaints from some customers that installation of some V-8 model MerCruiser Marine Engines -- especially in deep "V" boats -- permits sea water to run back into the exhaust manifolds, thereby causing damage to the engine.

A safe condition is determined by engine position in boat and by loading and movement within boat. To prevent water from entering engine thru exhaust manifold when boat is at rest, outside water level must be low enough, with respect to water trap in engine exhaust elbows, that water cannot run back into exhaust manifolds under any conditions of loading or rocking of the boat. Exhaust outlets must be located so that they always are lower than the exhaust manifold to assure proper draining of discharge water.

Always install Exhaust Flange Cover (34765A1) to help keep surging water from entering exhaust outlet. (Figure 2) These covers are deflectors only and do not function as seals.

 

Figure 2.  Exhaust Flange Cover Installed

### D. UNIVERSAL JOINT REPAIR

(For P. 18 [MerCr. I] & P. 15 [MerCr. II] of Engine, Mechanical Section VIII)

The cross and bearing assemblies for both MerCruiser I and II universal joints are being made available. Instructions will accompany the packaged parts.

    36311  Cross & Bearing Assy. for 32595 Universal Shaft, MerCr. I    $8.10 List *(2 Req'd)*
    36312  Cross & Bearing Assy. for 32051 Universal Shaft, MerCr. II    8.55 List *(2 Req'd)*

### E. SERVICE PROTECTION - MERCRUISER I

(For P. 11 of Engine, Mechanical Sec. VIII)



When adjusting valve tappets in the service shop, steps can be taken to prevent the spattering of oil on clothes by reworking a used rocker arm cover, as shown in Figure 3.

Figure 3. Reworked Rocker Arm Cover to Prevent Oil Splattering

P. 3   MerCruiser Service bulletin No. 19, Section VII

63-13

F. HEAVY DUTY WATER PUMP KIT (46-36087A2) - MERCRUISER I

(For P. 5 of Drive Unit Section IX)

An excessive amount of silt in some rivers creates an extreme abrasive action on the water pump cartridge. Engineering has developed and tested a Heavy Duty Water Pump Kit which has tremendously increased the life of the water pump in silt laden waters. Complete installation instructions are included in this kit.

If this high abrasive silt condition exists in your area, order these kits now...keep your service stock up-to-date.

46-36087A2   Heavy Duty Water Pump Kit, MerCr. I   $21.45 List

G. UNIVERSAL CARBURETOR GAUGE (91-36392)

(For P. 2 of Tool Section VI)

Eliminates the need for special gauges for each make and model. This one, simple tool performs all the operations shown below, plus many other service operations.

Order the Universal Carburetor Gauge (91-36392) today to maintain your complete service tool department. (Figure 4)

91-36392   Universal Carburetor Gauge   $2.75



Figure 4. Universal Carburetor Gauge and Adjustments



# service bulletin

TO:  SERVICE MANAGER ☐   TECHNICIANS ☐
     PARTS MANAGER ☐

No. 84-1

## Thru Transom Exhaust on MCM 185R (V-6)/ 898R/228R/260R Stern Drive Engines - 1983 and Newer

**⚠ CAUTION**

It is the responsibility of the boat manufacturer or installing dealer to properly locate the engine and install the exhaust system. Improper installation may allow water to enter the exhaust manifolds and combustion chambers and severely damage the engine. Damage caused by water in the engine will not be covered by MerCruiser Warranty, unless this damage is the result of defective part(s).

When installing thru transom exhaust on these model stern drive engines, certain steps must be taken to prevent water from entering the engine.

1. <u>Exhaust Elbow (without stainless steel tube)</u>:
   MUST BE CHANGED. Order:
   (2) 98504A3   Exhaust Elbows
   (2) 27-41813  Exhaust Elbow Restrictor Gaskets

   NOTE: If engine has stainless steel restrictor plate (99208A1), discard plate when using 27-41813 Restrictor Gaskets.

2. <u>3" or 6" Exhaust Elbow Riser Kits</u>: If these kits are going to be used, restrictor gasket (a) MUST BE INSTALLED between the riser and exhaust elbow.

   27-87105 Riser gasket (b) is installed at location shown.



3. <u>Transom Exhaust Outlets and Exhaust Hoses:</u>
   - OUTLETS MUST HAVE internal shutters and external flappers. Order:
     (1) 57885A2   Thru Transom Exhaust Kit
   - OUTLETS MUST BE LOWER than exhaust elbow. There must be 1/2" drop per 1 ft. length in exhaust hose minimum.
   - Exhaust outlet (thru transom) MUST BE above the water line with boat at rest and maximum load aboard.
   - Exhaust hoses MUST NOT restrict discharge water flow at exhaust elbow. Also, USE TWO CLAMPS at each hose connection.

4. <u>Exhaust Bellows (32734A3)</u>: Remove and discard exhaust bellows (between drive unit bell housing and gimbal housing) to allow propeller to draw air.

