# Exhibit B

Mains vs Sea Ray Boats, Inc.

2/12/2004                                           Thomas Wicander

Page 14

```
 1              believe.
 2     Q        Okay.  Let me ask you if there is any
 3              particular order to the documents that are
 4              contained in this file.
 5     A        No, there is not.
 6     Q        I'm just going to -- if it's all right with
 7              you, I'm going to put stickers on each one of
 8              these documents just so we have a record of
 9              what's in here.
10     A        Sure.
11     Q        Tell me what this first document is.
12     A        Okay.  This is just four pages out of a Mercury
13              Marine engine installation manual.
14     Q        Whose manual was that?
15     A        Actually, it was supplied to me by Bassett Boat
16              Company.
17     Q        And what's the subject of those four pages?
18     A        As far as -- it explains on minimum height and
19              exhaust hose angles of exhaust elbows and
20              exhaust hose angles.  It shows testing methods
21              to determine hose heights.
22     Q        Okay.  Can you tell me when you copied these
23              and placed them in this file?
24     A        Just the other day.
25                      MR. BRANSON:  Let's make this
```

Brandon Smith Reporting

Mains vs Sea Ray Boats, Inc.-
2/12/2004                                                      Thomas Wicander

Page 27

```
 1        Sea Ray in connection with the condition of the
 2        boat when it came back from Tennessee, right?
 3   A    Yes.
 4   Q    Do you remember when that was?
 5   A    Sometime in May, I believe, mid-May.
 6   Q    Okay.  And what did they tell you?
 7   A    Well, originally Bassett Boat representing
 8        Sea Ray came over and asked me to -- if I would
 9        go take a look at this boat up in Haddam.  It
10        was just brought back from the factory and had
11        some problems, and I had gone up and taken a
12        look at the boat and then subsequently was
13        called by David Wade, customer service,
14        Sea Ray, what I thought of the damage and
15        worked out an estimate as far as what needed to
16        be done.
17   Q    You traveled to Haddam to take a look at this
18        boat?
19   A    Yes.
20   Q    When was that?
21   A    It would have been right after Bassett Boat
22        contacted me.
23   Q    And you said that was sometime in May?
24   A    Yes, middle of May or near the end of May.
25   Q    Okay.  When you went and looked at the boat,
```

ldon Smith Reporting

Mains vs Sea Ray Boats, Inc.

2/12/2004                                                   Thomas Wicander

Page 31

```
 1    Q    Did you discuss what repairs you thought were
 2         necessary with Mr. Wade over the phone?
 3    A    No, I did not.
 4    Q    When you went to Haddam to look at the boat,
 5         did you have a list in front of you of repairs
 6         that someone had said was necessary?
 7    A    No.  All I had was a verbal from Bassett Boat
 8         Company just to look at the -- the original
 9         time all I knew about was the bottom paint
10         issue and the rubrail damage and some gelcoat
11         damage.
12    Q    Okay.
13    A    I didn't know the extent of all of it.  The
14         boat was still shrunk-wrapped when I looked at
15         it so I couldn't look at the entire boat.
16    Q    And when you saw the boat in Haddam, did you
17         just essentially confirm that those repairs
18         were necessary and that you could do them?
19    A    Yes.
20    Q    In this fax to you, Mr. Wade says that Sea Ray
21         is going to provide the parts, the necessary
22         parts, for these repairs?
23    A    Yes.
24    Q    Okay.  And Sea Ray was going to cover the haul
25         charges of pulling the boat out of the water?
```

Mains vs Sea Ray Boats, Inc., Thomas Wicander
2/12/2004

Page 118

```
 1        entire engines.  It all depends on the
 2        conditions of the cylinder bores.  On all of
 3        the vessels, we've done new retrofit exhaust
 4        systems to the lift exhaust system.  Others we
 5        have done also new cooling kits which change
 6        how the exhaust manifolds are cooled.
 7    Q   Who makes the determination as to what the
 8        appropriate repair is?
 9    A   Sea Ray.
10    Q   And how do they do that?  Do they send a
11        representative out?
12    A   No.  I am subcontracted by Bassett Boat to do
13        these repairs.  So I send my findings to
14        Bassett Boat Company.  Mark usually confirms --
15        Mark Varone usually confirms the findings, and
16        then he contacts Sea Ray or MerCruiser,
17        whichever, or both.
18    Q   And Sea Ray takes the results that you send and
19        makes a determination that way?
20    A   They take the results that Mark Varone sends
21        them.
22    Q   And you provide the results to Mark?
23    A   Yes, and he verifies them.
24    Q   Is the work that you usually do under warranty?
25    A   Typically, yes.
```

Brandon Smith Reporting

Mains vs Sea Ray Boats, Inc.

