# Exhibit C

Mains vs Sea Ray Boats, Inc.

2/12/2004

Thomas Wicander

Page 101

```
 1   Q   Did you have any conversations with -- strike
 2       that.
 3           Did they tell you that they had
 4       suspicions about water ingestion with the
 5       engines in this boat?
 6   A   I don't know if they told me or I told them.
 7       We had seen so many problems by the time we
 8       took theirs apart with other Sea Rays that it
 9       was definitely a concern of mine.
10   Q   Is this a problem that's limited to Sea Rays?
11   A   It is because they have a unique exhaust
12       system.  It's their own.
13   Q   You haven't seen any water ingestion problems
14       with any other boats?
15   A   Not like this, no.
16   Q   Not like this?
17   A   I mean, not like -- not from their style
18       exhaust system.  They're the only ones that
19       I've seen with their style exhaust system.
20       Other manufacturers have had water ingestion
21       problems, but they're typically from improper
22       installations or what have you or poor
23       maintenance.
24   Q   And which style exhaust system are you talking
25       about?
```

2/12/2004 Mains vs Sea Ray Boats, Inc.
Thomas Wicander

Page 102

```
 1   A     The collector system that the boat was
 2         originally shipped with.
 3   Q     Okay.  So you've seen water ingestion problems
 4         with other boats with different kinds of
 5         exhaust systems?
 6   A     Sure.
 7   Q     Okay.  And you've seen water ingestion problems
 8         with the collector-style exhaust system used by
 9         Sea Ray?
10   A     Yes, I have.  The problems I've seen, again,
11         with other manufacturers is either improper --
12         they didn't go by the guidelines of the exhaust
13         elbow heights and that sort of thing.  So they
14         were just improperly installed or lack of
15         maintenance.  Parts do wear out.
16   Q     And you hadn't seen the previous exhaust system
17         that was on this boat, right?
18   A     No, but I knew it was of similar style that I
19         had been working on.
20   Q     The collector style?
21   A     Correct.
22   Q     Okay.  And when you say problems like this,
23         you're referring to the problems that you
24         observed with the Mains' boat?
25   A     Yeah, problems with hydrolocking, and we've
```

Mains vs Sea Ray Boats, Inc.

2/12/2004                                                                 Thomas Wicander

Page 103

```
1          seen a lot of boats with similar
2          collector-style exhausts going through engine
3          failure and water ingestion.
4     Q    You told me that in June of 2001 you thought
5          that the hydrolocking in this case was caused
6          by Mr. Mains' flushing the engine, right?
7     A    This instance was.  I believe it was.
8     Q    So you're not saying that water ingestion
9          problems led to this boat hydrolocking?
10    A    No, I'm not.
11    Q    Okay.  And when you performed the compression
12         and leak-down tests in June of 2001, you
13         recommended that to the Mains to see what the
14         damage was from the hydrolocking incident,
15         right?
16    A    I believe so, yes.
17    Q    At that time, you had no reason to believe that
18         there was any water ingestion problem, did you?
19              MR. SENNING:  Objection to the form.
20    A    Reason to believe when?
21   BY MR. BRANSON:
22    Q    When you recommended the compression and
23         leak-down tests.
24    A    Well, at that point, we knew there was water
25         ingestion.
```