# EXHIBIT A

Case 3:01-cv-02402-AWT    Document 157-2    Filed 04/01/2008    Page 1 of 9

```
                              1
 1

 2    UNITED STATES DISTRICT COURT
      DISTRICT OF CONNECTICUT
 3
      --------------)
 4                  )
      PETER D. MAINS and   )NO. 301 CV 2402 (AWT)
 5    LORI M. MAINS   )
           PLAINTIFFS    )
 6                  )
      VS.           )
 7                  )
      SEA RAY BOATS, INC.   )
 8         DEFENDANT   )
                    )
 9    --------------)

10

11

12

13

14
           DEPOSITION OF:  THOMAS WICANDER
15         ON: FEBRUARY 12, 2004
           HELD AT: DAY, BERRY & HOWARD, LLP
16              CITYPLACE I
                HARTFORD, CONNECTICUT
17

18

19

20

21

22    Reporter:  IRENE J. PARRISH, RMR, LSR #85
           BRANDON SMITH REPORTING SERVICE, LLC
23              44 Capitol Avenue
                Hartford, CT 06106
24              Tel: (860) 549-1850
                Fax: (860) 549-1537
25
```

**Wicander, Thomas 2004-02-12**                                **Page 1**

103

1  seen a lot of boats with similar
2  collector-style exhausts going through engine
3  failure and water ingestion.
4  Q  You told me that in June of 2001 you thought
5     that the hydrolocking in this case was caused
6     by Mr. Mains' flushing the engine, right?
7  A  This instance was. I believe it was.
8  Q  So you're not saying that water ingestion
9     problems led to this boat hydrolocking?
10 A  No, I'm not.
11 Q  Okay. And when you performed the compression
12    and leak-down tests in June of 2001, you
13    recommended that to the Mains to see what the
14    damage was from the hydrolocking incident,
15    right?
16 A  I believe so, yes.
17 Q  At that time, you had no reason to believe that
18    there was any water ingestion problem, did you?
19       MR. SENNING: Objection to the form.
20 A  Reason to believe when?
21 BY MR. BRANSON:
22 Q  When you recommended the compression and
23    leak-down tests.
24 A  Well, at that point, we knew there was water
25    ingestion.

104

1 Q You knew that the engines had been hydrolocked?

2 A Correct.

3 Q Because of the flushing?

4 A Yes.

5 Q Right.

6 A That's when I recommended it.

7 Q Okay. And, again, the numbers that you report

8    here in the compression and leak-down tests,

9    those are the same from June of 2001?

10 A Yes, they are.

11 Q On the second page of your report, it says that

12    you subsequently conducted a more detailed

13    inspection of both engines in order to confirm

14    the findings of the previous tests. What

15    findings were you seeking to confirm there?

16 A We were seeking to confirm why the leak-down

17    percentages and the compression were so poor.

18 Q Okay. When do you recall being asked to

19    perform this further inspection?

20 A I believe it was sometime in either July or

21    August of last year.

22 Q And do you remember who made that request to

23    you?

24 A I'm sure the Mainses.

25 Q Okay. And tell me -- tell me what your

105

1   inspection consisted of.
2  A  The inspection consisted of dismantling the
3     exhaust elbows from the exhaust manifolds all
4     except in one case where we couldn't get it
5     apart, pulling the intake manifolds, removing
6     them from the engine block, removing the
7     cylinder heads and actually looking at the
8     cylinder bores and the drain.
9  Q  And what did you find when you did that?
10 A  What we found I stated in my report here, but
11    we found in the exhaust manifolds rusting on
12    the starboard I see here. Rust was present in
13    both manifolds on the port as well, and we also
14    found extensive damage to the cylinder bores.
15 Q  Can you describe that damage?
16 A  The damage was scoring marks which are vertical
17    marks in the cylinder bores caused by lack of
18    lubrication or foreign objects in the cylinder.
19 Q  You also saw rusting in the inboard and
20    outboard elbows at least in the starboard
21    engine, right?
22 A  Outboard elbows had significant internal
23    rusting, correct.
24 Q  And it also indicates, I think, with respect to
25    both engines that the elbow gaskets show sign

111

1 as he was taking it apart.

