**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
PETER D. MAINS and             :
LORI M. MAINS,                 :
                               :
            Plaintiffs,        :
                               :
v.                             :    Civ No. 3:01CV02402 (AWT)
                               :
SEA-RAY BOATS,                 :
                               :
            Defendant.         :
-------------------------------x
```

**ORDER RE TESTIMONY OF DAVID WADE**

In the Joint Trial Memorandum, the plaintiffs listed David Wade, of Sea Ray, as a witness to be called by the plaintiffs in their case.  As the court explained to the jury in the preliminary charge, it is not unusual for a witness to be called out of order.  The plaintiffs have, in substance, indicated that they would like to move to rest their case subject to calling Wade once he appears in court.  This is a type of motion that is routinely granted by the court, albeit such a motion is not usually made under the circumstances presented here.  However, as this type of motion is routinely granted by the court in other cases, it should be granted here.

It is so ordered.

Dated this 1st day of April 2008 at Hartford, Connecticut.


                            _____
                                       /s/AWT
                               Alvin W. Thompson
                            United States District Judge