UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CIVIL ACTION NO.: |
| | : | |
| Plaintiffs, | : | 3:01CV2402 (AWT) |
| | : | |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC., | : | |
| | : | |
| Defendant. | : | APRIL 2, 2008 |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR SANCTIONS**

Plaintiffs Peter D. Mains and Lori M. Mains hereby withdraw their motion for sanctions filed on April 1, 2008.

                                Respectfully submitted,

                                PLAINTIFFS,
                                PETER D. MAINS and LORI M. MAINS

                                By _____/s/ Richard J. Nikas_____
                                    Richard J. Nikas, Esq.
                                    Connecticut Federal Bar Number PHV02528
                                    HERRICK NIKAS
                                    1201 Dove Street, Suite 560
                                    Newport Beach, California 92660
                                    Telephone: (714) 546-1400
                                    Facsimile: (714) 546-4111
                                    rnikas@herricknikas.com
                                    Their Attorney

## **CERTIFICATION**

       I hereby certify that on this date a copy of the foregoing **Plaintiffs' Notice of Withdrawal of Motion for Sanctions** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                            /s/ Richard J. Nikas
                                                       Richard J. Nikas
                                                       Connecticut Federal Bar Number PHV02528