UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
PETER D. MAINS and             :
LORI M. MAINS,                 :
                               :
          Plaintiffs,          :
                               :
v.                             :    Civ No. 3:01CV02402 (AWT)
                               :
SEA-RAY BOATS,                 :
                               :
          Defendant.           :
-------------------------------x
```

## ORDER RE DEFENDANT'S MOTION FOR RECONSIDERATION OF MOTION IN LIMINE TO PRECLUDE CUMULATIVE EXPERT TESTIMONY

For the reasons set forth below, the court granted the defendant's Motion for Reconsideration of Motion in Limine to Preclude Cumulative Expert Testimony (Doc. No. 142), but denied the relief requested by the defendant.

The court reconsidered the defendant's motion in limine because at the time it issued its ruling (see Doc. No. 136), the court had not reviewed Defendant's Reply to Plaintiff's Surreply to Motion in Limine to Preclude Cumulative Expert Testimony (Doc. No. 135) ("Defendant's Reply").

However, as described at a couple of points during yesterday's proceedings: (i) the court was not intending to hold the plaintiffs' counsel to his oral description of the testimony of the plaintiffs' experts during the telephonic conference on March 5, 2008, but rather, to ask him to submit a written proposal so that he would have the ability to carefully craft

that proposal; and (ii) after reviewing the Defendant's Reply, the instant motion for reconsideration, and the plaintiffs' response to the instant motion (see Doc. No. 150), the court still reached the conclusion that the plaintiffs should be allowed to present the testimony of (a) Thomas Wicander, (b) Bruce Pfund, and (c) either Thomas Greaves or Anthony Knowles.

It is so ordered.

Dated this 2nd day of April 2008 at Hartford, Connecticut.

                              /s/AWT
                        Alvin W. Thompson
                    United States District Judge