UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CASE NO. 3:01cv2402 (AWT) |
| | : | |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC. | : | |
| | : | |
| Defendant. | : | APRIL 5, 2008 |

## DEFENDANT'S SUPPLEMENT TO PROPOSED JURY INSTRUCTIONS

Pursuant to the Court's request that the parties submit a proposed definition of the term "revocation" as used in Conn. Gen. Stat. § 42a-2-608, Sea Ray submits the following proposed definition of that term. The parties have conferred, but have been unable to agree upon such a definition.

Sea Ray proposes the following definition of revocation:

A revocation is an "an annulment, cancellation, or reversal."[1] Revocation requires more than notifying the alleged seller that the goods are in breach of the purchase agreement.[2] The notice of revocation must unequivocally notify the seller that the buyer is canceling his acceptance of the goods,[3] and must indicate that the buyer is asserting a legal right to return the goods, and not merely requesting or recommending that the goods be returned or exchanged.[4]

---

[1] Black's Law Dictionary at 1346 (Bryan A. Garner, Ed.)(8th Ed. 2004).

[2] Uniform Laws Annotated, Vol. 1B, Uniform Commercial Code (2004) § 2-608 at 776 ¶ 5 ("More will generally be necessary than the mere notification of breach required under the preceding section."); id. at 779 (citing Export Corp. v. North Pacific Lumber Co., Inc., 764 F. Supp. 608 (D. Or. 1991) ("Proof of revocation of acceptance is judged by a stricter standard that notification of breach.").

[3] Conn. Gen. Stat. § 42a-2-608 (2) (notice must be to seller); 1 James J. White & Robert S. Summers, Uniform Commercial Code § 8-4, at 572 (5th ed. 2006) (notice must be unequivocal).

[4] Luson Int'l Distributors, Inc. v. Fabricating & Production Machinery, Inc., 966 F.2d 9, 11-12 (1st Cir. 1992).

Respectfully submitted,

DEFENDANT,
SEA RAY BOATS, INC.


By    /s/ Daniel J. Foster
         James H. Rotondo (ct05173)
         Daniel J. Foster (ct 24975)
         Day Pitney LLP
         242 Trumbull Street
         Hartford, Connecticut  06103-1212
         (860) 275-0100
         (860) 275-0343 (fax)
         Its Attorney


## CERTIFICATION

     I hereby certify that on this date a copy of foregoing **Defendant's Supplement to Proposed Jury Instructions** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


              /s/ Daniel  J. Foster
         Daniel J. Foster (ct24975)