UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PETER D. MAINS and LORI M. MAINS : | CASE NO.  3:01cv2402 (AWT) |
| Plaintiffs, : | |
| v. : | |
| SEA RAY BOATS, INC. : | |
| Defendant. | APRIL 5, 2008 |

### DEFENDANT SEA RAY'S OBJECTIONS TO PROPOSED VERDICT FORM

Pursuant to the Court's Request, Defendant Sea Ray submits herewith its comments on the Court's proposed Verdict Form:

**1.** **Connecticut Product Liability Act: Question I C**

Sea Ray objects to the tentative language in parenthetical "a propensity for ingestion of water through the exhaust elbows" because there is no evidence that the 1998 Sea Ray Sundancer's engines had a defect involving a propensity for ingestion of water through the exhaust elbows.  Mr Wicander did not testify that any such defect existed, or that the prior ingestion of water was evidence of a defect.  Moreover, much of Plaintiffs' claim with respect to the exhaust elbows relates to the measurement of the height of the overboard discharge hose relative to the exhaust elbow height.  Those measurements were taken in 2001, after the new "water lift" style exhaust was placed on the engine. Mr. Wicander did not see the exhaust system on the subject boat before that change was made, and did not testify about the height of the exhaust elbow relative to the overboard discharge hose on the original configuration of the exhaust system.

**2.    Revocation of Acceptance: Question V**

Sea Ray submits that there should be two parts to this question. Consistent with the Court's instruction on this issue, the jury should be required first to find whether Sea Ray sold the boat to the plaintiffs. Second, the jury should be required to make a finding as to whether plaintiffs presented evidence from which the jury could conclude that plaintiffs did in fact revoke their acceptance of the boat. There must be evidence of revocation.

          Respectfully submitted,

          DEFENDANT,
          SEA RAY BOATS, INC.


          By   /s/ Daniel J. Foster
              James H. Rotondo (ct05173)
              Daniel J. Foster (ct 24975)
              Day Pitney LLP
              242 Trumbull Street
              Hartford, Connecticut 06103-1212
              Phone: (860) 275-0100
              Fax: (860) 275-0343
              Its Attorney


**CERTIFICATION**

I hereby certify that on this date a copy of foregoing **Defendant's Objections to Proposed Verdict Form** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

           /s/ Daniel J. Foster
         Daniel J. Foster (ct24975)