# United States District Court

DISTRICT OF Connecticut

Mains v. Sea Ray Boats

~~EXHIBIT AND~~ WITNESS LIST

CASE NUMBER: 01CV2402(AWT)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thompson | Nikas, Lev | Rotondo, Foster |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/1-8/08 | Thompson, Huntington | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/2/08 | | | Peter Mains, Avon, CT |
| 2 | | " | | | Lori Mains, Avon, CT |
| 3 | | " | | | Thomas Wicander, Moodus, CT (Expert) |
| 4 | | 4/3/08 | | | Thomas Greaves, Westbrook, CT certified as marine surveyor (Expert) |
| 5 | | 4/3/08 | | | Dean Beckman, Danbury, CT |
| 6 | | 4/3/08 | | | Gregory T. Davis, Lisle, Illinois |
| 3 | | 4/4/08 | | | Thomas Wicander resumes stand for continued testimony |
| 6 | | 4/4/08 | | | Gregory Davis resumes the stand (Expert) |
| 7 | | 4/4/08 | | | David C. Wade, Seymour, TN |
| 8 | | 4/4/08 | | | Gregory T. Wilson, Seymour, TN |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages