UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **PETER D. MAINS and LORI M. MAINS** | : | **Civil Action** |
| | : | |
| **Plaintiffs,** | : | **No: 3:01CV2402 (AWT)** |
| | : | |
| **v.** | : | |
| | : | |
| **SEA RAY BOATS, INC.,** | : | |
| | : | |
| **Defendant.** | : | **March 27, 2008** |

**EXHIBIT LIST SUBMITTED BY PLAINTIFFS LORI M. AND PETER D. MAINS**

| | | |
|---|---|---|
| | 1 | Release and Agreement in Settlement of all Claims dated 2/19/98 |
| 4/2/08 F | 2 | In-Service Checklist dated 5/21/98 |
| F | 3 | Mains Letter to Surfside 3 dated 5/27/98 |
| F | 4 | Mains Letter to Surfside 3 dated 5/27/98 w/ Hand-Written Notations |
| F | 5 | Mains Letter to Surfside 3 dated 6/16/98 |
| F | 6 | Mains Letter to Surfside 3 dated 9/1/98 |
| F | 7 | Mains Letter to Surfside 3 dated 9/1/98 w/ Notes |
| F | 8 | Mains Letter to Sea Ray dated 10/5/98 |
| | 9 | Mains Letter to Sea Ray (David Wade) dated 12/9/98 |
| 4/2/08 F | 10 | Sea Ray Letter to Mains dated 12/15/98 |
| " F | 11 | Mains Letter to Sea Ray (David Wade) dated 12/9/98 |
| | 12 | Summary of Dates and Events, 7/16/01 – Prepared by Peter and Lori Mains |
| 4/2/08 F | 13 | Mains Letter to Sea Ray (David Wade) dated 10/20/99 |
| " F | 14 | Mains Letter to Sea Ray dated 10/20/99 w/ Notes |
| | 15 | Release Signed by Lori Mains |

| | No. | Description |
|---|---|---|
| 4/2/08 F | 16 | Mains Letter to Sea Ray (David Wade) dated 2/12/01 |
| F | 17 | Mains Letter to Sea Ray (David Wade) dated 2/12/01 w/ Notes |
| F | 18 | Mains Letter to Sea Ray (David Wade) dated 4/30/01 |
| F | 19 | Mains Letter to Sea Ray (David Wade) dated 5/1/01 w/ Photocopies |
| F | 20 | List of Problems for Dean Beckman dated 5/10/01 |
| F | 21 | Mains Letter to Sea Ray (David Wade) dated 6/6/01 |
| 4/3/08 ID | 22 | Brewer Pilots Point Marina Repair Estimate dated 9/10/01 |
| 4/3/08 admitted | 23 | Survey Report Prepared by Thomas P. Greaves dated 6/30/01 |
| | 24 | Survey Report, Newport Surveyors Group Anthony L. Knowles dated November 13, 2001 with 17 Photographs Numbered 24-1 through 24-17 |
| | 25 | Survey Report - BP/SP, Bruce Pfund/Special Projects LLC Inspection Report with 16 Photographs, Report dated 10/4/03, Photographs Numbered 25-1 through |
| 4/3/08 F | 26 | Brewer Pilots Point Marina Mechanical Inspection Report, Inspection conducted 6/18/01, Report Signed by Tom Wicander, East Yard Manager, undated; Wicander Deposition 2/12/04, Exhibit 8 |
| | 27 | Brewer Pilots Point Marina, Leak Down and Compression Tests Report, Testing conducted 6/18/01, Report dated 10/7/03, Report Signed by Tom Wicander, East Yard Manager; Wicander Deposition 2/12/04, Exhibit 12 |
| | 28 | Excerpts from Mercury MerCruiser Manual, Exhaust System – Measuring Exhaust Elbow Height, Gasoline Enging Tow Sports and Inboard Models, Pages 37, 38, 39 and 40 of 88 – Doc# and Ref# 90-864198024; Wicander Deposition, Exhibit# 2 |
| F ~~ID~~ 4/3/08 ✓ | 29 | David Byrd – mechanic<br>Inboard Water Damage Worksheet, Tom Wicander Deposition, Exhibit# 5 dated 2/12/2004 |
| F ~~ID~~ 4/3/08 ✓ | 30 | Inboard Water Damage Worksheet, Tom Wicander Deposition, Exhibit# 11, including worksheet and port and starboard engine diagram dated 2/12/2004 |
| | 31 | Notes of Tom Wicander, Tom Wicander Deposition, Exhibit# 7 dated 2/12/04 |
| 4/2/08 F | 32 | MerCruiser Letter dated 7/13/98 to Peter Mains regarding Engine Warranty with Warranty Cards – 1-Year initial Standard, 2-Year Extended – Q-guard |

