AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF __Connecticut__

Mains v. Sea Ray Boats

COURT EXHIBIT ~~AND WITNESS~~ LIST

CASE NUMBER: 01CV2402(AWT)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thompson | Nikas, Lev | Rotondo, Foster |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/1-8/08 | Thompson, Huntington | Smith |

| COURT NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/2/08 | ✓ | | Note from Juror #8 |
| 2 | | 4/7/08 | ✓ | | " " " " |
| 3 | | " | ✓ | | Special Verdict Form |
| 4 | | " | ✓ | | Jury Charge |
| 5 | | 4/8/08 | | | Note from Jury |
| 6 | | " | ✓ | | " " " |

* include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages