UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------X
                              :
PETER D. MAINS and            :
LORI M. MAINS,                :
                              :
        Plaintiffs,           :
                              :  Civil No. 3:01CV02402(AWT)
v.                            :
                              :
SEA RAY,                      :
                              :
        Defendant.            :
                              :
------------------------------X


## SPECIAL VERDICT FORM


WE THE JURY UNANIMOUSLY FIND AS FOLLOWS:


I.  **Connecticut Product Liability Act**

    A.  Have the plaintiffs proven by a preponderance of the evidence that the defendant is liable to them pursuant to the Connecticut Product Liability Act?

        __✓__ Yes   (Proceed to Part I.B.)

        _____ No    (Proceed to Part III.)

    B.  Under which of their theories have the plaintiffs proven the defendant is liable to them?

        Strict Liability              _____ Yes    __✗__ No

        Breach of Express Warranty    __✗__ Yes    _____ No

        (Proceed to Part I.C.)

    C.    Have the plaintiffs proven that the boat was defective and unreasonably dangerous at the time they purchased it?

          __X__ Yes  (Proceed to Part II.)

          _____ No   (Proceed to Part II.)

## II. Comparative Responsibility

    A.    Has the defendant proven that the plaintiffs were comparatively responsible for the damages they sustained?

          __X__ Yes  (Proceed to Part II.B.)

          _____ No   (Proceed to Part III.)

    B.    If the answer to the preceding question was "Yes," what is the percentage of the plaintiffs' responsibility for their own injuries?

          __3__ %

    (Proceed to Part III.)

## III. Negligence

Have the plaintiffs proven by a preponderance of the evidence that the defendant was negligent during the course of making repairs to the boat and that the defendant's negligence caused them to suffer damages?

          __X__ Yes  (Proceed to Part IV.)

          ~~No~~ *mb*  (Proceed to Part V.)

## IV. Comparative Negligence

    A.    Has the defendant proven by a preponderance of the evidence that any damages suffered by the plaintiffs were caused in whole or in part by their own negligence?

          __X__ Yes  (Proceed to Part IV.B.)

          _____ No   (Proceed to Part V.)

    B.    If the answer to the preceding question was "Yes," is the plaintiffs' share of responsibility for causing those damages 51% or more?

            \_\_\_\_\_ Yes  (Proceed to Part V.)

            __X__ No   (Proceed to Part IV.C.)

    C.    If the answer to the preceding question was "No," what percentage is the plaintiffs' share of the responsibility for the damages they sustained?

            __3__ %

(Proceed to Part V.)

## V. Revocation of Acceptance

Have the plaintiffs proven by a preponderance of the evidence that they revoked their contract for purchase of the boat?

            \_\_\_\_\_ Yes  (Proceed to Part VI.)

            __X__ No   (Proceed to Part VI.)

## VI. If No Liability

If you have concluded that the defendant is _not_ liable to the plaintiffs on any of their claims, proceed to Part VIII. Otherwise, proceed to Part VII.

## VII. Compensatory Damages

What is the total amount of compensatory damages you determine to be fair, just and reasonable?

Connecticut Product Liability Act:    $ __15,500.00__

Negligence:    $ __15,500.00__

If you awarded damages on both claims, please state the _total_ amount of damages awarded, without double counting any particular item of damage:    $ __31,000.00__


**VIII.** You have now completed your deliberations. Please sign and date this form.

Dated at Hartford, Connecticut, this __8th__ day of April 2008 at __2:35__ a.m. (p.m.)

_____
FOREPERSON