```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF CONNECTICUT


PETER D. MAINS, and              :
LORI M. MAINS
                                 :
     v.                                    CASE NO. 3:01CV2402(AWT)
                                 :
SEA RAY BOATS, INC.,
a/k/a SEA RAY DIVISION OF        :
BRUNSWICK CORPORATION
```

## JUDGMENT

This action came before the court for a trial by jury before the Honorable Alvin W. Thompson, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiffs, Peter D. Mains, and Lori M. Mains: 1) on the Connecticut Product Liability Act claims; on the Breach of Express Warranty claim; and 2) on the Negligence claim. The plaintiffs were found by the Jury to be comparatively responsible for three percent of the damages they sustained on the above claims.  The Jury awarded the plaintiffs compensatory damages of $15,500.00 on the Connecticut Product Liability Act claim, and $15,500.00 on the Negligence claim, for a total amount of $31,000.00 plus statutory interest,

Dated at Hartford, Connecticut, this 14th day of April, 2008.

                                        ROBERTA D. TABORA, Clerk


                                   By    /s/  SLS
                                        Sandra Smith
                                        Deputy Clerk