UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CIVIL ACTION NO.: |
| | : | |
| Plaintiffs, | : | 3:01CV2402 (AWT) |
| | : | |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(a) (1) the Plaintiffs in the above captioned action, Peter D. Mains and Lori M. Mains, hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the following Judgment.

   Judgment dated April 14, 2008 at Hartford, Connecticut, Roberta D. Tabora, Clerk by Sandra L. Smith, Deputy Clerk. See copy of Judgment dated April 14, 2008, attached hereto and made a part hereof.

2. The Judgment in this action was entered on April 14, 2008.

Dated: May 13, 2008

Respectfully submitted,

PLAINTIFFS,
PETER D. MAINS and LORI M. MAINS

By:_____
John L. Senning, Esq.
Essex Law Group Offices
31 North Main Street, 2nd Floor
Essex, CT 06426
Tel: 860-767-2618
Fax: 860-767-2740
Email: jlssealaw@aol.com
CT Bar: CT05807
Their Attorney

## CERTIFICATION

I hereby certify that on May 13, 2008, a true copy of the foregoing was sent by First Class mail, postage prepaid, to the following:

**Daniel J. Foster**
Day Pitney LLP-Htfd-CT
242 Trumbull St.
Hartford, CT 06103-1212
860-275-0232
860-275-0343 (fax)

**James H. Rotondo**
Day Pitney LLP-Htfd-CT
242 Trumbull St.
Hartford, CT 06103-1212
860-275-0100
860-275-0343 (fax)

John L. Senning

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PETER D. MAINS, and            :
LORI M. MAINS
                               :
        v.                          CASE NO. 3:01CV2402(AWT)
                               :
SEA RAY BOATS, INC.,
a/k/a SEA RAY DIVISION OF      :
BRUNSWICK CORPORATION

JUDGMENT

This action came before the court for a trial by jury before the Honorable Alvin W. Thompson, United States District Judge presiding, and the issues having been duly tried and the jury having rendered its verdict, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the plaintiffs, Peter D. Mains, and Lori M. Mains: 1) on the Connecticut Product Liability Act claims; on the Breach of Express Warranty claim; and 2) on the Negligence claim. The plaintiffs were found by the Jury to be comparatively responsible for three percent of the damages they sustained on the above claims. The Jury awarded the plaintiffs compensatory damages of $15,500.00 on the Connecticut Product Liability Act claim, and $15,500.00 on the Negligence claim, for a total amount of $31,000.00 plus statutory interest,

Dated at Hartford, Connecticut, this 14th day of April, 2008.

ROBERTA D. TABORA, Clerk


By _____/s/ SLS_____
   Sandra Smith
   Deputy Clerk