UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CIVIL ACTION NO.: |
| | : | |
| Plaintiffs, | : | 3:01CV2402 (AWT) |
| | : | |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC., | : | |
| | : | |
| Defendant. | : | May 23, 2008 |

**PLAINTIFFS' FIRST [UNOPPOSED] MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7(b), Plaintiffs Lori M. Mains and Peter D. Mains, respectfully submit this motion for an extension of time of fourteen days to file an opposition to Defendant's Renewed Motion for Judgment as a Matter of Law.

Counsel for Plaintiffs has inquired of opposing counsel in accordance with Local Rule 7(b)(3), and opposing counsel has agreed to this enlargement of time.

Defendant filed a Renewed Motion for Judgment as a Matter of Law on May 2, 2008. Although Defendant has requested oral argument on its motion, Plaintiffs are unaware of a hearing date having been set.

Plaintiffs seek additional time so that counsel might have the opportunity to review the transcript in this case to allow for accurate and appropriate citations to the trial record.

Plaintiffs have not yet received or had an opportunity to review the trial record despite inquiries as early as May 7, 2008. Notwithstanding the diligence and cooperation of the court reporters, counsel was unable to coordinate the particulars, payment, and delivery of the transcript in advance of this deadline.

This in the first request by Plaintiffs for an extension of time to oppose the subject motion.

No party shall suffer prejudice as a result of the requested relief.

For all of the reasons set forth herein, Plaintiffs respectfully request that this Court grant the [Proposed] Order on Motion to Enlarge Time filed concurrently herewith.

Dated this 23rd day of May, 2008 at Newport Beach, California.

        Respectfully submitted,

        PLAINTIFFS,
        PETER D. MAINS and LORI M. MAINS

        By _____/s/ Rachel D. Lev_____
          Rachel D. Lev, Esq.
          Connecticut Federal Bar Number PHV02527
          HERRICK NIKAS
          1201 Dove Street, Suite 560
          Newport Beach, California 92660
          Telephone: (714) 546-1400
          Facsimile: (714) 546-4111
          rlev@herricknikas.com
          Their Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CIVIL ACTION NO.: |
| | : | |
| Plaintiffs, | : | 3:01CV2402 (AWT) |
| | : | |
| v. | : | |
| | : | |
| SEA RAY BOATS, INC., | : | |
| | : | |
| Defendant. | : | May 23, 2008 |

### [PROPOSED] ORDER ON MOTION TO ENLARGE TIME

Having reviewed the unopposed Motion for Enlargement of Time to File an Opposition to Defendant's Renewed Motion for Judgment as Matter of Law, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7, the Motion is **HEREBY GRANTED**.

Plaintiffs shall file their Opposition to Defendant's Renewed Motion for Judgment as a Matter of Law on or before June 6, 2008.

**SO ORDERED**, this _____ day of _____, 2008, at Hartford, Connecticut.

_____
The Honorable Judge Alvin W. Thompson
United States District Court, District of Connecticut

**CERTIFICATION**

   I hereby certify that on this date a copy of the foregoing **Plaintiffs' First [Unopposed] Motion For Enlargement of Time to File an Opposition to Defendant's Renewed Motion for Judgment as a Matter of Law** and **[Proposed] Order On Motion to Enlarge Time** were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                 /s/ Rachel D. Lev
                Rachel D. Lev
                Connecticut Federal Bar Number PHV02527