# EXHIBIT "A"

Vol. VI - Page 933

1     What is the total amount of compensatory damages
2  you determine to be fair, just and reasonable?
3     Connecticut Product Liability Act.  And the
4  jury's response is:  $15,500.
5     Negligence.  The jury's response is:  $15,500.
6     If you awarded damages on both claims, please
7  state the total amount of damages awarded without double
8  counting any particular item of damage.
9     The jury's response is:  $31,000.
10    And it's all signed and dated by the foreperson,
11 Your Honor, on today's date.
12    THE COURT:  Thank you.
13    Would either side like the jury polled?
14    MR. NIKAS:  No, Your Honor.
15    MR. ROTONDO:  No, Your Honor.
16    THE COURT:  Thank you.
17    Ladies and gentlemen, you have now done your
18 duty.  It is inevitable that a decision by a jury will
19 gratify one party and disappoint the other.  Making
20 decisions such as those that you've made, decisions which
21 are important to the parties but also important to our
22 society, is not easy.  All of us know that and all of us
23 understand that.  So all of us, the Court and the parties,
24 must be grateful to you for performing this important and
25 very difficult assignment.  And the reason that we must be

PDF created with pdfFactory trial version www.pdffactory.com

Vol. VI - Page 934

1  grateful to you is really quite simple.  All of us believe
2  in a system of law that places in our fellow citizens the
3  responsibility for administering justice.  All of us
4  believe in a system of self government, and that is a
5  system in which jurors drawn from our community play a
6  central role.
7         So I thank you on behalf of the court system and
8  the parties in this case for your contribution to our
9  American system of justice.
10        You are now discharged.  Please note that you
11 are under no obligation to discuss this case with anyone,
12 including the parties, the lawyers, or any members of the
13 press.
14        And in a moment after court adjourns or actually
15 recesses, because I have something else scheduled, I'm
16 going to come back so I can thank each of you
17 individually.
18        You may retire to the jury room.
19              (Whereupon the jury left the courtroom.)
20        THE COURT:  Please be seated everyone.
21        Any questions from counsel?
22        MR. ROTONDO:  No, Your Honor.
23        MR. NIKAS:  No, Your Honor.
24        THE COURT:  Well, thank you all very much.  I
25 hope you get home soon.

PDF created with pdfFactory trial version www.pdffactory.com

Vol. VI - Page 935

1       The courtroom deputy will work on the judgment
2  probably by Monday.  Thank you.
3       We'll recess.
4           (Proceedings adjourned at 3:04 p.m.)

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT "B"

1    Even if you find that the boat was deficient in
2    some respect, you may only find that the boat was
3    defective if you find that the boat was unreasonably
4    dangerous.  A product is unreasonably dangerous to the
5    user when it has the potential for causing harm greater
6    than that which the ordinary user who purchases the
7    product would contemplate.
8    The seller of a product, however, is not an
9    insurer.  The law does not require that a product be
10   perfect or accident proof or incapable of causing harm.
11   Nor is a product seller required to incorporate the
12   ultimate safety features in its product.  In other words,
13   a product seller is not required to use all means to make
14   its product safe nor is it necessarily required to use the
15   latest or the most modern means.  Rather, a product seller
16   is required to use only such means as are necessary to
17   make the product reasonably safe for its intended use.
18   I now want to talk about the theory of breach of
19   express warranty.
20   To prevail on their product liability claim
21   under the theory of breach of express warranty, the
22   plaintiffs must prove the following elements by a
23   preponderance of the evidence:
24   First, that the defendant made a statement of
25   fact or a promise to the plaintiffs that the boat was safe

PDF created with pdfFactory trial version www.pdffactory.com