# EXHIBIT "C"

1  A.   That's correct.

2  Q.   And what's noted in this letter?  Are these more

3  deficiencies?

4  A.   Yes, they are.

5  Q.   So we've got, looks like leaks?

6  A.   Yes, water level gauge.

7  Q.   Some coolant leaks.

8      On the second page, can you describe in greater

9  detail what is listed in that last item?

10  A.   The "six times during"?

11  Q.   Yes.  What does that mean?

12  A.   May I read it?

13  Q.   Sure.  I'd like you to actually expand on it?

14  A.   I am having difficulty seeing it, it's far away.

15      That's better.

16      Okay, I've read it.

17  Q.   What are you talking about here?

18  A.   As with the '96, the '98 boat did the exact same

19  thing.  Periodically, and to my best estimate, every one

20  and three quarters' to two and a quarter's hours of

21  operation, there would be a sudden loud resonance noise

22  atypical of the way the exhaust normally performed, and it

23  would be coming from either starboard or port side, never

24  both, one or the other.  And once it began -- once it

25  began, you couldn't get rid of it.  And many, many times

1  we would have people on board and if they were seated,

2  especially on the transom seat, which is in the back of

3  the boat, they would get up and come up to me and say,

4  "Something's wrong with your boat."  I would say, "It does

5  this and nobody can tell me why."

6  Q.   When you describe a loud resonance noise, what does

7  that mean?  What did it sound like?

8  A.   It was very much off normal tone.  And it was much

9  louder than it was just prior to when it started.

10 Q.   Could you tell the difference in your exhaust noise

11 between low throttle or medium throttle or high throttle?

12 Would you be able to note -- did you know the boat well

13 enough?

14 A.   Oh, yes, absolutely.

15 Q.   How would you fix this problem?

16 A.   Everyone else noticed it too.

17          MR. ROTONDO:  Move to strike.

18 A.   Lay people, our guests --

19          THE COURT:  One second, please.

20 A.   Our guests who knew nothing --

21          THE COURT:  We have an objection.  When there's

22 an objection, you stop.

23          Objection sustained.  Motion to strike granted.

24          You can lead him through it, Mr. Nikas.

25          MR. NIKAS:  That's all right, Your Honor.

Vol. II - Page 274

1    A.    Eleven and a half.

2    Q.    So back in 1998 --

3    A.    In 1998 she was two years old.

4    Q.    Did she come on the boat with you at all?

5    A.    She did when we had the boat from 1998 through 2001,

6    she did come out on the boat with us.

7    Q.    So those years that Mr. Rotondo was talking to you

8    about when you took the boat out, she was with you on it?

9    A.    Always, yes.

10   Q.    Anyone else come out on the boat with you?

11   A.    Yes.  We have some nieces and nephews that we would

12   invite to come with us.  We'd have -- Peter has brothers

13   and sisters.  I have a brother.  My mom and dad.  Peter's

14   mom and dad.  We would invite family and friends to go out

15   with us.

16   Q.    And did any of these issues that we've seen listed in

17   the multiple letters that your husband shared with us, did

18   those affect your ability to bring passengers on board and

19   enjoy your boat?

20   A.    The intermittent exhaust resonance noise was an issue

21   that made us not invite people as often as we would have

22   liked because it was noticed by them.

23   Q.    I know we've talked about exhaust resonance noises a

24   little bit.  Can you explain more about what you mean?

25   Where is that sound coming from?

1  A.   It wasn't there all the time, but while using the

2  boat with the boat up on plane all of a sudden a loud,

3  intermittent exhaust noise would occur and it would be at

4  the back of the boat, the stern of the boat.

5  Q.   From the exhaust system?

6  A.   Yes.  It appeared to be from the exhaust system.

7  Q.   And did other people notice this?

8  A.   Yes.

9        MR. ROTONDO:  Objection.

10  BY MS. LEV:

11  Q.   Did you observe other people to notice this?

12  A.   Yes.

13  Q.   How, in observing people, could you tell?

14  A.   Their facial expressions.  They'd look at each other.

15  They'd talk amongst each other.  Then they would come up

16  to the front where my husband was driving the boat and

17  speak to him and say, "What is that noise we're hearing?"

18        MR. ROTONDO:  Move to strike, hearsay.

19        THE COURT:  Motion granted.

20  BY MS. LEV:

21  Q.   So back in 1998 you got this new boat.  How often

22  would you say you took it out?

23  A.   Just about every weekend from the start of the

24  boating season in May through the end of the season, which

25  was November.  We would use it as often as we could on the

EXHIBIT "D"

1    Q.    Briefly.

2    A.    Briefly.  Can I use my hands?

3    Q.    Sure.

4    A.    The boat is configured in a V shape (indicating) and

5    the lowest part of the boat is where the engines are

6    seated on the stringers.  It's typically known as the

7    bilge compartment.  And we had a four-stringer system,

8    like so, and then the hull sides (indicating).

9        It was apparent after the first season of ownership

10   that this large cored section, which has been referred to

11   by many different names, hull stiffener, core pad, and I'm

12   sure there are others, it was noticed that when the boat

13   was hauled and the bilge was cleaned out that water was

14   coming out from this laminated area, which is adjacent to

15   the structural stringers.

16   Q.    What do you mean "when the boat was hauled"?

17   A.    When the boat was taken off the water and prepared

18   for winter storage.

19   Q.    So you take the boat out of the water when winter

20   comes?

21   A.    Almost everyone does in this climate.

22   Q.    Because?

23   A.    Ice can destroy a vessel.

24   Q.    So where do you store it?

25   A.    At that time it was stored at Midway Marina in

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 128

1  pushed a button, effectively, a switch, and it opened?

2  A.    That's correct.

3  Q.    And so your complaint was there were times when --

4  A.    You could not open the engine hatch.

5  Q.    Is that important on a boat?

6  A.    Absolutely.  If there's a condition where you have a

7  fuel leak or you have a breach in the hull and water is

8  leaking in beyond the capacity of your bilge pumps, you

9  need to tend to those issues before they become a real big

10 problem.

11 Q.    How often did you open the engine hatch on the two

12 Sea Rays?

13 A.    Every time before I left port I would check fluid

14 levels in the transmissions, in the overflow coolant

15 containers, and in the engines.

16 Q.    Every time?

17 A.    Every time.  I knew my manuals forward and backward.

18 I had even made some calls to America Cruiser and to Sea

19 Ray people in order to get further information about

20 issues that weren't completely covered.  And I even

21 purchased, maybe at a cost of around $50, an additional

22 owner's maintenance manual.

23 Q.    They must have loved you -- withdrawn.

24      So every time you went out, you had to open the

25 engine hatch to inspect the engine and conduct whatever

PDF created with pdfFactory trial version www.pdffactory.com