EXHIBIT "E"

Vol. II - Page 308

1   Q.   How many are there for each cylinder?

2   A.   There's one intake and one exhaust for each cylinder.

3   Q.   So the intake valve draws air into each cylinder and

4   the exhaust valve allows spent gas to come out?

5   A.   Correct.

6   Q.   Based on the numbers that you got that you observed

7   in the compression test performed on the port engine, what

8   was your diagnosis for what had happened?

9   A.   My diagnosis, that we had a sick engine, there's some

10  internal damage to it.

11  Q.   The compression test doesn't reveal the cause of what

12  happened, did it?

13  A.   No, it does not.

14  Q.   But it is indicative of the health of the engine?

15  A.   Correct.

16  Q.   And then based on the numbers received, was this, to

17  use that analogy, somewhat sick or very sick?

18  A.   Definitely requires disassembly to figure out what's

19  going on.

20  Q.   And the results that you got and that you observed

21  from the leak down test, were they consistent with results

22  you received in the compression test?

23  A.   Yes.

24  Q.   And did the performance of the leak down test give

25  you any idea as to the cause of the failure?

1  Q.   And in the process of disassembly, can you talk about

2  what you did specifically in terms of removing components

3  and then what you found physically when you looked at

4  them?

5  A.   Sure.

6       As we removed the exhaust elbows, we took the exhaust

7  elbows off the exhaust manifolds and the inside of the

8  exhaust manifolds where the exhaust should be and no water

9  should be, it was very rusted, leading us to believe that

10 water came in through the exhaust.

11 Q.   Actually, I don't want to discuss any of your

12 opinions yet.  I just want to talk about what you did.

13 A.   Okay.

14 Q.   And what you saw.

15      Did you remove the exhaust trunking?

16 A.   The hoses?

17 Q.   The hoses.

18 A.   Yeah, that would have been first.

19 Q.   Then what would the next item to be removed?

20 A.   The exhaust elbows.

21 Q.   On that issue, I'd like to show you something as a

22 demonstrative exhibit.

23      Your Honor, we received permission from the defense

24 to use this just as a display piece.  May I approach?

25           THE COURT:  Have we marked it for

1  his expert witness report --

2  THE COURT:  Yes.

3  MR. NIKAS:  -- so he can offer that opinion

4  within the strict guidelines imposed.

5  THE COURT:  Yes.

6  BY MR. NIKAS:

7  Q.  Mr. Wicander, can you please tell us what that

8  opinion is, what your conclusion reached was?

9  A.  Want me to just read it?

10  Q.  Sure, that would probably be safest.

11  THE COURT:  Acceptable to counsel?

12  MR. ROTONDO:  If we're talking about page 3.

13  THE COURT:  "It is my opinion."

14  MR. ROTONDO:  I don't have any objection.

15  A.  It is my opinion that both engines have bee --

16  THE COURT:  Can you do it slowly, sir, so the

17  jury can follow you?

18  BY MR. NIKAS:

19  Q.  In fact, slowly, loudly, and make sure everybody

20  hears it because this is going to be --

21  A.  Sure.

22  It is my opinion that both engines have ingested

23  water over a period of time prior to the hydrolocking on

24  or about June 9.

25  THE COURT:  2001.

Vol. III - Page 371

1   A.   2001, sorry.

2       No single ingestion incident could have caused the

3   damage present.  Both engines need to be replaced.

4           MR. NIKAS:  May I, Your Honor?

5           THE COURT:  You may.

6   BY MR. NIKAS:

7   Q.   Now, before we get into the bases for your opinion or

8   for the reasons that you've come to that conclusion or the

9   evidence supporting that conclusion, I'd like to go back,

10  and we started this yesterday, to talk about your

11  qualifications to render that opinion.  And yesterday you

12  mentioned that you're a Mercury-certified technician; is

13  that correct?

14  A.   I was at the time, yes.

15  Q.   And you were first certified when?

16  A.   I believe it was 1989.

17  Q.   What topics were included in the training you

18  received prior to and in order to maintain that Mercury

19  certification?

20  A.   Topics, anything from new products to maintenance

21  to -- we went through disassembly of engines, stern

22  drives, that sort of thing.

23  Q.   Did you have to review service bulletins,

24  installation manuals, parts manuals, all those types of

25  materials attended to that certification?

Vol. III - Page 384

1    their intended round trip, you didn't pull the head off at

2    this time, correct?

3    A.    No, we did not.

4    Q.    I'd like to draw your attention, though, to what

5    looks like an apparent discrepancy between Exhibit 26 and

6    Exhibit 27.

7            THE COURT:  27 has not been admitted.

8            MR. NIKAS:  My apologies, Your Honor.

9    BY MR. NIKAS:

10   Q.    In Exhibit 26, you come to the conclusion -- or

11   excuse me, you come to the opinion that the damage to both

12   engines was a result of hydrolocking?

13   A.    Yes.

14   Q.    And was that your opinion at the time?

15   A.    At the time it definitely was.

16   Q.    What did you base that opinion on?

17   A.    Based upon the situation when we -- we had water in

18   the cylinders, that sort of thing.

19   Q.    What changed by the time you had come to your opinion

20   that the water ingestion on both engines in this boat was

21   historical rather than the result of just one incidence of

22   water ingestion?

23   A.    It was the scoring on the cylinder walls.  When you

24   get water over a long period of time while the engines are

25   running, like we did before, it washes away the oil from

Vol. III - Page 387

1   cylinders?

2   A.   Yes, between the two.

3   Q.   Did you find scoring in just one or several or all of

4   the cylinders?

5   A.   I believe it was most of them.

6   Q.   What did that scoring indicate?

7   A.   It indicated to me that over a long period of time

8   water was coming into the cylinders and washing away the

9   lubrication.  It takes a long time because it is a very

10  hard material.  As the piston's going up and down and you

11  start losing lubrication, it creates heat and it scratches

12  the cylinder wall.

13  Q.   Is it possible that the scoring you observed was

14  caused by that single instance of hydrolocking on June 9?

15  A.   No.  Definitely not.

16  Q.   And why not?

17  A.   Because in a hydrolocking situation, the piston can't

18  move.  So even when you try and start it, the piston is

19  not able to move.  So -- and with the scoring, the scoring

20  was on the cylinder walls, the full stroke of the pistons.

21  So that would tell me that it was happening when the

22  engine was running and not while it couldn't run.

23  Q.   So I guess that makes sense.  When the engine's

24  running, the piston is going up and down, correct?

25  A.   Yes.

Vol. IV - Page 571

1  guess on one engine it was seven of the eight were scored,

2  but four of the eight on the other.  Would you just

3  overbore some cylinders and not others?

4  A.    No, you can't do that.

5  Q.    Why is that?

6  A.    The engine won't have the same power, it won't run

7  right, it won't be balanced.

8  Q.    That's why you decided to halt your preservation

9  efforts?

10  A.    Absolutely.

11  Q.    Now, you were talking to Mr. Rotondo about the

12  scoring and he asked you about the conclusion about

13  hydrolocking that you had in your first inspection report

14  done before the heads were removed; do you remember that?

15  A.    Yes.

16  Q.    The flushing of the system performed by Peter Mains

17  took place with the engine not returning, correct?

18  A.    That's correct.

19  Q.    Could the scoring have occurred with the engine not

20  running?

21  A.    Definitely not.

22  Q.    Any possibility?

23  A.    No.  No possibility.

24  Q.    Why is that?

25  A.    Because when an engine's hydrolocked, it cannot