# EXHIBIT "F"

Vol. IV - Page 569

1  Q.    Now, kind of lost in the testimony yesterday, I
2  guess, was approximately how many operating hours are on
3  this engine?
4  A.    I believe 180. I'm not certain of the exact number.
5  I believe it's around 180.
6  Q.    In terms of a marine engine, where is that in the
7  life span of the designed life span of that engine?
8  A.    Probably about 10 percent. Usually marine engine
9  with closeness in cooling like this, fourteen, 1600 hours
10 at least, depending on how they're run.
11 Q.    So we're about 10 percent of the way along?
12 A.    Yeah, about that.
13 Q.    When you pulled the head and were able to look inside
14 the cylinders, you testified that you saw scoring,
15 correct?
16 A.    That's correct.
17 Q.    I believe there were some criticism yesterday about
18 your efforts to preserve the engine. What did you do
19 following the disassembly of the engine and why did you do
20 it?
21 A.    Well, after we disassembled the engines and
22 discovered the excessive scoring and the severity of the
23 scoring in the cylinders, we deemed the engines not
24 serviceable.
25 Q.    Why is that?

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT "G"

Case 3:01-cv-02402-AWT    Document 200-4    Filed 06/07/2008    Page 3 of 4

```
 1  weekends.
 2  Q.  For long journeys?
 3  A.  Not always a long journey, but if we weren't going on
 4  a trip, we'd use it as a camper in the water.  We'd sleep
 5  on the boat to be away from home as a family.
 6  Q.  Were you ever concerned about safety while you were
 7  on the boat?
 8          MR. ROTONDO:  Objection.
 9          THE COURT:  Sustained.
10  BY MS. LEV:
11  Q.  What was your reaction to these exhaust resonance
12  noises that you heard?
13  A.  Was there something wrong?  Is this a safety issue?
14  Q.  Why would you be concerned about safety when you hear
15  that?
16          MR. ROTONDO:  Objection.
17          THE COURT:  I'll allow that question.
18  A.  The concern about safety mainly is when you're out on
19  the water, something goes wrong, technically you could
20  become injured or drown.  Family is important.  We have
21  one daughter.  We were concerned about her safety, mostly,
22  as well as ours.
23  BY MS. LEV:
24  Q.  I'd like you to take a look at Exhibit 9, Plaintiffs'
25  Exhibit 9, which we already discussed with your husband.
```