# EXHIBIT "H"

1  Q.   So on June 9th you left where?
2  A.   Deep River Marina in Deep River Connecticut, which is
3  9 miles upstream on the Connecticut River.
4  Q.   And you were going to?
5  A.   Pilots Point Marina, Westbrook.
6  Q.   And did you get to Pilots Point Marina?
7  A.   Yes, we did.
8  Q.   Was this intended to be a round trip?
9  A.   Of course.
10 Q.   Why wasn't it a round trip?
11 A.   We pulled in on June 9th, which was a Saturday.  And
12 as we had typically done, I flushed the engines.  And both
13 engines became hydrolocked.
14 Q.   What does it mean "flush the engines"?
15 A.   Hook up your dockside water hose, which is just a
16 white garden hose.  And thread a fitting on that Sea Ray
17 provides.  And plug it into this port.  And go back and
18 turn the water on at the dock.  And flush each motor in
19 that same manner for five minutes.
20 Q.   What are you flushing?  Are you flushing the exhaust?
21 Are you flushing the water jackets?  What are you
22 flushing?
23 A.   We're flushing the raw water, which in this case is
24 seawater, out of engine passages and coolant passages that
25 are not in contact with the closed coolant part of the

PDF created with pdfFactory trial version www.pdffactory.com

1  system.
2  Q.    Is this something you're supposed to do?
3  A.    Yes.
4  Q.    Is this a recommended procedure?
5  A.    Yes, it is.
6  Q.    And is this procedure discussed anywhere by Sea Ray?
7  A.    Yes, it is.
8  Q.    Where?
9  A.    In the Horizon MerCruiser Owner's and Maintenance
10 Manual, operations manual.
11 Q.    So when you get the boat, it's one of the materials
12 that's provided to you?
13 A.    That's correct.
14 Q.    And is it a required maintenance to be done or
15 suggested maintenance to be done following use in
16 saltwater?
17 A.    It's suggested.
18 Q.    And you did this every time?
19 A.    Yes, I did.
20 Q.    So after having performed this suggested procedure,
21 why did the boat hydrolock?
22         MR. ROTONDO:  I object, Your Honor, to the
23 extent that the question asks the witness for what may be
24 an expert opinion.  He knows he flushed it and it
25 hydrolocked.  I think the question, as phrased, may ask

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 179

1  for an expert opinion.
2  BY MR. NIKAS:
3  Q. You flushed the engine, right?
4  A. Can I answer?
5  Q. Uh-huh.
6  A. Yes, I did.
7  Q. After flushing the engine, did you try to start it
8  again?
9  A. Not until the following day when we were scheduled to
10 leave at -- I think check out time at that marina was
11 11:30.
12 Q. So this was intended to be a round trip?
13 A. That's correct.
14 Q. You start the engines, what happened?
15 A. Neither engine started. In fact, I thought I had --
16 battery banks were dead, that's what my first impression.
17 There was no activity.
18 Q. Did you check the batteries?
19 A. Yes, I did.
20 Q. And?
21 A. All the fluid levels were good. At that time there
22 was a Captain Dave Poutney, who was the dockmaster on the
23 weekend. That's a large fuel dock. He came to offer
24 assistance and got a jumper pack to help what we thought
25 was a low battery condition.

PDF created with pdfFactory trial version www.pdffactory.com

1  Q.  Did the jump start work?
2  A.  Not at all -- I'm sorry.  Can I finish?
3  Q.  Sure.
4  A.  One of the engines finally with the jumper pack
5  applied was able to turn over, but it ran poorly.  Very
6  rough and undoubtedly damaged.
7  Q.  What about the other engine?
8          MR. ROTONDO:  Move to strike the last part of
9  that answer.
10         THE COURT:  Sustained.  And motion to strike
11 granted.
12 BY MR. NIKAS:
13 Q.  When you started the engine, how did it run?
14 A.  Very poorly.  Very rough.
15 Q.  When you say "rough," what does that mean?
16 A.  Not like the smooth idle that you experience in your
17 car.  It was stumbling, vibrating.
18 Q.  Vibrating differently than normal?
19 A.  Irregularly, yes.
20 Q.  Did the other engine start at all?
21 A.  No, it did not.
22 Q.  Did you shut the engine down that was operating?
23 A.  Yes, I did.
24 Q.  What did you do then?
25 A.  Dave Poutney tried to contact a marine mechanic.