# EXHIBIT "I"

Vol. III - Page 338

1  A.   This would be the crankshaft.  And this would be the
2  camshaft.
3  Q.   Crankshaft turns what?
4  A.   Pistons are connected to the crankshaft.
5  Q.   And the camshaft?
6  A.   Camshaft actually is what we call pushrods, push up
7  and they open and close the valves.
8  Q.   So could you, using a different color, trace the path
9  of water from the elbow to wherever it was in Mr. Mains'
10 boat?
11 A.   When the water came back in through the exhaust?
12 Q.   Yes.
13 A.   Okay.
14      Say the end of the exhaust elbow is here and here.
15 The water would have come down in through the exhaust,
16 flowed in through this valve and then on top of the
17 piston.
18 Q.   And sitting on top of the piston water is bad?
19 A.   Very bad.
20 Q.   Why wouldn't the engine be able to start with water
21 sitting on top of the pistons?
22 A.   Well, water is a very dense liquid, it's very dense,
23 unlike air.  And if this whole cavity were to fill up with
24 water, it would be essentially very strong and you can't
25 compress water at all, it wouldn't allow it to roll over.

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT "J"

1  A.  Four.
2  Q.  Are the valves in the head?
3  A.  Yes, they are.
4  Q.  So once you remove the head, you also get rid of the
5  valves?
6  A.  Correct.
7  Q.  And then if you take out the head and after you
8  removed the head on this vessel, what did you see when you
9  looked down into the cylinders?
10 A.  We saw little bit of rust, saw scoring on the
11 cylinder walls, that sort of thing.
12 Q.  You saw what on the cylinder walls?
13 A.  Scoring.  Scratches in the cylinder wall.
14 Q.  Is that something you would expect to see?
15 A.  No.  No.
16 Q.  Is that something you would see in a healthy engine?
17 A.  No, definitely not.
18 Q.  What causes the scoring?
19 A.  Scoring is typically caused by lack of lubrication
20 between the piston and the cylinder wall.
21 Q.  What's the lubrication between the piston and the
22 cylinder wall?
23 A.  Engine oil.  Without the engine oil you would have
24 metal to metal, essentially.
25 Q.  So if you ran an engine, say, without the drain plug

PDF created with pdfFactory trial version www.pdffactory.com

1  explosion that is occurring inside that cylinder.  When
2  you have that nice air fuel mixture inside on top of this
3  piston and the spark plug fires, it forces this piston
4  down, thus turning the crank and thus turning the
5  propeller.  If you have poor compression, a lot of those
6  gases will go past that piston and not be used to force it
7  down.  So you'll lose power.
8  Q.   If the scratching in the cylinders is uneven, let's
9  say it's in some cylinders and not in all, and it's more
10 severe in some cylinders than others, does that have an
11 effect?
12 A.   Yeah, that will cause the -- you'll have different
13 pressures in each of the pistons, so it will cause the
14 engine to vibrate because they're not all firing evenly
15 and have all the same power.  It will definitely run
16 erratically.
17 Q.   Does that vibration stress the components?
18 A.   Absolutely.  It will stress the crank because it's
19 getting uneven pressures.  It can do all that.  Twist the
20 crank.
21 Q.   What happens if the crank is stressed?
22 A.   If the crank is stressed, at some point it will
23 break.
24 Q.   And then?
25 A.   Catastrophic failure.

PDF created with pdfFactory trial version www.pdffactory.com

Vol. III - Page 399

1  Q.  By catastrophic --
2  A.  Engine stops and you're stuck wherever you are.
3  Q.  Is it possible that the scoring in a cylinder wall is
4  so severe that it causes failure of the piston?
5  A.  It can cause failure of the piston, the piston can
6  actually seize to the inside of the cylinder wall.  You
7  can get excessive fuel going past.  If it stops firing
8  properly, you can get fuel going past that piston getting
9  into the crank case and oil.  Can make a mess.
10 Q.  What is seizing?
11 A.  Seizing is when the piston actually welds itself to
12 the cylinder wall just because of the sheer heat, because
13 no lubrication.
14 Q.  What happens then?  Isn't it still trying to be
15 turned by the crankshaft?
16 A.  It's still trying to turn.  And the connecting rod
17 that attaches the piston to the crankshaft will typically
18 break at that point and sometimes go right outside the
19 cylinder block.
20 Q.  So pieces can go through the engine block?
21 A.  Sure.  I've seen it plenty of times.
22 Q.  The engine block is made of?
23 A.  Cast iron.
24 Q.  How thick is it?
25 A.  Typically quarter inch to three-eighths.

PDF created with pdfFactory trial version www.pdffactory.com