# EXHIBIT "K"

Case 3:01-cv-02402-AWT     Document 200-7     Filed 06/07/2008     Page 1 of 4

Vol. IV - Page 572

1  rotate.  So the pistons cannot go up and down inside their
2  cylinders.
3  Q.   Is it possible that when you were turning the engine
4  over for the compression test and the leak down test and
5  to expel the water which was part of the pickling process,
6  that that operation caused the scoring of the cylinders?
7  A.   Absolutely not.
8  Q.   Why is that?
9  A.   The engine wasn't under load and it was slow cranking
10 speed.  And this is something that occurs over a long
11 time, long period.
12 Q.   So the hydrolocking could not have caused the
13 scoring?
14 A.   No, definitely not.
15 Q.   And the scoring of the cylinders, cylinder walls, was
16 fatal to these engines?
17 A.   Yes, it was.
18 Q.   And the water that flooded the cylinders came from
19 where or came through where?
20        MR. ROTONDO:  Objection -- I'll withdraw the
21 objection.  I don't know if we're talking about the
22 flushing from Mr. Mains or talking about something else.
23 So I object to the question.
24        THE COURT:  He just wants the question refined.
25

# EXHIBIT "L"

Vol. IV - Page 670

```
 1  A.   No.
 2  Q.   What's inside?
 3  A.   Before it got to the point where those parts would
 4       actually be married together, they would go through
 5       pre-build on the deck line to where some of the hardware
 6       components to be installed.
 7  Q.   Like handrails?
 8  A.   Handrails.  Windshields in some applications were
 9       even set prior to capping the entire structure.  Inside
10       the hull it would have the carpets laid in some area of
11       the floor.  The engine bilge area would have the engine
12       set.  It would have all of the wiring harnesses and fuel
13       tanks already laid in place and secured.  And the main
14       interior structure of the boat was put together.
15  Q.   So you say the engines were set?
16  A.   Yes.
17  Q.   Who installed the engines?
18  A.   The engine team at one of the hull stations.
19  Q.   Sea Ray installed the engines?
20  A.   Yes.
21  Q.   And Sea Ray installed the exhaust?
22  A.   Yes.
23  Q.   Who makes the gasoline engines for Sea Rays?
24  A.   We use MerCruiser.
25  Q.   And MerCruiser is another Brunswick entity?
```

PDF created with pdfFactory trial version www.pdffactory.com