# EXHIBIT "M"

1  inaccessibility to some very important components, namely
2  the autopilot. In that case, the strip mounting bolts and
3  the rudder post packing nuts, all terms that are
4  confusing, I know, but that's the only way I know how to
5  describe them.
6  Q.   When the boat left your marina to go to Tennessee,
7  did you know that the exhaust system was going to be
8  changed?
9  A.   No. That was never mentioned.
10 Q.   Did you authorize that work?
11 A.   No, I did not.
12 Q.   At any time were you notified that the exhaust system
13 had changed until you actually saw it for the first time?
14 A.   A few days before we took delivery, I received a call
15 from Mr. Wade saying that the boat was being loaded for
16 transport as we speak.
17 Q.   So when you opened the engine hatch, was what
18 Mr. Wade had told you correct, that the exhaust system had
19 been changed?
20 A.   Yes, it had. In fact, I had asked him to describe
21 during that conversation how it had changed. And he was
22 using terms that I was unfamiliar with, like "a can" and
23 "a pot," terms I had never heard before and I had no clue.
24 The only thing I did ask him that I was reassured of was
25 that the above water relief outlets and the underwater

PDF created with pdfFactory trial version www.pdffactory.com

1  A.   Yes.
2  Q.   Is that the exhaust system that you're referring to
3  when you say "major problems"?
4  A.   I would say it is a major problem.
5  Q.   Would you say that -- were you ever given the
6  opportunity to inspect the boat while it was at the
7  factory in Tennessee?
8  A.   No. We had requested the opportunity to inspect the
9  boat before it came back and that was not given to us.
10 Q.   Of whom did you request?
11 A.   David Wade of Sea Ray Boats was the person who
12 arranged to have the boat returned to the factory. He was
13 the main person who was responsible for orchestrating the
14 repairs while it was down there.
15 Q.   At what point did you request to be able to inspect
16 the boat?
17 A.   I'm not sure of the exact dates, but from November of
18 2001 through April -- I'm sorry, November 2000 through
19 April 2001, for that five-and-a-half-month period while
20 the boat was in Tennessee, we had asked several times,
21 "Please allow us an opportunity to come down and inspect
22 the repairs so that we're sure that they have been taken
23 care of."
24 Q.   And you've already said that you did not?
25 A.   We were not given that opportunity.

PDF created with pdfFactory trial version www.pdffactory.com

1  Q.   What happened instead?
2  A.   Probably a week or even less than a week before the
3  boat was returned to us, David Wade called and spoke to my
4  husband and stated --
5          MR. ROTONDO: Objection. Relating conversation
6  David Wade had.
7          THE COURT: Sustained.
8  BY MS. LEV:
9  Q.   There were communications between you and Sea Ray?
10 A.   Yes.
11 Q.   Just before the boat was returned to you?
12 A.   During the whole period of time that the boat was at
13 the factory.
14 Q.   At what point during that five-and-a-half-month
15 period, I believe we said it was, were you informed that
16 the exhaust system had been completely overhauled?
17         MR. ROTONDO: Objection.
18         THE COURT: Sustained.
19 BY MS. LEV:
20 Q.   At what point did you become aware that the exhaust
21 system had been replaced?
22 A.   Probably one week before it came back to Connecticut.
23 Q.   Did you ask at this point why it had been replaced?
24 A.   Yes.
25 Q.   Was an explanation given?

PDF created with pdfFactory trial version www.pdffactory.com