# EXHIBIT "N"

Vol. II - Page 281

1  Q.   What happened instead?
2  A.   Probably a week or even less than a week before the
3  boat was returned to us, David Wade called and spoke to my
4  husband and stated --
5           MR. ROTONDO:  Objection.  Relating conversation
6  David Wade had.
7           THE COURT:  Sustained.
8  BY MS. LEV:
9  Q.   There were communications between you and Sea Ray?
10 A.   Yes.
11 Q.   Just before the boat was returned to you?
12 A.   During the whole period of time that the boat was at
13 the factory.
14 Q.   At what point during that five-and-a-half-month
15 period, I believe we said it was, were you informed that
16 the exhaust system had been completely overhauled?
17          MR. ROTONDO:  Objection.
18          THE COURT:  Sustained.
19 BY MS. LEV:
20 Q.   At what point did you become aware that the exhaust
21 system had been replaced?
22 A.   Probably one week before it came back to Connecticut.
23 Q.   Did you ask at this point why it had been replaced?
24 A.   Yes.
25 Q.   Was an explanation given?

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 282

1  A. The only thing that Mr. Wade stated was that, "We put
2  a different exhaust system on your boat."
3  Q. Was there any explanation given as to what was wrong
4  with the old exhaust system?
5  A. No.
6  Q. Then why did they replace it?
7        MR. ROTONDO: Objection.
8        THE COURT: Sustained.
9  BY MS. LEV:
10 Q. So the boat came back to you in April of 2001. What
11 happened next?
12 A. We noticed that there was some inadequate repairs
13 made while at the factory, one of which was the retrofit
14 exhaust system installation. We had questions about why
15 was it changed? How is it different? We can't access
16 certain components in the engine compartment.
17 Q. Why is it important for you to access components in
18 the engine compartment?
19 A. It's a safety issue. It's important to be able to
20 get to your mechanical items for safety.
21 Q. How so?
22 A. It's -- if you have a problem out on the water, you
23 can't access important mechanical things, you're subject
24 to risking your existence, your family's existence.
25 Q. And had access to this compartment been a problem

PDF created with pdfFactory trial version www.pdffactory.com

Vol. IV - Page 680

```
 1  Q.   So when the boat went in for repairs, what type of
 2  exhaust did it have?
 3  A.   It had a collector-style exhaust.
 4  Q.   When it left, what did it have?
 5  A.   It had a lift-style exhaust.
 6  Q.   Before the repair was completed, did you ever
 7  disclose to Lori and Peter Mains that that change was
 8  going to be made?
 9  A.   Can you repeat the question, please?
10  Q.   Before the water lift exhaust was installed on this
11  boat, did you ever inform Lori and Peter Mains that that
12  change would be made?
13  A.   I really do not recall if I informed them before that
14  was changed out or not.
15  Q.   Why was that change made?
16  A.   The change was made simply in response to the loud
17  exhaust noise that they had complained about since early
18  on.
19  Q.   What effect -- actually, before you went through the
20  expense of changing out the type of exhaust, did you check
21  to see whether it had been properly installed, the
22  original exhaust?
23  A.   No.  I mean, I didn't personally.
24  Q.   Did you ever ask anybody to?
25  A.   As I recall, I know that we sent a technician up to
```

PDF created with pdfFactory trial version www.pdffactory.com

1  Q.   In the year 2000 did every Sea Ray built with a
2  7.4-liter engine with an inboard installation leave the
3  factory with a collector-style exhaust?
4  A.   I do not know.
5  Q.   2001, same answer?
6  A.   Yes, I don't know.
7  Q.   This boat came with a collector-style exhaust and
8  when it came to the factory in 2001 it had a
9  collector-style exhaust, and what it left five and a half
10 months later it had a water lift; true?
11 A.   True.
12 Q.   As a customer service rep, why would they have
13 changed the original equipment the boat was manufactured
14 with?
15          MR. ROTONDO:  Objection to the form.  I'm
16 objecting to the question.
17          THE COURT:  Could you rephrase that, please.
18 BY MR. NIKAS:
19 Q.   Why did they change the style of the exhaust on this
20 boat from the one that it had when it originally left the
21 factory?
22 A.   To try and correct his complaint regarding loud
23 exhaust noise.
24 Q.   Was Mr. Mains' boat the only boat that came back for
25 repairs in the factory in 2001 that came in with a

