EXHIBIT "O"

Vol. IV - Page 692

1    Q.    Did you look at any written material?  Did you ever

2    ask anybody in the factory, anybody from MerCruiser,

3    anybody about the exhaust noise complained of by Peter and

4    Lori?

5    A.    I know that it was discussed at the factory.  I do

6    not recall -- at the factory, meaning internally with my

7    boss at the time.  But beyond that, I don't recall

8    consulting anybody else.

9    Q.    With whom did you discuss this issue with?

10   A.    I don't recall.

11   Q.    How many people are at the Sea Ray headquarters?

12   A.    At headquarters?

13   Q.    That you would deal with in the ordinary course of

14   your business.

15   A.    Are you talking at that time or now?

16   Q.    At that time, 2001 whenever the boat got there, how

17   many people would have been involved, possibly, in this

18   decision?

19   A.    I don't know that anybody at the corporate level

20   would have been.  That would have been handled at the

21   plant level between myself and probably Todd Stooksbury,

22   who was my boss.

23   Q.    So at the plant, how big is the galaxy of people you

24   would have discussed this with or could have discussed

25   this with?

Vol. IV - Page 694

1  A.   Simply because in some cases we try to satisfy the

2  customer almost to whatever end we need to to try and

3  satisfy them.

4  Q.   I want to make sure you understand this.  So in 2001

5  your testimony is when the decision was made to replace

6  this exhaust, it was made entirely as a result of a

7  customer complaint with no other factors coming into that

8  decision?

9  A.   Yes, the customer complained of loud exhaust noise.

10  Q.   And that decision was based solely on that complaint

11  and nothing else?

12  A.   That's correct.

13       MR. NIKAS:  Your Honor, just out of an abundance

14  of caution, and I know this is unfavored but I don't want

15  to potentially prejudice anything, can we have a very

16  brief sidebar?

17       THE COURT:  Okay.

18            (Sidebar discussion off the record.)

19  BY MR. NIKAS:

20  Q.   You testified that changing the exhaust system to the

21  water lift collector was a response to the concern voiced

22  by Peter Mains about exhaust noise, correct?

23  A.   Correct.

24  Q.   And you made that decision yourself?

25  A.   I made that recommendation.

Vol. IV - Page 695

1  Q.   Yourself?

2  A.   Yes.

3  Q.   Without consulting any other materials?

4  A.   Yeah, based on my knowledge and knowing that I had

5  sent a technician up there to look at the boat, yes.

6  Q.   How did the water lift muffler remedy that complaint?

7  A.   I don't know.

8  Q.   You said you made that recommendation based on your

9  experience and on the fact that the technician you sent up

10 to Connecticut didn't have anything negative to say, so

11 how would the installation of this different type of

12 exhaust system remedy the complaint voiced by Peter Mains?

13 A.   As I recall, there was -- we never could substantiate

14 the initial claim of loud exhaust noise.  He had just had

15 it as a complaint several times over the life of the boat.

16 We never substantiated.  We could not duplicate it to that

17 effect.  So I don't know if this ultimately corrected it

18 or not.

19 Q.   Why did you replace it with a collector?

20 A.   Because there was nothing wrong with the collector.

21 Q.   If you knew there was nothing wrong with it, why did

22 you change it?

23 A.   Customer satisfaction.

24 Q.   Mr. Wade, does the term "water ingestion

25 subcommittee" mean anything to you?

PDF created with pdfFactory trial version www.pdffactory.com

Vol. IV - Page 705

1   Q.   Is there a library?

2   A.   No.

3   Q.   There's no technical library at the factory?

4   A.   Probably the closest thing to that would probably be

5   the engineering department.  But I don't know if that even

6   existed over there.

7   Q.   When the change was made to the water lift from the

8   collector, did you ever discuss it with anybody from

9   MerCruiser?

10  A.   Can you repeat that again, please?

11  Q.   When you made the decision to change the muffler

12  system, the exhaust system on Peter and Lori's boat, did

13  you consult anybody from MerCruiser prior to arriving at

14  that decision?

15  A.   No, I don't recall talking with MerCruiser regarding

16  that.

17  Q.   At any time following the installation of the new

18  exhaust system into Peter and Lori's boat, did you discuss

19  that with anybody from MerCruiser in case there were any

20  issues regarding the ownership or operation of that

21  exhaust?

22  A.   Not until after we were informed that he had

23  hydrolocked the engine.

24  Q.   Isn't that a little late?

25  A.   That's the first time I recall a conversation per

PDF created with pdfFactory trial version www.pdffactory.com

EXHIBIT "P"

Vol. III - Page 495

1   Q.   Was there another scenario in which it was not fine?

2   A.   Yeah, I think I remember that, you know -- well,

3   generally, if you spray water directly at a boat through a

4   hose like you're washing the boat or something, the

5   canvass is really not designed to stop water at that

6   point.

7   Q.   If we can go back to -- I believe the first page --

8   I'm sorry, second page.  There's a reference here to the

9   exhaust clamps being sloppily installed; do you see that?

10  A.   Yes.

11  Q.   Did you look into that?

12  A.   Yeah.  We would have looked into that because

13  anything that has to do with exhaust could be potentially

14  dangerous because of carbon monoxide.  Any complaint that

15  we would have about exhaust would be pretty serious.

16  Q.   Did you determine what the nature of complaint was or

17  the concern was with respect to the exhaust clamps?

18  A.   Yeah.  I think that -- well, going by what it says in

19  here, that the customer wasn't happy about the exhaust

20  clamps -- on a boat exhaust everything is doubled-clamped

21  and if the clamps weren't evenly spaced across all the

22  fittings, it was a concern to the customer.

23  Q.   Mr. Mains?

24  A.   Yes, sir.

25  Q.   Go to Plaintiffs' Exhibit 6.

PDF created with pdfFactory trial version www.pdffactory.com