EXHIBIT "Q"

Vol. IV - Page 711

1  contribute toward that, and we would go ahead and make

2  that arrangement and send them and use their services for

3  repairs.

4  Q.   You talked with Mr. Nikas about Mr. Mains' complaints

5  about loud exhaust noise?

6  A.   Uh-huh.

7  Q.   Did you have discussions with Mr. Mains about that

8  subject?

9  A.   Yeah, we had some conversations about it.

10 Q.   And did Mr. Mains ever tell you that the loud exhaust

11 noise was annoying but not performance-related?

12 A.   Yes.  I do recall that.

13 Q.   Now, you said that you sent a technical person out

14 to -- on one occasion to deal with Mr. Mains' complaint

15 about an exhaust noise.  Do you recall who that was?

16 A.   Yeah, Greg Wilson.

17 Q.   And do you have a memory of what Mr. Wilson -- do you

18 have a memory what it was he was going to do when he was

19 out there?

20 A.   Yeah.  Just basically take a look at the exhaust

21 system, and one of the exhaust components is a small

22 bypass muffler which we often refer to it as a football

23 muffler just because of its size and shape.  We had looked

24 at the possibility of installing a slightly larger one to

25 see if that would help reduce this loud exhaust noise he

PDF created with pdfFactory trial version www.pdffactory.com

Vol. IV - Page 692

1  Q.   Did you look at any written material?  Did you ever

2  ask anybody in the factory, anybody from MerCruiser,

3  anybody about the exhaust noise complained of by Peter and

4  Lori?

5  A.   I know that it was discussed at the factory.  I do

6  not recall -- at the factory, meaning internally with my

7  boss at the time.  But beyond that, I don't recall

8  consulting anybody else.

9  Q.   With whom did you discuss this issue with?

10  A.   I don't recall.

11  Q.   How many people are at the Sea Ray headquarters?

12  A.   At headquarters?

13  Q.   That you would deal with in the ordinary course of

14  your business.

15  A.   Are you talking at that time or now?

16  Q.   At that time, 2001 whenever the boat got there, how

17  many people would have been involved, possibly, in this

18  decision?

19  A.   I don't know that anybody at the corporate level

20  would have been.  That would have been handled at the

21  plant level between myself and probably Todd Stooksbury,

22  who was my boss.

23  Q.   So at the plant, how big is the galaxy of people you

24  would have discussed this with or could have discussed

25  this with?

Vol. IV - Page 697

1  dealers; is that right?

2  A.   No.  At that time I would also -- part of the job

3  scope at that time within customer service was also

4  reviewing dealer claims as well.  So we would do that as

5  well.  Each individual claim.  It was not my supervisor's

6  responsibility to review each claim.  That was our job as

7  customer service and dealer service representatives.

8  Q.   In 2001, did you review any service bulletins in

9  regards to exhaust systems or water ingestion?

10  A.   I don't recall.

11  Q.   I'd like to show you Plaintiffs' Exhibit 33, which

12  may help refresh your recollection.  Review it carefully.

13     Do you recall having seen that document?

14  A.   No, I do not.

15  Q.   What's the Sea Ray warranty?

16  A.   In general terms, it's 12 months from the original

17  date of purchase or from the inservice checklist date and

18  five years structural hull.

19  Q.   It says, We'll repair or replace any defects which

20  exist within one year of purchase; is that right?

21  A.   Yes, something to that effect.

22  Q.   One year?

23  A.   Correct.

24  Q.   2001, same year Peter's boat was there?

25  A.   Uh-huh.

Vol. IV - Page 703

1  BY MR. NIKAS:

2  Q.   In talking to him -- on a fairly regular basis, is

3  that fair?

4  A.   Yeah.

5  Q.   -- would you keep him apprized of what was happening

6  with the boat?

7  A.   In regard to what time frame?

8  Q.   Every time he called, I'm sure he asked what was

9  happening with the boat.

10 A.   Are you talking when the boat was back for repairs?

11 Q.   Yes, when it was with you for that five and a half

12 months.

13 A.   We would some.  I don't recall the extent of that,

14 but yeah, I mean there was calls and conversations.  I

15 don't recall to what degree.  There would have been some

16 communication.

17 Q.   And it would have been about the boat, right?

18 A.   Yeah.

19 Q.   You weren't friends?

20 A.   No.  It would have been about the boat.

21 Q.   So do you recall when you told him that the exhaust

22 had been replaced?

23 A.   No, I don't.

24 Q.   Do you know why -- let me ask you this.  Were you

25 aware that with the change in the exhaust system from the

PDF created with pdfFactory trial version www.pdffactory.com

Vol. IV - Page 707

1    Mr. Mains had run the boat after it returned.

2    Q.    With the new exhaust system that had been installed?

3    A.    Correct.

4    Q.    Did you at any time, in the interest of customer

5    service, think about calling Mr. Mains or Mrs. Mains and

6    extending an offer to replace the damaged components?

7    A.    I don't recall -- I don't recall anything along those

8    lines at that point.

9    Q.    I assume at the factory you guys have specific terms

10   for words that are specific to your industry or specific

11   to boat building; is that right?

12   A.    I found there's a lot of terminology in the marine

13   industry, in general, and in boat building, yes.

14   Q.    Like stringers and transoms and through holes and

15   plinths and pintles and gudgeons.

16         Have you ever heard the term "resonance"?

17   A.    Heard the term.

18   Q.    In what context did you hear that term or where were

19   you employed when you heard that term?

20   A.    I was employed at Sea Ray.  But the first time I

21   heard it was with the comment of the loud exhaust noise.

22   Q.    What is resonance?  What do you understand it to be?

23   A.    I just took it as a loud shrill, a change in the

24   exhaust noise to where it was annoying and bothersome.

25   Q.    You never understood that to be a term of art?