# EXHIBIT "R"

Vol. II - Page 168

```
 1   exhaust bullets were still the point of exit for the
 2   engine's exhaust.
 3   Q.   Did Sea Ray provide you with the old exhaust system
 4   that had been removed?
 5   A.   No, they did not.
 6   Q.   Did they provide you with a new owner's manual with
 7   the new exhaust system?
 8   A.   No, they did not.
 9   Q.   Did anybody tell you or were you provided any
10   instructions how to maintain the new exhaust system?
11   A.   No, they did not.
12   Q.   So why did you only use the boat once after you got
13   it back?
14   A.   If I recollect correctly, we had two rainy weekends
15   following that launch date in which repairs -- just after
16   temporary repairs were made by Mike Sperzel and his
17   brother George so the boat could be put in the water.  And
18   then we, as typically we have done with our boating
19   friends, gone on an early season trip that was fairly
20   close to home port.
21   Q.   So on April 30th you sent that letter to all those
22   people and the next day -- I'd like to show you
23   Plaintiffs' Exhibit Number 19.
24            THE COURT:   Defendants' Exhibit 19?
25            MR. NIKAS:   Plaintiffs' Exhibit 19.
```

PDF created with pdfFactory trial version www.pdffactory.com

1  A.  Yes.
2  Q.  Is that the exhaust system that you're referring to
3  when you say "major problems"?
4  A.  I would say it is a major problem.
5  Q.  Would you say that -- were you ever given the
6  opportunity to inspect the boat while it was at the
7  factory in Tennessee?
8  A.  No.  We had requested the opportunity to inspect the
9  boat before it came back and that was not given to us.
10 Q.  Of whom did you request?
11 A.  David Wade of Sea Ray Boats was the person who
12 arranged to have the boat returned to the factory.  He was
13 the main person who was responsible for orchestrating the
14 repairs while it was down there.
15 Q.  At what point did you request to be able to inspect
16 the boat?
17 A.  I'm not sure of the exact dates, but from November of
18 2001 through April -- I'm sorry, November 2000 through
19 April 2001, for that five-and-a-half-month period while
20 the boat was in Tennessee, we had asked several times,
21 "Please allow us an opportunity to come down and inspect
22 the repairs so that we're sure that they have been taken
23 care of."
24 Q.  And you've already said that you did not?
25 A.  We were not given that opportunity.

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT "S"

```
 1  Q.   Or the replacement of the exhaust system before it
 2  was taken in for repairs?
 3  A.   We had expressed many times in writing as well as
 4  verbally that the boat was experiencing intermittent loud
 5  exhaust resonance noise.  Sea Ray sent people out to try
 6  and remedy that noise.  Those efforts didn't solve the
 7  problem.  Sea Ray determined that the boat needed to go
 8  back to their manufacturing facility in Tennessee to
 9  address the major problems with the boat.
10  Q.   Were you ever given any explanation by Sea Ray as to
11  what was causing those noises?
12  A.   They did not know why the boat was making those
13  noises.
14  Q.   Did you ask?
15  A.   Yes, we did.
16  Q.   So what happened while the boat was in Tennessee?
17  A.   They repaired what we call major problems as well as
18  some minor problems.  But the bigger problems that they
19  addressed were the bilge area in the boat below the engine
20  hatch was absorbing water.  They determined the boat had
21  to go back to the factory.  They rebuilt that area, put in
22  new gelcoat, things of that nature down there.  They
23  addressed some minor things and then they swapped out the
24  exhaust system to a retrofit new exhaust system.
25  Q.   So you just referred to major problems?
```

PDF created with pdfFactory trial version www.pdffactory.com

1  Q.   What happened instead?
2  A.   Probably a week or even less than a week before the
3  boat was returned to us, David Wade called and spoke to my
4  husband and stated --
5          MR. ROTONDO:  Objection.  Relating conversation
6  David Wade had.
7          THE COURT:  Sustained.
8  BY MS. LEV:
9  Q.   There were communications between you and Sea Ray?
10 A.   Yes.
11 Q.   Just before the boat was returned to you?
12 A.   During the whole period of time that the boat was at
13 the factory.
14 Q.   At what point during that five-and-a-half-month
15 period, I believe we said it was, were you informed that
16 the exhaust system had been completely overhauled?
17         MR. ROTONDO:  Objection.
18         THE COURT:  Sustained.
19 BY MS. LEV:
20 Q.   At what point did you become aware that the exhaust
21 system had been replaced?
22 A.   Probably one week before it came back to Connecticut.
23 Q.   Did you ask at this point why it had been replaced?
24 A.   Yes.
25 Q.   Was an explanation given?

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 282

1  A.   The only thing that Mr. Wade stated was that, "We put
2  a different exhaust system on your boat."
3  Q.   Was there any explanation given as to what was wrong
4  with the old exhaust system?
5  A.   No.
6  Q.   Then why did they replace it?
7          MR. ROTONDO:  Objection.
8          THE COURT:  Sustained.
9  BY MS. LEV:
10 Q.   So the boat came back to you in April of 2001.  What
11 happened next?
12 A.   We noticed that there was some inadequate repairs
13 made while at the factory, one of which was the retrofit
14 exhaust system installation.  We had questions about why
15 was it changed?  How is it different?  We can't access
16 certain components in the engine compartment.
17 Q.   Why is it important for you to access components in
18 the engine compartment?
19 A.   It's a safety issue.  It's important to be able to
20 get to your mechanical items for safety.
21 Q.   How so?
22 A.   It's -- if you have a problem out on the water, you
23 can't access important mechanical things, you're subject
24 to risking your existence, your family's existence.
25 Q.   And had access to this compartment been a problem

PDF created with pdfFactory trial version www.pdffactory.com