# EXHIBIT "T"

# EXHIBIT "U"



DEFENDANT'S EXHIBIT 94

## EXPRESS LIMITED WARRANTY

Sea Ray Boats, Inc. ("SEA RAY") warrants to the original retail purchasers of its 1998 model boats if purchased from an authorized SEA RAY dealer, and operated under normal, non-commercial use, that the selling dealer will: (a) repair any structural fiberglass deck or hull defect which occurs within five (5) years of the date of delivery; (b) repair or replace any parts found to be defective in factory material or workmanship within one (1) year of date of delivery; and (c) repair any gel coat surface of the hull that has laminate blisters which occurred as a result of defects in material and workmanship within five (5) years of the date of delivery based upon the following prorated schedule, provided that the original factory gel coat surface has not been altered in any way such as accident repair, application of a coating other than marine bottom paint or from improper surface preparation for paint, (i.e., excessive sanding or sandblasting, etc.), any of which will void this warranty. SEA RAY shall repair laminate blisters based upon customary and reasonable charges with the method of repair subject to SEA RAY's prior approval, not to exceed $20.00 per square foot, subject to the following prorated schedule:

| | |
|---|---|
| Less than two (2) years from the date of delivery | 100% |
| Two (2) to three (3) years from the date of delivery | 75% |
| Three (3) to four (4) years from the date of delivery | 50% |
| Four (4) to five (5) years from the date of delivery | 25% |

The obligation of Sea Ray Boats, Inc., under this warranty shall be limited to the repair or replacement of parts only that are judged defective by Sea Ray Boats, Inc., and does not include transportation, haul out, or other expenses incurred in returning the boat to your selling dealer or SEA RAY factory for warranty service.

**THE REMEDY DESCRIBED IN THIS PARAGRAPH SHALL BE THE EXCLUSIVE AND SOLE REMEDY PROVIDED BY SEA RAY.**

## WHAT IS NOT COVERED

This Warranty does not apply to: (1) engines, stern drives, controls, propellers, batteries, trailers or other equipment or accessories carrying their own individual warranties; (2) engines, parts or accessories not installed by Sea Ray Boats, Inc.; (3) window breakage; (4) cosmetic gel coat finish, i.e., cracks or crazing; (5) any SEA RAY boat which has been altered, subjected to misuse, negligence or accident, or used for racing purposes; (6) any SEA RAY boat which has been overpowered according to the maximum horsepower specifications on the capacity plate provided on each SEA RAY outboard boat; (7) any SEA RAY boat used for commercial purposes; (8) any defect caused by failure of the customer to provide reasonable care and maintenance.

## OTHER LIMITATIONS

OTHER THAN AS SET FORTH HEREIN, THERE ARE NO OTHER WARRANTIES EITHER EXPRESS OR IMPLIED ON THIS BOAT. ALL OTHER WARRANTIES, EXPRESS OR IMPLIED INCLUDING IMPLIED WARRANTIES OF FITNESS AND MERCHANTABILITY ARE EXPRESSLY EXCLUDED. TO THE EXTENT ALLOWED BY LAW: (1) ANY IMPLIED WARRANTY OF MERCHANTABILITY IS LIMITED TO THE DURATION OF THIS WRITTEN WARRANTY; (2) NEITHER SEA RAY BOATS, INC., NOR THE SELLING DEALER SHALL HAVE ANY RESPONSIBILITY FOR LOSS OF USE OF THE BOAT, LOSS OF TIME, INCONVENIENCE, COMMERCIAL LOSS OR CONSEQUENTIAL DAMAGES. SOME STATES DO NOT ALLOW LIMITATIONS ON HOW LONG ANY IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE.

## YOUR OBLIGATION

In order to comply with federal regulations, it is essential that your warranty registration card be submitted within 30 days of delivery of your boat.

**RETURN OF THIS CARD IS A CONDITION PRECEDENT TO WARRANTY COVERAGE. BEFORE ANY WARRANTY WORK IS PERFORMED, WE REQUIRE THAT YOU CONTACT YOUR SELLING DEALER AND OBTAIN APPROVAL BY AN AUTHORIZED SEA RAY REPRESENTATIVE.**

We require that you return your boat, at your expense, to your selling dealer or, if necessary, to the SEA RAY factory. You will be responsible for all transportation, haul outs and other expenses incurred in returning the boat for warranty service.

## TRANSFERABILITY

The unexpired term of this warranty may be transferred to a new owner upon the new owner's written request to Sea Ray Boats, Inc., 2600 Sea Ray Blvd., Knoxville, TN 37914 and accompanied by the payment to Sea Ray Boats, Inc. of fifty dollars ($50.00).

Printed in the U.S.A.    © 1997 Sea Ray Boats, Inc.
A Brunswick Company

Vol. II - Page 221

```
 1  Q.    And you used the boat during the 1998 boating season,
 2  correct?
 3  A.    Yes.
 4  Q.    And you also used it during the 1999 boating season?
 5  A.    Yes.
 6  Q.    And during the 2000 boating season?
 7  A.    Yes.
 8  Q.    I'd like to show you what's been marked as
 9  Exhibit 94.  You have it there.  It's the Sea Ray
10  warranty, the one you talked about.
11        If we can start by blowing up the top there about 2
12  inches down.
13        Do you recognize what's been marked as Exhibit 94?
14  A.    Yes, I do.
15  Q.    This was your Sea Ray warranty; is that correct?
16  A.    Yes, it was.
17  Q.    This was the warranty that you received from Sea Ray,
18  correct?
19  A.    This was the actual one or duplicate of it?
20  Q.    This is a copy.
21  A.    The actual one is in this stack.
22  Q.    What we've marked as Exhibit 94 is a true and
23  accurate copy of the warranty that you received with your
24  1998 boat?
25  A.    I would say it is.
```

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 222

1  Q.   And the warranty provides in the beginning that Sea
2  Ray boats warrants to the original retail purchasers of
3  its 1998 boats, if purchased from an authorized Sea Ray
4  dealer and operated under the normal noncommercial use,
5  that the selling dealer will:  A) repair any structural
6  fiberglass deck or hull defect which occurs within five
7  years of the date of delivery; repair or replace any parts
8  found to be defective in factory material or workmanship
9  within one year of date of delivery; and C) repair any
10 gelcoat surface of the hull that has laminate blisters
11 which occurred as a result of defects in the material and
12 workmanship within five years of the date of delivery
13 based on the following prorated scheduled.  And it
14 continues, correct?
15      What I'd like to do is just go down to the heading of
16 what is not covered.  Just go up where it says, "The
17 remedy described in this paragraph."  Start there.
18      All right.  Says:  The remedy described in this
19 paragraph shall be the exclusive and sole remedy provided
20 by Sea Ray.  Correct?
21      And then it says what is not covered.  This warranty
22 does not apply to:  1) engines, stern drives, controls,
23 propellers, batteries, trailers or other equipment or
24 accessories carrying their own individual warranties; 2)
25 engines, parts, or accessories not installed by Sea Ray;

PDF created with pdfFactory trial version www.pdffactory.com