# EXHIBIT "V"

Vol. II - Page 121

1  further attempts at repair so that" --
2  Q.   Did you allow any further repair attempts?
3  A.   Yes.
4  Q.   Did these repair attempts fix the boat to your
5  satisfaction?
6  A.   No, they did not.
7  Q.   What eventually happened to the boat?
8  A.   The boat was negotiated with David Marlow from
9  Sea Ray, and he and my wife decided that we were going to
10 take Steve Holland up on his offer because there were
11 still issues, especially the sudden loud resonance exhaust
12 noise.  And at that point he made arrangements with
13 Surfside 3 to come up with some money and we would make up
14 the difference for upgrading to a 1998 model that had a
15 few extra options which we, of course, paid for on our
16 own.
17 Q.   So, in affect, you traded in that boat, used that
18 boat, to get into the '98?
19 A.   That's correct.
20 Q.   And you purchased your 1998 Sea Ray, what we're
21 talking about in this case, from which dealership?
22 A.   That was Surfside 3 in Norwalk, Connecticut.
23 Q.   When did you get your boat?
24 A.   I don't know the exact date.  I'm going to estimate
25 around April, May -- early May.

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  Q.  Of what year?
 2  A.  Of '98.
 3  Q.  May of '98.
 4      Where did you actually take delivery of this boat?
 5  A.  Norwalk, Connecticut.
 6  Q.  And when you took delivery of the boat, did you
 7  inspect it?
 8  A.  Yes, we did.
 9  Q.  What did you do on your inspection?
10  A.  We opened all compartments.  We checked for quality
11  issues.  We reviewed things with both Dean Beckman and Al
12  Chianese and had him make some notes on the sales
13  agreement where deficiencies were apparent.
14  Q.  Were these deficiencies apparent to you or other
15  people?
16  A.  They would be apparent to anyone.
17          MR. ROTONDO:  Objection.
18          THE COURT:  Sustained.
19  BY MR. NIKAS:
20  Q.  Were these deficiencies that you noted?
21  A.  I noticed them.  Al noted them.
22  Q.  So you saw the deficiencies and you told them to
23  Mr. Chianese, who wrote them down?
24  A.  That's correct.
25  Q.  What deficiencies did you note?
```

PDF created with pdfFactory trial version www.pdffactory.com

1  admitted?
2           MR. NIKAS:  I'd like to offer this inservice
3  checklist as Plaintiffs' Exhibit Number 2.
4           THE COURT:  Plaintiffs' Exhibit Number 2 is
5  admitted.
6           MR. ROTONDO:  Yes, Your Honor.  There was an
7  issue with respecting to number of pages, but that's now
8  been fixed.
9           MR. NIKAS:  We fixed that.
10          THE COURT:  So Plaintiffs' 2 is admitted.
11 BY MR. NIKAS:
12 Q.   Do you recognize this?
13 A.   Yes, I do.
14 Q.   Can you read the date in the upper right-hand corner?
15 A.   5/21/98.
16 Q.   Does that refresh your recollection as to the date
17 that you got the boat?
18 A.   Yes.  I would say that's correct.
19 Q.   Did you get the checklist on the day you got the
20 boat?
21 A.   Yes.
22 Q.   So this checklist actually appears to come from
23 Sea Ray, correct?
24 A.   Yes.
25 Q.   And it goes through, I guess, all the components in

PDF created with pdfFactory trial version www.pdffactory.com