EXHIBIT "W"

Vol. II - Page 124

1  back here?
2  A.   Correct.
3  Q.   So what did you find at these towing eye points?
4  A.   The boat had been lifted by those tow eyes and it had
5  crushed the rub strip and fractured the fiberglass -- not
6  just the gelcoat, not just the outer coating, but actually
7  had cracked the laminants, approximately 11 inches long on
8  each side of the deck, which is above the rub strip.
9  Q.   So that would be this area here?
10 A.   Yes.
11 Q.   And did Mr. Chianese write down or note this defect?
12 A.   Yes, he did.
13 Q.   What else did you find on your inspection?
14 A.   We found a collapsing cockpit floor.
15 Q.   What is a cockpit?
16 A.   The cockpit is the upper -- typically on this boat,
17 the open area of the boat where the helm position is.
18 Q.   Helm is what?
19 A.   It's the place where someone would operate the boat.
20 Q.   Is that where the steering wheel is?
21 A.   Steering wheel, throttles and shifters and gauges and
22 electronics.
23 Q.   On this boat, which side of the boat is the steering
24 wheel on?
25 A.   Starboard.  Right side.

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 130

1  Q.   So you were flushing the saltwater out of the exhaust
2  system with fresh water?
3  A.   Yes.  At times when we got to our destination you
4  could not get the engine hatch open, it was bound up.
5  Numerous attempts at repair were made at that issue, and
6  Dean Beckman was witnessed to --
7  Q.   When you were there?
8  A.   I was there also.
9         THE COURT:  One second.
10        MR. ROTONDO:  Move to strike the witness's
11 testimony as to what Mr. Beckman saw or didn't see.
12        MR. NIKAS:  He hasn't testified yet.
13 BY MR. NIKAS:
14 Q.   When Mr. Beckman was in your presence, what did you
15 see?
16 A.   Dean Beckman and Dan -- I don't recall his last name,
17 an employee of Atlantic Boat Repair, from Knoxville
18 Tennessee, hired by Sea Ray.  Dan stated --
19 Q.   No.  What did you observe when you were with them?
20 A.   What did I observe?  Dan took these two fingers and
21 drove them right through the floor, right through the
22 cockpit floor, into the aft cabin headliner and said, Yes,
23 we've seen --
24        MR. ROTONDO:  Objection.
25

Vol. II - Page 135

1  A.   Plenums in poor condition.
2  Q.   A plenum is?
3  A.   In laymen's terms, it's a -- I'll have to back up.
4       These engines were cross ram, fuel-injected engines.
5  And the cast aluminum component that capped off the intake
6  manifold, they were damaged from people walking on them
7  with gravel on their shoes.
8  Q.   This is the top of the engine, essentially?
9  A.   Yes.
10 Q.   After you took delivery, did you -- having had some
11 time to spend with the boat, did you notice any other
12 defects?
13 A.   Yes, we did.
14 Q.   Did you write them down?
15 A.   Yes, we did.  And I think we were pretty fair in our
16 attempts at trying to be very specific, searching for the
17 right nomenclature so there would be no issues about what
18 we were trying to get at.
19 Q.   To whom it you provide these complaints to?
20 A.   Mostly to Al Chianese at Surfside 3.  Even though
21 Dean Beckman was service manager, I never understood why
22 someone of Dean's ability was not allowed to handle
23 customer complaints.  They were always filtered through
24 Al.
25           MR. ROTONDO:  Move to strike.

PDF created with pdfFactory trial version www.pdffactory.com

1  of the engine rpms.  Some more serious issues, like the
2  carbon monoxide detector being faulty, that's a safety
3  issue.  There are a number of minor issues there.
4  Probably gelcoat cracks that didn't appear when the boat
5  was first delivered.
6  Q.    So there's cosmetic issues, some safety issues, some
7  other things?
8  A.    That's correct.
9  Q.    Like you asked for an additional handrail?
10 A.    That was just an issue for when my small nieces and
11 nephews would be coming so they could make it up and down
12 the steep companionway stairs without being unable to
13 reach the one provided.
14 Q.    And when service is done to a boat, do you take the
15 boat somewhere or does the repairer or the mechanic come
16 out to the boat?
17 A.    If the boat had been purchased closer to Norwalk,
18 Connecticut, then I'm sure they would require that you
19 bring it to them for repair.  But seeing as our marina,
20 which was Deep River Marina in Deep River, Connecticut,
21 had so many of their boats there also, they would try to
22 group together repair trips so that they could knock off a
23 few of these on the same day or more.
24 Q.    So who conducted the repairs to this boat?
25 A.    Mostly Dean Beckman and Fred -- I don't recall his

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 144

1  and that sort of thing aren't going to appear to you.  The
2  Sea Ray warranty was a one-year warranty and the engine
3  warranty was a three-year warranty.
4  Q.   So I'd like to show you an exhibit which is marked as
5  Number 5.
6          THE COURT:  Any objection?
7          MR. ROTONDO:  No objection, Your Honor.
8          THE COURT:  Plaintiffs' Exhibit 5 is admitted.
9  BY MR. NIKAS:
10 Q.   And is this another one of your communications with
11 the dealership?
12 A.   Yes, it is.
13 Q.   And these are more deficiencies that you noted?
14 A.   Yes, they are.
15 Q.   So we've got some fiberglass issues, some engine
16 issues, the soft spot on the cockpit floor and some water
17 leaks; is that correct?
18 A.   And air-conditioning.
19 Q.   Were these deficiencies fixed to your satisfaction?
20 A.   No, they were not.  Maybe a few might have been.
21 Q.   Next I'd like to show you Plaintiffs' Number 6?
22          MR. ROTONDO:  No objection.
23          THE COURT:  Plaintiffs' Exhibit 6 is admitted.
24 BY MR. NIKAS:
25 Q.   This is from September it looks like; is that right?

