# EXHIBIT "X"

Vol. II - Page 137

1  had the boat if you bought the boat on the 21st?
2  A.   Yes.
3  Q.   So it looks like you have problems with rpm?
4  A.   Yes.
5  Q.   What does that mean?
6  A.   It could mean a great number of things.
7  Q.   What does "rpm" mean?
8  A.   Revolutions per minute.  Revolutional speed of the
9  crank shift.
10 Q.   How fast engine is turning?
11 A.   That's correct.
12 Q.   Do you remember what the red line on this engine was?
13 A.   These were upgraded 7.4-liter motors.  We paid an
14 additional fifteen or $1800 apiece more for each one.
15 Their operating range was different from the standard
16 7.4-liter motors.  I think those were 4400 and these were
17 supposed to be -- I'm not certain, but I think 4800.
18 Q.   So what you're saying is, at least in these first two
19 items, is you could not reach the maximum output of the
20 engine?
21 A.   That's correct. And that was with a light load,
22 meaning probably half a tank of water, no waste material
23 in the holding tank, and maybe half gas tank full, and two
24 people on board.  Those numbers are typically what you'd
25 see in a boat that was heavily loaded.  As you increase

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  A.    That's correct.
 2  Q.    And what's noted in this letter?  Are these more
 3  deficiencies?
 4  A.    Yes, they are.
 5  Q.    So we've got, looks like leaks?
 6  A.    Yes, water level gauge.
 7  Q.    Some coolant leaks.
 8        On the second page, can you describe in greater
 9  detail what is listed in that last item?
10  A.    The "six times during"?
11  Q.    Yes.  What does that mean?
12  A.    May I read it?
13  Q.    Sure.  I'd like you to actually expand on it?
14  A.    I am having difficulty seeing it, it's far away.
15        That's better.
16        Okay, I've read it.
17  Q.    What are you talking about here?
18  A.    As with the '96, the '98 boat did the exact same
19  thing.  Periodically, and to my best estimate, every one
20  and three quarters' to two and a quarter's hours of
21  operation, there would be a sudden loud resonance noise
22  atypical of the way the exhaust normally performed, and it
23  would be coming from either starboard or port side, never
24  both, one or the other.  And once it began -- once it
25  began, you couldn't get rid of it.  And many, many times
```

Vol. II - Page 146

```
 1   we would have people on board and if they were seated,
 2   especially on the transom seat, which is in the back of
 3   the boat, they would get up and come up to me and say,
 4   "Something's wrong with your boat."  I would say, "It does
 5   this and nobody can tell me why."
 6   Q.    When you describe a loud resonance noise, what does
 7   that mean?  What did it sound like?
 8   A.    It was very much off normal tone.  And it was much
 9   louder than it was just prior to when it started.
10   Q.    Could you tell the difference in your exhaust noise
11   between low throttle or medium throttle or high throttle?
12   Would you be able to note -- did you know the boat well
13   enough?
14   A.    Oh, yes, absolutely.
15   Q.    How would you fix this problem?
16   A.    Everyone else noticed it too.
17            MR. ROTONDO:  Move to strike.
18   A.    Lay people, our guests --
19            THE COURT:  One second, please.
20   A.    Our guests who knew nothing --
21            THE COURT:  We have an objection.  When there's
22   an objection, you stop.
23            Objection sustained.  Motion to strike granted.
24            You can lead him through it, Mr. Nikas.
25            MR. NIKAS:  That's all right, Your Honor.
```

PDF created with pdfFactory trial version www.pdffactory.com