# EXHIBIT "Y"

71



PLAINTIFF'S EXHIBIT

CASE NO. 301 CV2402 (AWT)

EXHIBIT NO. 1

Peter D. Mains
5 Old Town Road
Avon, CT 06001
Phone: 860-675-6907

September 1, 1998

Mr. Al Chianese
General Manager
Surfside 3 Marina
South Norwalk, CT

FAX: 203-831-6315

RE:        1998 330 Sundancer

Dear Al:

I wanted to let you know of some items that need attention.  Please let me know when Dean can take care of them.

- Throttle lever positions are still poorly matched and to different degrees at various RPM settings.

✓ - Water level gauge, when empty, reads 3/4 full, 1/4 full and empty.  All levels light up when full.  Sending unit in tank has been tested out as good.  Circuitry of this water level gauge seems the most likely cause of this problem.

○ - The rear-most starboard side of the windshield (where it connects to the radar arch) is leaking badly and soaking the rear bolster.

✓ - The port side radar inspection plate is leaking badly.

○ - The starboard side slanted windshield support, where the curved glass meets the side glass, leaks very badly.  This water drips slightly aft of the drain port.  It travels back filling the lower dashboard switch panel where there is a growing gelcoat crack.  The volume of this leak is significant enough to soak the helm carpet, the carpeted enclosure over the heater box, the storage compartment above the batteries and runs out the cockpit drain trough.

ok'd to
have ones
installed
- The forward bimini canvas to isonglass flap blows up while underway allowing the helm area to be sprayed with rainwater.

- It appears that there are no limber holes in the outermost visible stringers.  Leakage stays trapped in these 2 areas.

○ - A 6" long gelcoat crack has appeared in the bilge between the underwater exhaust outlet and the adjacent stringer.

DEFENDANT'S EXHIBIT ID 216

ID 7/28/03

PENGAD 800-631-6989

Page 2
Sept. 1, 1998

O   • The generator is continuing to leak coolant in the vacinity of the overflow tube and tank.

✓   • The fluorescent light fixture on the port side of the salon lights slowly or sometimes just
      flickers.

    • Six times during our 4 hour return trip from Mass. in 3 ft. seas, a loud, resonant exhaust noise
      would appear.  In order to stop this annoyance, we would come to a stop, shift momentarily
      into reverse and then proceed to get back on plane.  This condition was not induced by taking a
      sharp turn.

Thanks, Al.


cc:  S. Stubblefield
     Searay Boats
     Fax: 423-546-2872

     P. Moore
     Searay Boats
     Fax: 423-971-6410


*Delboat repairs*

1          THE COURT:  Plaintiffs' Exhibit 7 is admitted.

2    BY MR. NIKAS:

3    Q.    Now, is this the same letter?

4    A.    I can't see the date.

5    Q.    September 1st.  And here is Number 6.

6    A.    Yes.

7    Q.    What makes Number 7 different is there appears to be

8    some writing on it?

9    A.    Could you expand that once again?

10         Yes, that's correct.

11   Q.    Whose writing is that?

12   A.    That's mine.

13   Q.    What do the check and the circle signify?

14   A.    The checks mean that attempts at repair had been

15   provided, and the zeros mean that they have not.

16   Q.    And so the check is the repairs have been provided to

17   your satisfaction?

18   A.    No.

19   Q.    They don't mean that?

20   A.    Not necessarily.

21   Q.    What does the circle mean then?

22   A.    Needs attention.

23   Q.    What does a really big circle mean?

24   A.    I don't know.  A goof.

25   Q.    Now, there's a cc at the bottom of this letter, which