APR-22-99 FRI 08:55 AM ATLANTIC BOAT REPAIR          407 452 6471          P.02
12/10/98 THU 17:39 FAX 860 679 9750          MINTZ & HOKE          ☐002

Peter and Lori Mains
5 Old Town Road
Avon, CT 06001

154 N -
9 N -

December 9, 1998

Mr. David Wade
Searay Boats
Knoxville, TN

Fax: 423-546-2872

RE:   1998 Searay 330 Sundancer

Dear Dave:



PLAINTIFF'S EXHIBIT
CASE NO. 301CV2402 (AWT)
EXHIBIT NO. 11

This being our second Searay 330 Sundancer in two years, it is evident that the company cannot get its manufacturing/quality control to meet ISO 9002 standards that you advertise. It would seem to be more cost effective to correct things in the manufacturing process than to spend money, time and effort on warranty work for poor workmanship, the results of which are never as good as new. It's also extremely disappointing to be told our replacement boat would be carefully controlled during manufacturing, only to have thus far spent hours writing letters, meeting repair people, and losing time from work to address problem areas. It's both extremely frustrating and disappointing.

The latest effort at the end of October to make repairs to this 98 boat have been disappointing. A good part of the repair work is unsatisfactory and additional damage has been caused.

- The attempt by Dan the subcontractor to reinforce the cockpit floor near the cockpit refrigerator is poor. The non skid is very dull and yellow when compared with the helm seat area and engine hatch area; it is a sand finish, not the spatter gel coat type. The floor still flexes too much at the side and front of the port seat. I still suspect there are areas void of core material forward and to the port of where the repairs were made. Dan left a message on our recorder stating the repair was good. Upon inspection of the repair, I called him back to state the above. He said that he was having trouble with the gelcoat that Searay provided him and that the working conditions were not the best they could have been. Our question is, why would repair work have been attempted if the conditions were not adequate? Now we have a repair that is inferior and requires further attention. This repair would be very evident to a prospective buyer. The frustration level is only compounded knowing that we hauled the boat out on October 2, to accomodate repairs that were to be done shortly thereafter, only to have the work done on October 28. We shortened our short, six month New England boating season by 1 month for nothing. I was informed that the arrival date would be on the morning of the 26th which caused me to lose a day's work waiting for no one to show up.



DEFENDANT'S EXHIBIT 30 ID
IJ 7/28/03

Page 2

- ① PM — Ragged cuts were made at two locations where the helm seat is jammed against the starboard side. This type of workmanship does not belong on a so-called high end make like Searay. I am still suspicious about the excessive amount of flex in the cockpit floor because of all the creaking noises and because the helm seat module and caulk joint at the starboard side has separated and dropped 3/16". This same seat module is cracking where it is fastened to the cockpit floor.

- PM — The cockpit carpets were heaped in a pile in the rear of the cockpit and are now full of gelcoat dust and the backs have red stains and black marks. Common sense would have caused someone to store them in the salon area, out of the way. The reason for us not removing these carpets was because Sean Stubblefield informed us that numerous repairs of this nature were being done in the field and that this was accomplished by removing the headliner in the aft cabin and providing additional support there. They need to be replaced.

- PM — There is gelcoat overspray on the inside rear cockpit area, on the rear of the helm seat module, and in the cockpit drain trough area.

- PM — There is gelcoat overspray on 1 telescoping cockpit cover support and the steering wheel. They need to be replaced.

- PM — There is a gelcoat can ring on the lexan chart cover. It needs replacement.

- PM — The gelcoat repair at the front of the operating windshield is very dull. Beneath that area are deep scratches from shoes or equipment.

- PM — The gelcoat repair at the port light on the starboard side of boat has black showing through.

- PM — The attempts at repairing the gray gelcoat cracks in the bilge area are nothing more than an eye sore. This same gel was used on the two outer most stringers in the bilge where limbar holes were intended and only raw, frayed fiberglass strands showed.

- PM✗ — The cockpit drain hole repair work was not done. There is still core material showing.

- PM✗ — The 4, 4" rubber exhaust hoses from risers to the mufflers have been oversprayed with gelcoat that will not come off.

- PM — The whole boat was covered with gelcoat dust from sanding. I spent 4 hours vacuuming it thoroughly.

- PM — The engine compartment is full of gelcoat dust from Dan's attempt to grind down the hatch cover to try to even out the spacing to eliminate pinching. I spent 3 hours cleaning this area.

- PM — The white inspection port in cockpit floor is scratched and gouged from equipment/macihnery used in gelcoat repairs. This needs to be replaced.

Page 3

<u>Also, additional damage has been caused by the repair people:</u>

- PM — The stainless steel threshold at companionway entry is scratched from dirty shoes.
- PM — The black rubber treads on swim platform ladder are scratched from dirty shoes.
- PM — Our Raytheon R11 XX screen cover has a 4" long scratch in it, probably from equipment passing by during the repair of the tan gelcoat near the instrument panel.
- PM ✻ — Both fuel fill labels are ripped from workmen climbing over sides of boat into cockpit with sand embedded in their shoes. These need replacement.
- PM — The port and starboard gunwale areas are also scratched from accessing the cockpit.

