58

Peter and Lori Mains
5 Old Town Road
Avon, CT 06001



October 20, 1999

Mr. David Wade
Searay Boats
Knoxville, TN

Fax: 423-546-2872

RE: 1998 Searay 330 Sundancer

Dear Dave:

Here are some items that still need to be addressed. I had hoped to hear from you regarding Tim Mills coming up to CT.

*[handwritten: ✓ Upgraded Exhaust resonators]*

- ✓ Starboard cockpit compartment has severe water leak during rainstorm.

- Cockpit refrigerator frosts up – door is way out of alignment.

- Companionway door at times is impossible to open.

- Helm seat fiberglass module has cracked and pulled away from rear most area of cockpit floor.

- Helm seat module is still creaking badly against starboard side of cockpit.

- ✓ Compartment beneath microwave has been filling with water during rainstorms.

- ✓ During rainstorms, drops are noticed coming out from under trim molding on right, front corner of microwave.

- ✓ Small leak is apparent from bottom of operating port light on port side (forward operating).

DEFENDANT'S EXHIBIT 33 JD   JD 7/28/03

Page 2

- Starboard side cabinet module is drooping in center and has always created problem adjusting concealed cup hinges. Fastening screws in the upper middle section are stripped. *the long screws you provided are inside this cabinet ...*

- The repaired fiberglass crack has reappeared in the starboard topsides where the arch is connected.

- Apparently the core material in the bilge area has not been entirely gel coated. This area is specifically between the two innermost stringers where there is a recessed portion for the transducer. This recessed area continues to the lower bilge pump. Water can be mop or sponge dried out of this area numerous times and will soon accumulate again. Tim Mills, upon his last visit, wiped in some gray gel in the transducer area. The problem is still as persistent and is certainly a serious concern due to the long period of freezing temperatures we endure in Connecticut during winter storage. *Core + stringer material saturation will degrade + devalue this vessel.*

- The replaced largest aft cabin cushion is once again torn from the sharp cornered, right angle, plywood cut.

- *The Radar Arch is crack, as previously noted in a previous fax is getting worse and needs attention*

- I look forward to hearing from you.

Sincerely,



Peter D. Mains

cc   Dave Marlow
     Searay Boats
     Fax: 423-971-6410


cc   Dean Beckman
     Surfside 3 Marina
     Norwalk, CT
     Fax: 203-831-6315



Peter D. and Lori M. Mains
5 Old Town Road
Avon, CT 06001
860-675-6907

February 12, 2001

Mr. David Wade
Searay Boats
Knoxville, TN

Fax: 865-546-2872

RE: 1998 Searay 330 Sundancer

Dear Dave:

We are hoping that every effort will be made to professionally remedy the problems and deficiencies in our boat. We feel we have been both patient and lenient with what has transpired since the purchase of this boat. Please make every effort to return our boat undamaged and in spotless condition, which is the way you received it. We would like to be kept abreast of progress and would like to receive the boat no later than mid April so that time will be allowed for re-outfitting and meeting our May 1 launch date.

Here is an overview of items that need to be addressed.

- The cockpit floor repair remains a concern due to the amount of flex that still remains. The non-skid finish used in the repair does not look like the non-skid on the engine compartment floor and has noticeably yellowed. One of Tim Mills' remedies to further reduce the amount of floor flex was to apply wooden shims between the floor and the port side seat module. This has seemed to cause even more creaking noises.

- The helm seat module with its ragged cuts pushed up against the starboard side has shown signs of being stressed due to a crack at the base in the rear. A caulked joint at the helm seat module and the cockpit floor has torn away. This flexing and creaking of components was nonexistent in our 96' 330 Sundancer and in others we have been on.

Page 2
Mr. David Wade
February 12, 2001

- The cockpit refrigerator door creates a very poor seal to its framework and the inside becomes heavily frosted in a short time.

- The sliding cabin door becomes intermittently impossible to latch and/or lock.

- The core material in the bilge area has not been entirely gel coated. This area is specifically between the two, innermost stringers where there is a recessed portion for the transducer. Tim Mills' attempt at repair, and on a further visit Greg Wilson, deemed the problem unsolved. We have serious concerns regarding this manufacturing oversight as core and stringer material saturation will eventually degrade and devalue this vessel. It is odd that where there are limbar holes on the outermost visible stringers there are none and just rough fiberglass appears. Water remains trapped in these areas and should be allowed to flow to the lowest portion of the bilge.

- The intermittent, suddenly loud exhaust noise problem has been unremedied after new fiberglass resonators and 4/4" exhaust baffles were installed. The newly designed, underwater exhaust foot was mentioned as a possible next step to solve this annoying problem.

- Starboard side cabinet module is drooping in center and has always created problems adjusting the concealed cup hinge doors. Fastening screws in the upper middle section are stripped. The longer stainless screws to be used for repair are inside this cabinet section. *Screws possibly protruding thru deck covered by non-skid material*

- The radar arch has a crack eminating from under the VHF antenna mount and was temporarily filled with caulk by Greg Wilson. The arch finish is also blistering in a few locations.

✓ • There is a gel coat crack below the port side transom cleat on the integrated swim platform near the non-skid surface. *this was repaired in Knoxville and then boat was lifted by stern eyes and a new crack has appear*

✓ • A repaired gel coat crack has reappeared where the radar arch attaches to the upper deck on the starboard side. *this was repaired in Knoxville and upon shrink wrap removal was evident again. Next repair will be your 4th attempt.*

✓ • Gel coat chip needs repair near the outside hinged edge of the transom door.

Page 3
Mr. David Wade
February 12, 2001

- Chipped gel coat needs repair on the large, radiused edge near the cockpit sink below the center grab rail support.

✓ - Chipped gel coat needs repair at the end of the bow pulpit.

✓ - Gel coat spatter needs to be cleaned up from starboard side port light and adjacent stanchions.

- Over the past year the topsides gel coat has yellowed rapidly. A strong point of comparison can be made between the topsides gel coat and the radar arch. *touched* *compounding of toe rail never touched*

- The boat was delivered with the bow railing 2" – 2 1/2" off center of the bow pulpit. It seems that the two, foremost stanchions are leaning forward at different angles and, therefore, pushing one side and pulling the other side, creating an off-center situation. Tim Mills attempted to pry this misalignment back into shape, to no avail.

- The upholstered cover panel is falling off in the aft cabin closet.

David, please call us to keep us abreast of progress, and if you have any questions.

Thanks,

*Peter Mains*

Peter D. Mains