35

Peter and Lori Mains
5 Old Town Road
Avon, CT  06001
860-675-6907

COPY

PLAINTIFF'S
EXHIBIT

CASE
NO. 301CV2402
(AWT)
EXHIBIT
NO. 18

April 30, 2001

Mr. David Marlow
Director of Customer Service
Searay Boats
Knoxville, TN
Fax: 865-971-6410

Mr. Todd Stooksbury
Customer Service Quality Control Mgr.
Searay Boats
Knoxville, TN
Fax: 865-546-2872

Mr. David Wade
Customer Service
Searay Boats
Knoxville, TN
Fax: 865-546-2872

DEFENDANT'S
EXHIBIT
37 ID
7/28/03

RE:    1998 Searay Sundancer 330

The following is a list of further disappointments and problems upon receiving our 330
Sundancer at Midway Marina, after your attempt at repairs.

- The transducer outer ring is cracked and separated from the hull.
- 2 areas on stainless rubstrip are crushed in at stern, above the tow eyes.
- Gelcoat is cracked, and new caulk was used on rubstrip to try to conceal damage done at factory.
- Gelcoat is cracked and peeling off at starboard rear corner.  Same on portside.
- Stress cracks on integrated swim platform above stern tow eyes.
- Stress cracks around stern tow eyes.
  (All of these obviously happened when you moved the boat around using a sling attached at the tow eyes in stern).
- All stanchions, with the exception of the last 2 on each side, are loose and bedding compound is separated from the fiberglass.

Page 2
April 30, 2001

- The starboard exhaust bullet is dented.
- The port engine sea strainer is crushed.
- There is gelcoat damage under hull that needs to be repaired or water will infiltrate.
- Crack in engine hatch at rear hinge from debris left in gutter.
- Anchor locker hatch latch spindle is bent and will not latch.
- There is a poorly done repair in nonskid near the anchor locker door.
- Areas of spray adhesive on tan upholstery in aft cabin and salon.

Further areas of extreme concern regarding repairs and retrofitting that was done on the boat:

- The retrofit exhaust system now makes the strut mounting bolts unaccessible.
- The trim tab hydraulic pump unit is now unaccessible.
- The condition of the grey gel-coated repairs in the bilge area are a red flag to any marine surveyor or potential buyer.  It signifies that water intrusion repair was necessary due to poor workmanship.
- The delivery condition was extremely disappointing.  Your received the boat cleaned and waxed and it was returned with sloppy bottom paint touch up, hit or miss compounding job, engine compartment full of dust and carpet fiber, carpet staining in the cabin and miscellaneous dents, scratches and scuffs.

Please do a thorough review of our past experiences with Searay, faxes, files, photos, rapair dates, and conversations, both on this 1998 replacement 330, and on our 1996 Searay you took back from us.

We await your call tonight at 6:10 p.m.

Very truly yours,

*Lori Mains*

Lori and Peter Mains

1  person?

2  A.    That's correct.

3  Q.    Who were you complaining to now?

4  A.    We had included Mr. Marlow and Mr. Stooksbury and

5  Mr. Wade, and I think the chain of command started at the

6  top.

7  Q.    You're complaining to everybody now?

8  A.    Yes.  I previously talked to those people anyhow.

9  Q.    And these are the cracks and the damaged broken

10  piece, right?

11  A.    Uh-huh.

12  Q.    On the first page?

13  A.    Yes.

14  Q.    On the second page, looks like we've got more

15  denting, crushing, cracking, bending, overspray in the

16  first set of bullets, right?

17  A.    That's correct.

18  Q.    Explain the first bullet after this line?

19  A.    The retrofit exhaust system now makes the strut

20  mounting bolts inaccessible.

21  Q.    What do you mean "retrofit"?

22  A.    The exhaust system, which was named a collector

23  system, was changed out during the period of time that the

24  boat was at the factory to a lift-style system.  My

25  immediate observation was that this new system created

Vol. II - Page 278

1  a disappointing experience thus far.

2  Q.    So this letter was dated December of 1998, correct?

3  A.    Yes.

4  Q.    Now I'm going to refer to Plaintiffs' Exhibit 18,

5  which was also discussed earlier.

6      Do you recognize this letter?

7  A.    Yes.

8  Q.    So what was the purpose of this letter?

9  A.    I'm having a difficult time seeing it.

10      The purpose of the letter is to outline issues with

11  the boat that need to be repaired.

12  Q.    So between 1998 and 2001, these problems were still

13  continuing?

14  A.    Correct.

15  Q.    What had happened in between that time?  What had

16  Sea Ray done to make efforts to repair your boat?

17  A.    From date of ownership through this letter,

18  April 2001, they repeatedly assured us that they would fix

19  the problems that we were having.

20  Q.    I believe you said back in November of 2000 the boat

21  was taken to Tennessee for some repairs?

