Vol. II - Page 242

1  exhaust; is that right?
2  A.   Just prior to the boat being shipped back.
3  Q.   You had complained about your exhaust resonance,
4  exhaust noise in 1998; is that right?
5  A.   That's correct.
6  Q.   And you complained in writing once in 1998 and
7  complained several times you said over the telephone,
8  correct?
9  A.   Not several.  Many.
10 Q.   Many.
11      And then in 1999 you had other complaints about the
12 exhaust resonance, more complaints; is that right?
13 A.   I'm sure.
14 Q.   And that's why Mr. Wilson went out and put those
15 baffles on in the fall of 1999, to address your complaints
16 about the exhaust resonance; isn't that right?
17 A.   Yes, I would say so.
18 Q.   And then in 2000 you were still complaining about the
19 exhaust resonance, weren't you?
20 A.   They were in effective.
21 Q.   You were still complaining about the exhaust noise,
22 weren't you?
23 A.   They were legitimate complaints.
24 Q.   I'm not getting into a debate with you at this point.
25 I'm asking you:  You were making complaints about the

Vol. II - Page 243

1  exhaust resonance in 2000, weren't you?
2  A.    Yes.
3  Q.    Okay.  And in your letter of February 12, 2000, you
4  continued to make complaints about the exhaust resonance,
5  didn't you?
6  A.    Apparently.
7  Q.    Well, let's turn to page 2.  Go to the fourth bullet
8  down.
9       You state the intermittent, suddenly loud exhaust
10 noise problem has been unremedied after new fiberglass
11 resonators and 4/4 inch exhaust baffles were installed.
12 The newly designed underwater exhaust foot was mentioned
13 as a possible next step to solve this annoying problem.
14      Do you see that?
15 A.    Yes, I had asked Mr. Beckman about that.
16 Q.    You asked Mr. Beckman.  Didn't you write this letter
17 to Mr. Wade?
18 A.    I wrote the letter to Mr. Wade, but I had
19 experienced -- I had seen boats out of the water with a
20 newly-designed cast exhaust foot and asked him if the
21 change in shape had anything to do with eliminating the
22 sudden loud exhaust noise.
23 Q.    When you made this request or when you raised this
24 issue with Mr. Wade, you expected him to do something
25 about it, didn't you?

PDF created with pdfFactory trial version www.pdffactory.com

Vol. II - Page 271

1  engines at all, when you got the boat, were you provided
2  with anything that warrantied that component?
3          MR. ROTONDO:  Objection.
4          THE COURT:  Sustained.
5  BY MR. NIKAS:
6  Q.  Did you receive anything in the materials -- did you
7  see any other warranties other than the two you discussed?
8  A.  No, I did not.
9  Q.  Following the incident on June 10, did you pay
10 Mr. Wicander for his services?
11 A.  Yes, we did.
12 Q.  And were you initially put into contact with
13 Mr. Wicander?  How did you find him?
14 A.  Through Sea Ray.
15 Q.  And when you say "through Sea Ray," what does that
16 mean?
17 A.  Probably through the customer service rep, David
18 Wade.
19 Q.  You didn't know Mr. Wicander before that time?
20 A.  No.
21          MR. NIKAS:  I have no further questions,
22 Your Honor.
23          THE COURT:  Any recross, Mr. Rotondo?
24          MR. ROTONDO:  No, Your Honor.
25          THE COURT:  Thank you, sir.  You may step down.

Vol. II - Page 279

```
 1  Q.   Or the replacement of the exhaust system before it
 2  was taken in for repairs?
 3  A.   We had expressed many times in writing as well as
 4  verbally that the boat was experiencing intermittent loud
 5  exhaust resonance noise.  Sea Ray sent people out to try
 6  and remedy that noise.  Those efforts didn't solve the
 7  problem.  Sea Ray determined that the boat needed to go
 8  back to their manufacturing facility in Tennessee to
 9  address the major problems with the boat.
10  Q.   Were you ever given any explanation by Sea Ray as to
11  what was causing those noises?
12  A.   They did not know why the boat was making those
13  noises.
14  Q.   Did you ask?
15  A.   Yes, we did.
16  Q.   So what happened while the boat was in Tennessee?
17  A.   They repaired what we call major problems as well as
18  some minor problems.  But the bigger problems that they
19  addressed were the bilge area in the boat below the engine
20  hatch was absorbing water.  They determined the boat had
21  to go back to the factory.  They rebuilt that area, put in
22  new gelcoat, things of that nature down there.  They
23  addressed some minor things and then they swapped out the
24  exhaust system to a retrofit new exhaust system.
25  Q.   So you just referred to major problems?
```

PDF created with pdfFactory trial version www.pdffactory.com

```
 1   A.   The only thing that Mr. Wade stated was that, "We put
 2   a different exhaust system on your boat."
 3   Q.   Was there any explanation given as to what was wrong
 4   with the old exhaust system?
 5   A.   No.
 6   Q.   Then why did they replace it?
 7            MR. ROTONDO:  Objection.
 8            THE COURT:  Sustained.
 9   BY MS. LEV:
10   Q.   So the boat came back to you in April of 2001.  What
11   happened next?
12   A.   We noticed that there was some inadequate repairs
13   made while at the factory, one of which was the retrofit
14   exhaust system installation.  We had questions about why
15   was it changed?  How is it different?  We can't access
16   certain components in the engine compartment.
17   Q.   Why is it important for you to access components in
18   the engine compartment?
19   A.   It's a safety issue.  It's important to be able to
20   get to your mechanical items for safety.
21   Q.   How so?
22   A.   It's -- if you have a problem out on the water, you
23   can't access important mechanical things, you're subject
24   to risking your existence, your family's existence.
25   Q.   And had access to this compartment been a problem
```

PDF created with pdfFactory trial version www.pdffactory.com

Vol. III - Page 324

```
 1  A.   Displaces the moisture, it's a little bit stickier
 2  oil that coats the walls and stays there.
 3  Q.   Is it higher viscosity oil?
 4  A.   I wouldn't say higher viscosity, but the consistency
 5  of it makes it hang better on the cylinder walls.
 6  Q.   Just to make it clear, that time in June when you
 7  performed the procedure on the engine was not the first
 8  time you had actually seen this boat, correct?
 9  A.   No.  I had actually inspected the vessel up in
10  Haddam, Connecticut.
11  Q.   When was that?
12  A.   Would have been a few weeks earlier.
13  Q.   And the purpose behind that inspection?
14  A.   I had gotten a verbal list from Mark Verone at
15  Bassett Boat through Sea Ray, there were a few items that
16  were damaged and maybe not repaired properly at the
17  factory, and they wanted me to look at it.
18  Q.   Who at Sea Ray authorized that work for you?
19  A.   That was David Wade.
20  Q.   That's from the Sea Ray factory?
21  A.   Yes.
22  Q.   Was that work ever performed?
23  A.   No, it was not.
24  Q.   Do you know why it wasn't performed?
25  A.   They were bringing the boat to us 11th of June to
```