# EXHIBIT "Z"

Vol. III - Page 450

1   A.   To determine the condition of the vessel, the boat,

2   and make sure it's in good shape.

3   Q.   And is this something that occurs routinely that

4   people order marine surveys or maybe insurance companies

5   order marine surveys?

6   A.   Insurance companies require them quite often.

7   Q.   And did you perform a marine survey in this case?

8   A.   I did.  Yes.

9   Q.   When did you perform your survey?

10  A.   June of '01.

11  Q.   So that was the same month that the engine failure

12  happened on board this boat to the two engines, correct?

13  A.   Correct.  Yes, sir.

14  Q.   So this wasn't a report that you prepared for a

15  lawsuit or any other purpose other than to determine the

16  condition?

17  A.   Correct.

18  Q.   Mr. Greaves, when you talk about a marine surveyor,

19  is that just something you could describe yourself as or

20  is there any certification process that goes along with

21  that?

22  A.   There is a certification process that goes along with

23  that.

24  Q.   What is the certification process to become a marine

25  survey?

Vol. III - Page 461

1  the lift rings?

2  A.   That's on the steering of the boat, back end of the

3  boat.

4  Q.   What are gelcoat stress cracks?

5  A.   The gelcoat is a finish almost like a paint finish.

6  What happens with stress, the gelcoat will crack and it

7  will show cracks in different places.  The problem with

8  gelcoat stress crack is water can permeant into the cracks

9  if you don't seal them.

10 Q.   Next we went to the bottom, next thing in our report.

11 A.   Correct.  Which is a part under water we can't see on

12 this drawing.

13 Q.   Under here what did you find out about the bottom

14 here?

15 A.   The bottom paint had a problem.  It was delaminating,

16 coming off in flakes.  The moisture meter on the bottom

17 and the tapping with a metal hammer proved that the

18 laminant was in good shape.  There were a couple of gouges

19 on the font of the boat from some collision damage, maybe

20 hitting a log or object in the water.  But there was no

21 significance.

22 Q.   Did you find any evidence of grounding?

23 A.   No.  No evidence of grounding.

24 Q.   Then the deck, which is, I guess, the horizontal

25 surface like the top floor of the boat?

PDF created with pdfFactory trial version www.pdffactory.com

1  A.  Yes.

2  Q.  Was the area you looked at next.  What did you find

3  there?

4  A.  On the decks we found moisture around the anchor

5  locker -- not the anchor locker but the anchor windlass.

6  Q.  So the windlass is right here?

7  A.  It's situated on the front of the boat.

8  Q.  What does the windlass do?

9  A.  Windlass is used to raise and lower an anchor.

10  Q.  Is this a mechanical piece of equipment?

11  A.  Operated electrically.  Mechanically, yes.

12  Q.  So it's a mechanical piece of equipment operated

13  electrically?

14  A.  Electrically.

15  Q.  Is that because the anchor and chain is heavy?

16  A.  It is.

17  Q.  So around that mechanism which raises and lowers the

18  anchor, you found delamination?

19  A.  Delaminations were high in moisture, had high

20  moisture readings.

21  Q.  So delamination with high moisture readings.

22     What is delamination?

23  A.  Separation of a deck section, which is cord also.

24  It's a sandwich construction.  And delaminations means

25  that the two surfaces have come apart with voids.

PDF created with pdfFactory trial version www.pdffactory.com