Vol. III - Page 470

1  relatively minor, at least apparently.  Could you at least
2  point out those items which you feel were significant?
3  A.    I would say all of them.
4  Q.    Okay.  Are some more significant than others?
5  A.    I would say the rub rail bases -- we had damage to --
6        THE COURT:  Maybe I could ask the witness, as
7  he's talking about them, use the number.  It would be
8  easier for people to follow.
9  A.    Number one.
10 BY MR. NIKAS:
11 Q.    Number one you thought was serious?
12 A.    Showing some damage.
13 Q.    And the stress cracks?
14 A.    Stress cracks around the lift rings needed attention.
15 Q.    Okay.
16 A.    Number two.
17 Q.    Gelcoat stress cracks?
18 A.    Yeah, both sides above the rub rails needed
19 attention.
20 Q.    That's to prevent the water --
21 A.    Water seepage into the laminant.
22 Q.    Actually, if I'm going to do this, let me do this.
23       So that was number two.
24 A.    Number three, yeah.
25 Q.    Strip bottom paint?

PDF created with pdfFactory trial version www.pdffactory.com

```
 1  A.  Yeah.  Bottom paint was in pretty bad condition.  It
 2  was flaking and discolored.
 3  Q.  Is bottom paint important?
 4  A.  Very important.
 5  Q.  Why?
 6  A.  It keeps particles out of the bottom, for one thing.
 7  Q.  That would be something that it was the owner's
 8  responsibility to do?
 9  A.  Perhaps, yes.
10  Q.  That's something you replace how often?
11  A.  Yearly basis most of the time.
12  Q.  So that wasn't something -- she didn't wear her
13  original bottom paint?
14  A.  No, that wasn't the original bottom paint I don't
15  think.
16  Q.  This is something you have to keep on doing?
17  A.  Uh-huh.
18  Q.  Repair the remote spotlight?
19  A.  It wasn't operating properly at this time, so it
20  needed repair.  It would work intermittently.  It needed
21  replacing and repairing.
22  Q.  Repair the windlass?
23  A.  It wasn't working.
24  Q.  Would the water leaking into the area around the
25  windlass affect its operation?
```

PDF created with pdfFactory trial version www.pdffactory.com

1  A.   No.  I think it may have been a solenoid or a part
2  broken in the windlass.  We didn't take it apart to look
3  at it.
4  Q.   The solenoid was potentially bad?
5  A.   Or some other part in there, maybe electrical part.
6  Q.   And then number six?
7  A.   Oh, yeah, exhaust system.  The installation of the
8  exhaust system didn't look right.  I recommended that a
9  certified MerCruiser mechanic take a look at it and figure
10 out proper installation and the configuration so the
11 engine spaces could be accessed.
12 Q.   Seven?
13 A.   Seven.  Oh, yeah, bow rail, which is the safety rail
14 forward on the boat.  The bases were loose.  That had to
15 be re-bedded and fastened.
16 Q.   And I guess aligning the port engine is pretty
17 self-explanatory.  What is the item in 11?
18 A.   The bronze fixture on the starboard side was damaged
19 and restricted the water flow from the exhaust pipe on
20 that starboard engine to a certain extent, and that needed
21 to be replaced.
22 Q.   Number 12?
23 A.   Number 12, stiffener between the engine stringers
24 that had been repaired I guess by Sea Ray which I was told
25 about.  And I figured that should have covered the entire

PDF created with pdfFactory trial version www.pdffactory.com

1  disagree with any of the conclusions as to the opinions
2  raised therein?
3  A.   I don't agree with some of the recommendations in
4  relationship to what I saw.
5  Q.   Which ones?
6  A.   I agree with number 1.
7       I agree with number 2.
8       I agree that number 3, the bottom paint needs to be
9  stripped and refinished, but I don't think it has anything
10 to do with the transport of the boat or anything.
11 Q.   What's the job of a marine surveyor?
12 A.   As indicated in the purpose of this survey report, we
13 were to complete an inspection of the vessel and render an
14 opinion as to present condition and value, an opinion as
15 to the cause of the damage found, and an opinion as to the
16 repair cost.
17 Q.   And it's her condition and value, correct?
18 A.   Yes, the vessel's.
19 Q.   What difference would it make whether bottom paint
20 affected transport if we're trying to assess the
21 condition, the overall condition and value of the vessel?
22 A.   Part of our job is to also determine the cost.
23 Q.   Right.  I just said, do you disagree with any of the
24 repair recommendations made by Mr. Greaves?
25 A.   Just as far as condition goes?

PDF created with pdfFactory trial version www.pdffactory.com

Vol. IV - Page 619

```
 1  Q.  As far as these 12 recommendations go, is there any
 2  recommendation that you disagree with?
 3  A.  No.  They all can be done, certainly.
 4  Q.  So every recommendation you agree with?
 5  A.  Yes.
 6  Q.  And you also agree in your report with number 6,
 7  correct, regarding the improper installation of the
 8  exhaust?
 9  A.  I don't believe so because the engine exhaust system
10  had been disassembled when we inspected the boat.
11  Q.  Really?
12  A.  Yes.  The engines, actually the heads were off and
13  the exhaust systems would have to be removed in order to
14  get the heads off.
15  Q.  Can you turn to page 5 of your report?
16  A.  Yes.
17  Q.  Eighth paragraph.
18  A.  Yes.
19  Q.  It says, The installation of the water separating
20  lift mufflers has reduced the accessibility to the trim
21  tab oil reservoirs and rutter stuffing boxes in
22  relationship to the previous muffler system.
23  A.  Yes.
24  Q.  So Mr. Greaves in his report talked about the
25  difficulty that the new installation made -- in fact his
```

PDF created with pdfFactory trial version www.pdffactory.com

Vol. IV - Page 620

1  exact words were -- in fact, we can look at them.
2      "New exhaust installation prohibits access to
3  interior transom area, rudder ports, strut bolts and trim
4  tab reservoir without system removal."
5      Isn't that the exact same conclusion you reached?
6  A.   That's correct.
7  Q.   So you agree with that too?
8  A.   I agree with that statement, yes.
9  Q.   But how could you have come to that conclusion, you
10 just said that it wasn't there when you looked at it?
11 A.   The question that I believe -- my understanding of
12 your question was about the exhaust system.  This
13 particular statement of Mr. Greaves and also of myself in
14 this report relates to the exhaust canister, which is a
15 part of the exhaust system.
16 Q.   Actually, the question was the installation of the
17 exhaust system.
18 A.   Correct.
19 Q.   Where it was installed impeded the access to the
20 engine compartment.
21 A.   I misunderstood your question.  My understanding --
22 if the question is, is the exhaust canister in this
23 particular location, then yes, I agree, it obstructs the
24 ability to access other mechanical portions of the boat
25 that need to be maintained.

PDF created with pdfFactory trial version www.pdffactory.com