# EXHIBIT "AA"

Vol. II - Page 278

```
 1  a disappointing experience thus far.
 2  Q.   So this letter was dated December of 1998, correct?
 3  A.   Yes.
 4  Q.   Now I'm going to refer to Plaintiffs' Exhibit 18,
 5  which was also discussed earlier.
 6       Do you recognize this letter?
 7  A.   Yes.
 8  Q.   So what was the purpose of this letter?
 9  A.   I'm having a difficult time seeing it.
10       The purpose of the letter is to outline issues with
11  the boat that need to be repaired.
12  Q.   So between 1998 and 2001, these problems were still
13  continuing?
14  A.   Correct.
15  Q.   What had happened in between that time?  What had
16  Sea Ray done to make efforts to repair your boat?
17  A.   From date of ownership through this letter,
18  April 2001, they repeatedly assured us that they would fix
19  the problems that we were having.
20  Q.   I believe you said back in November of 2000 the boat
21  was taken to Tennessee for some repairs?
22  A.   Yes, it was.
23  Q.   Had you discussed or had any communications occurred
24  regarding the exhaust system?
25  A.   Yes.
```

PDF created with pdfFactory trial version www.pdffactory.com