# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
#### 40 FOLEY SQUARE, NEW YORK, N.Y. 10007

**Catherine O`Hagan Wolfe**
CLERK OF COURT

Date:           6/25/08                          DC Docket Number: 01-cv-2402

Docket Number: 08-2382-cv                         DC:    CONNECTICUT (NEW HAVEN

Short Title:    Mains v. Sea Ray Boats, Inc       DC Judge: Honorable Donna Martinez
                                                            Honorable Alvin Thompson

At a stated term of the United States Court of Appeals for the Second Circuit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of   June   two thousand eight.

Peter D. Mains,  Lori M. Mains,

    Plaintiffs-Appellants,

    v.

Sea Ray Boats, Inc.,

    Defendant-Appellee.



## ORDER

A motion or motions of the type specified by Rule 4(a)4,  of the Federal Rules of Appellate Procedure having been filed in this matter, and now pending before the district court, the above numbered and entitled appeal is hereby stayed  to await final disposition of said motion(s).

Movant below is hereby directed  to inform this Court, in writing, as to the status of each such motion, at thirty_day interval from the date of filing and immediately upon final disposition of the last outstanding motion, and to provide the Court a copy of all dispositive orders.

Parties are advised that appellate review of the lower court`s disposition regarding any such motion requires a timely filed amended notice of appeal.

Very truly yours,
Catherine O`Hagan Wolfe, Clerk

By: *Angela Martin*

Angela Martin, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *Angela Martin*

DEPUTY CLERK

CERTIFIED:

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O`Hagan Wolfe
**CLERK OF COURT**

Date:           6/25/08

Docket Number: 08-2382-cv

Short Title:    Mains v. Sea Ray Boats, Inc

DC Docket Number: 01-cv-2402

DC:      CONNECTICUT (NEW HAVEN

DC Judge: Honorable Donna Martinez
                Honorable Alvin Thompson

At a stated term of the United States Court of Appeals for the Second Circuit, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of    June    two thousand eight.

Peter D. Mains,  Lori M. Mains,

   Plaintiffs-Appellants,

   v.

Sea Ray Boats, Inc.,

   Defendant-Appellee.



### ORDER

A motion or motions of the type specified by Rule 4(a)4,  of the Federal Rules of Appellate Procedure having been filed in this matter, and now pending before the district court, the above numbered and entitled appeal is hereby stayed  to await final disposition of said motion(s).

Movant below is hereby directed  to inform this Court, in writing, as to the status of each such motion, at thirty_day interval from the date of filing and immediately upon final disposition of the last outstanding motion, and to provide the Court a copy of all dispositive orders.

Parties are advised that appellate review of the lower court`s disposition regarding any such motion requires a timely filed amended notice of appeal.

Very truly yours,
Catherine O`Hagan Wolfe, Clerk
By:
Angela Martin, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by
DEPUTY CLERK

CERTIFIED:           JUN 2 5 2008