UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PETER D. MAINS and LORI M. MAINS | : | CIVIL ACTION NO.: |
| Plaintiffs, | : | 3:01CV2402 (AWT) |
| v. | : | |
| SEA RAY BOATS, INC., | : | |
| Defendant. | : | September 10, 2008 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e) of the Local Civil Rules of this Court, the undersigned counsel respectfully moves this Court to withdraw the appearance of **RACHEL D. LEV** in the above-captioned matter on behalf of the plaintiffs. Other counsel, Richard John Nikas, had previously entered an appearance and continues to represent Plaintiffs Peter D. Mains and Lori M. Mains in this matter.

Respectfully submitted,

_____/s/ Rachel D. Lev_____
Rachel D. Lev, Esq.
Connecticut Federal Bar Number PHV02527
1201 Dove Street, Suite 560
Newport Beach, CA 92660
Telephone: (714) 546-1400
Facsimile: (714) 546-4111
Email Address: rlev@herricknikas.com

1

**CERTIFICATION**

I hereby certify that on this date a copy of the foregoing **Motion to Withdraw Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I further hereby certify that on this date a copy of the foregoing **Motion to Withdraw Appearance** was mailed by certified mail to the Plaintiffs:

Peter D. Mains and Lori M. Mains
5 Old Town Road
Avon, CT 06001

        /s/ Rachel D. Lev
Rachel D. Lev, Esq.
Connecticut Federal Bar Number PHV02527

2