UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
PETER D. MAINS, and           :
LORI M. MAINS
                              :
     v.                            CASE NO. 3:01CV2402(AWT)
                              :
SEA RAY BOATS, INC.,
a/k/a SEA RAY DIVISION OF     :
BRUNSWICK CORPORATION
```

AMENDED JUDGMENT

This action came before the court for a trial by jury before the Honorable Alvin W. Thompson, United States District Judge presiding.  The issues were duly tried, the jury rendered its verdict, and the court ruled on the defendant's renewed motion for judgment as a matter of law.

Accordingly, it is hereby:

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of plaintiffs Peter D. Mains and Lori M. Mains on Count II, the negligence claim, in the amount of $15,035, plus statutory post-judgment interest pursuant to 28 U.S.C. § 1961. (The Jury determined the plaintiffs had suffered damages of $15,500 on Count II, the negligence claim, but also found that the plaintiffs were comparatively responsible for three percent of these damages.)

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of defendant Sea Ray Boats, Inc., a/k/a Sea Ray Division of Brunswick Corporation, on Count I, the Connecticut Product Liability Act claims; on Count III, the revocation of acceptance claim; and on Count IV, the Connecticut Unfair Trade Practices Act claim.

-2-

Dated at Hartford, Connecticut, this 28th day of October, 2008.

                                        ROBERTA D. TABORA, Clerk


                              By   /s/ SLS
                                        Sandra Smith
                                        Deputy Clerk