**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

*Connecticut (NHCT)*
*01.cv.2402*
*Martinez*
*Thompson*

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26th day of May, two thousand and nine,

Peter D. Mains, Lori M. Mains,

    Plaintiffs-Appellants,

v.

**ORDER**
Docket Number: 08-2382-cv

Sea Ray Boats, Inc.,

    Defendant-Appellee.

*FILED MAY 26 2009 — Catherine O'Hagan Wolfe, Clerk — SECOND CIRCUIT*

    An appeal having been filed in this Court on 05/13/09; and,

    Appellant having entered into a stipulation on 03/11/09 to withdraw the appeal without prejudice to reactivation by 04/09/09; and,

    This Court, *sua sponte*, on 04/14/09 having issued an order to show cause why the appeal should not be dismissed as withdrawn according to the terms of the stipulation and the Federal Rules of Appellate Procedure Rule 42; and,

    Appellant not having responded to the Court as directed,

    IT IS ORDERED that the appeal is dismissed as withdrawn according to the terms of the stipulation.

For the Court:
Catherine O'Hagan Wolfe, Clerk
By: _____
Hezekiah Toft, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

CERTIFIED: JUN 2 5 2009