5. <u>Gimbal Housing Exhaust Block-Off Plate</u>: A block-off plate is available from Mercury Marine, order:
   (1) 97350   Exhaust Block-Off Plate




15089

84-1   184



October 11, 2001

#02-07

Copy and distribute to all appropriate locations and personnel

TO: ALL SEA RAY DEALER PRINCIPALS, PARTS MANAGERS, SERVICE MANAGERS, WARRANTY MANAGERS

SUBJECT: SEA RAY® EXHAUST INSTALLATION/VERIFICATION & SALT WATER INTRUSION PROCEDURES FOR 310DA, 340DA, 370DA, 380DA, 400DA, 410DA (1999 TO 2001 MODEL YEAR WITH COLLECTOR STYLE EXHAUST SYSTEMS)

Over the past several months, we have received numerous reports of Water Ingestion issues in salt-water applications occurring with V-Drive models equipped with MerCruiser® power packages. The field failures are not specifically linked to either small block or big block packages; consequently, the information contained in this communication is generic from the standpoint that it addresses both packages. Where necessary, specific call-outs have been added where significant differences exist between packages. Sea Ray® recognizes the critical importance of correct exhaust system set-up; therefore with the occurrence of failures in the field, your understanding of our exhaust systems is critical.

First, we need to provide you with a brief history and definitions concerning water ingestion. As a result of extensive investigation and testing with Mercury Marine, Sea Ray® has changed the exhaust configuration on V-Drive and Inboard product to a water lift style system over the past two model years. Our goal in doing this is to eliminate the possibility, however small, that water could potentially travel the length of the exhaust system and damage the engine valve train, which in turn could lead to outright engine failure. Of course, there are many contributors to water ingestion other than a boat's exhaust system. Our goal was to remove the boat's exhaust system from the list of potential contributors to a failure scenario. Boat owner usage patterns, engine exhaust manifold gasket failures or surface irregularities, engine valve train failures, condensation, and reversion can also either contribute to, or be a precipitating factor in a failure scenario. Each of these items will be discussed in more detail below.

We realize that there are many vessels in the field with the Horizontal Collector Style Exhaust. This exhaust set-up has proven its robustness and efficiency over the years, however the possibility has always existed that exhaust components could be rearranged during servicing of engines or items in the bilge. As I am sure you are aware, there is a lot of equipment in the bilges of our product. Moving around in the bilge can be quite difficult when servicing certain items; therefore, it may be necessary for you to disassemble systems in order to access others. Please allow this information to serve as a guide when reassembling or assessing the correctness of one of our model's exhaust systems. Please refer to MerCruiser's service bulletins #2001-10 and #2001-13 for more information about diagnosing and repairing engine water ingestion damage. Some of the potential causes for water ingestion include but are not limited to the following:

Condensation
Water is a normal by product of the combustion of fossil fuels. Condensation in the engine manifolds produces freshwater, which cannot cause problems alone. However, if an excessive amount of condensation is occurring and another factor causes saltwater to combine with it, valve train damage and other serious engine problems can result.

Reversion
Reversion is a phenomenon where water is driven backwards by exhaust pulses. Factors that can cause reversion include but are not limited to the following: 1) engine misfiring; 2) insufficient exhaust system backpressure; 3) valve train damage caused by over-propping; 4) boat exhaust system pipe length, pipe down-angles and sharp bends can cause tuning effects which lead to reversion; 5) insufficient exhaust elbow height; 6) quick deceleration





PLAINTIFF'S EXHIBIT
CASE NO. 301CV2402 (AWT)
EXHIBIT NO. 36

PSDR071

Service Info-Gram #02-07
Page 2
October 11, 2001

or throttle chops can create a negative pressure in the boat's exhaust system, which may allow the salt fog to be pulled back into the engine; 7) incorrectly positioned exhaust resonators.

Water Leaks
Water leaks can come from a number of different areas. Some of the common factors that can cause water to leak into an engine via the exhaust system include the following: 1) leaks at the exhaust elbow to manifold assembly, which may be caused by bad castings, leaky gaskets or improper assembly; 2) corrosion of exhaust system components. These factors can aggravate situations where excessive condensation water is already present inside of the exhaust manifold. Note: External salt trails on manifolds are not always an indicator of internal leaks, however, they are an indicator that the gasket has been breached, and could potentially be leaking internally as well.

Extended Time Between Consumer Uses
Simply as the title implies, long periods of time between uses allow any saltwater that may have leaked or reverted into the exhaust manifold to corrode the valves, potentially causing them to stick open. This contributor to water ingestion can be minimized by engine fogging, when actual usage is infrequent. Note: Additionally, as a normal part of the winterization process, all engines used in a marine environment should be completely fogged according to MerCruiser service bulletin #2001-15.