2/12/2004                                                                                           Thomas Wicander

Page 119

```
 1    Q    Who provides those warranties?
 2    A    From my knowledge, it's MerCruiser -- this is
 3         from what Mark Varone has told me that
 4         MerCruiser provides the warranty work on the
 5         engines.  Sea Ray provides the warranty work on
 6         the exhaust systems, and then from what he has
 7         told me, MerCruiser back bills Sea Ray for the
 8         engine work.
 9    Q    Okay.  And Mark, again, can you tell me what
10         his position is at Bassett Boats?
11    A    He is the service manager.
12    Q    Are there mechanics that are employed by
13         Bassett Boats or are you generally
14         subcontracted to do that work for them?
15    A    We are generally subcontracted, but they do
16         have their own mechanics.
17    Q    What determines whether you're going to perform
18         the work or Bassett's mechanics will perform
19         the work?
20    A    Typically if it's major mechanical work, we
21         will perform the repairs.  If it's minor,
22         doorknobs, that sort of thing, minor repairs,
23         that Bassett will take care of those.
24    Q    Okay.  We've talked about -- hold on one
25         second.  Can you take out -- I'd like to go
```

Brandon Smith Reporting

Mains vs Sea Ray Boats, Inc.   Thomas Wicander
2/12/2004

Page 126

```
 1                  MR. BRANSON:  Object to the form.
 2     A    It is compatible.  We're still -- or as of
 3          mid -- or last summer, we were installing
 4          similar exhaust systems with the cooling kits.
 5     BY MR. SENNING:
 6     Q    So they are compatible?
 7     A    Yes, they are.
 8     Q    Is the flushing kit that was presently on the
 9          Mains' boat compatible with the new exhaust
10          system?
11                  MR. BRANSON:  Object to the form.
12     A    The flushing kit with the directions that I
13          believe the Mains have is not compatible.
14          Their directions, from what I understand,
15          stated that the engines were not to be run
16          during flushing.  I believe it is compatible if
17          you run the engines during flushing.
18     BY MR. SENNING:
19     Q    Could I see Exhibit 6, please.  Referring you
20          to Exhibits 5 and 11 which are titled, "Inboard
21          water damage worksheet," could you tell me a
22          little bit more about this form.  Who is that
23          generated by?
24     A    I believe it's either generated by MerCruiser
25          or Sea Ray.  In fact, it has a line at the
```

Brandon Smith Reporting

```
 1        bottom for MerCruiser.  These were given to me
 2        by Bassett Boat Company as a general form that
 3        had been used on similar boats.
 4   Q    And what's the purpose of the form?
 5   A    It's a standard sheet for data I believe as far
 6        as engine serial numbers and temperatures and
 7        all that at the time of the testing.
 8   Q    And does this have anything to do with water
 9        ingestion?
10   A    Yes, it does.
11   Q    In what way?
12   A    These -- when a customer brings in a problem --
13        has a problem with water ingestion, we are
14        given this form and told to fill out the form
15        and perform compression and leak-down testing.
16   Q    Okay.  Is there any other boat dealer or engine
17        manufacturer that you're aware of that uses
18        this type of form?
19   A    I'm not aware of any.
20   Q    Is there any boat manufacturer or engine
21        manufacturer that uses any type of water
22        ingestion form?
23   A    I'm not aware of any.
24   Q    Do you have any idea why MerCruiser or Sea Ray
25        uses this form?
```

Mains vs Sea Ray Boats, Inc.
2/12/2004
Thomas Wicander

Page 132

1           evidence of delamination?
2                MR. BRANSON:  Object to the form.
3   BY MR. SENNING:
4   Q    You can answer.
5   A    I did not find any other delamination.
6                MR. SENNING:  No further questions.
7
8                REDIRECT EXAMINATION
9   BY MR. BRANSON:
10  Q    With respect to Exhibits 11 and 5 which you
11       just answered some questions about, I think you
12       said you don't know whether that's a Sea Ray or
13       a MerCruiser form?
14  A    I don't know which it is.
15  Q    But it's got I think the Mercury fax number at
16       the bottom you said?
17  A    It has a place for it, yes.
18  Q    It has a blank space for the MerCruiser service
19       fax?
20  A    Yes.
21  Q    And you said that these forms were provided to
22       you by Bassett?
23  A    Yes, they were.
24  Q    And I think you also said that when a customer
25       had water ingestion or suspected water

Brandon Smith Reporting

b89ccec0-1bfd-

Mains vs Sea Ray Boats, Inc.

2/12/2004                                                  Thomas Wicander

Page 133

```
 1        ingestion you were told to perform compression
 2        and leak-down tests?
 3   A    Yes.
 4   Q    Who told you to do that?
 5   A    That would be Bassett Boat.
 6   Q    And Bassett was a -- would I be correct in
 7        saying it's a MerCruiser rep?
 8   A    They're a MerCruiser dealer which they
 9        represent the MerCruiser, yes.
10   Q    Okay.  And do they have, do you know, a copy of
11        the MerCruiser service bulletin which has the
12        acceptable rates for a compression test?
13   A    They should, yes.
14   Q    Do you remember ever looking at those
15        bulletins?
16   A    No, I don't.
17   Q    Okay.  You testified that Bassett has records
18        of other engine replacements that you've done,
19        I think?
20   A    I testified that I have records of it.  I'm
21        sure Bassett does as well.
22   Q    Have you provided those records to anyone in
23        connection with this lawsuit?
24   A    No, I have not.
25   Q    Are those records confidential?
```

Brandon Smith Reporting

b89ccec0-1bfd-4149-8075-6a9c5f851b52