2 Q Okay. You mentioned scoring in the cylinder
3 bores which was -- well, I think you mentioned
4 that that was caused by lack of lubrication or
5 foreign objects in the cylinder?

6 A Correct.

7 Q What foreign objects are we talking about?

8 A Foreign objects -- when water comes back into a
9 cylinder like that, it can bring rust and
10 whatever else with it. Anything that's in the
11 exhaust system or in the cooling water can come
12 back with it, and lack of lubrication is
13 caused -- once you get water in the cylinder,
14 it disperses the oil which is the lubricant,
15 and that's what causes the scoring.

16 Q Was there any corrosion in the engine?

17 A I don't recall any rust or anything inside the
18 cylinder bores, but we also had put oil in
19 them.

20 Q Was there any sign of any damage that you
21 attributed to the hydrolocking incident?

22 A We didn't disassemble the engines to see if
23 there was any connecting rod damage or anything
24 to that effect. We did see rust on the
25 cylinder heads and that sort of thing.

113

1 been ingesting water over a period of time, the
2 damage -- there was multiple scoring in the
3 cylinder walls typically not caused by one
4 single incident.
5 Q   What I meant by my question is essentially
6 where is the water coming from and how is it
7 getting into the engine.
8 A   Where is it coming from? It's coming from the
9 exhaust system. The newer-style engines with
10 the multi-port fuel injection, they're all
11 computerized. They have an excessive amount --
12 not excessive amount but a lot of valve
13 overlap.
14     What that means is you have
15 differences in pressure inside the exhaust
16 caused by valve overlap which means the -- as
17 the cylinder or piston is coming up inside the
18 cylinder, you have overlap between the exhaust
19 valve and the intake valve opening so you have
20 differences in pressure which can cause suction
21 on the exhaust.
22     If there's enough water present nearby
23 for it to suck back into the engine, it will.
24 These particular engines -- in fact, these
25 particular engines, you know, wouldn't have

123

1   between 50 and 60 hours just to replace the
2   engines.
3   Q   And you bill your time out for these type of
4       repairs at $85 an hour?
5   A   Actually, our -- this estimate was written at
6       $65 an hour. We are presently at 75.
7           MR. BRANSON: If we can take a break,
8       I'm just going to go through my notes. I
9       think I'm just about done.
10
11          (A short break was taken.)
12
13          MR. BRANSON: I just have a few more
14      questions for Mr. Wicander
15          MR. SENNING: Okay.
16  BY MR. BRANSON:
17  Q   Mr. Wicander, the corrosion that we discussed
18      that you observed in your inspection of the
19      engine in August of 2003, can you tell me when
20      that corrosion occurred?
21  A   I can't tell you exactly when that corrosion
22      occurred.
23  Q   It was over the course of the Mains' use of the
24      boat?
25  A   It may have been, yeah. I have no way of

**Wicander, Thomas 2004-02-12**                    **Page 123**

124

1  knowing when it actually happened.
2  Q  I assume that you are not telling me that it
3     was because of the height of the exhaust elbow
4     and the overboard discharge on the new exhaust
5     system that was installed?
6  A  I have no way of knowing anytime when it was --
7     when it occurred. I reported on what I found.
8  Q  Okay. Do you know if Sea Ray has been given an
9     opportunity to attempt any repairs to the
10    engine or to replace the engines on this boat?
11 A  Not to my knowledge. I don't know though.
12 Q  Would it surprise you to know that Mr. Mains
13    told me during his deposition that he's not
14    interested in having any repairs done to this
15    boat?
16 A  Any repairs done to this boat?
17 Q  Right.
18 A  I didn't know that.
19       MR. BRANSON: I don't have any further
20       questions.
21
22       CROSS-EXAMINATION
23 BY MR. SENNING:
24 Q  For the record, my name is John Senning. I
25    represent Peter and Lori Mains.