4/1/08 ID

| | |
|---|---|
| 33 | Mercury MerCruiser Service Bulletin No. 2001-13 (August 2001) "Gasoline Engines and Water Intrusion" |
| 34 | Mercury MerCruiser Service Bulletin No. 2001-10 (June 2001) |
| 35 | Mercury MerCruiser Service Bulletin No. 99-10 (December 1999) |
| 36 | Sea Ray Info Gram No. 02-07 dated 10/11/01 |
| 37 | Video Tape – Engine Disassembly |
| 38 | MerCruiser 454 MAG MPI H ORIZON Exhaust System Instruction, 1997 – Ref# 90-861358980 |
| 39 | American National Standard Quality Management Systems Requirements ANSI/ISO/ASQ Q9001-2000 |
| 40 | Schedule of Expenses/Repairs incurred by Plaintiffs since 5/21/98 |
| 41 | Photographs 2, 3, 4, 5, 6A, 6B, 7, 8, 9, 10, 11, 12 labeled "Tom Greaves Marine Surveyors" |
| 42 | MerCruiser Exhaust Elbow with vacuum break |
| 43 | MerCruiser exhaust Elbow without vacuum break |
| 44 | M/Y MAIN SQUEEZE: Various engine components |
| 45 | Photographs 1 through 88 of exhaust and engine parts from M/Y MAIN SQUEEZE |
| 46 | MerCruiser Manual |
| 47 | Installation Manual 5.7/7.4L Bluewater Inboard Models |
| 48 | Sea Ray Sundancer Parts Manual 1998 |
| 49 | Sea Ray Exhaust System Layout |
| 50 | MerCruiser Service Bulletin 63-13 |
| 51 | MerCruiser Service Bulletin 64-08 |
| 52 | MerCruiser Service Bulletin 65-04 |
| 53 | MerCruiser Service Bulletin 66-19 |
| 54 | MerCruiser Service Bulletin 66-22 |
| 55 | MerCruiser Service Bulletin 68-04 |
| 56 | MerCruiser Service Bulletin 68-14 |
| 57 | MerCruiser Service Bulletin70-11 |
| 58 | MerCruiser Service Bulletin 70-15 |
| 59 | MerCruiser Service Bulletin 70-16 |
| 60 | MerCruiser Service Bulletin 71-08 |
| 61 | MerCruiser Service Bulletinn 72-10 |
| 62 | MerCruiser Service Bulletin 72-16 |
| 63 | MerCruiser Service Bulletin 72-17 |
| 64 | MerCruiser Service Bulletin 73-13 |
| 65 | MerCruiser Service Bulletin 75-2 |
| 66 | MerCruiser Service Bulletin 75-05 |

4/3/08 ID

4/4/08 - ID

| | |
|---|---|
| 67 | MerCruiser Service Bulletin 75-6 |
| 68 | MerCruiser Service Bulletin 78-1 |
| 69 | MerCruiser Service Bulletin 78-8 |
| 70 | MerCruiser Service Bulletin 79-2 |
| 71 | MerCruiser Service Bulletin 80-7 |
| 72 | MerCruiser Service Bulletin 80-9 |
| 73 | MerCruiser Service Bulletin 80-12 |
| 74 | MerCruiser Service Bulletin 81-6 |
| 75 | MerCruiser Service Bulletin 81-7 |
| 76 | MerCruiser Service Bulletin 81-8 |
| 77 | MerCruiser Service Bulletin 81-10 |
| 78 | MerCruiser Service Bulletin 81-14 |
| 79 | MerCruiser Service Bulletin 81-15 |
| 80 | MerCruiser Service Bulletin 81-27 |
| 81 | MerCruiser Service Bulletin 81-28 |
| 82 | MerCruiser Service Bulletin 81-30 |
| 83 | MerCruiser Service Bulletin 81-33 |
| 84 | MerCruiser Service Bulletin 81-36 |
| 85 | MerCruiser Service Bulletin 82-3 |
| 86 | MerCruiser Service Bulletin 82-4 |
| 87 | MerCruiser Service Bulletin 82-5 |
| 88 | MerCruiser Service Bulletin 83-5 |
| 89 | MerCruiser Service Bulletin 83-9 |
| 90 | MerCruiser Service Bulletin 83-12 |
| 91 | MerCruiser Service Bulletin 83-13 |
| 92 | MerCruiser Service Bulletin 83-18 |
| 93 | MerCruiser Service Bulletin 83-19 |
| 94 | MerCruiser Service Bulletin 83-23 |
| 95 | MerCruiser Service Bulletin 84-1 |
| 96 | MerCruiser Service Bulletin 84-2 |
| 97 | MerCruiser Service Bulletin 84-3 |
| 98 | MerCruiser Service Bulletin 85-20 |
| 99 | MerCruiser Service Bulletin 85-21 |
| 100 | MerCruiser Service Bulletin 85-23 |
| 101 | MerCruiser Service Bulletin 85-24 |
| 102 | MerCruiser Service Bulletin 85-30 |
| 103 | MerCruiser Service Bulletin 85-33 |
| 104 | MerCruiser Service Bulletin 87-4 |
| 105 | MerCruiser Service Bulletin 88-6 |
| 106 | MerCruiser Service Bulletin 89-1 |
| 107 | MerCruiser Service Bulletin 89-32 |