PDF created with pdfFactory trial version www.pdffactory.com

1  A.   Simply because in some cases we try to satisfy the
2  customer almost to whatever end we need to to try and
3  satisfy them.
4  Q.   I want to make sure you understand this.  So in 2001
5  your testimony is when the decision was made to replace
6  this exhaust, it was made entirely as a result of a
7  customer complaint with no other factors coming into that
8  decision?
9  A.   Yes, the customer complained of loud exhaust noise.
10 Q.   And that decision was based solely on that complaint
11 and nothing else?
12 A.   That's correct.
13          MR. NIKAS:  Your Honor, just out of an abundance
14 of caution, and I know this is unfavored but I don't want
15 to potentially prejudice anything, can we have a very
16 brief sidebar?
17          THE COURT:  Okay.
18              (Sidebar discussion off the record.)
19 BY MR. NIKAS:
20 Q.   You testified that changing the exhaust system to the
21 water lift collector was a response to the concern voiced
22 by Peter Mains about exhaust noise, correct?
23 A.   Correct.
24 Q.   And you made that decision yourself?
25 A.   I made that recommendation.

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  Q.  Yourself?
 2  A.  Yes.
 3  Q.  Without consulting any other materials?
 4  A.  Yeah, based on my knowledge and knowing that I had
 5  sent a technician up there to look at the boat, yes.
 6  Q.  How did the water lift muffler remedy that complaint?
 7  A.  I don't know.
 8  Q.  You said you made that recommendation based on your
 9  experience and on the fact that the technician you sent up
10  to Connecticut didn't have anything negative to say, so
11  how would the installation of this different type of
12  exhaust system remedy the complaint voiced by Peter Mains?
13  A.  As I recall, there was -- we never could substantiate
14  the initial claim of loud exhaust noise.  He had just had
15  it as a complaint several times over the life of the boat.
16  We never substantiated.  We could not duplicate it to that
17  effect.  So I don't know if this ultimately corrected it
18  or not.
19  Q.  Why did you replace it with a collector?
20  A.  Because there was nothing wrong with the collector.
21  Q.  If you knew there was nothing wrong with it, why did
22  you change it?
23  A.  Customer satisfaction.
24  Q.  Mr. Wade, does the term "water ingestion
25  subcommittee" mean anything to you?
```

PDF created with pdfFactory trial version www.pdffactory.com

Vol. IV - Page 735

1  support.  When I was not on the road, I was support there.
2  So I didn't work on the boat.  I would just -- basically
3  walking by and seeing how it was going.
4  Q.   Were you ever informed of the reason for the change
5  from the collector to the water lift exhaust?
6  A.   I was aware they done the change trying to take care
7  of the noise problem.
8  Q.   And did you have an opinion whether that would be
9  effective?
10 A.   We were just told that the water lift was a quieter
11 type exhaust.
12 Q.   Who were you told that by?
13 A.   Just from their engineering department.
14 Q.   Whose engineering department?
15 A.   Sea Ray's.
16         MR. NIKAS:  No further questions.
17         MR. ROTONDO:  No redirect, Your Honor.
18         THE COURT:  Thank you, sir.  You may step down.
19         MR. ROTONDO:  Your Honor, the defense rests.
20         THE COURT:  Let's caucus at the sidebar for a
21 minute.
22         (Sidebar discussion off the record.)
23         THE COURT:  Ladies and gentlemen, I should put
24 on the record, no rebuttal witnesses, so the evidence is
25 now closed.  And Monday morning you will come in and we

PDF created with pdfFactory trial version www.pdffactory.com