PDF created with pdfFactory trial version www.pdffactory.com

1  A.  That's correct.
2  Q.  And what's noted in this letter?  Are these more
3  deficiencies?
4  A.  Yes, they are.
5  Q.  So we've got, looks like leaks?
6  A.  Yes, water level gauge.
7  Q.  Some coolant leaks.
8      On the second page, can you describe in greater
9  detail what is listed in that last item?
10 A.  The "six times during"?
11 Q.  Yes.  What does that mean?
12 A.  May I read it?
13 Q.  Sure.  I'd like you to actually expand on it?
14 A.  I am having difficulty seeing it, it's far away.
15     That's better.
16     Okay, I've read it.
17 Q.  What are you talking about here?
18 A.  As with the '96, the '98 boat did the exact same
19 thing.  Periodically, and to my best estimate, every one
20 and three quarters' to two and a quarter's hours of
21 operation, there would be a sudden loud resonance noise
22 atypical of the way the exhaust normally performed, and it
23 would be coming from either starboard or port side, never
24 both, one or the other.  And once it began -- once it
25 began, you couldn't get rid of it.  And many, many times

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  Q.    Briefly.
 2  A.    Briefly.  Can I use my hands?
 3  Q.    Sure.
 4  A.    The boat is configured in a V shape (indicating) and
 5  the lowest part of the boat is where the engines are
 6  seated on the stringers.  It's typically known as the
 7  bilge compartment.  And we had a four-stringer system,
 8  like so, and then the hull sides (indicating).
 9       It was apparent after the first season of ownership
10  that this large cored section, which has been referred to
11  by many different names, hull stiffener, core pad, and I'm
12  sure there are others, it was noticed that when the boat
13  was hauled and the bilge was cleaned out that water was
14  coming out from this laminated area, which is adjacent to
15  the structural stringers.
16  Q.    What do you mean "when the boat was hauled"?
17  A.    When the boat was taken off the water and prepared
18  for winter storage.
19  Q.    So you take the boat out of the water when winter
20  comes?
21  A.    Almost everyone does in this climate.
22  Q.    Because?
23  A.    Ice can destroy a vessel.
24  Q.    So where do you store it?
25  A.    At that time it was stored at Midway Marina in
```

PDF created with pdfFactory trial version www.pdffactory.com

1    I might mention also that an inspection of the
2    exposed portion of the boat was done.  And the transport
3    truck driver and Scott Davidson, the owner of Midway
4    Marine, verified all --
5         MR. ROTONDO:  Objection.
6         THE COURT:  Sustained.
7    BY MR. NIKAS:
8    Q.   What did you find during your inspection?
9    A.   The inspection that occurred when the boat first
10   arrived was only to the area exposed below the shrink
11   wrap.
12   Q.   After you removed the shrink wrap, what did you find
13   in your inspection?
14   A.   Loose railings, the stanchion plates where they
15   fastened to the deck --
16   Q.   You're talking about these handrails here?
17   A.   That's correct.
18   Q.   What else?
19   A.   Numerous areas of new damage.
20   Q.   What kind of damage?
21   A.   Scuffs, scratches, hull gouges.  Transducer ring was
22   cracked.  The transducer is a depth sounder, which is a
23   through-hull fitting.  And there's a water-type ring.
24   That was cracked.  And also one of the coolant water
25   inlets was crushed.  And then one of the underwater

PDF created with pdfFactory trial version www.pdffactory.com

1  Q.   So there's an attached list of repairs from your
2  April 30th fax, and I guess you had been in phone contact
3  with Mr. Wade?
4  A.   Yes.
5  Q.   And on the second page of this is a long list of
6  repairs?
7  A.   That's correct.
8  Q.   And also on the third page and also on the fourth
9  page?
10 A.   That's correct.
11 Q.   So they're going to repair all these things on June
12 11?
13 A.   That's what they planned, yes.
14 Q.   And so let me show you Plaintiffs' 21.  This is the
15 response that you made to that letter?
16 A.   Yes, it is.
17 Q.   So when you wrote this letter, you were responding to
18 this one?
19 A.   That's correct.
20 Q.   So you state the boat was damaged while in Sea Ray's
21 care.
22      And then in the third paragraph you talk about
23 limiting your ability to complain.  See that there?
24 A.   Yes, I do.
25 Q.   While understandable, what does it mean?  How did

PDF created with pdfFactory trial version www.pdffactory.com