<u>Items that still need to be addressed:</u>

- PM ✻ — We still need to have the windshield leaking problem addressed. This was explained in great detail in a previous fax. I have contacted Nelson A. Taylor and spoke to a customer service person named Christie, who agrees that things are not right.
- PM ✻ — The largest aft cabin cushion is torn from the base plywood having a sharp right angle corner (Al Chianese made a note of this at the time of delivery).
- ○ PM — Apparently core material is not gelcoated in the bilge area, specifically in the side of the recessed portion of the hull where the transducer is mounted. Water can be sponge dried out of this area numerous times and will accumulate again. This is a source of concern due to the freezing temperatures we have here during the winter storage season and the possible damage that might occur.
- PM — I have received a recall notice from Westerbeke regarding the need to replace a faulty rectifier on my model generator. This generator's coolant overflow tank has been a continuing problem. Surfside's mechanic has reclamped it and later replaced it to no avail. The crankcase oil drain hose is not long enough to reach a deeper part of the bilge area in order to place a waste container under the end of the hose.

<u>Some additional items that need attention have been found:</u>

- PM ✻ — There is a cockpit cover snap which was never installed in the deck forward of windshield.
- PM ✻ — A snap on the holding strap for the aft cabin curtain needs repair.
- PM ✓ ✻ — The aft facing cockpit seat back has two broken latches.
- ○ ? ➔ ✻ — The radar arch has a crack which is getting larger coming out from under one corner of the VHF antenna mount.

Page 4.

- **PM** • The salon table is extremely unstable because the floor beneath the table support mount flexes so much. A screw has backed out through the carpet in this floor area.

- ○ **PM** • The starboard side dinette area cabinet doors are continually falling out of adjustment.

- • The simulated wood laminate accent strip under the microwave is falling off.

- **½ REPLACE** • After taking down canvas for storage, it became evident that the white vinyl canvas track fastened to the radar arch is gouged at each screw because drilling and screw fastening procedure was incorrect. This is shoddy workmanship. Our previous boat had none of this.

- ○ **½ REPAIR** • The bow railing is about 2 1/2" off-center of the bow pulpit. It seems that the 2 foremost stanchions are leaning forward at different angles and therefore pushing and pulling the railing off center.

- **NEED** • There are some missing red plastic protectors for the ends of the stainless steel band clamps.

- **PM** • Upon removing the 4 batteries for winterization I became aware that the engine hatch does not have a retracting pull to aid in manually lowering this heavy component. My 1996 had one of these. The question is, how will this be opened at recommissioning time?

It has become irritating that my lists of problems have caused me to be viewed as a problem customer. After the purchase of two 330 Sundancers the dealer and Searay should be realizing that my complaints are both warranted and valid.

Before calling us to discuss your plan to remedy these problems please carefully read our previous faxes so a more complete understanding of this boat's problems can be attained. One who spends $150,000 on a new, higher end *pleasure* vessel should not have to spend an inordinate amount of time and effort as we have to get things right after just 4 months of use in 1998.

I look forward to hearing from you.

Sincerely,

*Peter Lore*
Peter D. Mains

Repairs Completed to Satisfaction
*Peter Mains*
*Peter Mains*   4-21-99

cc   Dave Marlow            Al Chianese
     Searay Boats           Surfside 3 Marina
     Fax: 423-971-6410      Norwalk, CT
                            Fax: 203-831-6315

Vol. II - Page 236

```
 1  A.   Yes.  The boat was in an outside shelter.  The ground
 2  surface was gravel and sand.  These people had work shoes
 3  on.  If you've ever gone to a boat show, almost all boat
 4  purveyors will put a sign up, "Boat Shoes Only."  These
 5  people didn't know enough to wear boat shoes, which have
 6  nonmarking soles.
 7  Q.   Did you at some point in time, Mr. Mains, insist that
 8  workmen who came to perform work on your boat work in
 9  their stocking feet?
10  A.   No, I did not.  I asked them to bring boat shoes.
11  Q.   So your testimony is you never insisted that a
12  workman work in his stocking feet when he worked on your
13  boat?
14  A.   If he didn't have boat shoes, I would ask that he
15  would, as long as weather was permitting, absolutely.
16  Q.   Did you do that on this boat?
17  A.   Did I request that they use boat shoes?
18  Q.   Did you insist that a workman work in his stocking
19  feet?
20  A.   If he had work boots on, yes.
21  Q.   If we can go back to the full-page 3.
22       There's a bunch of initials, see those?
23  A.   Yes, I do.
24  Q.   Those are your initials?
25  A.   Yes, they are.
```

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 237

```
 1  Q.   And so you initialed these pages or these bullet
 2  points indicating that you reviewed the repairs; is that
 3  correct?
 4  A.   When this was passed to me, the repair people,
 5  including Greg Wilson, Tim Mills, and Whitey, who had
 6  arrived in two cars from two different areas of the
 7  country, they called me over and they put this in front of
 8  me, We're in a hurry, we need you to look at this list.
 9  We need you to go through it with us before we leave.  We
10  don't have any time.  We're going to be missing our plane
11  flight.
12       So I never read that it was -- I just initials things
13  that were discussed, and I didn't even have time to go
14  through this lengthy list and inspect everything that they
15  did.
16  Q.   There were certain things you didn't initial; is that
17  correct?
18  A.   Yes.
19  Q.   So you didn't initial things that you did not agree
20  with; isn't that correct?
21  A.   If things were not completed, if they notified me
22  that they needed to do more on that specific item, then I
23  probably put an asterisk next to it or circle.
24  Q.   So there were things that you put a circle next to or
25  an asterisk next to if you didn't agree that the work had
```

PDF created with pdfFactory trial version www.pdffactory.com