22  A.    Yes, it was.

23  Q.    Had you discussed or had any communications occurred

24  regarding the exhaust system?

25  A.    Yes.

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 151

1  that would go from screw fastener to screw fastener to

2  screw fastener.  There were four of them in front of where

3  the windshield was mounted to the slightly raised portion

4  of the foredeck.

5  Q.   And this is in October of '98; is that right?

6  A.   Yes.

7  Q.   That nears the end of your season?

8  A.   Pretty close.  Within three weeks, yes.

9  Q.   And you also -- did you send this letter to anybody

10 else?

11 A.   Yes, I included Al Chianese from Surfside 3.

12 Q.   And Mr. Moore?

13 A.   And P. Moore, yes.

14 Q.   Were you satisfied with the repairs that followed

15 this letter?

16 A.   No, we were not.

17 Q.   Mr. Mains, I'd like to show you Plaintiffs' Number 9,

18 a four-page letter.

19        MR. ROTONDO:  No objection, Your Honor.

20        THE COURT:  Plaintiffs' Exhibit 9 is admitted.

21 BY MR. NIKAS:

22 Q.   And this is being sent to whom?

23 A.   David Wade.

24 Q.   Who is Mr. Wade?

25 A.   He seemed to be the replacement for Mr. Sean

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 155

1            THE COURT:  Want to rephrase that?

2            MR. NIKAS:  Sure.

3    BY MR. NIKAS:

4    Q.   After receiving this letter, what did you do with the

5    boat?

6    A.   I'm not certain.  I think you're asking me was the

7    boat stored indoors for the rest of that season?

8    Q.   What happened to the boat?  What repair attempts

9    followed this letter?

10   A.   Atlantic Boat Repair, under the direction of Tim

11   Mills, sent out two repairman, Ed Whitey and Dan, who

12   attempted structural issue repairs and cosmetic repairs.

13   Q.   They came out to the boat?

14   A.   Yes, they did.

15   Q.   After they left, did you inspect those repairs?

16   A.   Yes, I did.

17   Q.   And were you satisfied with those repairs?

18   A.   Not at all.

19   Q.   I'd like to show you an exhibit marked 11.

20            MR. ROTONDO:  No objection.

21            THE COURT:  Plaintiffs' Exhibit 11 is admitted.

22   BY MR. NIKAS:

23   Q.   This looks to be like -- looks to be a copy of your

24   December 9 letter except on the successive pages 2, 3 and

25   4, it looks like there are some letters, some circles, and

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 158

1  made.

2  Q.    Was this typical behavior for you, to be this

3  diligent?

4  A.    No, I wouldn't say it's typical, but there were so

5  many issues at hand that if you accepted some of them,

6  you'd be looking at serious issues down the line.

7  Q.    Okay.

8  A.    Where you'd be footing the bill to repair all this

9  stuff at tens of thousands of dollars possibly to repair

10  the flexing cockpit floor and so on.

11  Q.    So following this letter which was sent it looks like

12  to Sea Ray, was the boat repaired to your satisfaction?

13  A.    Could you below it up just a little bit?

14  Q.    Sure.

15  A.    We weren't satisfied with repairs that were attempted

16  on those specific issues.

17  Q.    I'd like to show you Plaintiffs' Number 14.

18        MR. ROTONDO:  No objection, Your Honor.

19        THE COURT:  Plaintiffs' Exhibit 14 is admitted.

20  BY MR. NIKAS:

21  Q.    And this is the same date but looks like there's

22  handwriting on this?

23  A.    Yes.

24  Q.    Does this follow the same convention, that you went

25  through the list of problems you had and made further

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 163

1      I might mention also that an inspection of the

2  exposed portion of the boat was done.  And the transport

3  truck driver and Scott Davidson, the owner of Midway

4  Marine, verified all --

5           MR. ROTONDO:  Objection.

6           THE COURT:  Sustained.

7  BY MR. NIKAS:

8  Q.   What did you find during your inspection?

9  A.   The inspection that occurred when the boat first

10  arrived was only to the area exposed below the shrink

11  wrap.

12  Q.   After you removed the shrink wrap, what did you find

13  in your inspection?

14  A.   Loose railings, the stanchion plates where they

15  fastened to the deck --

16  Q.   You're talking about these handrails here?

17  A.   That's correct.

18  Q.   What else?

19  A.   Numerous areas of new damage.

20  Q.   What kind of damage?

21  A.   Scuffs, scratches, hull gouges.  Transducer ring was

22  cracked.  The transducer is a depth sounder, which is a

23  through-hull fitting.  And there's a water-type ring.

24  That was cracked.  And also one of the coolant water

25  inlets was crushed.  And then one of the underwater

PDF created with pdfFactory trial version www.pdffactory.com