Exhaust System Illustration:



Collector or Horizontal Collector Exhaust System

| 1A | 310DA Angle Minimums in Degrees | | | 340DA Angle Minimums in Degrees | | | 270DA Angle Minimums in Degrees | | | 380DA Angle Minimums in Degrees | | | 400DA Angle Minimums in Degrees | | | 410DA Angle Minimums in Degrees | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | A | B | C | A | B | C | A | B | C | A | B | C | A | B | C |
| 6.71 | 7 | 7 | 0 | 7 | 7 | 0 | | | | | | | | | | | | |
| 350Mag | 7 | 7 | 0 | 7 | 7 | 0 | | | | | | | | | | | | |
| 350Mag Horizon | 7 | 7 | 0 | 7 | 7 | 0 | NOT AVAILABLE | | | | | | | | | | | |
| MX 6.2L | 7 | 7 | 0 | 7 | 7 | 0 | | | | | | | | | | | | |
| 7.4L | N/A | | | 7 | 7 | 0 | 7 | 7 | 0 | 7 | 7 | 0 | 7 | 7 | 0 | 7 | 7 | 0 |
| 454 Horizon | | | | 7 | 7 | 0 | 7 | 7 | 0 | 7 | 7 | 0 | 7 | 7 | 0 | 7 | 7 | 0 |

Service Info-Gram #02-07
Page 3
October 11, 2001

The system depicted above is representative of the type of system installed in Sea Ray® models for several model years. This system is often referenced as a *Collector* or *Horizontal Collector System*. Angles are extremely critical to this system. Note: All angles must be measured with a calibrated *Inclinometer* with the boat at static rest in the water.

✓ Note: If you perform work in the bilge, or disassemble any of the exhaust components referenced above, it is your responsibility to ensure the angles are reestablished per the matrix 1A above. Failure to do so could result in an ingestion failure. If you need assistance, please contact either the Knoxville Customer Service Department at (800) 648-8535 or the Merritt Island Customer Service Department at (800) 648-2821.



Water Lift Exhaust System

| 1B | 310DA Angle Minimums in Degrees | | | 340DA Angle Minimums in Degrees | | | 380DA Angle Minimums in Degrees | | | 400DA Angle Minimums in Degrees | | | 410DA Angle Minimums in Degrees | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A | B | C | A | B | C | A | B | C | A | B | C | A | B | C |
| 350ahg | 7 | 7 | 7 | 7 | 7 | 7 | | | | | | | | | |
| 350Mag Horizon | 7 | 7 | 7 | 7 | 7 | 7 | NOT AVAILABLE | | | | | | | | |
| MX6.2L | 7 | 7 | 7 | 7 | 7 | 7 | | | | | | | | | |
| 454 Horizon | N/A | | | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| 8.1L | | | | 14 | 14 | 7 | 14 | 14 | 7 | 14 | 14 | 7 | 14 | 14 | 7 |

The system depicted above is a *Water Lift Style System*. This system is now utilized in all of Sea Ray's gasoline v-drive and inboard models. This system is also a system governed by angles. Note: All angles must be measured with a calibrated *Inclinometer* with the boat at static rest in the water.

PSDR073

Service Info-Gram #02-07
Page 4
October 11, 2001

☑ Note: If you perform work in the bilge, or disassemble any of the exhaust components referenced above, it is your responsibility to ensure the angles are reestablished per the matrix 1B above. Failure to do so could result in an ingestion failure. Again, please call either Merritt Island or Knoxville Customer Service if you need assistance.

Should water ingestion occur, the following process applies:

1. Contact MerCruiser OEM Customer Service @ 405-743-6555. A special phone access option has been set up for Sea Ray dealers who have a water ingestion issue. You will not be prompted for this access option. During the first announcement, please identify yourself as a dealer. The next announcement will offer you seven options to identify why you have called. Please press "8" at anytime during this announcement and your call will be directed to a specially designated MerCruiser service team.
2. MerCruiser® will assist Sea Ray dealers in diagnosis and proper repair procedures. MerCruiser® will contact Sea Ray® if a retrofit exhaust kit is needed for the vessel in question.
3. MerCruiser® and Sea Ray® will handle dealer compensation separately. All engine related claims will be submitted to MerCruiser® for reimbursement and all boat exhaust system claims will be submitted to Sea Ray®.

Note: In order to qualify for this program, the boat has to be a 1999 model year boat (models noted in this Infogram) or newer with a collector style exhaust. The boat must be registered for less than 36 months from the time the dealer requests an exhaust system replacement.

Please distribute this information to others in your organization responsible for ensuring the integrity of items in the bilge of our models. Together, we can make tremendous strides in ensuring the complete satisfaction of our mutual customers. If you have any questions regarding any of this information, please call one of our Customer Service Departments for clarification.

Thank you for representing Sea Ray®.

Regards,

*Nancy Luster*

Nancy Luster
VP Customer/Dealer Service