| | |
|---|---|
| 108 | MerCruiser Service Bulletin 91-1 |
| 109 | MerCruiser Service Bulletin 91-6 |
| 110 | MerCruiser Service Bulletin 92-1 index |
| 111 | MerCruiser Service Bulletin 92-1 |
| 112 | MerCruiser Service Bulletin 93-1 |
| 113 | MerCruiser Service Bulletin 93-5 |
| 114 | MerCruiser Service Bulletin 94-1 index |
| 115 | MerCruiser Service Bulletin 95-1 |
| 116 | MerCruiser Service Bulletin 95-13 |
| 117 | MerCruiser Service Bulletin 95-17 |
| 118 | MerCruiser Service Bulletin 96-1 |
| 119 | MerCruiser Service Bulletin OEM 96-1 |
| 120 | MerCruiser Service Bulletin OEM 96-3 |
| 121 | MerCruiser Service Bulletin OEM 96-4 |
| 122 | MerCruiser Service Bulletin OEM 96-5 |
| 123 | MerCruiser Service Bulletin 96-7 |
| 124 | MerCruiser Service Bulletin 97-14 |
| 125 | MerCruiser Service Bulletin 97-15 |
| 126 | MerCruiser Service Bulletin 98-4 |
| 127 | MerCruiser Service Bulletin 98-6 |
| 128 | MerCruiser Service Bulletin OEM 99-8 |
| 129 | MerCruiser Service Bulletin 99-9 |
| 130 | MerCruiser Service Bulletin 99-10 |
| 131 | MerCruiser Service Bulletin OEM 2000-9 |
| 132 | MerCruiser Service Bulletin 2000-13 |
| 133 | MerCruiser Service Bulletin 2001-10 |
| 134 | MerCruiser Service Bulletin 2001-11 |
| 135 | MerCruiser Service Bulletin 2001-13 |
| 136 | MerCruiser Service Bulletin 2002-03 |
| 137 | MerCruiser Service Bulletin OEM 2002-03 |
| 138 | MerCruiser Service Bulletin 2002-06 |
| 139 | MerCruiser Service Bulletin 2002-08 |
| 140 | Mercury Service Bulletin 2003-05 |
| 141 | MerCruiser Service Bulletin 2005-12 |
| 142 | MerCruiser Service Bulletin 2007-01 |
| 143 | Mercury Outboards Service Bulletin 1990 index |
| 144 | Mercury Precision Parts Catalog MIE 7.4L MPI (GEN-VI-L29) |
| 145 | Mercury MerCruiser Gasoline Engine Inboard Models Installation Manual |

| | |
|---|---|
| 146 | Mercury MerCruiser Operation, Maintenance & Warranty Manual |
| 147 | Sea Ray Owner's Manual Chapters 1-9 |
| 148 | Sea Ray Owner's Manual Chapter 10: Care & Refining |
| 149 | American Boat and Yacht Council standards |
| 150 | MerCruiser Stern Drive & Inboards 1987 Product Line Improvements |
| 151 | "A Review of Exhaust Elbow Reversion" by Jane Christen |
| 152 | Deposition of Bruce King, dated January 25, 2005 |
| 153 | Deposition of Blake Moore, dated January 25, 2005 |
| 154 | Deposition of Dennis Linnert dated January 26, 2005 |
| 155 | Mercury MerCruiser Sterndrives "Turning Innovation into Exhilaration" effective September 2000 |
| 156 | MerCruiser Dealer Information Product Highlights Effective: July 2002 |
| 157 | Mercury University MerCruiser Inboard Technician Guide |
| 158 | "MerCruiser Gasoline Engine Product" dated February 23, 2002 |
| | Plaintiffs also reserve the right to present, during their case in chief, any exhibits designated, identified, or proffered for use at trial by Defendant. |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Mains vs. Sea Ray Boats — CASE NO. 01CV2402(AWT)

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 159 | | 4/2/08 | ✓ | ID | Photograph (blowup) of Sea Ray Boat |
| 160 | | 4/3/08 | ✓ | ID | Half of an exhaust elbow |
| 161 | | 4/3/08 | ✓ | ID | Hand drawn diagram of boat/water coming in |
| 162 | | 4/3/08 | ✓ | ID | Diagram of front view of engine in boat |